JAMES J. PISANELLI (Nevada Bar No. 4027)
JJP@pisanellibice.com
TODD L. BICE (Nevada Bar No. 4534)
TLB@pisanellibice.com
DEBRA L. SPINELLI (Nevada Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702.214.2100

BRAD D. BRIAN (*Pro Hac Vice Forthcoming*)
brad.brian@mto.com
MICHAEL R. DOYEN (*Pro Hac Vice Forthcoming*)
michael.doyen@mto.com
BETHANY W. KRISTOVICH (*Pro Hac Vice Forthcoming*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel: 213.683.9100/Fax: 213.687.3702

E. STRATTON HORRES, JR. (*Pro Hac Vice Forthcoming*)
Stratton.Horres@wilsonelser.com
KAREN L. BASHOR, (Nevada Bar No. 11913)
Karen.Bashor@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, IMARI AUSBIE, TINA MARIE AVERY, JEFFREY BACHMAN, JOSEPH I. BALAS, BREANNA | Case No.: 2:18-cv-01288<br><br><br><br><br>**NOTICE OF RELATED CASES** |

1342815v.1

GRACE FRANCL BALDRIDGE, MALINDA BALDRIDGE, COLE BALDWIN, PAUL BALFOUR, ALICIA BEATTY, ELIZABETH BEATTY, MATTHEW BEATTY, BRANDY BEAVER, BRANDON CHARLES BECKETT, TINA BEDARTES, CHICO BELSER, CHRISTI BERAN, KAREN BERNEY, JENNIFER L. BITHELL, RUSSELL BLECK, AARON BOUPHAPRASEUTH, JOSHUA BRADY, CHANDRA BRIDGES, CRAIG ALAN BROCKETT, DEBBIE BROCKETT, KALI BROCKETT, LEXIA BROCKETT, CAITLIN BRUNNER, ANDRE BRYANT, JORI BUCKLAND, TIFFANIE BUEHLER, ANTHONY BURNS, ANDRETTI CAGE, KIMBERLY CALDERON, EARLLITRA DANIELLE CARTER, ATHENA CASTILLA, SHAYLA CATALDO, TEQUELA CHAPPELL, SAVANNA CHASCO, DANNY CLUFF, GREG CLUFF, CODY COFFER, MARKIE COFFER, CONNIE D. COLEMAN, KIMBERLY COLLINS, SUE ANN CORNWELL, DANIEL CORTES, BRETT COSSAIRT, MANDI CROWDER, CHANELL CUELLAR, JUAN CUELLAR, RAINNA RUSK DAVIS, WHITNEY DAY, JOHN DEANE, RACHEL DELAPAZ, HANNAH DOMINGUEZ, JOMONT DOTTON, SANDRA DOUGLAS, MICHAEL DYER, HUGH JOSEPH DYER III, SONYA ESTERS, EMILY EVANS, MICHELLE EVANS, KRISTINA FALCO, CASSANDRA FIGGERS, DEANNA FINLEY, JUDITH FISHER, BRISTINA FLATT, KENNETH SHAYNE FLETCHER, BETH GALOFARO, WILLIAM GALVEZ, LACY GANN, DANA GETREU, COURTNEY GIBSON, JENNIFER GIBSON, MICHAEL MERCED GILARDINO, JIMMY GILMORE, TOMAS GONZALEZ, HEATHER GOOZE, MICHAEL GREENFIELD, JULIAN HAMILTON, ANGEL HANDLIN, DARREL HANDLIN, MATTHEW HANSEN, MICHAEL HANSSON, CAROL HARDEN, JUSTIN HARMAN, LAKHESHA HARRIS, TRINO HARRIS, JENNIFER HAUT, ELIZABETH HEFLEY, GABRIELLE HEMPHILL, WILLIAM HENNING, RICHARD CRAIG HERMANN, MARIO HERRERA, JACQUELYN HOFFING, MARCELLA HOFFMAN, BRITTANY HORTON, MEGAN IANNUZZI, LUCA ICLODEAN, DMOREA JACKSON, JARON ANTHONY JAMERSON, ANGELINA JAMES, COREY JOHNSON, DEANDRE JOHNSON, JAYNELLE JOHNSON, JOHANNA JOHNSON, SARAH JOHNSON, EDGAR T. JONES, CHIQUANA JOSHUA, MYLES KALK, AUTUM KAPINKIN, JAWAUNDO W. KIMMONS, WILLIAM KING, NIKKOLE KNIGHT, ANGELL KNITTLE, ANNA

