# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP; MANDALAY BAY, LLC; MGM RESORTS FESTIVAL GROUNDS, LLC; and MGM RESORTS VENUE MANAGEMENT, LLC <br><br> *Plaintiff(s)* <br> v. <br> CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, et al. <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 2:18-cv-01288-APG-PAL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

JULIAN HAMILTON

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Pisanelli, Esq.
Todd L. Bice, Esq.
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*
(By) DEPUTY CLERK

7/17/18
DATE

34

Civil Action No. 2:18-cv-01288-APG-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP; MANDALAY BAY, LLC; MGM RESORTS FESTIVAL GROUNDS, LLC; and MGM RESORTS VENUE MANAGEMENT, LLC <br><br> *Plaintiff(s)* <br> v. <br> CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, et al. <br><br> *Defendant(s)* | Civil Action No. 2:18-cv-01288-APG-PAL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ANGEL HANDLIN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Pisanelli, Esq.
Todd L. Bice, Esq.
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV  89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By)* DEPUTY CLERK

7/17/18
DATE

36

Civil Action No. 2:18-cv-01288-APG-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP; MANDALAY BAY, LLC; MGM RESORTS FESTIVAL GROUNDS, LLC; and MGM RESORTS VENUE MANAGEMENT, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:18-cv-01288-APG-PAL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*　　DARREL HANDLIN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　James J. Pisanelli, Esq.
　　Todd L. Bice, Esq.
　　PISANELLI BICE PLLC
　　400 South 7th Street, Suite 300
　　Las Vegas, NV  89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(By) DEPUTY CLERK*

7/17/18
DATE

38

Civil Action No. 2:18-cv-01288-APG-PAL

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP; MANDALAY BAY, LLC; MGM RESORTS FESTIVAL GROUNDS, LLC; and MGM RESORTS VENUE MANAGEMENT, LLC <br><br> *Plaintiff(s)* <br> v. <br> CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, et al. <br><br> *Defendant(s)* | Civil Action No. 2:18-cv-01288-APG-PAL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
MATTHEW HANSEN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Pisanelli, Esq.
Todd L. Bice, Esq.
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

DATE: 7/17/18

40

Civil Action No. 2:18-cv-01288-APG-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP; MANDALAY BAY, LLC; MGM RESORTS FESTIVAL GROUNDS, LLC; and MGM RESORTS VENUE MANAGEMENT, LLC<br><br>*Plaintiff(s)*<br>v.<br>CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, et al.<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-01288-APG-PAL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
MICHAEL HANSSON

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James J. Pisanelli, Esq.
Todd L. Bice, Esq.
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*
(By) DEPUTY CLERK

7/17/18
DATE

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Nevada

MGM RESORTS INTERNATIONAL; MANDALAY RESORT GROUP; MANDALAY BAY, LLC; MGM RESORTS FESTIVAL GROUNDS, LLC; and MGM RESORTS VENUE MANAGEMENT, LLC

*Plaintiff(s)*

v.

CARLOS ACOSTA, EMMANUEL AFFRAN, GREG AGUAYO, LILLIAN AGUIRRE, DIONNDRA ALEXANDER, LESLIE ALWORTH, ENRIQUE ARGUETA, SHANE ARMSTRONG, et al.

*Defendant(s)*

Civil Action No. 2:18-cv-01288-APG-PAL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
CAROL HARDEN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James J. Pisanelli, Esq.
Todd L. Bice, Esq.
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

7/17/18
DATE

44

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-01288-APG-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                    _____
*Server's signature*

                                                    _____
*Printed name and title*

                                                    _____
*Server's address*

Additional information regarding attempted service, etc: