JAMES J. PISANELLI (Nevada Bar No. 4027)
JJP@pisanellibice.com
TODD L. BICE (Nevada Bar No. 4534)
TLB@pisanellibice.com
DEBRA L. SPINELLI (Nevada Bar No. 9695)
DLS@pisanellibice.com
PISANELLI BICE
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702.214.2100

BRAD D. BRIAN (*Pro Hac Vice Forthcoming*)
brad.brian@mto.com
MICHAEL R. DOYEN (*Pro Hac Vice Forthcoming*)
michael.doyen@mto.com
BETHANY W. KRISTOVICH (*Pro Hac Vice Forthcoming*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel: 213.683.9100/Fax:  213.687.3702

E. STRATTON HORRES, JR. (*Pro Hac Vice Forthcoming)*
Stratton.Horres@wilsonelser.com
KAREN L. BASHOR, (Nevada Bar No. 11913)
Karen.Bashor@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY
RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL
GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC f/k/a MANDALAY CORP., MGM RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE MANAGEMENT, LLC<br><br>            Plaintiffs,<br><br>      vs.<br><br>CARLOS ACOSTA; EMMANUEL AFFRAN; GREG AGUAYO; LILLIAN AGUIRRE; DIONNDRA ALEXANDER; LESLIE | Case No. 2:18-cv-01288-APG-PAL<br><br>**FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF** |

39268621.2

| | |
|---|---|
| 1 | ALWORTH; ENRIQUE ARGUETA; SHANE ARMSTRONG; IMARI AUSBIE; TINA |
| 2 | MARIE AVERY; JEFFREY BACHMAN; JOSEPH I. BALAS; BREANNA GRACE |
| 3 | FRANCL BALDRIDGE; MALINDA BALDRIDGE; COLE BALDWIN; PAUL |
| 4 | BALFOUR; ALICIA BEATTY; ELIZABETH BEATTY; MATTHEW BEATTY; BRANDY |
| 5 | BEAVER; BRANDON CHARLES BECKETT; TINA BEDARTES; CHICO BELSER; CHRISTI |
| 6 | BERAN; KAREN BERNEY; JENNIFER L. BITHELL; RUSSELL BLECK; AARON |
| 7 | BOUPHAPRASEUTH; JOSHUA BRADY; CHANDRA BRIDGES; CRAIG ALAN |
| 8 | BROCKETT; DEBBIE BROCKETT; KALI BROCKETT; LEXIA BROCKETT; CAITLIN |
| 9 | BRUNNER; ANDRE BRYANT; JORI BUCKLAND; TIFFANIE BUEHLER; |
| 10 | ANTHONY BURNS; ANDRETTI CAGE; KIMBERLY CALDERON; EARLLITRA |
| 11 | DANIELLE CARTER; ATHENA CASTILLA; SHAYLA CATALDO; TEQUELA CHAPPELL; |
| 12 | SAVANNA CHASCO; DANNY CLUFF; GREG CLUFF; CODY COFFER; MARKIE COFFER; |
| 13 | CONNIE D. COLEMAN; KIMBERLY COLLINS; SUE ANN CORNWELL; DANIEL |
| 14 | CORTES; BRETT COSSAIRT; MANDI CROWDER; CHANELL CUELLAR; JUAN |
| 15 | CUELLAR; RAINNA RUSK DAVIS; WHITNEY DAY; JOHN DEANE; RACHEL |
| 16 | DELAPAZ; HANNAH DOMINGUEZ; JOMONT DOTTON; SANDRA DOUGLAS; |
| 17 | MICHAEL DYER; HUGH JOSEPH DYER III; SONYA ESTERS; EMILY EVANS; |
| 18 | MICHELLE EVANS; KRISTINA FALCO; CASSANDRA FIGGERS; DEANNA FINLEY; |
| 19 | JUDITH FISHER; BRISTINA FLATT; KENNETH SHAYNE FLETCHER; BETH |
| 20 | GALOFARO; WILLIAM GALVEZ; LACY GANN; DANA GETREU; COURTNEY |
| 21 | GIBSON; JENNIFER GIBSON; MICHAEL MERCED GILARDINO; JIMMY GILMORE; |
| 22 | TOMAS GONZALEZ; HEATHER GOOZE; MICHAEL GREENFIELD; JULIAN |
| 23 | HAMILTON; ANGEL HANDLIN; DARREL HANDLIN; MATTHEW HANSEN; MICHAEL |
| 24 | HANSSON; CAROL HARDEN; JUSTIN HARMAN; LAKHESHA HARRIS; TRINO |
| 25 | HARRIS; JENNIFER HAUT; ELIZABETH HEFLEY; GABRIELLE HEMPHILL; |
| 26 | WILLIAM HENNING; RICHARD CRAIG HERMANN; MARIO HERRERA; |
| 27 | JACQUELYN HOFFING; MARCELLA HOFFMAN; BRITTANY HORTON; MEGAN |
| 28 | IANNUZZI; LUCA ICLODEAN; DMOREA |

1 | JACKSON; JARON ANTHONY JAMERSON;
ANGELINA JAMES; COREY JOHNSON;
2 | DEANDRE JOHNSON; JAYNELLE
JOHNSON; JOHANNA JOHNSON; SARAH
3 | JOHNSON; EDGAR T. JONES; CHIQUANA
JOSHUA; MYLES KALK; AUTUM
4 | KAPINKIN; JAWAUNDO W. KIMMONS;
WILLIAM KING; NIKKOLE KNIGHT;
5 | ANGELL KNITTLE; ANNA KOPP; DAVID
KRONBERG; LORI KRUMME; MARY LYNN
6 | KUEFFNER; ATHEA LAVIN; AMIAH LEE;
ERIKA LEE; LISA LEE; NICK LEMAY;
7 | ALAN I. LEVITT; CHARLES LEXION;
YOLANDA LIZARDO; GABRIELA
8 | LOMAGLIO; VICENTE LOPEZ; SHAWNA
LOTT; JOSHUA LUIZ; JOY LUJAN;
9 | BRITTANY MACKAY; KERI MAHER;
CHRISTIAN MARQUEZ; TRACI
10 | MARSHALL; RICHARD MASUCCI;
LINDSEY MATA; TRAVIS MATHESON;
11 | STEVE MCBEE; DENISE MCCLELLAN;
LONNIE MCCORVEY; LYNNE MCCUE;
12 | TAMIKA MCGILL; CARMEN MCKINLEY;
CLEVELAND MCMATH; DOREEN MEDINA;
13 | TREZA MEKHAIL; PAIGE MELANSON;
ROSEMARIE MELANSON; STEPHANIE
14 | MELANSON; STEPHEN MELANSON;
ESTATE OF AUSTIN MEYER; ROMEO
15 | MEYER; ROBERT MILLER; PHYLYSSA
MONTOYA; ALYSSA MOORE; KATRINA
16 | MORGAN; SHANCELA MYERS; MARIROSE
NAING; ANTHONY DON E. NOARBE;
17 | AMBER NORCIA; ELSA NUNEZ; ROSE
O'TOOLE; KUULEI OTIS; STACIE OWENS;
18 | CHAD PACKARD; KAYCEE PAUL; ELISA
PEREZ; ANGELA MARIE PERRY; JEREMY
19 | PICKETT; JOSE PLAZA; MACKENZIE
PLUTA; DARRIAN PORTER; LAURA A.
20 | PUGLIA; KARMJIT RAJU; JASMINE REIN;
STANLEY RENDON; LEA RICHMOND;
21 | ISRAEL RIVERA; TONIA ROCHELEAU;
MICHAEL ROLLAND; MARK RUSSELL;
22 | VINCENT SAGER; CHRISTOPHER
SALINAS; LENEA SAMPSON; ALYSSA
23 | SANDS; JOSEPH SARTIN; SARAH
SCARLETT; SHAWN SCARLETT;
24 | SHAYLENNE SCARLETT; KIM SCHMITZ;
ALISON SHEEHE; CHRISTOPHER
25 | SHUEMAKER; BREANNA SKAGEN;
JENNIFER SKOFF; CHEYENNE SLOAN;
26 | EDEN SMITH; JASPER SMITH; YVONNE
SMITH; MARTIN SOLANO; SHELBY
27 | STALKER; CHRIS STEWART; GREGORY
TAVERNITE; SAM TAYLOR; WENDY
28 | TAYLOR-HILL; REGINALD THARPS;

1  CHRISTINA THEBEAU; DAVID W.
   THERIAULT; BREYANA THOMAS;
2  GABRIELLE THOMAS; SAVANNAH
   THOMAS; STEVEN THOME; ALVA BRUCE
3  TILLEY; MARIYA TORO; KATHRYN
   TRESSLER; JENNIFER A. TURNER;
4  DEBORAH URRIZAGA; WILLIAM F.
   VANDERVEER; FRANK VEALENCIS;
5  TAMARA VEALENCIS; REGINA VIOLA;
   ALYSSA WALKER; TIKIESHA WASP;
6  DONALD WELTY; ZACHARY WILCOX;
   JORDAN WILKINSON; JEFFERY
7  WILLIAMS; TERACIO WILLIAMS; GARY
   "OPIE" ALLEN WISE; JOHN YONTS; JAMIE
8  ZALESKI; JANET ZMYEWSKI; THOMAS
   ZMYEWSKI; ESSENCE ABNER; ALLEN
9  AFSHARI; RAE N. AGUAYO; KHALED
   AHMED; NIKKI RENEE ANN ALIREZ;
10 NADIA ALLIE; FRANK MICHAEL
   ANDERSON III; TRINA ANDRADE-KWIST;
11 CASSIDY ANDREASON; JENNIFER
   ARELLANES; SAMANTA ARJUNE;
12 ANDREW AYALA; JOSEPH L. BALAS;
   TANYA BANUELOS; AUDREY BAREHAM;
13 KYLE BASOM; ROBERT ALTON BEAIRD;
   ANTONYO BELL; WENDY MARIE
14 BENFORD; CARDELL BENSON JR.;
   DAMAEN BENTLEY; MALCOLM
15 BISSEMBER; ED BOUCHER; JENNA
   BOYER; FILLISE BOYKIN; TIA BOYKIN;
16 CARRIE ALLMEN BRADSHAW; JOCELYN
   BRADY; NICKEE BRANHAM-SKOFF;
17 ROBERT J. BRICKMAN II; BILL BRINGOLD;
   NICHOLAS BRONAS; GREGORY BROWN;
18 BRETT BRUCKNER; CELIA BRUNGHURST;
   ELIJAH BRUNGHURST; JAYCEON
19 BRUNGHURST; REGINA BUI; DAVID LYNN
   BUNCH; WALTER BURCH; KAYLA BURDO;
20 GEROGE BURGARD; ZACHARY BURKES;
   SHANNA BURRELL; SAMUEL CABASAG;
21 RUSSELL CAHOY; NICHOLAS JOSEPH
   CAIN-CASEY; JAMIE CALVILLO; BEN
22 CAREY; CHRISTINE CARIA; JANICE
   CARONE-HOWARD; DEONNA CARTER;
23 ANTHONY CAVALLARO; WALTER M.
   CENTENO; ANGELICA CERVANTES;
24 ANJENETTE CHENEY; PENNY CHENIER;
   DIANE CHRISTIAN; AUSTIN
25 CHRISTIANSEN; ASHLEY BERNARD
   CHRISTMAS; MANUEL CIGARROA; GRACE
26 CLAROS; JERMAINE COLQUITT; GLEN
   COONFIELD; DIANA CORRADI; TERI
27 CRANEY; STEPHEN CRAWFORD; JUSTIN
   CREGAR; ANTHONY CRESPIN; EVELYN
28 CRISP; JASPER CROSS; JOHN W.

COMPLAINT FOR DECLARATORY RELIEF

CROWE JR.; CALLI DEE CURRY; RUTIA
CURRY; KINGA DAJBUKAT; LATIEF
DANIELS; JUANITTA DARLYNN; WALTER
D. DAVENPORT; CARLETTA DAVIS; DIANE
DAVIS; NICOLE DAVIS; QUINTIN DAVIS;
WILLIAM ZENON DE ARMAS;
KRYSTALYN DESOTO; ALFRED DEVAULT;
CLEVELAND DICKERSON; JUANITA
DILLARD; KATRINA DIMACALI; DAVID
DOGAN; LISA ANN LELANIE DOMEN;
HEATHER E. DONAT; LILIANA DONIS;
JAQUASHIA DOUGLAS; LAUREEN
DRIGHT; CYNTHIA MICHELLE DUARTE;
CYNTHIA EAGLIN; ARTHUR T. EARL;
CHRIS EASTMAN; JENNIFER ECKMANN;
TIJUANA EDWARDS; DAMIAN K.
EINBINDER; SALOFIITU EMANUELE;
HEIDI FARNAM; LAUGHTON FELL;
JOSHUA FENOGLIA; CLARENCE FISHER;
LAURA FISTON; PRECIOUS FLOWERS;
EVARICK FORD; JASON A. FORD; MINDY
P. FOSTER; WILLIAM FOUNTAIN; GERALD
FOWLER; MATTHEW FOX; AILEEN R.
FRANKLYN; ERIC FRASER; LASHEA
FRAZIER; NICOLE LYNN FRENCH;
JEREMY FRIE; LISA FURMAN; MICHAEL
GALASSO; BRIDGETT GALLOWAY; MIA
GANTT; FRANKIE GARCIA; LISANDRA
GARCIA; JOSE A. GARDUNO; OLIVER
GARNICA; PAUL GEORGE JR.;
CHARMAINE GERMANY; THOMAS
GESCHREY; SELAM GHIRMAY; ERIKA
GIESECKE; STEPHEN GILES; ATALIE
GILLISON; BARBARA J. GODRON; DEL
GOLDEN; KEOSHA GOLDMAN; AVERY
GOLDSTON; NATALIE BRIDGES
GOODRUM; TRACY L. GORMAN; CHERYL
GRADY; MELVIN GRANT; KATRINA
GRAVES; TAWNY GRAY; MARIO
GRAYSON; DEANNA GRIESE; KIMBERLY
GRIFFIS; RUDY GUARINO; JOEL D.
GUZMAN; LEO HAIRSTON; MARTINEZ
HALL; CODY WAYNE HANSEN;
SAMANTHA HARB; ALICIA HARMON;
DERRICK HARRIS; LATIESHA HARRIS;
MANDI HARRIS; STACEY HARRIS; AMIR
HASAN; TARA HASTINGS; MARTIN
HATHCOCK; EDWARD R. HAZEN; SEAN
HEALY; JOHN HEFLEY; ADALGISA
HENNING; SUMER HENNING; DAMIAN
HENRY; SHEELA L. HENRY; CARLY
HENSCHEL; SHAUNTEL HIBBITT; JORDAN
HICKS; SHANNON HICKS; SUSAN HIMES;
EBONEY NICOLE HINES; NATHAN
HINRICHS; ABIGAIL HINTON; ADRIANA