-2-

1342815v.1

KOPP, DAVID KRONBERG, LORI KRUMME, MARY LYNN KUEFFNER, ATHEA LAVIN, AMIAH LEE, ERIKA LEE, LISA LEE, NICK LEMAY, ALAN I. LEVITT, CHARLES LEXION, YOLANDA LIZARDO, GABRIELA LOMAGLIO, VICENTE LOPEZ, SHAWNA LOTT, JOSHUA LUIZ, JOY LUJAN, BRITTANY MACKAY, KERI MAHER, CHRISTIAN MARQUEZ, TRACI MARSHALL, RICHARD MASUCCI, LINDSEY MATA, TRAVIS MATHESON, STEVE MCBEE, DENISE MCCLELLAN, LONNIE MCCORVEY, LYNNE MCCUE, TAMIKA MCGILL, CARMEN MCKINLEY, CLEVELAND MCMATH, DOREEN MEDINA, TREZA MEKHAIL, PAIGE MELANSON, ROSEMARIE MELANSON, STEPHANIE MELANSON, STEPHEN MELANSON, ESTATE OF AUSTIN MEYER, ROMEO MEYER, ROBERT MILLER, PHYLYSSA MONTOYA, ALYSSA MOORE, KATRINA MORGAN, SHANCELA MYERS, MARIROSE NAING, ANTHONY DON E. NOARBE, AMBER NORCIA, ELSA NUNEZ, ROSE O'TOOLE, KUULEI OTIS, STACIE OWENS, CHAD PACKARD, KAYCEE PAUL, ELISA PEREZ, ANGELA MARIE PERRY, JEREMY PICKETT, JOSE PLAZA, MACKENZIE PLUTA, DARRIAN PORTER, LAURA A. PUGLIA, KARMJIT RAJU, JASMINE REIN, STANLEY RENDON, LEA RICHMOND, ISRAEL RIVERA, TONIA ROCHELEAU, MICHAEL ROLLAND, MARK RUSSELL, VINCENT SAGER, CHRISTOPHER SALINAS, LENEA SAMPSON, ALYSSA SANDS, JOSEPH SARTIN, SARAH SCARLETT, SHAWN SCARLETT, SHAYLENNE SCARLETT ,KIM SCHMITZ, ALISON SHEEHE, CHRISTOPHER SHUEMAKER, BREANNA SKAGEN, JENNIFER SKOFF, CHEYENNE SLOAN, EDEN SMITH, JASPER SMITH, YVONNE SMITH, MARTIN SOLANO, SHELBY STALKER, CHRIS STEWART, GREGORY TAVERNITE, SAM TAYLOR, WENDY TAYLOR-HILL, REGINALD THARPS, CHRISTINA THEBEAU, DAVID W. THERIAULT, BREYANA THOMAS, GABRIELLE THOMAS, SAVANNAH THOMAS, STEVEN THOME, ALVA BRUCE TILLEY, MARIYA TORO, KATHRYN TRESSLER, JENNIFER A. TURNER, DEBORAH URRIZAGA, WILLIAM F. VANDERVEER, FRANK VEALENCIS, TAMARA VEALENCIS, REGINA VIOLA, ALYSSA WALKER, TIKIESHA WASP, DONALD WELTY, ZACHARY WILCOX, JORDAN WILKINSON, JEFFERY WILLIAMS, TERACIO WILLIAMS, GARY "OPIE" ALLEN WISE, JOHN YONTS, JAMIE ZALESKI, JANET ZMYEWSKI, THOMAS ZMYEWSKI,

-3-

1342815v.1

1 | Defendants.

Pursuant to Local Rule 42-1, Plaintiffs MGM Resorts International, Mandalay Resort Group, Mandalay Bay, LLC, MGM Resorts Festival Grounds, LLC, and MGM Resorts Venue Management, LLC, hereby provide notice of the following possibly related case currently pending in the District of Nevada:

- *Rachel Sheppard, et al. v. Mandalay Bay, LLC, f/k/a Mandalay Corp., et al.*, D. Nev. Case No. 2:18-cv-01120-RFB-VCF.

The case below is based on a similar claim, involves the same event, and involves similar questions of fact and the same question of law.

DATED this 13th day of July 2018.        PISANELLI BICE

/s/ James J. Pisanelli
JAMES J. PISANELLI (Nevada Bar No. 4027)
JJP@pisanellibice.com
TODD L. BICE (Nevada Bar No. 4534)
TLB@pisanellibice.com
DEBRA L. SPINELLI (Nevada Bar No. 9695)
DLS@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702.214.2100/Fax: 702.214.2101

-4-

1342815v.1