39268621.2

HINTON; ALEXIS HINTON; AMBEAR
HINTON; RICK HINTON; JENNIFER
HOHNKE; DON HOLBROOK; JUNE
HOLDREN; AMBER HOLM; RAVEN
HOLMES; SHAUNTE HORTON;
ABDIRAHMAN HOSAIN; MISTY HOUSE;
DELOSE HOWARD; SVETLANA HUEY;
BRITIN C. HUGHES; STEVE HUTCHASON;
ANTHONY ISABEL; DEVONTA JACKSON;
JOHN JENKINS; DAVIELL JOHNSON;
LARONTAE JOHNSON; MALVIN JOHNSON;
RENAE JOLLEY; JONIQUEKA JONES;
LANNETTA JONES; BRIANA JOSEPH; JUAN
JUAREZ; JOHN JULIAS; BRANDON
KALAAUKAHI; RON KATZ; WALTKOYA
KAYZEE; HEATHER KERR; JOSEPH
KINDER; TARA KING; RICHARD KINGERY;
CYNTHIA KITCHENS; JOSEPH KOCJAN;
AMBRIZ LADSON; MIGUEL LAGOS;
BRADLEY KENT LAGRO; MARTIN L.
LANDERS; QUENTIN LATHAN; MICHAEL
LEAHY; CHLOE LEBO; KATHRYN RENEE
LECKIE; MAXIME LECOCQ; MHONAI LEE;
YVONNE LEE; AITOR LEJARDI; CRYSTAL
LEJARDI; TARA LEM-MONS; ALICIA
LEONARD; SAMUEL LEUTY; ASHLEY
BREANNA LEWIS; CAROLYN LIZAMA;
CORINNE LOMAS; EILEEN LOPEZ;
JAHAIRA LOSEY; ZEKIEL LOSEY; JEREMY
LOWERY; NICOLE LUCIANO; KAYLA
MACIAS; CYNTHIA MAEVERS; WILLIAM
MALONEY; ERIC MALTZ; WILLIAM
MANCIANO; MICHELLE XANI MANGIBIN;
SHIRLEY MANUS; DASHAUN MARSHALL;
DONTE MARSHALL; HOLY ANGEL
MARTINEZ; STEVEN MARTINEZ; LANA
MATHIS; MONIQUE MAXEY; JAMIE
MAXWELL; MOUSSA MBOUP; SZILVIA
MCBRIDE; KEMMY MCCOY; JAMONTE
MCCULLAR; SHIRLEY MCCURRY;
TASHARA MCMULLEN; RAJAI J. MCNEILI;
CHRISTIAN MCQUOWN; JAMIE
MEDEIROS; JOVANNIE MEDIANO;
KIDADA MEDINA; LAUREL
MEEK;JANETTE MEJIA; JOSHUA MEJIA;
IRERI MENDEZ-ALVAREZ; JOSE
MENENDEZ; DARREN MERRIWEATHER;
VANESSA MICHELS; JAROD MIELCAREK;
JAZA'NA MILLER; JAZMIA MILLER;
LEVELLE MILLS; KIMANI MITCHELL;
LAZARO MONT-ROS; MARKEITH MOORE;
DARRIN MOREMAN; GEORGIANNE MARIE
MORGAN; SHAKIERA MORRIS; DEVONTE-
AMIR MORRISON; LADARIUS MORRISON;
VENUS MOSLEY; KYLIE D. MULCAHY;

SEAN P. MULLALY; MIA MUMFORD;
ESTHER MUNOZ; DEANGELO MURILLO;
RONALD MURRAY; RILEY MUSGRAVE;
MACY MYERS; JOAN MYLES; MARK
MYSZAK; MOHAMMAD NASSAR;
GREGORY L. NELSON; CHAYLA NEPOTE;
SANDY NGUYEN; ANNETTA NICHOLSON;
LELA JEAN NORTON; TOBY NORWOOD;
SAVANNA OCHOA; MFALME ODIE;
ALICIA M. OLIVE; JENNA O'NEAL;
DONALD ORLAN; ANNETTE OROZCO;
NOEMI OROZCO; VICTOR ORSCHEL;
TANNY OWENS; JOSEPH  PACE; CARLOS
PADILLA; BACARRI PAGE; BONNIE
PALAZZOLA; NAOMI PANTIRU; NEPTALI
PAREDES-FIGUEROA; CHAD PARISIEN;
THOMASINA PARKER; YVETTE PARKER;
BRIDGET PARKINGTON; BRITTNEY
PARKINGTON; ALINA PARRISH;
MICHELLE PEARSON; CHRISTOPHER C.
PEIRCE; JAMES PELZ; KAYLA PEREZ;
JEFFREY PERKINS; DURWIN PERRY JR.;
SHARON PETTAWAY; CELINA PHEM;
JEANNETTA POLITE; CORY POLIZZI;
TYRESHA POLK; ANTONIO PONCIANO;
TIFFANY RAECENE POPE; BEATRICE
POTTER; DAVID PRECIADO; MARIA
PRECIADO; DRAKE PRITCHETT;
BRITTANY LYNN QUINTERO; RASHIDA
RAINES; INA RAMIREZ; MARIA RAMIREZ;
ROMMEL RAMOS; JIHAD RANDOLPH;
PAULETTE RAPHAEL; OSCAR RAPIO;
LAWRENCE RAYBUCK; PAULA JANE
REID; KATHERINE RENFRO; GARLAND
REYES; KIMBERLY RICHIE; MIKE
RICHMEIER; CHAMIKA ROBERSON;
DONTAE LAROI ROBINSON; MARGO
ROBINSON; JOSETTE ROCHA; ANGELITA
F. RODRIGUEZ; TONIA ROLAND;
JANEANN ROLLINS; DESIREE RONDEAU;
RAQUEL ROOKS; ANTAWN ROSS;
TIRRELLE ROSS; ALLAN ROUSSEAU;
SHIRLEY RUELAS; ANTHONY RUFO;
STEVE SAGELY; HEATHER SALLAN; LISA
KIM M. SAMMONS; PRINCESS SANTOS;
MELISSA SAUCEDO; KATREE SAUNDERS;
ALISSA SAVATH; EUGENE SCHAVERS;
GLORIA J. SCHRYVER; SARA BETH
SCHUSSLER; RODERICK RICO SCOTT;
SYDNEY SHAVER; COREY SHIPP; JOE
SHIPP; JOYCE SHIPP; TAMALA SIEGEL;
JOHANNA SIMEON; GARY ELIOT
SIMMONS; JUSTIN E. SIMMONS; FLEMING
SMITH III; CALVIN SMITH; IMELDA
SMITH; IYUNA SMITH; JOANEKA SMITH;

39268621.2

JOLANDA SMITH; LEVONNE SMITH; TINA SMITH; ELIZABETH SOCCI; LISA SOININEN; DAYSI M. SOLANO; ARMANDO SOLIS JR.; ARMANDO SOLIS; STEVEN SONNENBURG; KARLA SORROSA; MICHELLE SOUZA; PASQUALE SPANO; RONIKA SPEARS; SHERWIN ST. JOHN; MICHAEL STALEY; SHANNAN STEARNS; KENNETH STEWARD; CLARENCE STOCKTON; VALERIE STOUT; VINCENT SULLIVAN; LISA SULVETTA; JACK SUMMERLIN; SHAWNA SUTTON; JOHN SWAYZER; LARRY GORDON SWIFT; MERON TADESSE; SHONTE TALLEY; GRACIELA TAPIA; BETTY TAYLOR; LAUREN D. TAYLOR; KELLIE TEDERMAN; TREASURE TELLIS; DIANE THARPE; CHRISTINA THOMAS; KARNESHA THOMAS; BAILEY THOMPSON; KEELY THOMPSON; ANGELA TODD; RICHARD TOFFOLLA; TODD TOMLIN; RAFAEL TORREGANO; QUINCY TORRES; ROSALIA TORRES; VERONICA TORRES; JORDAN E. TREMPER; COLIN TREVINO; FRANCESCA TRUJILLO; ISABELLA TRUJILLO; SAMUEL LEE TRUJILLO; MARYLOC TRUSHEL; TANISHA TURNER; JANETTE A. URIBE; SANDRA VELASQUEZ; EDGAR VICENTE; ALMA DELIA VILLA; NJERI WADE; AUTUMN WAKE; IMELDA WALKER; KAMIA WALKER; LORI WALLER; MARIO WALLER; PENISE WALLER; ALEX WALTERS; ODJESSICA WARD; SHAWN WASHBURN; DARNELL S. WATTS; RANDALL WEBB; MARCUS WELLMAKER; JUAN WESLEY; GLADYS WHITEHURST; NICOLE WHITLOCK; WILLIAM WIEGER; ANNIE WIGGINS; CHISCA WILEY; CRAIG A. WILLIAMS; LEON WILLIAMS; NOAH WILLIAMS; TERI WILLIAMS; JULIA WILLIAMS-LONG; RINA WILLIAMSON; L'TANYA WILSON; DONNA WILSON-DEMMON; SARAH ANN WITTSTOCK; ROBYN-LEE WOLCHYN; TAMMY WOLFE; LATRICIA WOODS; NIKKI WOODS; NISHON WOODS; SHAY WRIGHT; JOSHUA WRZESINSK; ANDRE WYATT; MICHAEL YANG; GERALD YEAGER; KENYA R. YOUNG; ROYE YOUNG; VASSAR D. YOUNG; JESSICA LAUREN ZETTERBERG,

DEFENDANTS.

**INTRODUCTION**

1.      On October 1, 2017, Stephen Paddock carried out a mass attack at the Route 91 Harvest Festival in Las Vegas, Nevada.

2.      Paddock intended to inflict mass injury, death and destruction.  He killed 58 persons and injured some 500 others.  Paddock's attack resulted in the highest number of deaths of any mass shooting in the Nation's history.

3.      Security for the concert was provided by Contemporary Services Corporation, whose security services have been certified by the Secretary of Homeland Security for protecting against and responding to acts of mass injury and destruction.

4.      Recognizing the national interest in such events, and in the development and deployment of services certified by the Secretary of Homeland Security to prevent and respond to such events, Congress has provided original and exclusive federal jurisdiction for any claims of injuries arising out of or relating to mass violence where services certified by the Department were deployed.

5.      Plaintiff MGM Resorts Festival Grounds, LLC owns and operates the Las Vegas Village, at 3901 South Las Vegas Boulevard, Las Vegas, Nevada 89119, where the Route 91 Harvest Festival was held.  Plaintiff Mandalay Bay, LLC owns and operates the Mandalay Bay resort, which is adjacent to Las Vegas Village.  Plaintiff MGM Resorts International is the parent corporation, with an indirect 100% interest in Mandalay Bay, LLC, and MGM Resorts Festival Grounds.  Plaintiff MGM Resorts Venue Management, LLC is a Nevada limited liability company.

6.       Paddock carried out his mass attack on the concert from a room on the 32nd floor of the Mandalay Bay resort.

7.      Following Paddock's attack, over 2,500 individuals ("Claimants") have brought lawsuits, or threatened to bring lawsuits, against Plaintiffs MGM Resorts Festival Grounds, LLC, MGM Resorts International, Mandalay Bay, LLC, Mandalay Resort Group, and MGM Resorts Venue Management, LLC (collectively, "the MGM Parties"), alleging that the MGM Parties (among others) are liable for deaths, injuries, and emotional distress resulting from Paddock's

COMPLAINT FOR DECLARATORY RELIEF RE APPLICATION OF SAFETY ACT, 6 U.S.C. §§ 441-444

attack.  Claimants subsequently voluntarily dismissed these cases before they could be resolved, apparently with the intent of refiling.

8.     Named as defendants in this case are Claimants who have brought lawsuits (which they subsequently voluntarily dismissed) against the MGM Parties, alleging claims arising from Paddock's attack, and persons who, through counsel, have threatened to bring such claims against the MGM Parties.

9.     Congress has enacted legislation to support the development of new technologies and services to prevent and respond to mass violence.  That legislation, the Support Anti-Terrorism by Fostering Effective Technologies Act of 2002, 6 U.S.C. §§ 441-444 (also known by the acronym, the "SAFETY Act"), provides a calibrated balance of remedies and limitations on liabilities arising from mass attacks committed on U.S. soil where services certified by the Department of Homeland Security were deployed.

10.     In the case of Paddock's mass attack, certified technologies or services were deployed by a professional security company, Contemporary Services Corporation ("CSC"), which was employed as the Security Vendor for the Route 91 concert.  As alleged in more detail below, Paddock's mass attack meets the requirements of the SAFETY Act as set forth in the statute and the Regulations promulgated by the Department of Homeland Security.

11.     Defendants' actual and threatened lawsuits implicate the services provided by CSC because they implicate security at the concert, for example security training, emergency response, evacuation, and adequacy of egress.

12.     As a result, the SAFETY Act applies to and governs all actions and any claims arising out of or relating to Paddock's mass attack.  There are five key aspects of the Act and implementing regulations promulgated by the Department of Homeland Security as authorized and contemplated by the SAFETY Act.  6 C.F.R. § 25.1 et seq.

13.     First, the SAFETY Act creates a "Federal cause of action for claims arising out of [or] relating to" an act of mass violence where certified services were deployed and where such claims may result in losses to the Seller of the services.  6 U.S.C. § 442(a)(1).

14.     Second, the SAFETY Act expressly provides the federal courts with "original and exclusive jurisdiction over all actions for any claim for loss" arising out of or related to such an attack. 6 U.S.C. § 442(a)(2).

15.     Third, as confirmed by the Secretary's implementing regulations promulgated after enactment of the SAFETY Act, the federal cause of action created by the statute is the exclusive claim available in such circumstances. 6 U.S.C. § 442(a)(1).  The regulations state:  "There shall exist only one cause of action for loss of property, personal injury, or death for performance or non-performance of the Seller's Qualified Anti–Terrorism Technology in relation to an Act of Terrorism." 6 C.F.R. § 25.7(d).

16.     Fourth, the regulations further provide that "Such cause of action may be brought only against the Seller of the Qualified Anti–Terrorism Technology and may not be brought against the buyers, the buyers' contractors, or downstream users of the Technology, the Seller's suppliers or contractors, or any other person or entity."  6 C.F.R. § 25.7(d).

17.     Fifth, to ensure compensation for victims in appropriate cases, the SAFETY Act requires that the Seller "obtain liability insurance of such types and in such amounts as shall be required in accordance with this section and certified by the Secretary to satisfy otherwise compensable third-party claims arising out of, relating to, or resulting from an act of terrorism." 6 U.S.C. § 443(a)(1).

18.     Congress enacted the SAFETY Act in recognition of the strong national interest in encouraging the development and use of technologies and services that can help prevent and respond to mass violence.  The Act does so in part by assurance of limited liability in the unfortunate event that an incident of mass violence occurs and injuries occur despite the deployment of such technology.  The Act also does so by creating original and exclusive jurisdiction for the resolution of all controversies in federal court. 6 U.S.C. § 442(a)(2).

19.     The SAFETY Act expressly provides the federal courts with original and exclusive jurisdiction over "all actions for and any claims for loss [or] injury" arising out of or relating to a mass attack where certified services were provided and where such claims *may* result in losses to

the seller of those services. The Act and the associated regulations make clear that any such claim against the MGM Parties must be dismissed.

20.     By this action, the MGM Parties seek a declaratory judgment and further relief pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, that the MGM parties cannot be held liable to Defendants for deaths, injuries, or other damages arising from Paddock's attack.

<u>**PARTIES**</u>

**A.     <u>PLAINTIFFS</u>**

21.     Plaintiff MGM RESORTS INTERNATIONAL is a Delaware corporation with its principal place of business in Las Vegas, Nevada.

22.     Plaintiff MANDALAY RESORT GROUP is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

23.     Plaintiff, MANDALAY BAY, LLC f/k/a MANDALAY CORP. is a Nevada limited liability company with a single member, Mandalay Resort Group.

24.     Plaintiff MGM RESORTS FESTIVAL GROUNDS, LLC is a Nevada limited liability company with a single member, Mandalay Resort Group.

25.     Plaintiff MGM RESORTS VENUE MANAGEMENT, LLC is a Nevada limited liability company with a single member, MGM Resorts International.

**B.     <u>DEFENDANTS</u>**

26.     Plaintiffs are informed and believe, and thereon allege, that defendant Carlos Acosta is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

27.     Plaintiffs are informed and believe, and thereon allege, that defendant Emmanuel Affran is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

28.     Plaintiffs are informed and believe and thereon allege that Defendant Greg Aguayo is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

29.     Plaintiffs are informed and believe and thereon allege that Defendant Lillian Aguirre is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

30.     Plaintiffs are informed and believe, and thereon allege, that defendant Dionndra Alexander is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

31.     Plaintiffs are informed and believe and thereon allege that Defendant Leslie Alworth is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

32.     Plaintiffs are informed and believe, and thereon allege, that defendant Enrique Argueta is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

33.     Plaintiffs are informed and believe, and thereon allege, that defendant Shane Armstrong is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims

arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Athena Castilla v. MGM*, filed October 18, 2017, in the Los Angeles Superior Court ("LASC"), case number BC680193.

34.     Plaintiffs are informed and believe, and thereon allege, that defendant Imari Ausbie is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

35.     Plaintiffs are informed and believe, and thereon allege, that defendant Tina Marie Avery is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

36.     Plaintiffs are informed and believe and thereon allege that Defendant Jeffrey Bachman is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

37.     Plaintiffs are informed and believe and thereon allege that Defendant Joseph l. Balas is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

38.     Plaintiffs are informed and believe, and thereon allege, that defendant Breanna Grace Francl Baldridge is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Baldridge, et al. v. MGM*, filed January 18, 2018, in Clark County District Court ("Clark County"), case number A-18-767981-C.

39.     Plaintiffs are informed and believe, and thereon allege, that defendant Malinda Baldridge is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Baldridge, et al. v. MGM*, filed January 18, 2018, in Clark County District Court ("Clark County"), case number A-18-767981-C.

40.     Plaintiffs are informed and believe, and thereon allege, that defendant Cole Baldwin is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

41.     Plaintiffs are informed and believe and thereon allege that Defendant Paul Balfour is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

42.     Plaintiffs are informed and believe and thereon allege that Defendant Alicia Beatty is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

43.     Plaintiffs are informed and believe and thereon allege that Defendant Elizabeth Beatty is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

44.     Plaintiffs are informed and believe and thereon allege that Defendant Matthew Beatty is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

45.     Plaintiffs are informed and believe, and thereon allege, that defendant Brandy Beaver is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

46.     Plaintiffs are informed and believe, and thereon allege, that defendant Brandon Charles Beckett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

47.     Plaintiffs are informed and believe and thereon allege that Defendant Tina Bedartes is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

48.     Plaintiffs are informed and believe, and thereon allege, that defendant Chico Belser is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

49.     Plaintiffs are informed and believe, and thereon allege, that defendant Christi Beran is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

50.     Plaintiffs are informed and believe and thereon allege that Defendant Karen Berney is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to

assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

51.     Plaintiffs are informed and believe, and thereon allege, that defendant Jennifer L. Bithell is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

52.     Plaintiffs are informed and believe, and thereon allege, that defendant Russell Bleck is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

53.     Plaintiffs are informed and believe, and thereon allege, that defendant Aaron Bouphapraseuth is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

54.     Plaintiffs are informed and believe and thereon allege that Defendant Joshua Brady is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

55.     Plaintiffs are informed and believe, and thereon allege, that defendant Chandra Bridges is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

56.     Plaintiffs are informed and believe, and thereon allege, that defendant Craig Alan Brockett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

57.     Plaintiffs are informed and believe, and thereon allege, that defendant Debbie Brockett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

58.     Plaintiffs are informed and believe, and thereon allege, that defendant Kali Brockett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

59.     Plaintiffs are informed and believe, and thereon allege, that defendant Lexia Brockett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

60.     Plaintiffs are informed and believe, and thereon allege, that defendant Caitlin Brunner is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Brunner v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"), case number A-17-764745-C.

61.     Plaintiffs are informed and believe, and thereon allege, that defendant Andre Bryant is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

62.     Plaintiffs are informed and believe, and thereon allege, that defendant Jori Buckland is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Buckland v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"), case number A-17-764741-C.

63.     Plaintiffs are informed and believe and thereon allege that Defendant Tiffanie Buehler is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

64.     Plaintiffs are informed and believe and thereon allege that Defendant Anthony Burns is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

65.     Plaintiffs are informed and believe, and thereon allege, that defendant Andretti Cage is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

66.     Plaintiffs are informed and believe, and thereon allege, that defendant Kimberly Calderon is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

67.     Plaintiffs are informed and believe, and thereon allege, that defendant Earllitra Danielle Carter is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

68.     Plaintiffs are informed and believe, and thereon allege, that defendant Athena Castilla is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Athena Castilla v. MGM*, filed October 18, 2017, in the Los Angeles Superior Court ("LASC"), case number BC680193.

69.     Plaintiffs are informed and believe, and thereon allege, that defendant Shayla Cataldo is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Cataldo v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"), case number A-17-764738-C.

70.     Plaintiffs are informed and believe, and thereon allege, that defendant Tequela Chappell is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

71.     Plaintiffs are informed and believe and thereon allege that Defendant Savanna Chasco is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

72.     Plaintiffs are informed and believe, and thereon allege, that defendant Danny Cluff is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

73.     Plaintiffs are informed and believe and thereon allege that Defendant Greg Cluff is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

74.     Plaintiffs are informed and believe and thereon allege that Defendant Cody Coffer is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

75.     Plaintiffs are informed and believe, and thereon allege, that defendant Markie Coffer is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

76.     Plaintiffs are informed and believe, and thereon allege, that defendant Connie D. Coleman is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Gasper, et al. v. MGM*, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684143

77.     Plaintiffs are informed and believe, and thereon allege, that defendant Kimberly Collins is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

78.     Plaintiffs are informed and believe and thereon allege that Defendant Sue Ann Cornwell is a resident of the State of Nevada. Defendant has, through counsel, asserted or

threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

79.     Plaintiffs are informed and believe, and thereon allege, that defendant Daniel Cortes is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

80.     Plaintiffs are informed and believe, and thereon allege, that defendant Brett Cossairt is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

81.     Plaintiffs are informed and believe and thereon allege that Defendant Mandi Crowder is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

82.     Plaintiffs are informed and believe and thereon allege that Defendant Chanell Cuellar is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

83.     Plaintiffs are informed and believe and thereon allege that Defendant Juan Cuellar is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

84.     Plaintiffs are informed and believe, and thereon allege, that defendant Rainna Rusk Davis is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

-14-

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

85.     Plaintiffs are informed and believe and thereon allege that Defendant Whitney Day is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

86.     Plaintiffs are informed and believe and thereon allege that Defendant John Deane is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

87.     Plaintiffs are informed and believe, and thereon allege, that defendant Rachel DelaPaz is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

88.     Plaintiffs are informed and believe, and thereon allege, that defendant Hannah Dominguez is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

89.     Plaintiffs are informed and believe, and thereon allege, that defendant Jomont Dotton is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

90.     Plaintiffs are informed and believe, and thereon allege, that defendant Sandra Douglas is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

91.     Plaintiffs are informed and believe, and thereon allege, that defendant Michael Dyer is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

92.     Plaintiffs are informed and believe, and thereon allege, that defendant Hugh Joseph Dyer III is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

93.     Plaintiffs are informed and believe, and thereon allege, that defendant Sonya Esters is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

94.     Plaintiffs are informed and believe and thereon allege that Defendant Emily Evans is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

95.     Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Evans is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

96.     Plaintiffs are informed and believe, and thereon allege, that defendant Kristina Falco is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

97.     Plaintiffs are informed and believe, and thereon allege, that defendant Cassandra Figgers is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

98.     Plaintiffs are informed and believe and thereon allege that Defendant Deanna Finley is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

99.     Plaintiffs are informed and believe, and thereon allege, that defendant Judith Fisher is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

100.    Plaintiffs are informed and believe, and thereon allege, that defendant Bristina Flatt is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

101.    Plaintiffs are informed and believe, and thereon allege, that defendant Kenneth Shayne Fletcher is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

102.    Plaintiffs are informed and believe and thereon allege that Defendant Beth Galofaro is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

103.    Plaintiffs are informed and believe, and thereon allege, that defendant William Galvez is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

104.    Plaintiffs are informed and believe and thereon allege that Defendant Lacy Gann is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

105.    Plaintiffs are informed and believe and thereon allege that Defendant Dana Getreu is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

106.    Plaintiffs are informed and believe, and thereon allege, that defendant Courtney Gibson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

107.    Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Gibson is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

108.    Plaintiffs are informed and believe, and thereon allege, that defendant Michael Merced Gilardino is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting

claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

109.    Plaintiffs are informed and believe and thereon allege that Defendant Jimmy Gilmore is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

110.    Plaintiffs are informed and believe, and thereon allege, that defendant Tomas Gonzalez is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

111.    Plaintiffs are informed and believe, and thereon allege, that defendant Heather Gooze is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Gooze v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"),
case number A-17-764718-C.

112.    Plaintiffs are informed and believe, and thereon allege, that defendant Michael Greenfield is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"),
case number BC687120.

113.    Plaintiffs are informed and believe, and thereon allege, that defendant Julian Hamilton is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

114.    Plaintiffs are informed and believe and thereon allege that Defendant Angel Handlin is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

115.    Plaintiffs are informed and believe and thereon allege that Defendant Darrel Handlin is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

116.    Plaintiffs are informed and believe, and thereon allege, that defendant Matthew Hansen is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

117.    Plaintiffs are informed and believe and thereon allege that Defendant Michael Hansson is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

118.    Plaintiffs are informed and believe, and thereon allege, that defendant Carol Harden is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

119.    Plaintiffs are informed and believe and thereon allege that Defendant Justin Harman is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

120.     Plaintiffs are informed and believe, and thereon allege, that defendant Lakhesha Harris is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

121.     Plaintiffs are informed and believe, and thereon allege, that defendant Trino Harris is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

122.     Plaintiffs are informed and believe, and thereon allege, that defendant Jennifer Haut is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

123.     Plaintiffs are informed and believe and thereon allege that Defendant Elizabeth Hefley is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

124.     Plaintiffs are informed and believe and thereon allege that Defendant Gabrielle Hemphill is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

125.     Plaintiffs are informed and believe and thereon allege that Defendant William Henning is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

126.    Plaintiffs are informed and believe, and thereon allege, that defendant Richard Craig Hermann is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

127.    Plaintiffs are informed and believe, and thereon allege, that defendant Mario Herrera is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

128.    Plaintiffs are informed and believe and thereon allege that Defendant Jacquelyn Hoffing is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

129.    Plaintiffs are informed and believe, and thereon allege, that defendant Marcella Hoffman is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

130.    Plaintiffs are informed and believe, and thereon allege, that defendant Brittany Horton is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

131.    Plaintiffs are informed and believe and thereon allege that Defendant Megan Iannuzzi is a resident of the State of Nevada. Defendant has, through counsel, asserted or

1   threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in

2   Las Vegas, Nevada.

3        132.     Plaintiffs are informed and believe, and thereon allege, that defendant Luca

4   Iclodean is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

5   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

6   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Iclodean v. MGM*, filed

7   November 15, 2017, in the Clark County District Court ("Clark County"), case

8   number A-17-764716-C.

9        133.     Plaintiffs are informed and believe, and thereon allege, that defendant Dmorea

10  Jackson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

11  subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

12  from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

13  filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

14       134.     Plaintiffs are informed and believe, and thereon allege, that defendant Jaron

15  Anthony Jamerson is a resident of the State of Nevada. Defendant has previously filed a lawsuit

16  (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting

17  claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et*

18  *al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

19  BC684047.

20       135.     Plaintiffs are informed and believe, and thereon allege, that defendant Angelina

21  James is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

22  subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

23  from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

24  filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

25       136.     Plaintiffs are informed and believe, and thereon allege, that defendant Corey

26  Johnson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

27  subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

28

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

137.    Plaintiffs are informed and believe, and thereon allege, that defendant DeAndre Johnson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

138.    Plaintiffs are informed and believe, and thereon allege, that defendant Jaynelle Johnson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

139.    Plaintiffs are informed and believe, and thereon allege, that defendant Johanna Johnson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

140.    Plaintiffs are informed and believe, and thereon allege, that defendant Sarah Johnson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

141.    Plaintiffs are informed and believe, and thereon allege, that defendant Edgar T. Jones is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

142.     Plaintiffs are informed and believe, and thereon allege, that defendant Chiquana Joshua is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

143.     Plaintiffs are informed and believe and thereon allege that Defendant Myles Kalk is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

144.     Plaintiffs are informed and believe and thereon allege that Defendant Autum Kapinkin is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

145.     Plaintiffs are informed and believe, and thereon allege, that defendant Jawaundo W. Kimmons is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

146.     Plaintiffs are informed and believe, and thereon allege, that defendant William King is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

147.     Plaintiffs are informed and believe and thereon allege that Defendant Nikkole Knight is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

148.     Plaintiffs are informed and believe, and thereon allege, that defendant Angell Knittle is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

149.     Plaintiffs are informed and believe and thereon allege that Defendant Anna Kopp is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

150.     Plaintiffs are informed and believe, and thereon allege, that defendant David Kronberg is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

151.     Plaintiffs are informed and believe and thereon allege that Defendant Lori Krumme is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

152.     Plaintiffs are informed and believe, and thereon allege, that defendant Mary Lynn Kueffner is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

153.     Plaintiffs are informed and believe and thereon allege that Defendant Athea Lavin is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

154.     Plaintiffs are informed and believe, and thereon allege, that defendant Amiah Lee is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

155.    Plaintiffs are informed and believe, and thereon allege, that defendant Erika Lee is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

156.    Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Lee is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

157.    Plaintiffs are informed and believe, and thereon allege, that defendant Nick Lemay is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

158.    Plaintiffs are informed and believe, and thereon allege, that defendant Alan I. Levitt is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in Gasper, et al. v. MGM, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684143

159.    Plaintiffs are informed and believe, and thereon allege, that defendant Charles Lexion is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

160.    Plaintiffs are informed and believe, and thereon allege, that defendant Yolanda Lizardo is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

161.    Plaintiffs are informed and believe and thereon allege that Defendant Gabriela Lomaglio is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

162.    Plaintiffs are informed and believe, and thereon allege, that defendant Vicente Lopez is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

163.    Plaintiffs are informed and believe, and thereon allege, that defendant Shawna Lott is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Lott v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"), case number A-17-764736-C.

164.    Plaintiffs are informed and believe, and thereon allege, that defendant Joshua Luiz is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

165.    Plaintiffs are informed and believe, and thereon allege, that defendant Joy Lujan is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

166.   Plaintiffs are informed and believe and thereon allege that Defendant Brittany MacKay is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

167.   Plaintiffs are informed and believe, and thereon allege, that defendant Keri Maher is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

168.   Plaintiffs are informed and believe and thereon allege that Defendant Christian Marquez is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

169.   Plaintiffs are informed and believe, and thereon allege, that defendant Traci Marshall is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

170.   Plaintiffs are informed and believe, and thereon allege, that defendant Richard Masucci is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

171.   Plaintiffs are informed and believe, and thereon allege, that defendant Lindsey Mata is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

1   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*,

2   filed January 4, 2018, in the Clark County District Court ("Clark County"), case

3   number A-18-767288-C.

4         172.    Plaintiffs are informed and believe, and thereon allege, that defendant Travis

5   Matheson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which

6   was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims

7   arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v.*

8   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

9   BC684047.

10         173.    Plaintiffs are informed and believe, and thereon allege, that defendant Steve McBee

11   is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

12   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

13   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

14   filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

15         174.    Plaintiffs are informed and believe and thereon allege that Defendant Denise

16   McClellan is a resident of the State of Nevada. Defendant has, through counsel, asserted or

17   threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in

18   Las Vegas, Nevada.

19         175.    Plaintiffs are informed and believe, and thereon allege, that defendant Lonnie

20   McCorvey is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which

21   was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims

22   arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v.*

23   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

24   number BC684047.

25         176.    Plaintiffs are informed and believe, and thereon allege, that defendant Lynne

26   McCue is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which

27   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

28   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*,

-30-

filed January 4, 2018, in the Clark County District Court ("Clark County"), case

number A-18-767288-C.

177.   Plaintiffs are informed and believe, and thereon allege, that defendant Tamika

Mcgill is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

178.   Plaintiffs are informed and believe and thereon allege that Defendant Carmen

McKinley is a resident of the State of Nevada. Defendant has, through counsel, asserted or

threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in

Las Vegas, Nevada.

179.   Plaintiffs are informed and believe, and thereon allege, that defendant Cleveland

McMath is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *McMath v. MGM*, filed

November 15, 2017, in the Clark County District Court ("Clark County"), case

number A-17-764720-C.

180.   Plaintiffs are informed and believe, and thereon allege, that defendant Doreen

Medina is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

181.   Plaintiffs are informed and believe and thereon allege that Defendant Treza

Mekhail is a resident of the State of Nevada. Defendant has, through counsel, asserted or

threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in

Las Vegas, Nevada.

182.   Plaintiffs are informed and believe, and thereon allege, that defendant Paige

Melanson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which

was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

183.     Plaintiffs are informed and believe, and thereon allege, that defendant Rosemarie Melanson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

184.     Plaintiffs are informed and believe, and thereon allege, that defendant Stephanie Melanson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

185.     Plaintiffs are informed and believe, and thereon allege, that defendant Stephen Melanson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

186.     Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Austin Meyer, was a resident of the State of Nevada.  Plaintiffs are informed and believe and thereon allege that Defendant, the Estate of Austin Meyer, has, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, has indicated an intent to make such claims in the future (such as by way of the

1   filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by

2   way of an evidence preservation letter from counsel).

3       187.   Plaintiffs are informed and believe, and thereon allege, that defendant Romeo

4   Meyer is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

5   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

6   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

7   filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

8       188.   Plaintiffs are informed and believe, and thereon allege, that defendant Robert

9   Miller is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

10   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

11   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

12   filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

13       189.   Plaintiffs are informed and believe, and thereon allege, that defendant Phylyssa

14   Montoya is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

15   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

16   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

17   filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

18       190.   Plaintiffs are informed and believe, and thereon allege, that defendant Alyssa

19   Moore is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

20   subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

21   from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*,

22   filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

23       191.   Plaintiffs are informed and believe and thereon allege that Defendant Katrina

24   Morgan is a resident of the State of Nevada. Defendant has, through counsel, asserted or

25   threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in

26   Las Vegas, Nevada.

27       192.   Plaintiffs are informed and believe, and thereon allege, that defendant Shancela

28   Myers is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

39268621.2

-33-

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

193.    Plaintiffs are informed and believe, and thereon allege, that defendant Marirose Naing is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

194.    Plaintiffs are informed and believe, and thereon allege, that defendant Anthony Don E. Noarbe is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

195.    Plaintiffs are informed and believe, and thereon allege, that defendant Amber Norcia is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

196.    Plaintiffs are informed and believe and thereon allege that Defendant Elsa Nunez is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

197.    Plaintiffs are informed and believe, and thereon allege, that defendant Rose O'Toole is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

198.     Plaintiffs are informed and believe, and thereon allege, that defendant Kuulei Otis is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

199.     Plaintiffs are informed and believe and thereon allege that Defendant Stacie Owens is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

200.     Plaintiffs are informed and believe and thereon allege that Defendant Chad Packard is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

201.     Plaintiffs are informed and believe, and thereon allege, that defendant Kaycee Paul is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

202.     Plaintiffs are informed and believe, and thereon allege, that defendant Elisa Perez is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

203.     Plaintiffs are informed and believe, and thereon allege, that defendant Angela Marie Perry is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v.*

*MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

204.    Plaintiffs are informed and believe, and thereon allege, that defendant Jeremy Pickett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

205.    Plaintiffs are informed and believe, and thereon allege, that defendant Jose Plaza is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

206.    Plaintiffs are informed and believe, and thereon allege, that defendant Mackenzie Pluta is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

207.    Plaintiffs are informed and believe, and thereon allege, that defendant Darrian Porter is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

208.    Plaintiffs are informed and believe and thereon allege that Defendant Laura A. Puglia is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

209.    Plaintiffs are informed and believe, and thereon allege, that defendant Karmjit Raju is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

210.    Plaintiffs are informed and believe and thereon allege that Defendant Jasmine Rein is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

211.    Plaintiffs are informed and believe, and thereon allege, that defendant Stanley Rendon is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in Spencer, et al. v. Paddock, filed October 17, 2017, in Los Angeles Superior Court ("LASC"), case number BC680065.

212.    Plaintiffs are informed and believe and thereon allege that Defendant Lea Richmond is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

213.    Plaintiffs are informed and believe, and thereon allege, that defendant Israel Rivera is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

214.    Plaintiffs are informed and believe and thereon allege that Defendant Tonia Rocheleau is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

215.    Plaintiffs are informed and believe and thereon allege that Defendant Michael Rolland is a resident of the State of Nevada. Defendant has, through counsel, asserted or

threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

216.    Plaintiffs are informed and believe and thereon allege that Defendant Mark Russell is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

217.    Plaintiffs are informed and believe, and thereon allege, that defendant Vincent Sager is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

218.    Plaintiffs are informed and believe and thereon allege that Defendant Christopher Salinas is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

219.    Plaintiffs are informed and believe, and thereon allege, that defendant Lenea Sampson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Sampson v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"), case number A-17-764733-C.

220.    Plaintiffs are informed and believe and thereon allege that Defendant Alyssa Sands is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

221.    Plaintiffs are informed and believe, and thereon allege, that defendant Joseph Sartin is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

222.    Plaintiffs are informed and believe, and thereon allege, that defendant Sarah Scarlett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

223.    Plaintiffs are informed and believe, and thereon allege, that defendant Shawn Scarlett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

224.    Plaintiffs are informed and believe, and thereon allege, that defendant Shaylenne Scarlett is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

225.    Plaintiffs are informed and believe and thereon allege that Defendant Kim Schmitz is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

226.    Plaintiffs are informed and believe and thereon allege that Defendant Alison Sheehe is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

227.    Plaintiffs are informed and believe, and thereon allege, that defendant Christopher Shuemaker is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims

arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

228.    Plaintiffs are informed and believe, and thereon allege, that defendant Breanna Skagen is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

229.    Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Skoff is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

230.    Plaintiffs are informed and believe, and thereon allege, that defendant Cheyenne Sloan is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

231.    Plaintiffs are informed and believe and thereon allege that Defendant Eden Smith is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

232.    Plaintiffs are informed and believe, and thereon allege, that defendant Jasper Smith is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

233.    Plaintiffs are informed and believe, and thereon allege, that defendant Yvonne Smith is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

234.    Plaintiffs are informed and believe and thereon allege that Defendant Martin Solano is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

235.    Plaintiffs are informed and believe, and thereon allege, that defendant Shelby Stalker is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Melanson, et al. v. MGM*, filed January 4, 2018, in the Clark County District Court ("Clark County"), case number A-18-767288-C.

236.    Plaintiffs are informed and believe and thereon allege that Defendant Chris Stewart is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

237.    Plaintiffs are informed and believe, and thereon allege, that defendant Gregory Tavernite is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

238.    Plaintiffs are informed and believe and thereon allege that Defendant Sam Taylor is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

239.    Plaintiffs are informed and believe, and thereon allege, that defendant Wendy Taylor-Hill is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims

arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

240.    Plaintiffs are informed and believe, and thereon allege, that defendant Reginald Tharps is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

241.    Plaintiffs are informed and believe and thereon allege that Defendant Christina Thebeau is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

242.    Plaintiffs are informed and believe, and thereon allege, that defendant David W. Theriault is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

243.    Plaintiffs are informed and believe, and thereon allege, that defendant Breyana Thomas is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

244.    Plaintiffs are informed and believe, and thereon allege, that defendant Gabrielle Thomas is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

245.     Plaintiffs are informed and believe, and thereon allege, that defendant Savannah Thomas is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

246.     Plaintiffs are informed and believe, and thereon allege, that defendant Steven Thome is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

247.     Plaintiffs are informed and believe, and thereon allege, that defendant Alva Bruce Tilley is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

248.     Plaintiffs are informed and believe and thereon allege that Defendant Mariya Toro is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

249.     Plaintiffs are informed and believe, and thereon allege, that defendant Kathryn Tressler is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Tressler v. MGM*, filed November 15, 2017, in the Clark County District Court ("Clark County"), case number A-17-764722-C.

250.     Plaintiffs are informed and believe, and thereon allege, that defendant Jennifer A. Turner is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising

from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

251.   Plaintiffs are informed and believe and thereon allege that Defendant Deborah Urrizaga is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

252.   Plaintiffs are informed and believe, and thereon allege, that defendant William F. Vanderveer is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

253.   Plaintiffs are informed and believe, and thereon allege, that defendant Frank Vealencis is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

254.   Plaintiffs are informed and believe, and thereon allege, that defendant Tamara Vealencis is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

255.   Plaintiffs are informed and believe and thereon allege that Defendant Regina Viola is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

256.    Plaintiffs are informed and believe, and thereon allege, that defendant Alyssa Walker is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

257.    Plaintiffs are informed and believe, and thereon allege, that defendant Tikiesha Wasp is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

258.    Plaintiffs are informed and believe, and thereon allege, that defendant Donald Welty is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

259.    Plaintiffs are informed and believe, and thereon allege, that defendant Zachary Wilcox is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

260.    Plaintiffs are informed and believe, and thereon allege, that defendant Jordan Wilkinson is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

261.    Plaintiffs are informed and believe, and thereon allege, that defendant Jeffery Williams is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was

subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

262.    Plaintiffs are informed and believe, and thereon allege, that defendant Teracio Williams is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

263.    Plaintiffs are informed and believe, and thereon allege, that defendant Gary "Opie" Allen Wise is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

264.    Plaintiffs are informed and believe, and thereon allege, that defendant John Yonts is a resident of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

265.    Plaintiffs are informed and believe and thereon allege that Defendant Jamie Zaleski is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

266.    Plaintiffs are informed and believe and thereon allege that Defendant Janet Zmyewski is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

267.     Plaintiffs are informed and believe and thereon allege that Defendant Thomas Zmyewski is a resident of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

268.     Plaintiffs are informed and believe and thereon allege that Defendant Essence Abner is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

269.     Plaintiffs are informed and believe and thereon allege that Defendant Allen Afshari is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

270.     Plaintiffs are informed and believe and thereon allege that Defendant Rae N. Aguayo is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

271.     Plaintiffs are informed and believe and thereon allege that Defendant Khaled Ahmed is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

272.     Plaintiffs are informed and believe and thereon allege that Defendant Nikki Renee Ann Alirez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

273.     Plaintiffs are informed and believe and thereon allege that Defendant Nadia Allie is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

274.     Plaintiffs are informed and believe and thereon allege that Defendant Frank Michael Anderson III is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

275.     Plaintiffs are informed and believe and thereon allege that Defendant Trina Andrade-Kwist is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

276.     Plaintiffs are informed and believe and thereon allege that Defendant Cassidy Andreason is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

277.     Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Arellanes is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

278.     Plaintiffs are informed and believe and thereon allege that Defendant Samanta Arjune is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

279.     Plaintiffs are informed and believe and thereon allege that Defendant Andrew Ayala is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

280.     Plaintiffs are informed and believe and thereon allege that Defendant Joseph l. Balas is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

281.     Plaintiffs are informed and believe and thereon allege that Defendant Tanya Banuelos is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

282.     Plaintiffs are informed and believe and thereon allege that Defendant Audrey Bareham is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

283.     Plaintiffs are informed and believe and thereon allege that Defendant Kyle Basom is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

284.     Plaintiffs are informed and believe and thereon allege that Defendant Robert Alton Beaird is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

285.     Plaintiffs are informed and believe and thereon allege that Defendant Antonyo Bell is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

286.     Plaintiffs are informed and believe and thereon allege that Defendant Wendy Marie Benford is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

287.     Plaintiffs are informed and believe and thereon allege that Defendant Cardell Benson Jr. is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

288.     Plaintiffs are informed and believe and thereon allege that Defendant Damaen Bentley is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

289.     Plaintiffs are informed and believe and thereon allege that Defendant Malcolm Bissember is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

290.     Plaintiffs are informed and believe and thereon allege that Defendant Ed Boucher is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

291.     Plaintiffs are informed and believe and thereon allege that Defendant Jenna Boyer is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

292.     Plaintiffs are informed and believe and thereon allege that Defendant Fillise Boykin is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

293.     Plaintiffs are informed and believe and thereon allege that Defendant Tia Boykin is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

294.     Plaintiffs are informed and believe and thereon allege that Defendant Carrie Allmen Bradshaw is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

295.     Plaintiffs are informed and believe and thereon allege that Defendant Jocelyn Brady is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

296.     Plaintiffs are informed and believe and thereon allege that Defendant Nickee Branham-Skoff is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

297.     Plaintiffs are informed and believe and thereon allege that Defendant Robert J. Brickman II is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

298.     Plaintiffs are informed and believe and thereon allege that Defendant Bill Bringold is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

299.     Plaintiffs are informed and believe and thereon allege that Defendant Nicholas Bronas is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

300.     Plaintiffs are informed and believe and thereon allege that Defendant Gregory Brown is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

301.     Plaintiffs are informed and believe and thereon allege that Defendant Brett Bruckner is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

302.     Plaintiffs are informed and believe and thereon allege that Defendant Celia Brunghurst is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

303.     Plaintiffs are informed and believe and thereon allege that Defendant Elijah Brunghurst is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

304.     Plaintiffs are informed and believe and thereon allege that Defendant Jayceon Brunghurst is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

305.     Plaintiffs are informed and believe and thereon allege that Defendant Regina Bui is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

306.     Plaintiffs are informed and believe and thereon allege that Defendant David Lynn Bunch is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

307.     Plaintiffs are informed and believe and thereon allege that Defendant Walter Burch is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

308.     Plaintiffs are informed and believe and thereon allege that Defendant Kayla Burdo is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

309.     Plaintiffs are informed and believe and thereon allege that Defendant Geroge Burgard is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

310.     Plaintiffs are informed and believe and thereon allege that Defendant Zachary Burkes is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

311.     Plaintiffs are informed and believe and thereon allege that Defendant Shanna Burrell is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

312.     Plaintiffs are informed and believe and thereon allege that Defendant Samuel Cabasag is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

313.     Plaintiffs are informed and believe and thereon allege that Defendant Russell Cahoy is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

314.     Plaintiffs are informed and believe and thereon allege that Defendant Nicholas Joseph Cain-Casey is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

315.     Plaintiffs are informed and believe and thereon allege that Defendant Jamie Calvillo is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

316.   Plaintiffs are informed and believe and thereon allege that Defendant Ben Carey is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

317.   Plaintiffs are informed and believe and thereon allege that Defendant Christine Caria is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

318.   Plaintiffs are informed and believe and thereon allege that Defendant Janice Carone-Howard is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

319.   Plaintiffs are informed and believe and thereon allege that Defendant Deonna Carter is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

320.   Plaintiffs are informed and believe and thereon allege that Defendant Anthony Cavallaro is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

321.   Plaintiffs are informed and believe and thereon allege that Defendant Walter M. Centeno is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

322.   Plaintiffs are informed and believe and thereon allege that Defendant Angelica Cervantes is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

323.     Plaintiffs are informed and believe and thereon allege that Defendant Anjenette Cheney is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

324.     Plaintiffs are informed and believe and thereon allege that Defendant Penny Chenier is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

325.     Plaintiffs are informed and believe and thereon allege that Defendant Diane Christian is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

326.     Plaintiffs are informed and believe and thereon allege that Defendant Austin Christiansen is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

327.     Plaintiffs are informed and believe and thereon allege that Defendant Ashley Bernard Christmas is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

328.     Plaintiffs are informed and believe and thereon allege that Defendant Manuel Cigarroa is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

329.     Plaintiffs are informed and believe and thereon allege that Defendant Grace Claros is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

330.     Plaintiffs are informed and believe and thereon allege that Defendant Jermaine Colquitt is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

331.     Plaintiffs are informed and believe and thereon allege that Defendant Glen Coonfield is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

332.     Plaintiffs are informed and believe and thereon allege that Defendant Diana Corradi is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

333.     Plaintiffs are informed and believe and thereon allege that Defendant Teri Craney is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

334.     Plaintiffs are informed and believe and thereon allege that Defendant Stephen Crawford is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

335.     Plaintiffs are informed and believe and thereon allege that Defendant Justin Cregar is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

336.     Plaintiffs are informed and believe and thereon allege that Defendant Anthony Crespin is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

337.     Plaintiffs are informed and believe and thereon allege that Defendant Evelyn Crisp is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

338.     Plaintiffs are informed and believe and thereon allege that Defendant Jasper Cross is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

339.     Plaintiffs are informed and believe and thereon allege that Defendant John W. Crowe Jr. is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

340.     Plaintiffs are informed and believe and thereon allege that Defendant Calli Dee Curry is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

341.     Plaintiffs are informed and believe and thereon allege that Defendant Rutia Curry is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

342.     Plaintiffs are informed and believe and thereon allege that Defendant Kinga Dajbukat is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

343.     Plaintiffs are informed and believe and thereon allege that Defendant Latief Daniels is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

344.     Plaintiffs are informed and believe and thereon allege that Defendant Juanitta Darlynn is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

345.     Plaintiffs are informed and believe and thereon allege that Defendant Walter D. Davenport is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

346.     Plaintiffs are informed and believe and thereon allege that Defendant Carletta Davis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

347.     Plaintiffs are informed and believe and thereon allege that Defendant Diane Davis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

348.     Plaintiffs are informed and believe and thereon allege that Defendant Nicole Davis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

349.     Plaintiffs are informed and believe and thereon allege that Defendant Quintin Davis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

350.     Plaintiffs are informed and believe and thereon allege that Defendant William Zenon De Armas is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

351.     Plaintiffs are informed and believe and thereon allege that Defendant Krystalyn Desoto is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

352.     Plaintiffs are informed and believe and thereon allege that Defendant Alfred Devault is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

353.     Plaintiffs are informed and believe and thereon allege that Defendant Cleveland Dickerson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

354.     Plaintiffs are informed and believe and thereon allege that Defendant Juanita Dillard is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

355.     Plaintiffs are informed and believe and thereon allege that Defendant Katrina Dimacali is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

356.     Plaintiffs are informed and believe and thereon allege that Defendant David Dogan is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

357.     Plaintiffs are informed and believe and thereon allege that Defendant Lisa Ann Lelanie Domen is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

358.     Plaintiffs are informed and believe and thereon allege that Defendant Heather E. Donat is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

359.     Plaintiffs are informed and believe and thereon allege that Defendant Liliana Donis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

360.     Plaintiffs are informed and believe and thereon allege that Defendant Jaquashia Douglas is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

361.     Plaintiffs are informed and believe and thereon allege that Defendant Laureen Dright is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

362.     Plaintiffs are informed and believe and thereon allege that Defendant Cynthia Michelle Duarte is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

363.     Plaintiffs are informed and believe and thereon allege that Defendant Cynthia Eaglin is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

364.     Plaintiffs are informed and believe and thereon allege that Defendant Arthur T. Earl is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

365.     Plaintiffs are informed and believe and thereon allege that Defendant Chris Eastman is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

366.     Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Eckmann is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

367.     Plaintiffs are informed and believe and thereon allege that Defendant Tijuana Edwards is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

368.     Plaintiffs are informed and believe and thereon allege that Defendant Damian K. Einbinder is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

369.     Plaintiffs are informed and believe and thereon allege that Defendant Salofiitu Emanuele is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

370.     Plaintiffs are informed and believe, and thereon allege, that defendant Heidi Farnam is a citizen of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit *Abraham, et al. v. MGM Resorts Int'l, et al.*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a citizen of the State of Nevada.

371.     Plaintiffs are informed and believe and thereon allege that Defendant Laughton Fell is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

372.     Plaintiffs are informed and believe and thereon allege that Defendant Joshua Fenoglia is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

373.     Plaintiffs are informed and believe and thereon allege that Defendant Clarence Fisher is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

374.     Plaintiffs are informed and believe and thereon allege that Defendant Laura Fiston is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

375.     Plaintiffs are informed and believe and thereon allege that Defendant Precious Flowers is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

376.     Plaintiffs are informed and believe and thereon allege that Defendant Evarick Ford is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

377.     Plaintiffs are informed and believe and thereon allege that Defendant Jason A. Ford is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

378.     Plaintiffs are informed and believe and thereon allege that Defendant Mindy P. Foster is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

379.     Plaintiffs are informed and believe and thereon allege that Defendant William Fountain is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

380.     Plaintiffs are informed and believe and thereon allege that Defendant Gerald Fowler is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

381.     Plaintiffs are informed and believe and thereon allege that Defendant Matthew Fox is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

382.     Plaintiffs are informed and believe and thereon allege that Defendant Aileen R. Franklyn is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

383.     Plaintiffs are informed and believe and thereon allege that Defendant Eric Fraser is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

384.     Plaintiffs are informed and believe and thereon allege that Defendant Lashea Frazier is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

385.     Plaintiffs are informed and believe and thereon allege that Defendant Nicole Lynn French is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

386.     Plaintiffs are informed and believe and thereon allege that Defendant Jeremy Frie is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

387.     Plaintiffs are informed and believe and thereon allege that Defendant Lisa Furman is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

388.     Plaintiffs are informed and believe and thereon allege that Defendant Michael Galasso is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

389.     Plaintiffs are informed and believe and thereon allege that Defendant Bridgett Galloway is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

390.     Plaintiffs are informed and believe and thereon allege that Defendant Mia Gantt is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

391.     Plaintiffs are informed and believe and thereon allege that Defendant Frankie Garcia is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-64-

392. Plaintiffs are informed and believe and thereon allege that Defendant Lisandra Garcia is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

393. Plaintiffs are informed and believe and thereon allege that Defendant Jose A. Garduno is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

394. Plaintiffs are informed and believe and thereon allege that Defendant Oliver Garnica is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

395. Plaintiffs are informed and believe and thereon allege that Defendant Paul George Jr. is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

396. Plaintiffs are informed and believe and thereon allege that Defendant Charmaine Germany is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

397. Plaintiffs are informed and believe and thereon allege that Defendant Thomas Geschrey is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

398. Plaintiffs are informed and believe and thereon allege that Defendant Selam Ghirmay is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

399.     Plaintiffs are informed and believe and thereon allege that Defendant Erika Giesecke is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

400.     Plaintiffs are informed and believe and thereon allege that Defendant Stephen Giles is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

401.     Plaintiffs are informed and believe and thereon allege that Defendant Atalie Gillison is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

402.     Plaintiffs are informed and believe and thereon allege that Defendant Barbara J. Godron is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

403.     Plaintiffs are informed and believe and thereon allege that Defendant Del Golden is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

404.     Plaintiffs are informed and believe and thereon allege that Defendant Keosha Goldman is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

405.     Plaintiffs are informed and believe and thereon allege that Defendant Avery Goldston is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

406.    Plaintiffs are informed and believe and thereon allege that Defendant Natalie Bridges Goodrum is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

407.    Plaintiffs are informed and believe and thereon allege that Defendant Tracy L. Gorman is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

408.    Plaintiffs are informed and believe and thereon allege that Defendant Cheryl Grady is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

409.    Plaintiffs are informed and believe and thereon allege that Defendant Melvin Grant is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

410.    Plaintiffs are informed and believe and thereon allege that Defendant Katrina Graves is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

411.    Plaintiffs are informed and believe and thereon allege that Defendant Tawny Gray is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

412.    Plaintiffs are informed and believe and thereon allege that Defendant Mario Grayson is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-67-

413.     Plaintiffs are informed and believe and thereon allege that Defendant Deanna Griese is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

414.     Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Griffis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

415.     Plaintiffs are informed and believe and thereon allege that Defendant Rudy Guarino is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

416.     Plaintiffs are informed and believe and thereon allege that Defendant Joel D. Guzman is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

417.     Plaintiffs are informed and believe and thereon allege that Defendant Leo Hairston is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

418.     Plaintiffs are informed and believe and thereon allege that Defendant Martinez Hall is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

419.     Plaintiffs are informed and believe and thereon allege that Defendant Cody Wayne Hansen is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

420.    Plaintiffs are informed and believe and thereon allege that Defendant Samantha Harb is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

421.    Plaintiffs are informed and believe and thereon allege that Defendant Alicia Harmon is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

422.    Plaintiffs are informed and believe and thereon allege that Defendant Derrick Harris is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

423.    Plaintiffs are informed and believe and thereon allege that Defendant Latiesha Harris is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

424.    Plaintiffs are informed and believe and thereon allege that Defendant Mandi Harris is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

425.    Plaintiffs are informed and believe and thereon allege that Defendant Stacey Harris is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

426.    Plaintiffs are informed and believe and thereon allege that Defendant Amir Hasan is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

427.     Plaintiffs are informed and believe and thereon allege that Defendant Tara Hastings is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

428.     Plaintiffs are informed and believe and thereon allege that Defendant Martin Hathcock is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

429.     Plaintiffs are informed and believe and thereon allege that Defendant Edward R. Hazen is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

430.     Plaintiffs are informed and believe and thereon allege that Defendant Sean Healy is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

431.     Plaintiffs are informed and believe and thereon allege that Defendant John Hefley is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

432.     Plaintiffs are informed and believe and thereon allege that Defendant Adalgisa Henning is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

433.     Plaintiffs are informed and believe and thereon allege that Defendant Sumer Henning is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-70-

434.    Plaintiffs are informed and believe and thereon allege that Defendant Damian Henry is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

435.    Plaintiffs are informed and believe and thereon allege that Defendant Sheela L. Henry is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

436.    Plaintiffs are informed and believe and thereon allege that Defendant Carly Henschel is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

437.    Plaintiffs are informed and believe and thereon allege that Defendant Shauntel Hibbitt is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

438.    Plaintiffs are informed and believe and thereon allege that Defendant Jordan Hicks is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

439.    Plaintiffs are informed and believe and thereon allege that Defendant Shannon Hicks is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

440.    Plaintiffs are informed and believe and thereon allege that Defendant Susan Himes is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-71-

441.   Plaintiffs are informed and believe and thereon allege that Defendant Eboney Nicole Hines is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

442.   Plaintiffs are informed and believe and thereon allege that Defendant Nathan Hinrichs is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

443.   Plaintiffs are informed and believe and thereon allege that Defendant Abigail Hinton is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

444.   Plaintiffs are informed and believe and thereon allege that Defendant Adriana Hinton is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

445.   Plaintiffs are informed and believe and thereon allege that Defendant Alexis Hinton is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

446.   Plaintiffs are informed and believe and thereon allege that Defendant Ambear Hinton is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

447.   Plaintiffs are informed and believe and thereon allege that Defendant Rick Hinton is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

448. Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Hohnke is a citizen of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

449. Plaintiffs are informed and believe and thereon allege that Defendant Don Holbrook is a citizen of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

450. Plaintiffs are informed and believe and thereon allege that Defendant June Holdren is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

451. Plaintiffs are informed and believe and thereon allege that Defendant Amber Holm is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

452. Plaintiffs are informed and believe and thereon allege that Defendant Raven Holmes is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

453. Plaintiffs are informed and believe and thereon allege that Defendant Shaunte Horton is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

454. Plaintiffs are informed and believe and thereon allege that Defendant Abdirahman Hosain is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

455.     Plaintiffs are informed and believe and thereon allege that Defendant Misty House is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

456.     Plaintiffs are informed and believe and thereon allege that Defendant Delose Howard is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

457.     Plaintiffs are informed and believe and thereon allege that Defendant Svetlana Huey is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

458.     Plaintiffs are informed and believe and thereon allege that Defendant Britin C. Hughes is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

459.     Plaintiffs are informed and believe and thereon allege that Defendant Steve Hutchason is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

460.     Plaintiffs are informed and believe and thereon allege that Defendant Anthony Isabel is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

461.     Plaintiffs are informed and believe and thereon allege that Defendant Devonta Jackson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-74-

462.     Plaintiffs are informed and believe and thereon allege that Defendant John Jenkins is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

463.     Plaintiffs are informed and believe and thereon allege that Defendant Daviell Johnson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

464.     Plaintiffs are informed and believe and thereon allege that Defendant Larontae Johnson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

465.     Plaintiffs are informed and believe and thereon allege that Defendant Malvin Johnson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

466.     Plaintiffs are informed and believe and thereon allege that Defendant Renae Jolley is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

467.     Plaintiffs are informed and believe and thereon allege that Defendant Joniqueka Jones is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

468.     Plaintiffs are informed and believe and thereon allege that Defendant Lannetta Jones is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

469.     Plaintiffs are informed and believe and thereon allege that Defendant Briana Joseph is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

470.     Plaintiffs are informed and believe and thereon allege that Defendant Juan Juarez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

471.     Plaintiffs are informed and believe and thereon allege that Defendant John Julias is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

472.     Plaintiffs are informed and believe and thereon allege that Defendant Brandon Kalaaukahi is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

473.     Plaintiffs are informed and believe and thereon allege that Defendant Ron Katz is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

474.     Plaintiffs are informed and believe and thereon allege that Defendant Waltkoya Kayzee is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

475.     Plaintiffs are informed and believe and thereon allege that Defendant Heather Kerr is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

476.     Plaintiffs are informed and believe and thereon allege that Defendant Joseph Kinder is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

477.     Plaintiffs are informed and believe and thereon allege that Defendant Tara King is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

478.     Plaintiffs are informed and believe and thereon allege that Defendant Richard Kingery is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

479.     Plaintiffs are informed and believe and thereon allege that Defendant Cynthia Kitchens is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

480.     Plaintiffs are informed and believe and thereon allege that Defendant Joseph Kocjan is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

481.     Plaintiffs are informed and believe and thereon allege that Defendant Ambriz Ladson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

482.     Plaintiffs are informed and believe and thereon allege that Defendant Miguel Lagos is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

483.     Plaintiffs are informed and believe and thereon allege that Defendant Bradley Kent Lagro is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

484.     Plaintiffs are informed and believe and thereon allege that Defendant Martin L. Landers is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

485.     Plaintiffs are informed and believe and thereon allege that Defendant Quentin Lathan is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

486.     Plaintiffs are informed and believe and thereon allege that Defendant Michael Leahy is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

487.     Plaintiffs are informed and believe and thereon allege that Defendant Chloe Lebo is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

488.     Plaintiffs are informed and believe and thereon allege that Defendant Kathryn Renee Leckie is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

489.     Plaintiffs are informed and believe and thereon allege that Defendant Maxime Lecocq is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

490.     Plaintiffs are informed and believe and thereon allege that Defendant Mhonai Lee is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

491.     Plaintiffs are informed and believe and thereon allege that Defendant Yvonne Lee is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

492.     Plaintiffs are informed and believe and thereon allege that Defendant Aitor Lejardi is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

493.     Plaintiffs are informed and believe and thereon allege that Defendant Crystal Lejardi is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

494.     Plaintiffs are informed and believe and thereon allege that Defendant Tara Lemmons is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

495.     Plaintiffs are informed and believe and thereon allege that Defendant Alicia Leonard is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

496.     Plaintiffs are informed and believe and thereon allege that Defendant Samuel Leuty is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

497.     Plaintiffs are informed and believe and thereon allege that Defendant Ashley Breanna Lewis is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

498.     Plaintiffs are informed and believe and thereon allege that Defendant Carolyn Lizama is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

499.     Plaintiffs are informed and believe and thereon allege that Defendant Corinne Lomas is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

500.     Plaintiffs are informed and believe and thereon allege that Defendant Eileen Lopez is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

501.     Plaintiffs are informed and believe and thereon allege that Defendant Jahaira Losey is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

502.     Plaintiffs are informed and believe and thereon allege that Defendant Zekiel Losey is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

503.     Plaintiffs are informed and believe and thereon allege that Defendant Jeremy Lowery is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

504.     Plaintiffs are informed and believe and thereon allege that Defendant Nicole Luciano is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

505.     Plaintiffs are informed and believe and thereon allege that Defendant Kayla Macias is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

506.     Plaintiffs are informed and believe and thereon allege that Defendant Cynthia Maevers is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

507.     Plaintiffs are informed and believe and thereon allege that Defendant William Maloney is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

508.     Plaintiffs are informed and believe and thereon allege that Defendant Eric Maltz is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

509.     Plaintiffs are informed and believe and thereon allege that Defendant William Manciano is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

510.     Plaintiffs are informed and believe and thereon allege that Defendant Michelle Xani Mangibin is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

511.     Plaintiffs are informed and believe and thereon allege that Defendant Shirley Manus is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

512.     Plaintiffs are informed and believe and thereon allege that Defendant Dashaun Marshall is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

513.     Plaintiffs are informed and believe and thereon allege that Defendant Donte Marshall is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

514.     Plaintiffs are informed and believe and thereon allege that Defendant Holy Angel Martinez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

515.     Plaintiffs are informed and believe and thereon allege that Defendant Steven Martinez is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

516.     Plaintiffs are informed and believe and thereon allege that Defendant Lana Mathis is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

517.     Plaintiffs are informed and believe and thereon allege that Defendant Monique Maxey is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-82-

518.    Plaintiffs are informed and believe and thereon allege that Defendant Jamie Maxwell is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

519.    Plaintiffs are informed and believe and thereon allege that Defendant Moussa Mboup is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

520.    Plaintiffs are informed and believe and thereon allege that Defendant Szilvia McBride is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

521.    Plaintiffs are informed and believe and thereon allege that Defendant Kemmy McCoy is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

522.    Plaintiffs are informed and believe and thereon allege that Defendant Jamonte McCullar is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

523.    Plaintiffs are informed and believe and thereon allege that Defendant Shirley McCurry is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

524.    Plaintiffs are informed and believe and thereon allege that Defendant Tashara McMullen is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-83-

525.    Plaintiffs are informed and believe and thereon allege that Defendant Rajai J. McNeilI is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

526.    Plaintiffs are informed and believe and thereon allege that Defendant Christian McQuown is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

527.    Plaintiffs are informed and believe and thereon allege that Defendant Jamie Medeiros is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

528.    Plaintiffs are informed and believe and thereon allege that Defendant Jovannie Mediano is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

529.    Plaintiffs are informed and believe and thereon allege that Defendant Kidada Medina is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

530.    Plaintiffs are informed and believe and thereon allege that Defendant Laurel Meek is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

531.    Plaintiffs are informed and believe and thereon allege that Defendant Janette Mejia is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

532.     Plaintiffs are informed and believe and thereon allege that Defendant Joshua Mejia is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

533.     Plaintiffs are informed and believe and thereon allege that Defendant Ireri Mendez-Alvarez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

534.     Plaintiffs are informed and believe and thereon allege that Defendant Jose Menendez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

535.     Plaintiffs are informed and believe and thereon allege that Defendant Darren Merriweather is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

536.     Plaintiffs are informed and believe and thereon allege that Defendant Vanessa Michels is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

537.     Plaintiffs are informed and believe and thereon allege that Defendant Jarod Mielcarek is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

538.     Plaintiffs are informed and believe and thereon allege that Defendant Jaza'na Miller is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

539.    Plaintiffs are informed and believe and thereon allege that Defendant Jazmia Miller is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

540.    Plaintiffs are informed and believe and thereon allege that Defendant LeVelle Mills is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

541.    Plaintiffs are informed and believe and thereon allege that Defendant Kimani Mitchell is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

542.    Plaintiffs are informed and believe and thereon allege that Defendant Lazaro Mont-Ros is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

543.    Plaintiffs are informed and believe and thereon allege that Defendant Markeith Moore is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

544.    Plaintiffs are informed and believe and thereon allege that Defendant Darrin Moreman is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

545.    Plaintiffs are informed and believe and thereon allege that Defendant Georgianne Marie Morgan is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

546.     Plaintiffs are informed and believe and thereon allege that Defendant Shakiera Morris is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

547.     Plaintiffs are informed and believe and thereon allege that Defendant Devonte-Amir Morrison is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

548.     Plaintiffs are informed and believe, and thereon allege, that defendant LaDarius Morrison is a citizen of the State of Nevada. Defendant has previously filed a lawsuit (which was subsequently dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit *Abraham, et al. v. MGM Resorts Int'l, et al.*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a citizen of the State of Nevada.

549.     Plaintiffs are informed and believe and thereon allege that Defendant Venus Mosley is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

550.     Plaintiffs are informed and believe and thereon allege that Defendant Kylie D. Mulcahy is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

551.     Plaintiffs are informed and believe and thereon allege that Defendant Sean P. Mullaly is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

552.     Plaintiffs are informed and believe and thereon allege that Defendant Mia Mumford is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

553.     Plaintiffs are informed and believe and thereon allege that Defendant Esther Munoz is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

554.     Plaintiffs are informed and believe and thereon allege that Defendant DeAngelo Murillo is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

555.     Plaintiffs are informed and believe and thereon allege that Defendant Ronald Murray is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

556.     Plaintiffs are informed and believe and thereon allege that Defendant Riley Musgrave is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

557.     Plaintiffs are informed and believe and thereon allege that Defendant Macy Myers is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

558.     Plaintiffs are informed and believe and thereon allege that Defendant Joan Myles is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

559.     Plaintiffs are informed and believe and thereon allege that Defendant Mark Myszak is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

560.     Plaintiffs are informed and believe and thereon allege that Defendant Mohammad Nassar is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

561.     Plaintiffs are informed and believe and thereon allege that Defendant Gregory L. Nelson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

562.     Plaintiffs are informed and believe and thereon allege that Defendant Chayla Nepote is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

563.     Plaintiffs are informed and believe and thereon allege that Defendant Sandy Nguyen is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

564.     Plaintiffs are informed and believe and thereon allege that Defendant Annetta Nicholson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

565.     Plaintiffs are informed and believe and thereon allege that Defendant Lela Jean Norton is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

566.     Plaintiffs are informed and believe and thereon allege that Defendant Toby Norwood is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

567.     Plaintiffs are informed and believe and thereon allege that Defendant Savanna Ochoa is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

568.     Plaintiffs are informed and believe and thereon allege that Defendant Mfalme Odie is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

569.     Plaintiffs are informed and believe and thereon allege that Defendant Alicia M. Olive is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

570.     Plaintiffs are informed and believe and thereon allege that Defendant Jenna O'Neal is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

571.     Plaintiffs are informed and believe and thereon allege that Defendant Donald Orlan is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

572.     Plaintiffs are informed and believe and thereon allege that Defendant Annette Orozco is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

573.     Plaintiffs are informed and believe and thereon allege that Defendant Noemi Orozco is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

574.     Plaintiffs are informed and believe and thereon allege that Defendant Victor Orschel is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

575.     Plaintiffs are informed and believe and thereon allege that Defendant Tanny Owens is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

576.     Plaintiffs are informed and believe and thereon allege that Defendant Joseph Pace is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

577.     Plaintiffs are informed and believe and thereon allege that Defendant Carlos Padilla is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

578.     Plaintiffs are informed and believe and thereon allege that Defendant Bacarri Page is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

579.     Plaintiffs are informed and believe and thereon allege that Defendant Bonnie Palazzola is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

580.   Plaintiffs are informed and believe and thereon allege that Defendant Naomi Pantiru is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

581.   Plaintiffs are informed and believe and thereon allege that Defendant Neptali Paredes-Figueroa is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

582.   Plaintiffs are informed and believe and thereon allege that Defendant Chad Parisien is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

583.   Plaintiffs are informed and believe and thereon allege that Defendant Thomasina Parker is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

584.   Plaintiffs are informed and believe and thereon allege that Defendant Yvette Parker is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

585.   Plaintiffs are informed and believe and thereon allege that Defendant Bridget Parkington is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

586.   Plaintiffs are informed and believe and thereon allege that Defendant Brittney Parkington is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

587.     Plaintiffs are informed and believe and thereon allege that Defendant Alina Parrish is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

588.     Plaintiffs are informed and believe and thereon allege that Defendant Michelle Pearson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

589.     Plaintiffs are informed and believe and thereon allege that Defendant Christopher C. Peirce is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

590.     Plaintiffs are informed and believe and thereon allege that Defendant James Pelz is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

591.     Plaintiffs are informed and believe and thereon allege that Defendant Kayla Perez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

592.     Plaintiffs are informed and believe and thereon allege that Defendant Jeffrey Perkins is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

593.     Plaintiffs are informed and believe and thereon allege that Defendant Durwin Perry Jr. is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

594.    Plaintiffs are informed and believe and thereon allege that Defendant Sharon Pettaway is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

595.    Plaintiffs are informed and believe and thereon allege that Defendant Celina Phem is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

596.    Plaintiffs are informed and believe and thereon allege that Defendant Jeannetta Polite is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

597.    Plaintiffs are informed and believe and thereon allege that Defendant Cory Polizzi is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

598.    Plaintiffs are informed and believe and thereon allege that Defendant Tyresha Polk is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

599.    Plaintiffs are informed and believe and thereon allege that Defendant Antonio Ponciano is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

600.    Plaintiffs are informed and believe and thereon allege that Defendant Tiffany Raecene Pope is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

601.     Plaintiffs are informed and believe and thereon allege that Defendant Beatrice Potter is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

602.     Plaintiffs are informed and believe and thereon allege that Defendant David Preciado is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

603.     Plaintiffs are informed and believe and thereon allege that Defendant Maria Preciado is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

604.     Plaintiffs are informed and believe and thereon allege that Defendant Drake Pritchett is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

605.     Plaintiffs are informed and believe and thereon allege that Defendant Brittany Lynn Quintero is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

606.     Plaintiffs are informed and believe and thereon allege that Defendant Rashida Raines is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

607.     Plaintiffs are informed and believe and thereon allege that Defendant Ina Ramirez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

608.   Plaintiffs are informed and believe and thereon allege that Defendant Maria Ramirez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

609.   Plaintiffs are informed and believe and thereon allege that Defendant Rommel Ramos is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

610.   Plaintiffs are informed and believe and thereon allege that Defendant Jihad Randolph is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

611.   Plaintiffs are informed and believe and thereon allege that Defendant Paulette Raphael is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

612.   Plaintiffs are informed and believe and thereon allege that Defendant Oscar Rapio is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

613.   Plaintiffs are informed and believe and thereon allege that Defendant Lawrence Raybuck is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

614.   Plaintiffs are informed and believe and thereon allege that Defendant Paula Jane Reid is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

615.     Plaintiffs are informed and believe and thereon allege that Defendant Katherine Renfro is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

616.     Plaintiffs are informed and believe and thereon allege that Defendant Garland Reyes is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

617.     Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Richie is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

618.     Plaintiffs are informed and believe and thereon allege that Defendant Mike Richmeier is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

619.     Plaintiffs are informed and believe and thereon allege that Defendant Chamika Roberson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

620.     Plaintiffs are informed and believe and thereon allege that Defendant Dontae Laroi Robinson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

621.     Plaintiffs are informed and believe and thereon allege that Defendant Margo Robinson is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-97-

622.    Plaintiffs are informed and believe and thereon allege that Defendant Josette Rocha is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

623.    Plaintiffs are informed and believe and thereon allege that Defendant Angelita F. Rodriguez is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

624.    Plaintiffs are informed and believe and thereon allege that Defendant Tonia Roland is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

625.    Plaintiffs are informed and believe and thereon allege that Defendant Janeann Rollins is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

626.    Plaintiffs are informed and believe and thereon allege that Defendant Desiree Rondeau is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

627.    Plaintiffs are informed and believe and thereon allege that Defendant Raquel Rooks is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

628.    Plaintiffs are informed and believe and thereon allege that Defendant Antawn Ross is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

629.     Plaintiffs are informed and believe and thereon allege that Defendant Tirrelle Ross is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

630.     Plaintiffs are informed and believe and thereon allege that Defendant Allan Rousseau is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

631.     Plaintiffs are informed and believe and thereon allege that Defendant Shirley Ruelas is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

632.     Plaintiffs are informed and believe and thereon allege that Defendant Anthony Rufo is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

633.     Plaintiffs are informed and believe and thereon allege that Defendant Steve Sagely is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

634.     Plaintiffs are informed and believe and thereon allege that Defendant Heather Sallan is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

635.     Plaintiffs are informed and believe and thereon allege that Defendant Lisa Kim M. Sammons is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

636.     Plaintiffs are informed and believe and thereon allege that Defendant Princess Santos is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

637.     Plaintiffs are informed and believe and thereon allege that Defendant Melissa Saucedo is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

638.     Plaintiffs are informed and believe and thereon allege that Defendant Katree Saunders is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

639.     Plaintiffs are informed and believe and thereon allege that Defendant Alissa Savath is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

640.     Plaintiffs are informed and believe and thereon allege that Defendant Eugene Schavers is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

641.     Plaintiffs are informed and believe and thereon allege that Defendant Gloria J. Schryver is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

642.     Plaintiffs are informed and believe and thereon allege that Defendant Sara Beth Schussler is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

643.     Plaintiffs are informed and believe and thereon allege that Defendant Roderick Rico Scott is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

644.     Plaintiffs are informed and believe and thereon allege that Defendant Sydney Shaver is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

645.     Plaintiffs are informed and believe and thereon allege that Defendant Corey Shipp is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

646.     Plaintiffs are informed and believe and thereon allege that Defendant Joe Shipp is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

647.     Plaintiffs are informed and believe and thereon allege that Defendant Joyce Shipp is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

648.     Plaintiffs are informed and believe and thereon allege that Defendant Tamala Siegel is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

649.     Plaintiffs are informed and believe and thereon allege that Defendant Johanna Simeon is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

650.     Plaintiffs are informed and believe and thereon allege that Defendant Gary Eliot Simmons is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

651.     Plaintiffs are informed and believe and thereon allege that Defendant Justin E. Simmons is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

652.     Plaintiffs are informed and believe and thereon allege that Defendant Fleming Smith III is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

653.     Plaintiffs are informed and believe and thereon allege that Defendant Calvin Smith is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

654.     Plaintiffs are informed and believe and thereon allege that Defendant Imelda Smith is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

655.     Plaintiffs are informed and believe and thereon allege that Defendant Iyuna Smith is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

656.     Plaintiffs are informed and believe and thereon allege that Defendant Joaneka Smith is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

657.     Plaintiffs are informed and believe and thereon allege that Defendant Jolanda Smith is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

658.     Plaintiffs are informed and believe and thereon allege that Defendant Levonne Smith is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

659.     Plaintiffs are informed and believe and thereon allege that Defendant Tina Smith is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

660.     Plaintiffs are informed and believe and thereon allege that Defendant Elizabeth Socci is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

661.     Plaintiffs are informed and believe and thereon allege that Defendant Lisa Soininen is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

662.     Plaintiffs are informed and believe and thereon allege that Defendant Daysi M. Solano is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

663.     Plaintiffs are informed and believe and thereon allege that Defendant Armando Solis Jr. is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

664.     Plaintiffs are informed and believe and thereon allege that Defendant Armando Solis is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

665.     Plaintiffs are informed and believe and thereon allege that Defendant Steven Sonnenburg is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

666.     Plaintiffs are informed and believe and thereon allege that Defendant Karla Sorrosa is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

667.     Plaintiffs are informed and believe and thereon allege that Defendant Michelle Souza is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

668.     Plaintiffs are informed and believe and thereon allege that Defendant Pasquale Spano is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

669.     Plaintiffs are informed and believe and thereon allege that Defendant Ronika Spears is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

670.     Plaintiffs are informed and believe and thereon allege that Defendant Sherwin St. John is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

671.     Plaintiffs are informed and believe and thereon allege that Defendant Michael Staley is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

672.     Plaintiffs are informed and believe and thereon allege that Defendant Shannan Stearns is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

673.     Plaintiffs are informed and believe and thereon allege that Defendant Kenneth Steward is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

674.     Plaintiffs are informed and believe and thereon allege that Defendant Clarence Stockton is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

675.     Plaintiffs are informed and believe and thereon allege that Defendant Valerie Stout is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

676.     Plaintiffs are informed and believe and thereon allege that Defendant Vincent Sullivan is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

677.     Plaintiffs are informed and believe and thereon allege that Defendant Lisa Sulvetta is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

678.     Plaintiffs are informed and believe and thereon allege that Defendant Jack Summerlin is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

679.     Plaintiffs are informed and believe and thereon allege that Defendant Shawna Sutton is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

680.     Plaintiffs are informed and believe and thereon allege that Defendant John Swayzer is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

681.     Plaintiffs are informed and believe and thereon allege that Defendant Larry Gordon Swift is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

682.     Plaintiffs are informed and believe and thereon allege that Defendant Meron Tadesse is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

683.     Plaintiffs are informed and believe and thereon allege that Defendant Shonte Talley is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

684.     Plaintiffs are informed and believe and thereon allege that Defendant Graciela Tapia is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

685.     Plaintiffs are informed and believe and thereon allege that Defendant Betty Taylor is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

686.     Plaintiffs are informed and believe and thereon allege that Defendant Lauren D. Taylor is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

687.     Plaintiffs are informed and believe and thereon allege that Defendant Kellie Tederman is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

688.     Plaintiffs are informed and believe and thereon allege that Defendant Treasure Tellis is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

689.     Plaintiffs are informed and believe and thereon allege that Defendant Diane Tharpe is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

690.     Plaintiffs are informed and believe and thereon allege that Defendant Christina Thomas is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

691.     Plaintiffs are informed and believe and thereon allege that Defendant Karnesha Thomas is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

692.     Plaintiffs are informed and believe and thereon allege that Defendant Bailey Thompson is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

693.     Plaintiffs are informed and believe and thereon allege that Defendant Keely Thompson is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

694.     Plaintiffs are informed and believe and thereon allege that Defendant Angela Todd is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

695.     Plaintiffs are informed and believe and thereon allege that Defendant Richard Toffolla is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

696.     Plaintiffs are informed and believe and thereon allege that Defendant Todd Tomlin is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

697.     Plaintiffs are informed and believe and thereon allege that Defendant Rafael Torregano is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

698.     Plaintiffs are informed and believe and thereon allege that Defendant Quincy Torres is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

699. Plaintiffs are informed and believe and thereon allege that Defendant Rosalia Torres is a citizen of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

700. Plaintiffs are informed and believe and thereon allege that Defendant Veronica Torres is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

701. Plaintiffs are informed and believe and thereon allege that Defendant Jordan E. Tremper is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

702. Plaintiffs are informed and believe and thereon allege that Defendant Colin Trevino is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

703. Plaintiffs are informed and believe and thereon allege that Defendant Francesca Trujillo is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

704. Plaintiffs are informed and believe and thereon allege that Defendant Isabella Trujillo is a citizen of the State of Nevada. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

705. Plaintiffs are informed and believe and thereon allege that Defendant Samuel Lee Trujillo is a citizen of the State of Nevada, County of Clark. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

706.     Plaintiffs are informed and believe and thereon allege that Defendant Maryloc Trushel is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

707.     Plaintiffs are informed and believe and thereon allege that Defendant Tanisha Turner is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

708.     Plaintiffs are informed and believe and thereon allege that Defendant Janette A. Uribe is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

709.     Plaintiffs are informed and believe and thereon allege that Defendant Sandra Velasquez is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

710.     Plaintiffs are informed and believe and thereon allege that Defendant Edgar Vicente is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

711.     Plaintiffs are informed and believe and thereon allege that Defendant Alma Delia Villa is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

712.     Plaintiffs are informed and believe and thereon allege that Defendant Njeri Wade is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

713.     Plaintiffs are informed and believe and thereon allege that Defendant Autumn Wake is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

714.     Plaintiffs are informed and believe and thereon allege that Defendant Imelda Walker is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

715.     Plaintiffs are informed and believe and thereon allege that Defendant Kamia Walker is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

716.     Plaintiffs are informed and believe and thereon allege that Defendant Lori Waller is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

717.     Plaintiffs are informed and believe and thereon allege that Defendant Mario Waller is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

718.     Plaintiffs are informed and believe and thereon allege that Defendant Penise Waller is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

719.     Plaintiffs are informed and believe and thereon allege that Defendant Alex Walters is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

720.     Plaintiffs are informed and believe and thereon allege that Defendant Odjessica Ward is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

721.     Plaintiffs are informed and believe and thereon allege that Defendant Shawn Washburn is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

722.     Plaintiffs are informed and believe and thereon allege that Defendant Darnell S. Watts is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

723.     Plaintiffs are informed and believe and thereon allege that Defendant Randall Webb is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

724.     Plaintiffs are informed and believe and thereon allege that Defendant Marcus Wellmaker is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

725.     Plaintiffs are informed and believe and thereon allege that Defendant Juan Wesley is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

726.     Plaintiffs are informed and believe and thereon allege that Defendant Gladys Whitehurst is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

727.     Plaintiffs are informed and believe and thereon allege that Defendant Nicole Whitlock is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

728.     Plaintiffs are informed and believe and thereon allege that Defendant William Wieger is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

729.     Plaintiffs are informed and believe and thereon allege that Defendant Annie Wiggins is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

730.     Plaintiffs are informed and believe and thereon allege that Defendant Chisca Wiley is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

731.     Plaintiffs are informed and believe and thereon allege that Defendant Craig A. Williams is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

732.     Plaintiffs are informed and believe and thereon allege that Defendant Leon Williams is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

733.     Plaintiffs are informed and believe and thereon allege that Defendant Noah Williams is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

734.     Plaintiffs are informed and believe and thereon allege that Defendant Teri Williams is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

735.     Plaintiffs are informed and believe and thereon allege that Defendant Julia Williams-Long is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

736.     Plaintiffs are informed and believe and thereon allege that Defendant Rina Williamson is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

737.     Plaintiffs are informed and believe and thereon allege that Defendant L'Tanya Wilson is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

738.     Plaintiffs are informed and believe and thereon allege that Defendant Donna Wilson-Demmon is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

739.     Plaintiffs are informed and believe and thereon allege that Defendant Sarah Ann Wittstock is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

740.     Plaintiffs are informed and believe and thereon allege that Defendant Robyn-Lee Wolchyn is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

741.    Plaintiffs are informed and believe and thereon allege that Defendant Tammy Wolfe is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

742.    Plaintiffs are informed and believe and thereon allege that Defendant Latricia Woods is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

743.    Plaintiffs are informed and believe and thereon allege that Defendant Nikki Woods is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

744.    Plaintiffs are informed and believe and thereon allege that Defendant Nishon Woods is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

745.    Plaintiffs are informed and believe and thereon allege that Defendant Shay Wright is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

746.    Plaintiffs are informed and believe and thereon allege that Defendant Joshua Wrzesinsk is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

747.    Plaintiffs are informed and believe and thereon allege that Defendant Andre Wyatt is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

748.     Plaintiffs are informed and believe and thereon allege that Defendant Michael Yang is a citizen of the State of Nevada.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

749.     Plaintiffs are informed and believe and thereon allege that Defendant Gerald Yeager is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

750.     Plaintiffs are informed and believe and thereon allege that Defendant Kenya R. Young is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

751.     Plaintiffs are informed and believe and thereon allege that Defendant Roye Young is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

752.     Plaintiffs are informed and believe and thereon allege that Defendant Vassar D. Young is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

753.     Plaintiffs are informed and believe and thereon allege that Defendant Jessica Lauren Zetterberg is a citizen of the State of Nevada, County of Clark.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada

### JURISDICTION AND VENUE

754.     This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 and 6 U.S.C. §442(a).  As alleged hereinabove, the SAFETY Act expressly provides for original and exclusive federal jurisdiction over actions arising from or relating to acts of mass violence where

technologies or services certified by the Secretary of Homeland Security were deployed.  At the time of Paddock's mass attack at the Route 91 concert, security services were provided by Contemporary Services Corporation as the Security Vendor for the Route 91 Harvest Festival. CSC's security services were certified by the Secretary of Homeland Security under the SAFETY Act.

755.    This Court has personal jurisdiction over Defendants because they are residents of the State of Nevada and are therefore subject to the general personal jurisdiction of this Court.

756.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)(1) because one or more of the Defendants are known to reside, or upon information and belief, do reside, within this Judicial District.

## FIRST CAUSE OF ACTION FOR DECLATORY RELIEF

### (By Plaintiffs against all Defendants)

757.    Plaintiffs reallege and incorporate by reference, as though fully set forth, the allegations of paragraphs 1-270, above.

758.    Following Paddock's mass attack on the concert, over 2,500 individuals have either sued the MGM Parties, or threatened to sue the MGM Parties, for claims alleged to arise from or relate to the attack.  Several hundred individuals filed suit, and before the issues could be joined or resolved, they dismissed their claims, apparently with the intent of refiling.

759.    Each Defendant either (a) has previously filed suit (and then dismissed it) against one or more of the MGM Parties relating to the Paddock attack, or (b) through counsel has stated an intention to sue the MGM Parties relating to the attack.  There is no pending litigation between Plaintiffs and Defendants relating to the attack.

760.    The claims alleged in the now-dismissed lawsuits include claims of alleged negligence by the MGM Parties and others, including CSC, in protecting and safeguarding persons including those Defendants who attended the Route 91 Festival.

761.    Defendants' actual and threatened lawsuits implicate the services provided by CSC because they implicate security at the concert, including training, emergency response, evacuation and adequacy of egress.

762. These claims are subject to the SAFETY Act, because (a) they arise from and relate to an act of mass violence meeting the statutory requirements; (b) CSC provided security at the concert, deploying services certified by the Department of Homeland Security under the SAFETY Act to protect against or respond to such an attack; and (c) the claims may therefore result in loss to CSC as the "Seller" of such certified services.

763. The claims threatened against the MGM Parties by certain Defendants, through counsel, also inevitably fall under the SAFETY Act for the very same reasons: (a) they arise from and relate to an act of mass violence meeting the statutory requirements; (b) CSC provided security at the concert, deploying services certified by the Department of Homeland Security under the SAFETY Act to protect against or respond to such an attack; and (c) the claims may therefore result in loss to CSC as the "Seller" of such certified services. If Defendants were injured by Paddock's assault, as they allege, they were inevitably injured both because Paddock fired from his window *and* because they remained in the line of fire at the concert. Such claims inevitably implicate security at the concert—and may result in loss to CSC.

764. The SAFETY Act applies to claims "arising out of, relating to, or resulting from an act of terrorism."

765. The SAFETY Act defines an act of terrorism: An act meets the requirements if the act is (i) "unlawful" (ii) "causes harm to a person … in the United States," and (iii) "uses or attempts to use … weapons … designed or intended to cause mass … injury." 6 U.S.C. § 444(2)(B). There is no requirement in the statute or regulations of an ideological motive or objective for the attack for it to meet the requirements of the SAFETY Act.

766. Paddock's mass attack satisfies the requirements of the SAFETY Act and the regulations: (i) it was "unlawful," (ii) it resulted in death or injury to hundreds of persons in the United States, and (iii) it involved weapons and other instrumentalities that were designed and intended to cause, and which in fact caused, mass injury and death. Those weapons and instrumentalities included rifles modified with bump stocks to spray fully automatic gun fire; high-capacity magazines capable of holding between 60 and 100 rounds; and illegal incendiary rounds intended to blow up the fuel tanks adjacent to the concert. Paddock used these weapons

and instrumentalities to fire hundreds of rounds at the crowd, and he fired incendiary rounds which struck the fuel tanks but, fortunately, missed the fuel.

767.    The post-attack investigation revealed that Paddock brought in his van, which he parked in the hotel garage, 90 pounds of explosives, consisting of 20 two-pound containers of exploding targets, 10 one-pound containers of exploding targets and 2 twenty-pound bags of explosive precursors.

768.    No MGM Party attempted to commit, knowingly participated in, aided, abetted, committed, or participated in any conspiracy to commit any act of terrorism of criminal act related to mass attack perpetrated by Stephen Paddock at the Route 91 Harvest Festival in Las Vegas, Nevada, on October 1, 2017.

769.    The Secretary of Homeland Security may make a determination that conduct in question meets the statutory requirement, but neither the Act nor the regulations requires a formal certification. The Statute provides that the Secretary shall have exclusive authority to certify services, but the authority to determine whether an act of mass violence meets the statutory requirements is not exclusive to the Secretary.

770.    Public statements by the Secretary of Homeland Security concerning the attack make clear that the attack meets the requirements of the SAFETY Act; indeed, based on the plain language of the statute, the regulations, and the facts, no other determination could be possible.

771.    In congressional testimony on November 30, 2017, the Acting Secretary of Homeland Security noted the emphasis of "terrorists and other violent criminals … on attacking soft targets," including "recent tragedies in Nevada."  The Acting Secretary went on to note that the "SAFETY Act Program" "provide[s] critical incentives for the development and deployment of anti-terrorism technologies by providing liability protections for 'qualified anti-terrorism technologies,'" which applies to a number of large sports and entertainment venues nationwide.

772.    In a May 2018 release, Department of Homeland Security noted that "mass shootings" in various places, including at a "concert," aim "to kill and maim unsuspecting individuals" and thereby fall within the Department's "primary mission" "to prevent terrorist attacks within the U.S, reduce the vulnerability of the U.S. to terrorism, and minimize the damage

and assist in the recovery from terrorist attacks that do occur, including those in ST-CPs [soft-targets-crowded places]."  Department of Homeland Security, *Soft Targets and Crowded Places Security Plan Overview*, May 2018, at page 2.  The report goes on to note that the protections of the SAFETY Act have been "approved for open venues such as sports arenas and stadia" – such as the venue for the Route 91 Festival.  *Id*. at p. 17.

773.    The Department continues its critical work to prevent and respond to mass violence.  In Congressional testimony on May 15, 2018, the Secretary testified that DHS is "seeking to ramp up 'soft target' security efforts," noting that DHS programs "address threats to soft targets – including schools, *entertainment venues*, major events, and public spaces" (emphasis added).  Further, on June 4, 2018, DHS announced that it had "developed a ST-CP Security Enhancement and Coordination Plan," which has not been made public.  The plan addresses "the increased emphasis *by terrorists* and other extremist actors to leverage less sophisticated methods to inflict harm in public areas … such as parks, … *special event venues*, and similar facilities." See https://www.dhs.gov/publication/securing-soft-targets-and-crowded-spaces (emphasis added).

774.    The SAFETY Act creates a single, exclusive federal cause of action for claims for injuries arising out of or relating to acts of mass violence where services certified by the Department of Homeland Security were deployed in defense against, response to, or recovery from such act and such claims result or may result in loss to the Seller.

775.     Pursuant to the SAFETY Act, the Department of Homeland Security has certified the services provided by CSC.  The DHS Certification recognizes CSC's security services as appropriate for preventing and responding to acts of mass violence.  6 U.S.C. § 441; *see also* 48 C.F.R. § 50.201.

776.    CSC's security services Certified by DHS include "Physical Security"; "Access Control"; and "Crowd Management."

777.    CSC's Certified Crowd Management Services include:

- "Awareness of venue-specific emergency response protocols and evacuation procedures to include emergency alert and mass-notification systems and sheltering procedures";

- "Pre-event venue / event safety inspections";

- "Facilitation of crowd movement during ingress, circulation, sheltering in place, emergency evacuations, and egress";

- "Pre-event coordination and multi-agency collaboration with public safety agencies";

- "Selection, vetting, and training of employees."

778. As alleged above, CSC was employed as the Security Vendor for the Route 91 concert. CSC's responsibilities at the Route 91 Harvest Festival included providing the following DHS Certified Services:

- "perimeter security, event access, festival grounds event security";

- "Staff[ing] inner perimeter and gates";

- "Protect[ing] against unauthorized access";

- "early warning … of perimeter breaches";

- "Secur[ing] internal festival grounds";

- "Patrol[ing] festival floor grounds and assist[ing] patrons with any security related issues";

-  pre-event planning for "Security and Safety";

- "Emergency response" and "evacuation," including evacuation for "terrorist threat" and "ensur[ing] that the exit routes and gates remain unobstructed."

779. For the reasons set forth above, the SAFETY Act creates an exclusive cause of action for any claims arising out of relating to Paddock's mass attack and such claims may result in loss to the Seller. Under the SAFETY Act, there "shall exist only one cause of action for loss of property, personal injury, or death. 6 C.F.R. 25.7 (d).

780. Such cause of action "may be brought only against the Seller of the Qualified Anti-Terrorism Technology and may not be brought against the buyers, the buyer's contractors, or downstream users of the Technology, the Seller's suppliers or contractors, or any other person or entity." 6 C.F.R. 25.7 (d). The SAFETY Act precludes any liability on the part of Plaintiffs to Defendants relating to Paddock's mass attack.

781.     In addition, the SAFETY Act provides that for any covered claims arising out of or relating to an act of mass violence where certified services were provided, "the government contractor defense applies in such a lawsuit," which provides a complete defense to liability. 6 U.S.C. 442(d)(1).  The government contractor defense precludes any finding of liability on the part of Plaintiffs to Defendants relating to Paddock's mass attack.

782.     An actual and justiciable controversy exists between Plaintiffs and Defendants concerning the applicability of the SAFETY Act.  Plaintiffs assert that the SAFETY Act precludes any liability for any claims arising out of or relating to Paddock's mass attack, whereas, on information and belief, Defendants deny that the Act applies or that it precludes liability on their claims against Plaintiffs.

783.     A judicial declaration as to whether the SAFETY Act applies and precludes liability on Defendants' claims against the Plaintiffs is necessary at this time so that the parties may ascertain their rights, and avoid the significant judicial waste that would occur if the lawsuits were allowed to proceed in the absence of a finding as to the applicability of the SAFETY Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs MGM Parties pray for judgment against Defendants, and each of them, as follows:

1.     For a judicial declaration that:

    a.     Defendants' claims arising from the attack by Stephen Paddock on October 1, 2017 in Las Vegas, Nevada are subject to and governed by the SAFETY Act, 6 U.S.C. § 441 et seq.;

    b.     the SAFETY Act precludes any finding of liability against Plaintiffs for any claim for injuries arising out of or related to Paddock's mass attack, without prejudice to Defendants' rights to pursue claims against the "Seller" under the Act, including to obtain proceeds of insurance that any such Seller was required by the Act to maintain;

    c.     Plaintiffs have no liability of any kind to Defendants, or any of them, arising from the Paddock's mass attack; and

2.     For such other and further legal or equitable relief as the Court deems just and proper.

DATED:  July 17, 2018                                 PISANELLI BICE PLLC


By:         /s/ *James J. Pisanelli*
            JAMES J. PISANELLI (Nevada Bar No. 4027)
            JJP@pisanellibice.com
            TODD L. BICE (Nevada Bar No. 4534)
            TLB@pisanellibice.com
            DEBRA L. SPINELLI (Nevada Bar No. 9695
            DLS@pisanellibice.com
            400 South 7th Street, Suite 300
            Las Vegas, NV 89101

Attorneys for Plaintiffs MGM RESORTS
INTERNATIONAL, MANDALAY RESORT GROUP,
MANDALAY BAY, LLC, MGM RESORTS
FESTIVAL GROUNDS, LLC, and MGM RESORTS
VENUE MANAGEMENT, LLC

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF