# Exhibit 5

**BROCK OHLSON**
INJURY LAWYERS
6060 ELTON AVENUE
LAS VEGAS, NV 89107
702.982.0055 PHONE
702.982.0150 FAX

BROCK OHLSON, ESQ. ᴬΩ∞
IAN MCMENEMY, ESQ. ᴬ

ᴬADMITTED IN NEVADA
ΩADMITTED IN CALIFORNIA
∞ADMITTED IN ARIZONA

July 12, 2018

VIA Electronic Mail: Michael.Doyen@mto.com

Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426

RE:    Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts
       International, Inc., Mandalay Corporation, and All Related Entities

To Whom It May Concern:

       I represent Erin DeRusha in connection with the October 1ˢᵗ incident.  Please direct all
furure corerspondence or commuication to my office.

       It should go without saying, all evidence must be preserved.  Any destruction of any
evidence will be viewed as spoliation of the same.

       It is anticipated the combined claims will become the subject of a multi-claimant resolution
process.  Please advise as to all particulars once the process of determining a particular claims
value commences.

       Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of
their affiliated entities, should not contact my clients by mail (postal or electronic), phone, or
otherwise.

       Thank you for your anticipated cooperation in this matter.

Best regards,

Brock Ohlson

BKO/ms

**BROCK OHLSON**
INJURY LAWYERS
6060 ELTON AVENUE
LAS VEGAS, NV 89107
702.982.0055 PHONE
702.982.0150 FAX

BROCK OHLSON, ESQ. ᐃΩ∞
IAN MCMENEMY, ESQ. ᐃ

ᐃADMITTED IN NEVADA
ΩADMITTED IN CALIFORNIA
∞ADMITTED IN ARIZONA

July 12, 2018

VIA Electronic Mail: Michael.Doyen@mto.com

Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426

RE:    Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts
       International, Inc., Mandalay Corporation, and All Related Entities

To Whom It May Concern:

       I represent Megan Kearney in connection with the October 1st incident.  Please direct all
furure corerspondence or commuication to my office.

       It should go without saying, all evidence must be preserved.  Any destruction of any
evidence will be viewed as spoliation of the same.

       It is anticipated the combined claims will become the subject of a multi-claimant resolution
process.  Please advise as to all particulars once the process of determining a particular claims
value commences.

       Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of
their affiliated entities, should not contact my clients by mail (postal or electronic), phone, or
otherwise.

       Thank you for your anticipated cooperation in this matter.

Best regards,

Brock Ohlson

BKO/ms

# BERNSTEIN & POISSON

*Attorneys and Counselors at Law*
**320 S. Jones Boulevard**
**Las Vegas, Nevada 89107**
TELEPHONE: (702) 256-4566  FACSIMILE: (702) 256-6280

Jack G. Bernstein, Esq. †
Scott L. Poisson, Esq. †‡
Christopher D. Burk, Esq. ‡Ŧ
James "Jamie" H. Corcoran, Esq. Ŧ

Brian M. Boyer, Esq. Ŧ
Sean J. Akari, Esq. Ŧ
Erik A. Bromson, Esq.
Jennifer Gastelum, Esq. ‡

† Also Licensed in Florida
‡ Also Licensed in Arizona
Ŧ Also Licensed in California

October 11, 2017

***Via Certified U.S. Mail***
7016 2070 0000 6567 0197
CSC Services of Nevada Inc.
Registered Agent for Mandalay Bay Hotel and Casino
2215-B Renaissance Drive
Las Vegas, NV 89119

Re:  **Our Client:**       **Mr. Leo Hairston**
     **Your Business:**    **Mandalay Bay Hotel and Casino**
     **Location Address:** **3950 South Las Vegas Blvd.**
     **Date of Incident:**  **October 1, 2017**

Dear Sir or Madam:

Please be advised that the law office of Bernstein & Poisson represents Mr. Leo Hairston with regard to the injuries and damages that he sustained as a result of the incident which occurred on October 1, 2017 and was caused by the negligence of your facility.

Please cease any further communication with our client and direct any further communication to the attention of the undersigned.

**Demand is hereby made that you comply with your legal duty to preserve any and all evidence relating to the above-captioned matter.**

**Please preserve the following**

1. Any video of the fall **(We will pay the cost of the CD/DVD for this)**
1. Any video of the subject area of the fall on the date of the fall for 2 hours prior to the fall **(We will pay the cost of the CD/DVD for this)**
2. Any video of the area of the fall area for 1 hour after the fall  **(We will pay the cost of the CD/DVD for this)**
3. Any photographs of our client or the fall area on the date of the fall.
4. The names, phone numbers, addresses of any witnesses or employees of the subject fall.

5. **The names, phone numbers, addresses of any employees who spoke to our client after the fall as well as anyone who investigated the claim after the fall.**
6. **Sweep sheets/logs (or proof of sweeps) on the date of the incident.**
7. **Any receipts, invoices, bills, proof of payment or documents for repair to the area of the fall for 12 months before the fall to the date this letter is received.**
8. **Any emails between any employee, manager or claims adjuster (including TPA administrators) regarding this claim.**

**Demand is hereby made that you comply with your legal duty to preserve any and all evidence relating to the above-captioned matter. In compliance with your duty to preserve evidence, please ensure that ANY AND ALL VIDEO surveillance tapes, maintenance records and sweep logs pertaining to the date in question remain completely undisturbed. Additionally, demand is hereby made that you preserve all documentary and physical evidence relating to past, present and future inspections of the subject premises.**

We respectfully direct your attention to Nevada Revised Statute 199.220 (destroying evidence), which provides criminal penalties for failing to preserve evidence. The statute provides in relevant part:

"[e]very person who, . . . with intent to delay or hinder the administration of the law or to prevent the production thereof at any time, in any court or before any officer, tribunal, judge or magistrate, shall **willfully destroy, alter, erase, obliterate or conceal any book, paper, record, writing, instrument or thing shall be guilty of a gross misdemeanor**." *NRS 199.220 (emphasis added).*

Furthermore, Nevada Revised Statute 47.250 provides that a court of law will presume destroyed evidence would have been adverse if it had been preserved and produced as required by law. (*See NRS 47.250.*) There are counterpart provisions of Nevada law which provide that the adverse party's attorney shall not counsel or assist his client to unlawfully alter, destroy or conceal a document **or other material having potential evidentiary value** (*See RPC 173*). Additionally, Nevada law affords numerous other remedies available to the injured party. (*See, e.g., Stubli v. Big D. Intern Trucks, 107 Nev. 309; Young v. Johnny Ribeiro Building, Inc, 787 P.2d 777; Reingold v. Wet 'n Wild Nevada, Inc, 944 P.2d 800*). See also Fire Insurance Exchange v. Zenith Radio Corp, wherein the Nevada Supreme Court relevantly stated:

"[E]ven where an action has not been commenced and there is only a potential for litigation, **the litigant is under a duty to preserve evidence which it knows or reasonably should know is relevant to the action**." *103 Nev. 648 (1987) (emphasis added).*

**We trust you will ensure that the subject surveillance tapes, maintenance records and sweep logs remain undisturbed until we may have the opportunity to review them.**

Page 3 of 3

Please call our office at the above-referenced number, so that we may schedule a mutually convenient time for review of the surveillance tapes, maintenance records and sweep logs in question.   We cannot stress how important is for you to preserve any and all video evidence in this matter. Also, please send us the incident report related to this claim.

Thank you in advance for your professional courtesy.

Sincerely,
**BERNSTEIN & POISSON**

Jevahnna L. Tijerina
Legal Assistant

JLT/j

**Law Offices**

*Nancy E. Lucianna, P.C.*

**A Professional Corporation**

Nancy E. Lucianna, Esq.
Member of N.Y., N.J. and U.S. Virgin Islands Bars
(St. Thomas, St. Croix, St. John)

Sara H. Bernstein, Esq.
Member of N.Y., N.J. and MA.  Bars

1638 Center Avenue
Fort Lee, New Jersey 07024

(201) 947-6484
Facsimile (201) 947-3438
E-Mail: Nlucianna@msn.com

www.luciannalaw.com

October 23, 2017

MGM Resorts International
3600 Las Vegas Blvd. South
Las Vegas, NV 89109
ATTN: Legal Department

Re:      **Valdo Panzera, Jr. and Megan Iannuzzi v. MGM Resorts International and Mandalay Corporation**

Dear Sir/Madam:

Please be advised that this firm represents Valdo Panzera, Jr. and Megan Iannuzzi with regards to the above matter.  On or about October 1, 2017 Mr. Panzera and Ms. Iannuzzi were attendees at the Route 91 Harvest Festival, a three day music festival which took place at the Las Vegas Village. During the concert, Mr. Panzera and Ms. Iannuzzi were victims of the mass shooting which occurred as a result of your negligence.

Specifically, MGM Resorts International and/or Mandalay Corp. failed to maintain their premises in a reasonably safe condition including, but not limited to, failing to properly surveil the premises, failing to properly monitor the hotel, failing to provide a timely response or otherwise act upon shots fired, failing to take precautions against delivery of firearms to the hotel premises, failing to discover and/or take action on the installation of outside surveillance set up on the premises, failing to discover and/or respond to the breaking of windows, and failing to adequately train and supervise employees in responding to and/or discovery suspicious activity.

As a result of your negligence, Mr. Panzera and Ms. Iannuzzi have endured numerous injuries including, but not limited to, post-traumatic stress, anxiety, and extreme fright, and continue to expend large sums of money seeking medical treatment for their injuries.

I fully intend to institute on Mr. Panzera and Ms. Iannuzzi's behalf in order to compensate them for their damages. Upon receipt of this correspondence, kindly have your insurance carrier contact this office so that we may discuss this matter as soon as possible.

Thank you for your prompt attention to this matter.

Very truly yours,

NANCY E. LUCIANNA, ESQ.

# THE COCHRAN FIRM

## MEMPHIS

ONE COMMERCE SQUARE • SUITE 1700
MEMPHIS, TENNESSEE 38103
TELEPHONE: (901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

November 20, 2017

15041
Mandalay Bay Hotel
3950 S. Las Vegas Blvd
Las Vegas, NV 89119
Attn: Manager

RE:  **Tamika Abdallah**
     **DOA:  10/2/2017**

To Whom It May Concern:

This firm has been retained to represent the above client in a claim for damages against you resulting from an incident that occurred on the above-captioned date.

If you carry liability insurance, your insurance company should be contacted concerning this incident. **LACK OF NOTIFICATION TO YOUR INSURANCE COMPANY MAY RESULT IN PREJUDICE.** We would appreciate your completing and returning the attached Information Sheet immediately so that we may communicate directly with your insurance company thereby avoiding any prejudice or inconvenience to you.

If you do not have insurance, please contact this office as soon as possible.

Thank you for the information. A self-addressed envelope has been enclosed for your convenience in returning this information sheet to our office.

Sincerely,

Angela Payne
*Case Manager for Bill M. Wade*

Enclosures

INFORMATION SHEET

Our Client:           Tamika Abdallah (15041)

Date of Loss:         10/2/2017

1.    Name and address of insurance company: _____

_____

2.    Name of Insured: _____

_____

3.    Your Policy Number: _____

_____

4.    Effective Dates of Policy: _____

_____

5.    Your Complete Name: _____

_____



JOSEPH L. BENSON II, ESQ.
BEN J. BINGHAM, ESQ.
Israel P. Whitbeck, Esq. *
Lina Sadovnikaite, Esq.**
Dana P. Oswalt, Esq.
Ida Ybarra, Esq.
* (ALSO LICENSED IN CA)
** (ALSO LICENSED IN OR)
Phone: 702.382.9797
Fax: 702.382.9798

November 22, 2017

<u>Sent via U.S. Certified Mail</u>
Mandalay Bay
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

**Re:    Incident occurring on October 1, 2017**

Dear Sir or Madam:

Please be advised that this office represents the interests of Jeffrey Bachman relative to the injuries he sustained as a result of the Route 91 shooting on October 1, 2017. You and anyone acting on your behalf are hereby instructed to make all further contacts concerning this matter through my office. You are not to attempt to contact Jeffrey Bachman or his medical providers directly in any manner other than through my office.

If you were covered by any type of insurance policy to protect you for this type of incident, I would request you turn this letter over to your insurance carrier or adjuster immediately. By doing so, they can take the necessary steps to protect your interests regarding this incident. Failure to comply with this request could result in a lawsuit being filed against you. If you were not personally covered by insurance to protect you for this incident, please contact my office to discuss this matter within **ten (10) days** from the date of this letter.

This letter is also to formally demand preservation of certain evidence relating to this incident. The destruction, alteration, or loss of any of the relevant evidence, may constitute spoliation under Nevada law and subject you to sanctions from the Court. See *Fire Insurance Exchange v. Zenith Radio Corporation*, 103 Nev. 648, 747 P.2d 911 (1987). Those potential sanctions include, but are not limited to, allowing a legal presumption that the evidence would have been harmful to your side of the case and helpful to my clients, exclusion of your expert witnesses at trial, a deemed admission by you of certain facts regarding liability, and up to, a deemed admission of liability.

It is requested that you maintain, preserve, and not modify or alter all potentially relevant evidence includes, but is not limited to, the following:

**Mailing Address - Summerlin** • 11441 Allerton Park Drive, Suite 100 • Las Vegas, NV 89135
**Downtown** • 626 South 10th Street • Las Vegas, NV 89101
**Henderson** • 9230 S. Eastern Avenue, Suite 155 • Las Vegas, NV 89123

WWW.BENSONBINGHAM.COM

*Mandalay Bay*
*Re: **Incident occurring on October 1, 2017***
*November 22, 2017*
*Page 2*

1. Any and all statements and/or reports pertaining to the subject incident;
2. Any and all photographs, videotapes, recordings pertaining to the subject incident;
3. Any and all maintenance, repair, and cleaning records pertaining to the location where the subject incident occurred; and,
4. Any and all employee schedules/rosters pertaining to the date of the subject incident.

Please immediately forward a copy of this letter to all persons and entities with custodial responsibility for the items referred to in this letter.

Thank you for your prompt attention to this matter. I look forward to hearing from your insurance carrier, if not yourself.

Very truly yours,
**BENSON & BINGHAM**

Ida M. Ybarra, Esq.

IY/vr

206201

**Mailing Address - Summerlin** • 11441 Allerton Park Drive, Suite 100 • Las Vegas, NV 89135
**Downtown** • 626 South 10th Street • Las Vegas, NV 89101
**Henderson** • 9230 S. Eastern Avenue, Suite 155 • Las Vegas, NV 89123

WWW.BENSONBINGHAM.COM

**BROCK OHLSON**
**INJURY LAWYERS**
6060 ELTON AVENUE
LAS VEGAS, NV 89107
702.982.0055 PHONE
702.982.0150 FAX

November 7, 2017

BROCK OHLSON, ESQ. ᴬ Ω ⁕
IAN MCMENEMY, ESQ. ᴬ

MGM Resorts International
3600 S. Las Vegas Blvd.
Las Vegas, NV 89109

ᴬADMITTED IN NEVADA
ᴼADMITTED IN CALIFORNIA
⁕ADMITTED IN ARIZONA

Re:    Claimant:      Cody Coffer
       Date of Loss:  October 1, 2017
       Claim No.:     Unknown

To Whom It May Concern:

I represent Cody Coffer in connection with the October 1st incident. One-month post-shooting, he remains with over 50 bullet and other fragments in his body. Though he persists in his determination to return to as normal a life as possible, I am sure you will agree, Cody will never be the same neither physically, mentally, nor emotionally.

It should go without saying, all evidence must be preserved. Any destruction of any evidence will be viewed as spoliation of the same.

It is anticipated the combined claims will become the subject of a multi-claimant resolution process. Please advise as to all particulars once the process of determining a particular claims value commences.

Thank you for your cooperation.

Best regards,

Brock Ohlson

BKO/ms



Downtown L.A. Law Group, LLP
3470 Wilshire Boulevard, Suite 634
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

October 24, 2017

**SENT VIA E-MAIL – kdavis@lv.mgmgrand.com**

Tel.: 877-880-0880
Fax: 702-891-3146

RE:  Our Client          :    Peter Merli; Armanda Merli; Isaac Xavier Orozco;
                                Frances Ramirez; Eydie Doyle; Michelle Orozco;
                                Josh Fabella; Victoria Fabella

       Date of Loss      :    10/01/2017

Dear Mrs. Davis,

This firm has been retained by the above client to pursue a bodily injury and property damage claim against your insured.

Pursuant to §2695.7 [Standards for Prompt Fair and Equitable Settlements § (b)], upon receiving proof of claim, every insurer shall immediately, but in no event more than forty (40) calendar days later, accept or deny the claim in whole or in part, and affirm or deny liability.

Please refrain from contacting our client, and refer all documents and correspondences to the attention of the undersigned. ALL PAYMENTS made to any individual, or entity regarding this accident, including but not limited to bodily injury or med pay, <u>must bear our name as co-payee as we do maintain a lien on this claim.</u> This does not apply to property damage.

<u>**THIS IS A FORMAL REQUEST FOR IMMEDIATE WRITTEN DISCLOSURE OF YOUR INSURED'S POLICY LIMITS. Please submit, in writing, your insured's policy limits to my office immediately upon availability.**</u>

It is requested that you contact this office at your earliest convenience to discuss this matter further.

Very truly yours,
Downtown L.A. Law Group

Amy Gomez
Case Manager

October 24, 2017

<u>SENT VIA EMAIL - kdavis@lv.mgmgrand.com</u>


Tel.: 877-880-0880
Fax: 702-891-3146


RE: PRESERVATION OF EVIDENCE

Our Client         :         Peter Merli; Armanda Merli; Isaac Xavier Orozco;
                             Frances Ramirez; Eydie Doyle; Michelle Orozco;
                             Josh Fabella; Victoria Fabella

Date of Loss       :         10/01/2017

Dear Mrs. Davis,

Please be advised that this office represents the above clients for the injuries suffered at the hands of MGM Grand.  Please have all of your representatives direct all correspondences regarding this incident to this office directly.  Neither you nor anyone on your behalf has permission to speak to our client regarding this case.

We hereby formally request that you preserve all evidence in this case. Do not modify, alter or destroy any documents, images, recordings, or data that relates to this case. Do not permit anyone to modify, alter or destroy any such items.  As the California Supreme Court has stated:  "Destroying evidence can destroy fairness and justice, for it increases the risk of an erroneous decision on the merits of the underlying cause of action.  Destroying evidence can also increase the costs of litigation as parties attempt to reconstruct the destroyed evidence or to develop other evidence, which may be less accessible, less persuasive, or both." *Cedars-Sinai Medical Center v. Superior Court* (1998) 18 Cal.4th 1, 8.

Please be advised that your failure to preserve the items will result in extremely unfavorable consequences to you.  Indeed, be advised that we intend to seek remedies against you if you allow crucial evidence in this case to be modified, altered or destroyed.  For instance, chief among these is the evidentiary inference that evidence which one party has destroyed or rendered unavailable was unfavorable to that party. *Id.* at 11; *Evidence Code* § 413.  As presently set forth in *Evidence Code* § 413, this inference is as follows: "In determining what inferences to draw from the evidence or facts in the case against a party, the trier of fact may consider, among other things, the party's ... willful suppression of evidence relating thereto...."  The standard California jury instructions include an instruction on this inference as well: "If you find that a party willfully suppressed evidence in order to prevent its being presented in this trial, you may consider that fact in determining what inferences to draw from the evidence." (BAJI No. 2.03 (8th ed.1994). *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 12.

In addition to the evidentiary inference, our discovery laws provide a broad range of sanctions for conduct that amounts to a "[misuse] of the discovery process." *Code of Civil Procedure* § 2023.  Destroying evidence in response to a discovery request after litigation has

commenced would surely be a misuse of discovery within the meaning of § 2023, as would such destruction in anticipation of a discovery request. *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 12 (Emphasis added). The sanctions under *Code of Civil Procedure* § 2023 are potent. They include monetary sanctions, contempt sanctions, issue sanctions ordering that designated facts be taken as established or precluding the offending party from supporting or opposing designated claims or defenses, evidence sanctions prohibiting the offending party from introducing designated matters into evidence, and terminating sanctions that include striking part or all of the pleadings, dismissing part or all of the action, or granting a default judgment against the offending party. *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 12.

Additionally, lawyers are subject to discipline, including suspension and disbarment, for participating in the suppression or destruction of evidence. *Business & Professions Code* § 6106 ["The commission of any act involving moral turpitude, dishonesty or corruption ... constitutes a cause for disbarment or suspension."]; *Rules Professional Conduct,* Rule 5-220 ["A member shall not suppress any evidence that the member or the member's client has a legal obligation to reveal or to produce."].) The purposeful destruction of evidence by a client while represented by a lawyer may raise suspicions that the lawyer participated as well. Even if these suspicions are incorrect, a prudent lawyer will wish to avoid them and the burden of disciplinary proceedings to which they may give rise and will take affirmative steps to preserve and safeguard relevant evidence. *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 13.

Finally, *Penal Code* § 135 creates criminal penalties for spoliation. "Every person who, knowing that any book, paper, record, instrument in writing, or other matter or thing, is about to be produced in evidence upon any trial, inquiry, or investigation whatever, authorized by law, willfully destroys or conceals the same, with intent thereby to prevent it from being produced, is guilty of a misdemeanor." *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 13.

Accordingly, please advise us immediately of the status of any such evidence and your intentions with respect to its preservation.

### Other Documents and ESI Evidence

You are hereby given further notice to immediately take all steps necessary to prevent the destruction, loss, concealment, or alternation of any paper, document, or electronically stored information ("ESI") and other data or information generated by and/or stored on your computers and storage media (e.g. hard disks, floppy disks, backup tapes, etc.), and emails related to this incident.

You should anticipate that much of the information subject to disclosure and responsive to discovery in this action is stored on your current or former computer systems and other media and devices (including personal digital or data assistants, voice-messaging or voice-mail systems, online repositories, and cell phones).

ESI should be afforded the broadest possible definition and includes, but is not limited to, all digital communications (e.g., e-mail, voice mail, instant messaging), word processed documents (e.g. Word and WordPerfect documents and drafts), spreadsheets and tables (e.g. Excel and Lotus 123 worksheets), accounting application data (such as QuickBooks, Money, or Peachtree), image and facsimile files (including PDF, TIFF, JPG, and GIF images), sound recordings (including WAV and MP3 files), video recordings, all databases, all contact and relationship management data, calendar and diary application data, online access data (including temporary, internet files, History, and Cookies), all presentations (including PowerPoint and Corel), all network access and server activity logs, all data created with the use of any Personal Data Assistant (PDA) such as Palm Pilot, HP Jornada, Cassiopeia, or other Windows-based or Pocket PC devices, all CAD files, and all back-up and archival files.

Adequate preservation of ESI requires more than simply refraining from efforts to destroy or dispose of such evidence. You must also intervene to prevent loss due to routine operations and employ proper techniques to safeguard all such evidence.

Because hard copies do not preserve electronic searchability or metadata, they are not an adequate substitute for ESI. If information exists in both electronic and paper form, you should preserve them both.

## LITIGATION HOLD

You are requested to immediately initiate a litigation hold for potentially relevant ESI, documents, and tangible things, and to act diligently and in good faith to secure and audit compliance with that litigation hold. You are also requested to preserve and not destroy all passwords, decryption procedures (including, if necessary, the software to decrypt the files), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things necessary to access, view, and (if necessary) reconstruct any ESI. You should not pack, compress, purge, or dispose of any file or any part thereof.

You are further requested to immediately identify and modify or suspend features of your operations, information systems, and devices that, in routine operations, operate to cause the loss of documents, tangible items, or ESI. Examples of such features and operations include, but are not limited to, purging the contents of e-mail repositories by age, capacity, or other criteria; using data or media wiping, disposal, erasure, or encryption utilities or devices; overwriting, erasing, destroying, or discarding back-up media; re-assigning, re-imaging or disposing of systems, servers, devices, or media; running antivirus or other programs that alter metadata; using metadata stripper utilities; and destroying documents or any ESI by age or other criteria.

## SERVERS

With respect to servers like those used to manage electronic mail and network storage, the entire contents of each user's network share and e-mail account should be preserved and not modified.

## STORAGE

With respect to on-line storage and/or direct access storage devices attached to your mainframe computers and/or minicomputers, in addition to the above, you are not to modify or delete any ESI, "deleted" files, and/or file fragments existing on the date of this letter's delivery that contain potentially relevant information.

With regard to all electronic media used for off-line storage, including magnetic tapes and cartridges, optical media, electronic media, and other media or combinations of media containing potentially relevant information, you are requested to stop any activity which may result in the loss of any ESI, including rotation, destruction, overwriting and erasure in whole or

in part.  This request is intended to cover all media used for data or information storage in connection with your computer systems, including magnetic tapes and cartridges, magneto-optical disks, floppy diskettes, and all other media, whether used with personal computers, minicomputers, mainframes or other computers, and whether containing backup and/or archival ESI.

## PERSONAL COMPUTERS

You should take immediate steps to preserve all ESI on all personal computers used by your officers, directors and employees, including all secretaries and assistants, that in any way relate to the [subject matter of action], and the events and causes of action described in the Complaint.  As to fixed devices, (1) a true and correct copy is to be made of all such ESI. including all active files and completely restored versions of all deleted electronic files and file fragments; (2) full directory listings (including hidden files) for all directories and subdirectories (including hidden directories) on such fixed devices should be written; and (3) all such copies and listings are to be preserved until this litigation is ended.  As to floppy diskettes, CDs, tapes. and other non-fixed media relating to this matter, they are to be collected and stored pending resolution of this litigation.

## PORTABLE SYSTEMS

In addition to your immediate preservation of ESI, documents and tangible items in your business, on servers and workstations, you should also determine if any home or portable systems may contain potentially relevant data or information.  To the extent that officers, board members, or employees have sent or received potentially relevant e-mails or created or reviewed potentially relevant documents away from the office, you must preserve the contents of systems, devices, and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R discs, PDAs, smart phones, voice mailboxes, or other forms of ESI storage).  Additionally, if any employees. officers, or directors used online or browser-based e-mail accounts or services to send or receive potentially relevant messages and attachments, the contents of these account mailboxes should be preserved.

## EVIDENCE CREATED OR ACQUIRED IN THE FUTURE

With regard to documents, tangible things, and ESI that are created or come into your custody, possession, or control subsequent to the date of delivery of this letter, potentially relevant evidence is to be preserved.  You should take all appropriate action to avoid destruction of potentially relevant evidence.

Please forward a copy of this letter to all persons and entities possessing or controlling potentially relevant evidence.  Your obligation to preserve potentially relevant evidence is required by law.

Very truly yours,
Downtown L.A. Law Group

Amy Gomez
Case Manager
Amy@downtownlalaw.com



Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(o).

Date of Incident:   10/1/17

_Michelle Orozco_
Signature

Today's Date:   10/13/17

_Michelle Orozco_
Print Name



Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

## LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(o).

Date of Incident: 10 | 1 | 17

_____
Signature

Today's Date: 10 | 13 | 17

Frances Ramirez
Print Name



Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: 10/1/17

_____ Signature

Today's Date: 10/13/17

Eydie Doyle
Print Name



Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2778

www.DowntownLALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: 10/1/17

_____
Signature

Today's Date: 10/13/17

ISAAC OROZCO
Print Name

DocuSign Envelope ID: BEFFAB8B-28B8-43AC-9E4      JFEB918D814

**dtla**
LAW GROUP

Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: 10/01/17

_____
Signature

Today's Date: October 19, 2017

Victoria Fabella
Print Name

DocuSign Envelope ID: 4597D072-4C3E-4823-BD7E   2F19F37E2C

**dtla**
LAW GROUP

Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: _10/01/17_

_Josh Fabella_
Signature

Today's Date: _October 19, 2017_

_Josh Fabella_
Print Name

DocuSign Envelope ID: CFAF5ADF-E01A-4618-BCL   30CFB09452A

**dtla**

LAW GROUP

Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 350
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2778

www.DowntownLALaw.com

# LETTER OF DESIGNATION

    I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

    All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: __10/01/17__

_Peter Merli_
Signature

Today's Date: __October 20, 2017__

Peter Merli
Print Name

DocuSign Envelope ID: D990A14C-750A-4DAB-843F-6176A1C1B9B6

Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-0715
Facsimile: (877) 389-2775

www.Downtown_ALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designations are pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: 10 | 01 | 2017

_____
Amanda Merli
Signature

Today's Date: October 25, 2017

_____
Amanda Merli
Print Name



**PINKERT★N**
**THE PINKERTON LAW FIRM**

*April 12, 2018*

*VIA EMAIL AND US MAIL*
Mr. Michael R. Doyen
Munger, Tolles & Olson, LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Michael.Doyen@mto.com

RE:   *Las Vegas Shooting Matter; Notice of Representation of Clients Directed to MGM Resorts International, Inc., Mandalay Corporation, All Counsel of Record, Any Litigation Associated Entities and All Entities Related to MGM Resorts International, Inc. and Mandalay Corporation.*

Dear. Mr. Doyen:

I am writing on behalf of clients represented by Chad Pinkerton (The Pinkerton Law Firm) and Mo Aziz (Abraham Watkins) in the Las Vegas Shooting Matter.  Please be advised that the individuals listed in *Exhibit A* are represented by **THE PINKERTON LAW FIRM, PLLC** and **ABRAHAM WATKINS**. *Exhibit A* is attached hereto.  We respectfully request that all future correspondence or communications regarding the individuals listed in *Exhibit A* be directed to the following:

The Pinkerton Law Firm, PLLC          Abraham Watkins
Chad Pinkerton, Principle             Mo Aziz, Partner
5020 Montrose Blvd., Suite 550        800 Commerce St.
Houston, Texas 77055                  Houston, Texas 77002
cpinkerton@chadpinkerton.com          maziz@abrahamwatkins.com

It has come to our attention that MGM Resorts International, Inc, Mandalay Corporation, and/or its associated entities, by and through counsel, have contacted and/or have attempted to contact clients represented by **THE PINKERTON LAW FIRM, PLLC** and **ABRAHAM WATKINS**.  <u>Effective immediately MGM Resorts International, Inc., Mandalay Corporation, all counsel of record, any litigation associated entities and all entities related to MGM Resorts International, Inc. and Mandalay Corporation are hereby instructed to cease any further contact with our clients, whether such contact be via mail, email, social media, telephone, or otherwise.</u>

Should any of the individuals listed in *Exhibit A* been contacted, please provide a list of such individuals within fifteen (15) days.  My understanding is that settlement offers have been made and possibly releases executed.  Please provide that information also within the same fifteen (15) day period.

Thank you for your timely consideration of this matter.  We look forward to working with you in the future.  Should you have any questions, please do not hesitate to contact us.  As always, I remain,

Very truly yours,

Chad Pinkerton

cc:     Mo Aziz

# EXHIBIT "A"

| No. | CLIENT |
|-----|--------|
| 1 | Essence Abner |
| 2 | Quintivia Abner |
| 3 | Mark Abraham |
| 4 | Carlos Acosta |
| 5 | Zelda Adame |
| 6 | Cherie Jéan Adams |
| 7 | Emmanuel Affran |
| 8 | Allen Afshari |
| 9 | Khaled Ahmed |
| 10 | Ysa Albert |
| 11 | Aliana Aleman |
| 12 | Javier Aleman |
| 13 | Dionndra Alexander |
| 14 | Ernesto Alfaro |
| 15 | Tenesha Alfaro |
| 16 | Sara Allegro |
| 17 | Africa Allen |
| 18 | Demtrius Allen |
| 19 | Etta Allen |
| 20 | Sarah Allen |
| 21 | Tony D. Allen |
| 22 | Nadia Allie |
| 23 | Ruben Alulema |
| 24 | Daniel Earl Alvarez |
| 25 | Lindsey Alvarez |
| 26 | Leslie Alworth |
| 27 | Danielle Ambrose |
| 28 | Cecil Anderson |
| 29 | Davis Anderson |
| 30 | Frank Michael Anderson, III |
| 31 | Gwendolyn Anderson |
| 32 | Jayon Anderson |
| 33 | Rebecca Ann Anderson |
| 34 | Ryan Anderson |
| 35 | Cassidy Andreason |
| 36 | Constantino Angeletakis |
| 37 | Christine Antonio |
| 38 | Robert Archambeault |
| 39 | Cassie Ardito |
| 40 | Richard Ardito |
| 41 | Jennifer Arellanes |
| 42 | Jose Andres Arevalo |
| 43 | Enrique Argueta |
| 44 | Melissa Arroyo |
| 45 | Kristine Arutunyan |
| 46 | Billy Ashley |

| 47 | Jeffrey Ashmore |
| 48 | Jesus Astua |
| 49 | Imari Ausbie |
| 50 | Veronica Avalos |
| 51 | Tina Marie Avery |
| 52 | Lisa Awalt |
| 53 | Andrew Ayala |
| 54 | Christopher Badorek |
| 55 | Ashle Bailey |
| 56 | Steven Bailey |
| 57 | Tracey Baker |
| 58 | Cole Baldwin |
| 59 | Wendy Baldwin |
| 60 | Tiffany Ball |
| 61 | Lonnie Banks |
| 62 | Terrance Banks |
| 63 | Diane I Banks-Mohr |
| 64 | Mary Banta |
| 65 | Ted Banta |
| 66 | Mark Baquedano |
| 67 | Melanie Barber |
| 68 | Debra A. Barchard |
| 69 | Audrey Bareham |
| 70 | Noel Barnes |
| 71 | Preston Barnes III |
| 72 | Tinella Barranco |
| 73 | Melissa J. Barren |
| 74 | Ronald A Barreras Jr |
| 75 | Donovan Barthel |
| 76 | Monique D Barthel |
| 77 | Lacey Bartko |
| 78 | Kyle Basom |
| 79 | Jesse Bateman |
| 80 | Christopher Thomas Battaglia |
| 81 | Kimberley Dawn Battaglia |
| 82 | Christopher M. Bauer |
| 83 | Robert Alton Beaird |
| 84 | Brandy Beaver |
| 85 | Aleisa Bebee |
| 86 | Brandon Charles Beckett |
| 87 | Veronica Beckwith |
| 88 | Sean Beeson |
| 89 | Antonyo Bell |
| 90 | Jasmine Bell |
| 91 | Jonathon Bell |
| 92 | Chico Belser |
| 93 | Kolter Raymond Beneitone |

| 94 | Cardell Benson Jr. |
|-----|---------------------|
| 95 | Damaen Bentley |
| 96 | Christi Beran |
| 97 | Babu Bhuiyan |
| 98 | Courtland Bibbs |
| 99 | Jennifer L. Bithell |
| 100 | Joshua Bitrich |
| 101 | Mindy Bitrich |
| 102 | Jason Black |
| 103 | Taylor Blaiser |
| 104 | Jodi Boatwood |
| 105 | Lisa Boissiere-Wright |
| 106 | Socorro Bolanos |
| 107 | Franchelle Bolden |
| 108 | Crystal Bolke |
| 109 | Nenad Bolta |
| 110 | Dianella Bono |
| 111 | Maureen Bonte |
| 112 | Paul Boone |
| 113 | Joe Botzoc |
| 114 | Ed Boucher |
| 115 | Aaron Bouphapraseuth |
| 116 | Rocky Boustani |
| 117 | Kayla Bowen |
| 118 | Swatavia Bowles |
| 119 | Fillise Boykin |
| 120 | Tamara Boykin |
| 121 | Tia Boykin |
| 122 | Rose Mary Bradley |
| 123 | Joshua Brady |
| 124 | Lauren Brady |
| 125 | Mike Brady |
| 126 | Scott Brady |
| 127 | David Brake |
| 128 | Edwinna Brame |
| 129 | Janicey Brar |
| 130 | Emily Brasfield |
| 131 | Robert J. Brickman II |
| 132 | Chandra Bridges |
| 133 | Kara Brien |
| 134 | James Brightly |
| 135 | Mailys Brightly |
| 136 | Bill Bringold |
| 137 | Craig Alan Brockett |
| 138 | Debbie Brockett |
| 139 | Kali Brockett |
| 140 | Lexia Brockett |

| | |
|---|---|
| 141 | Nicholas Bronas |
| 142 | Sylvia Lynn Brooks |
| 143 | Tina Brooks |
| 144 | Dylan Brown |
| 145 | Edward Brown |
| 146 | Florice Brown |
| 147 | Gregory Brown |
| 148 | James Brown |
| 149 | James Brown |
| 150 | Laquana Brown |
| 151 | Mandy M Brown |
| 152 | Michael Brown |
| 153 | Ronald Brown |
| 154 | Ronda Brown |
| 155 | Stephanie Brown |
| 156 | Tarik Brown |
| 157 | Brett Bruckner |
| 158 | Richard Bruins |
| 159 | Celia Brunghurst |
| 160 | Elijah Brunghurst |
| 161 | Jayceon Brunghurst |
| 162 | Casey Victor Bruns |
| 163 | Julie Bryan |
| 164 | Andre Bryant |
| 165 | Regina Bui |
| 166 | Treanesha LaShonda Bullion |
| 167 | David Lynn Bunch |
| 168 | Walter Burch |
| 169 | Kayla Burdo |
| 170 | Tara Burfield |
| 171 | Geroge Burgard |
| 172 | Ozarrio Buril |
| 173 | Terry Burk |
| 174 | Zachary Burkes |
| 175 | Anthony Burns |
| 176 | Shanna Burrell |
| 177 | Andrea Bustamante |
| 178 | Gabriella Bustamante |
| 179 | Hector Caballero |
| 180 | Samuel Cabasag |
| 181 | Andretti Cage |
| 182 | Russell Cahoy |
| 183 | Heather L Cain |
| 184 | Nicholas Joseph Cain-Casey |
| 185 | Veronica Caldwell |
| 186 | Hunter Calef |
| 187 | Debra Calton |

| 188 | Robert Calton |
|-----|---------------|
| 189 | Jennifer Campas |
| 190 | Julia Campos |
| 191 | Robert Candelaria |
| 192 | Ingrid Canelo |
| 193 | Renee Canelo |
| 194 | Mary Canich |
| 195 | Javier Cantu |
| 196 | Deborah Carelock |
| 197 | Janice Carone-Howard |
| 198 | Shamina Carpenter |
| 199 | Alexander Carriaga |
| 200 | Kimberly Carriaga |
| 201 | Deonna Carter |
| 202 | Earlitra Danielle Carter |
| 203 | Ian Carter |
| 204 | Pearlina Carter |
| 205 | Michelle Ann Cashman |
| 206 | Jerry Castillo |
| 207 | Marissa Castle |
| 208 | Rebecca Castro |
| 209 | Angela Catura |
| 210 | Anthony Cavallaro |
| 211 | Constantino Cerrano |
| 212 | Karmen Chanasyk |
| 213 | Tequela Chappell |
| 214 | Savanna Chasco |
| 215 | Anjenette Cheney |
| 216 | Penny Chenier |
| 217 | Daniel Chlebowski |
| 218 | Susan Elizabeth Choulkes |
| 219 | Diane Christian |
| 220 | Ashley Bernard Christmas |
| 221 | Kenneth Christopher |
| 222 | Fabiola Cintron |
| 223 | Roger Cintron |
| 224 | Gloria Clark |
| 225 | Grace Claros |
| 226 | Alisa Clawson |
| 227 | Alicia Clayborn |
| 228 | Kara Clement |
| 229 | Daniel Cortes |
| 230 | James Cluck |
| 231 | Sharon Cluck |
| 232 | Danny Cluff |
| 233 | Kelvin H. Coachman |
| 234 | Donna Cochrane |

| 235 | Dawn Coe |
| 236 | Nick Colaizzi Sr |
| 237 | Leonard Colbert |
| 238 | David Cole |
| 239 | Dennis Neal Coleman |
| 240 | Kimberly Collins |
| 241 | Rashawn Collins |
| 242 | Jermaine Colquitt |
| 243 | Ronaldo Concepcion |
| 244 | Melissa Contri |
| 245 | Patricia Cook |
| 246 | William Cook |
| 247 | Glen Coonfield |
| 248 | Marguerite Cooper |
| 249 | Dennis Copeland |
| 250 | Diana Corradi |
| 251 | Jesse Cortez |
| 252 | Lisa Cortez |
| 253 | Ashley Jordan Corum |
| 254 | Douglas Corum |
| 255 | Brett Cossairt |
| 256 | Teresa Cote |
| 257 | Mia Cox |
| 258 | Teri Craney |
| 259 | Brittani Crawford |
| 260 | Stephen Crawford |
| 261 | Robin Creagh |
| 262 | Justin Cregar |
| 263 | Anthony Crespin |
| 264 | Jasper Cross |
| 265 | Kira M. Cross |
| 266 | Mandi Crowder |
| 267 | John W. Crowe Jr |
| 268 | Joy M. Cruz |
| 269 | Raymond Cruz |
| 270 | Tiffany Cundiff |
| 271 | Calli Dee Curry |
| 272 | Rutia Curry |
| 273 | Tammy Curtis |
| 274 | Nicole Cusick |
| 275 | Robert Cusick |
| 276 | Kinga Dajbukat |
| 277 | Kimberly Dale |
| 278 | Justin Damo |
| 279 | Jacqueline Daniels |
| 280 | Latief Daniels |
| 281 | Lisa Marie Daniels |

| 282 | Marcelene Darden |
| 283 | Juanitta Darlynn |
| 284 | Pritesh Davda |
| 285 | Walter D. Davenport |
| 286 | Antonio Davis |
| 287 | Carletta Davis |
| 288 | Diane Davis |
| 289 | Ellen Davis |
| 290 | Glen Davis |
| 291 | Nicole Davis |
| 292 | Patrese Davis |
| 293 | Quintin Davis |
| 294 | Rainna Rusk Davis |
| 295 | Tricia Davis |
| 296 | Deborah Dawkins |
| 297 | Deanna Dawson |
| 298 | Lori Dawson |
| 299 | Kelsey Day |
| 300 | Nolan Ryan Day |
| 301 | Thomas Day o/b/o Thomas Day, Jr. |
| 302 | Whitney Day |
| 303 | John Deane |
| 304 | Cynthia Dearing |
| 305 | Rachel DelaPaz |
| 306 | Amy Delaplane |
| 307 | Alejandra DeLaRosa |
| 308 | Daniel Delarosa |
| 309 | Rodrigo Delatorre |
| 310 | Chris Delaunay |
| 311 | Kortney Delaway |
| 312 | Michael Delcid |
| 313 | Adrian Delgado |
| 314 | Larry Delgado |
| 315 | Michael Dempsey |
| 316 | Tomas Dennehy |
| 317 | Hailey Dequillettes |
| 318 | Brian Desautels |
| 319 | Amy S. Desroches |
| 320 | Matthew Desroches |
| 321 | Alfred Devault |
| 322 | James Raymond Devoll |
| 323 | Mikaela Diaz |
| 324 | Cleveland Dickerson |
| 325 | Randy Dieter |
| 326 | James Dillard |
| 327 | Juanita Dillard |
| 328 | Katrina Dimacali |

| 329 | Linda DiNola |
| 330 | Laura Dixon |
| 331 | David Dogan |
| 332 | Daniel Dominguez |
| 333 | Hannah Dominguez |
| 334 | Linda Donahue |
| 335 | Heather E. Donat |
| 336 | Karin Donis |
| 337 | Liliana Donis |
| 338 | Kyle L. Donner |
| 339 | Allison Dorr |
| 340 | Jomont Dotton |
| 341 | Jaquashia Douglas |
| 342 | Sandra Douglas |
| 343 | Chad Dover |
| 344 | Billy W. Downing |
| 345 | Matthew Drew |
| 346 | Laureen Dright |
| 347 | Monique Jean Dumas |
| 348 | Paul Richard Dumas |
| 349 | Claro Duque |
| 350 | Amber Durham |
| 351 | Myron Dye |
| 352 | Hugh Joseph Dyer III |
| 353 | Michael Dyer |
| 354 | Cynthia Eaglin |
| 355 | Arthur T. Earl |
| 356 | Chris Eastman |
| 357 | Jennifer Eckmann |
| 358 | Jessica Edmondson |
| 359 | Calvin Edwards |
| 360 | La Star Edwards |
| 361 | Natalie Edwards |
| 362 | Rebecca Edwards |
| 363 | Theresa Ellis |
| 364 | Madelyn Enochs |
| 365 | Candice Erickson |
| 366 | Chris Erickson |
| 367 | Kandis Erickson |
| 368 | Sabrina Esparza |
| 369 | Soraya M. Espinoza |
| 370 | Lorena Esquibel |
| 371 | Sonya Esters |
| 372 | Keanu Edward Estrada |
| 373 | Laura Estrada |
| 374 | Nico Estrada |
| 375 | Roy Euwing |

| 376 | Briana Evans |
| 377 | Cynthia Evans |
| 378 | Dennis Evans |
| 379 | Michelle Evans |
| 380 | Peggy Evens |
| 381 | Kyle Evinger |
| 382 | Linda Faidell |
| 383 | Nancy Fairfield |
| 384 | Kristina Falco |
| 385 | Michelle Farias |
| 386 | Lourdes Farina |
| 387 | Laura Farthing |
| 388 | Angela Favia |
| 389 | Jeffrey Feig |
| 390 | Keliah Fell |
| 391 | Laughton Fell |
| 392 | Lori Fenner |
| 393 | Joshua Fenoglia |
| 394 | Nitisha Ferguson |
| 395 | Jennie Fernandes |
| 396 | Fiyeen Fien |
| 397 | Cassandra Figgers |
| 398 | Baylee Fincher |
| 399 | Brooke Fincher |
| 400 | Mindy Fincher |
| 401 | Amy Williams Fisher |
| 402 | Clarence Fisher |
| 403 | Judith Fisher |
| 404 | Laura Fiston |
| 405 | Susan Fitzgerald |
| 406 | Emily Flesher |
| 407 | Kristi Flesher |
| 408 | Kenneth Fletcher |
| 409 | Art Flores |
| 410 | Sharvonne Folmar |
| 411 | Evarick Ford |
| 412 | Donald Forsyth |
| 413 | Rochelle Forsyth |
| 414 | William Fountain |
| 415 | Gerald Fowler |
| 416 | Kadedra Fowler |
| 417 | Douglas Foye |
| 418 | Heidi Farnam |
| 419 | Robert Francis |
| 420 | David Franco |
| 421 | Aileen R. Franklyn |
| 422 | Lashea Frazier |

| | |
|---|---|
| 423 | Debbie Fredricksen |
| 424 | Kurt Fredricksen |
| 425 | Jazelle Frelo |
| 426 | Nicole Lynn French |
| 427 | Jeremy Frie |
| 428 | Brittany Friend |
| 429 | Cynthia Friske |
| 430 | Lorraine Fuentes |
| 431 | Imani S. Fuller |
| 432 | Zachary D Fulton |
| 433 | Derrick Gagliardi |
| 434 | Iyana Gaines |
| 435 | Inessa Galagan |
| 436 | Oleg Galagan |
| 437 | Michael Galasso |
| 438 | Erica Gallegos |
| 439 | Mandy Gallegos |
| 440 | Bridgett Galloway |
| 441 | William Galvez |
| 442 | Adrian Gamboa |
| 443 | Alfredo Garcia |
| 444 | Eric Garcia |
| 445 | Eugene Garcia |
| 446 | Frankie Garcia |
| 447 | Judith Garcia |
| 448 | Linda Garcia |
| 449 | Lisandra Garcia |
| 450 | Rosemary Garcia |
| 451 | Norma Garcia-Felix |
| 452 | Jose A Garduno |
| 453 | James Michael Garland |
| 454 | Oliver Garnica |
| 455 | Christy R Garza |
| 456 | Jose L. Garza |
| 457 | Brittany Gebhart |
| 458 | Keelon George |
| 459 | Paul George, Jr |
| 460 | William Georgia |
| 461 | Charmaine Germany |
| 462 | Thomas Geschrey |
| 463 | Garrett Ghahyasi |
| 464 | Selam Ghirmay |
| 465 | Meilin Gibbens |
| 466 | Courtney Gibson |
| 467 | Vernell Gibson |
| 468 | Beth Gifford |
| 469 | Michael Merced Gilardino |

| 470 | Stephen Giles |
| 471 | Atalie Gillison |
| 472 | John Gilmore |
| 473 | Damon Gipson |
| 474 | Chantel Rubio |
| 475 | Kylee Glasscock |
| 476 | Robert Glavis |
| 477 | Teresa Glavis |
| 478 | Del Golden |
| 479 | Keosha Goldman |
| 480 | Shaneca Goldman |
| 481 | Avery Goldston |
| 482 | Ashley Gomez |
| 483 | Debbie Ann Duran Gomez |
| 484 | Gilbert Gomez, Jr |
| 485 | Michelle Gomes |
| 486 | Jeffrey Alan Gonsalves |
| 487 | Andrea Gonzales |
| 488 | Daniel Joseph Gonzales |
| 489 | Jessie Gonzales |
| 490 | Tomas Gonzalez |
| 491 | Brittany Good |
| 492 | Natalie Bridges Goodrum |
| 493 | Tracy L. Gorman |
| 494 | Cheryl Grady |
| 495 | Margretta Graham |
| 496 | Keyatra Grant |
| 497 | Melvin Grant |
| 498 | Katrina Graves |
| 499 | Delores Gray |
| 500 | Jeanette Gray |
| 501 | Tawny Gray |
| 502 | Mario Grayson |
| 503 | James Green |
| 504 | Shirley Green |
| 505 | Kenneth Greenland |
| 506 | Kimberly Griffis |
| 507 | Greg Grimes |
| 508 | Jennifer Grimshaw |
| 509 | Rudy Guarino |
| 510 | Maria Guerra |
| 511 | Edward Guerrero |
| 512 | Mikerra Guerrero |
| 513 | Michelle Guerriero |
| 514 | Rocio Guillen |
| 515 | Matthew Guilo |
| 516 | Jesus Gutierrez |

| 517 | Joel D. Guzman |
|-----|----------------|
| 518 | Trevor Hachey |
| 519 | Tryphena Renee Hachey |
| 520 | Crystal Hadley |
| 521 | Hiram Hairston |
| 522 | Devajae Hall |
| 523 | Martinez Hall |
| 524 | Travis Hall |
| 525 | Julian Hamilton |
| 526 | Cody Wayne Hansen |
| 527 | Matthew Hansen |
| 528 | Samantha Harb |
| 529 | Carol Harden |
| 530 | Brandon Harlow |
| 531 | Alicia Harmon |
| 532 | Brandy Harmon |
| 533 | Daisetta Harris |
| 534 | Derrick Harris |
| 535 | Lakhesha Harris |
| 536 | Latiesha Harris |
| 537 | Nikita Harris |
| 538 | Regina Anne Harris |
| 539 | Stacey Harris |
| 540 | Trino Harris |
| 541 | Lisa Hartz |
| 542 | Amir Hasan |
| 543 | Tara Hastings |
| 544 | Jennifer Haut |
| 545 | Melinda Hawkins |
| 546 | Kiley Hayden |
| 547 | Kristina Hayden |
| 548 | Tammy Lynn Hayden |
| 549 | Tracy Lyn Hayden |
| 550 | Cori Haynes |
| 551 | Zach Hays |
| 552 | Edward R. Hazen |
| 553 | Sean Healy |
| 554 | Justin Henderson |
| 555 | Porscha Henderson |
| 556 | Adalgisa Henning |
| 557 | Andrea Henning |
| 558 | Sumer Henning |
| 559 | William Henning |
| 560 | Justin Heredia |
| 561 | Richard Craig Hermann |
| 562 | Alberto Hernandez |
| 563 | Heather Hernandez |

| 564 | Rebecca Hernandez |
| 565 | Ricardo Hernandez |
| 566 | Mario Herrera |
| 567 | Shauntel Hibbitt |
| 568 | Emmitt Hickman |
| 569 | Donald Ray Hicks |
| 570 | Jerralynn Hicks |
| 571 | John Hicks |
| 572 | Shannon Hicks |
| 573 | Gary Hightower |
| 574 | Teresa Himley |
| 575 | Eboney Nicole Hines |
| 576 | Nathan Hinrichs |
| 577 | Abigail Hinton |
| 578 | Adriana Hinton |
| 579 | Alexis Hinton |
| 580 | Ambear Hinton |
| 581 | Rick Hinton |
| 582 | Lauren Hitt |
| 583 | Leigh Ann Hodgson |
| 584 | Marcella Hoffman |
| 585 | Steve Hoffmaster |
| 586 | Don Holbrook |
| 587 | Tanna Holderle |
| 588 | June Holdren |
| 589 | Christina J. Hole |
| 590 | Cindy Holguin |
| 591 | John Holladay |
| 592 | Rebecca Holland |
| 593 | Raven Holmes |
| 594 | Melissa Holmquist |
| 595 | Vanessa Holub |
| 596 | Alexis Hood |
| 597 | Taylor Hood |
| 598 | Lisa Hopkins |
| 599 | April Hopwood |
| 600 | Brittany Horton |
| 601 | Shaunte Horton |
| 602 | Abdirahman Hosain |
| 603 | Misty House |
| 604 | Cheri Lynn Howard |
| 605 | Khalfani Howard |
| 606 | Myesha Howard |
| 607 | Malisa Hoyme |
| 608 | Zerondrick Hubbard |
| 609 | Jamie Huddleston |
| 610 | Svetlana Huey |

| 611 | Martha Huezo |
|-----|--------------|
| 612 | Joyce Humble |
| 613 | Shelley Hurtt-Mallory |
| 614 | Shahriar Irani |
| 615 | Sumoyyah Irving |
| 616 | Alicia Jackson |
| 617 | Anne Jackson |
| 618 | Devonta Jackson |
| 619 | Dmorea Jackson |
| 620 | Jessica Jackson |
| 621 | John Jackson |
| 622 | Leland Jackson |
| 623 | Austin Jaksha |
| 624 | Christopher Jaksha |
| 625 | Sophia Jaksha |
| 626 | Jaron Anthony Jamerson |
| 627 | Angelina James |
| 628 | Diana James |
| 629 | Namari January |
| 630 | Joanna Jashimoto |
| 631 | Chad Jeanotte |
| 632 | Aaron E. Jenkins |
| 633 | Jessica Ann Jenkins |
| 634 | John Jenkins |
| 635 | Kathryn Jennings |
| 636 | Sherwin St. John |
| 637 | Brandon Johnson |
| 638 | Corey Johnson |
| 639 | Darrell Johnson |
| 640 | Daviell Johnson |
| 641 | DeAndre Johnson |
| 642 | Derian Johnson |
| 643 | Jaynelle Johnson |
| 644 | Johanna Johnson |
| 645 | Josephine Johnson |
| 646 | LaNeshia Johnson |
| 647 | Larontae Johnson |
| 648 | Leviticus E. Johnson |
| 649 | Malvin Johnson |
| 650 | Monta Johnson |
| 651 | Porcha Johnson |
| 652 | Sarah Johnson |
| 653 | Tabia J. Johnson |
| 654 | Nkosi S. Johnson-Kimber |
| 655 | Alicia Johnston |
| 656 | Deborah Johnston |
| 657 | Nick Johnston |

| 658 | Renae Jolley |
| 659 | Pierre Jolly |
| 660 | Antoinette Jones |
| 661 | Beth Jones |
| 662 | Brent L. Jones |
| 663 | David Jones |
| 664 | Donnie Jones |
| 665 | Edgar T. Jones |
| 666 | Esther Jones |
| 667 | Gregory Jones |
| 668 | John Jones |
| 669 | Joniqueka Jones |
| 670 | Lannetta Jones |
| 671 | Lois Jones |
| 672 | Shaheed Jones |
| 673 | Thomas Jones |
| 674 | Jason Joseph |
| 675 | Chiquana Joshua |
| 676 | John Julias |
| 677 | Meagan L. Kaber |
| 678 | Clarice Kahla |
| 679 | Grace Kajimura |
| 680 | Myles Kalk |
| 681 | Michael Kaplish |
| 682 | Ron Katz |
| 683 | Waltkoya Kayzee |
| 684 | Sheila Keele |
| 685 | Scott Keeran |
| 686 | Valerie Melissa Keeran |
| 687 | Andrea Dawn Kelly |
| 688 | Joshua Kelly |
| 689 | Meachelle Kelly |
| 690 | Michael Kelly |
| 691 | Kyle Kennedy |
| 692 | Rachel Andrea De Kerf |
| 693 | Kelsi Kessler |
| 694 | Lisa Khader |
| 695 | Sana Khader |
| 696 | Mozzaffa Khogaly |
| 697 | Kevin James Killen |
| 698 | Tara Lee Killen |
| 699 | Joanna Kilma |
| 700 | Brenden C Kimber |
| 701 | Jawaundo W Kimmons |
| 702 | Beverly King |
| 703 | Geneva King |
| 704 | Shanta King |

| 705 | Tara King |
| 706 | Richard Kingery |
| 707 | Jennifer Kay Kinghorn |
| 708 | James Kirk |
| 709 | Judie Jean Kirksey |
| 710 | Nicole Kirshner |
| 711 | Cynthia Kitchens |
| 712 | Matthew Klemmer |
| 713 | Nikkole Knight |
| 714 | Angell Knittle |
| 715 | Kerri Knudson |
| 716 | Joseph Kocjan |
| 717 | Asmik Kotoyan |
| 718 | Jazman Glover Kowalczyk |
| 719 | Michael Kretschmar |
| 720 | David Kronberg |
| 721 | Lauren Christine Krueger |
| 722 | Mary Lynn Kueffner |
| 723 | Madisyn Kuntz |
| 724 | Scott T. Kuntz |
| 725 | Paula LaBorde |
| 726 | Billie Lacount |
| 727 | Ambriz Ladson |
| 728 | Bradley Kent Lagro |
| 729 | Brittany LaJoie |
| 730 | Michael Landron |
| 731 | Denise Lankford |
| 732 | Rob LaRash |
| 733 | Valerie LaRocque |
| 734 | Victoria Larranaga |
| 735 | Richard Larson |
| 736 | Quentin Lathan |
| 737 | Mark Lathen |
| 738 | Mario Latka |
| 739 | Michael Leahy |
| 740 | Chloe Lebo |
| 741 | Maxime Lecocq |
| 742 | Cara Ledergerber |
| 743 | Amiah Lee |
| 744 | Erika Lee |
| 745 | Lisa Lee |
| 746 | Mhonai Lee |
| 747 | Robert J. Lee |
| 748 | Kelly Lehmann |
| 749 | Tara Lem-mons |
| 750 | Nick Lemay |
| 751 | Alicia Leonard |

| 752 | Delanie Leone |
| 753 | Catherine Lester |
| 754 | Samuel Leuty |
| 755 | Albert Levy |
| 756 | Ashley Breanna Lewis |
| 757 | Felicia Lewis |
| 758 | Haley Lewis |
| 759 | Terrence Lewis |
| 760 | Charles Lexion |
| 761 | Kimberly Lilgreen |
| 762 | Ricky Limerick |
| 763 | Brent Gregory Little |
| 764 | Michelle N. Little |
| 765 | Carolyn Lizama |
| 766 | Yolanda Lizardo |
| 767 | Elvia Llamas |
| 768 | Manuel Llamas |
| 769 | Alexis Marie Llanusa |
| 770 | Delaney Llanusa |
| 771 | Brooklyn Taylor Llewelyn |
| 772 | Alicia Lochrie |
| 773 | Kimela Lockhart |
| 774 | Valarie Loera |
| 775 | Valarie Lofton |
| 776 | Alma Lopez |
| 777 | Eileen Lopez |
| 778 | Ricardo Lopez |
| 779 | Vicente Lopez |
| 780 | Lisa Loredo |
| 781 | Greg Loring |
| 782 | Kimberly Loring |
| 783 | Jahaira Losey |
| 784 | Zekiel Losey |
| 785 | Lafayette Love |
| 786 | Jeremy Lowery |
| 787 | Nicole Luciano |
| 788 | Joshua Luiz |
| 789 | Joy Lujan |
| 790 | Katie Lunde |
| 791 | Kayla Macias |
| 792 | Kimberly Macias |
| 793 | Moises Macias |
| 794 | Lynda Maddox |
| 795 | Daisy Madrigal |
| 796 | Cynthia Maevers |
| 797 | Raymond Magruder |
| 798 | Keri Maher |

| 799 | Claudia Majalca |
|-----|-----------------|
| 800 | Emily Majer |
| 801 | Vanessa Mallory |
| 802 | Albert Malone |
| 803 | Sheila Malone |
| 804 | William Maloney |
| 805 | John Malphrus |
| 806 | Eric Maltz |
| 807 | Jeff Manahan |
| 808 | Kaitlin Manahan |
| 809 | Kevin Manahan |
| 810 | William Manciano |
| 811 | Carolyn Manning |
| 812 | Lisa Manson |
| 813 | Shirley Manus |
| 814 | Austin Marcus |
| 815 | Manuel Marinez |
| 816 | Nicole Marino |
| 817 | Christian Marquez |
| 818 | Christopher Alan Marsh |
| 819 | Dariel Marshall |
| 820 | Dashaun Marshall |
| 821 | Traci Marshall |
| 822 | Zaqoia Marshall |
| 823 | Kenneth Martin |
| 824 | Michele Martin |
| 825 | Steve D. Martin |
| 826 | Andrew Martinez |
| 827 | Daniel Martinez |
| 828 | Elisa Martinez |
| 829 | Holy Angel Martinez |
| 830 | Kelly Martinez |
| 831 | Steven Martinez |
| 832 | Dustin Mascaro |
| 833 | William Mason |
| 834 | Richard Masucci |
| 835 | Lana Mathis |
| 836 | Jathan Matthews |
| 837 | Tanika Matthews |
| 838 | Monique Maxey |
| 839 | Jamie Maxwell |
| 840 | Anthony Mayshack |
| 841 | Theresa Mayshack |
| 842 | Moussa Mboup |
| 843 | Jeremiah McAfee |
| 844 | Steve McBee |
| 845 | Szilvia Mcbride |

| | |
|---|---|
| 846 | Karen McCorkle |
| 847 | Lonnie McCorvey |
| 848 | Kemmy McCoy |
| 849 | Jamonte McCullar |
| 850 | Shirley McCurry |
| 851 | Daniel McDonald |
| 852 | Sundae McDowell |
| 853 | Lori Anne McElroy |
| 854 | Lontisha McGilberry |
| 855 | Tamika Mcgill |
| 856 | Akariyanna McGlaun |
| 857 | Rashi Mcglaun |
| 858 | Sonya McGlaun |
| 859 | Morgan McGuiness |
| 860 | Lexi Ann McIntosh |
| 861 | Damien McIntyre |
| 862 | Tashara McMullen |
| 863 | Rajai J. McNeill |
| 864 | Christian McQuown |
| 865 | Jamie Medeiros |
| 866 | Jovannie Mediano |
| 867 | David Medina |
| 868 | Doreen Medina |
| 869 | Johnathan Daniel Medina |
| 870 | Kidada Medina |
| 871 | Laurel Meek |
| 872 | Christina Melgoza |
| 873 | Seana Melia |
| 874 | Rachelle Melocoton |
| 875 | Adrian Melville |
| 876 | Ireri Mendez-Alvarez |
| 877 | Jose Menendez |
| 878 | Raymond Merkley |
| 879 | Darren Merriweather |
| 880 | Sadat Merriwether |
| 881 | Joshua Meyer |
| 882 | Romeo Meyer |
| 883 | Genevieve Mazza |
| 884 | Vanessa Michels |
| 885 | Jarod Mielcarek |
| 886 | Erenia Mijangos |
| 887 | Jazmia Miller |
| 888 | Robert Miller |
| 889 | LeVelle Mills |
| 890 | Allen Mims |
| 891 | Rita Mims |
| 892 | Melissa Mina |

| 893 | Ashley Nicole Mireles |
|-----|----------------------|
| 894 | Alexandria Mitchell |
| 895 | Kimani Mitchell |
| 896 | Heather Chiyeko Miyakawa |
| 897 | Morgan Moeller |
| 898 | Lilianna Molina |
| 899 | Ruben Molina |
| 900 | Andon Monfreda |
| 901 | Lazaro Mont-Ros |
| 902 | Aunna Montgomery |
| 903 | Phylyssa Montoya |
| 904 | Mehadi Moona |
| 905 | Alyssa Moore |
| 906 | Antoinette Moore |
| 907 | Belinda Moore |
| 908 | Dodi Moore |
| 909 | Kristi Moore |
| 910 | Lakeesha Moore |
| 911 | Markeith Moore |
| 912 | Amelia B. Morales |
| 913 | Bambi Rene Moreau |
| 914 | Scott Moreau |
| 915 | Britnie L. Morgan |
| 916 | Candice Morgan |
| 917 | Samuel Morrell |
| 918 | Thomas Cameron Morrier |
| 919 | Evelyne Annette Morris |
| 920 | Jamie N. Morris |
| 921 | Shakiera Morris |
| 922 | Stephania Morris |
| 923 | Devonte-Amir Morrison |
| 924 | LaDarius Morrison |
| 925 | Venus Mosley |
| 926 | Denise Mraz |
| 927 | Jillian Mueller |
| 928 | Sean P. Mullaly |
| 929 | Jonathan Mulligan |
| 930 | Eddie Munoz |
| 931 | Esther Munoz |
| 932 | DeAngelo Murillo |
| 933 | Kevin Murphy |
| 934 | Maureen Murphy |
| 935 | DeAnne Murray |
| 936 | Ronald Murray |
| 937 | Tracy Murray |
| 938 | Macy Myers |
| 939 | Shancela Myers |

| 940 | Joan Myles |
|-----|------------|
| 941 | Nathaniel Myles |
| 942 | Mark Myszak |
| 943 | Marirose Naing |
| 944 | Joseph M. Napoli |
| 945 | Mohammad Nassar |
| 946 | Laura Natrop |
| 947 | Rick Neal |
| 948 | Gregory L. Nelson |
| 949 | Joanne Nelson |
| 950 | Robert Troy Nelson |
| 951 | Chayla Nepote |
| 952 | Summer Neria |
| 953 | Coral Nettles |
| 954 | Shui Ng |
| 955 | Sandy Nguyen |
| 956 | Phillip Nichols |
| 957 | Annetta Nicholson |
| 958 | Gregory Nix |
| 959 | Anthony Don E Noarbe |
| 960 | Cherie Noll |
| 961 | Linda Nooner |
| 962 | Amber Norcia |
| 963 | Yvonne Nordquist |
| 964 | David Norman |
| 965 | Lela Jean Norton |
| 966 | Toby Norwood |
| 967 | Jenna O'Neal |
| 968 | Rose O'Toole |
| 969 | Mfalme Odie |
| 970 | Elizabeth Okoro |
| 971 | Tiffany Okum |
| 972 | Cassie Suzanne Olander |
| 973 | Ila Oldham |
| 974 | Virginia Olen |
| 975 | Quincy Oliver |
| 976 | Cynthia Olvera |
| 977 | Donald Orlan |
| 978 | Claudia Oropeza |
| 979 | Annette Orozco |
| 980 | Noemi Orozco |
| 981 | Brenda Orr |
| 982 | Victor Orschel |
| 983 | Theresa Ortiz |
| 984 | Linda Osting |
| 985 | Kuulei Otis |
| 986 | Tawanya Otto |

| 987 | Robby Owens |
|------|-------------|
| 988 | Tanny Owens |
| 989 | Destiny Pacheco |
| 990 | Carlos Padilla |
| 991 | Bacarri Page |
| 992 | Leslie Lynn Paiz |
| 993 | Bonnie Palazzola |
| 994 | Jason Palmer |
| 995 | Melanie Palmer |
| 996 | James Palmieri |
| 997 | Naomi Pantiru |
| 998 | Louella Abad Parga |
| 999 | Chad Parisien |
| 1000 | Thomasina Parker |
| 1001 | Yvette Parker |
| 1002 | Bridget Parkington |
| 1003 | Brittney Parkington |
| 1004 | Alina Parrish |
| 1005 | Hubert Leonard Pascoe III |
| 1006 | Davon Patterson |
| 1007 | Michael Patterson II |
| 1008 | Kaycee Paul |
| 1009 | Kimberly Payton |
| 1010 | Masoud Pazouki |
| 1011 | Michelle Pearson |
| 1012 | John Peck |
| 1013 | Allie Rae Pelletier |
| 1014 | Shannon Pendergrass |
| 1015 | Elisa Perez |
| 1016 | Joaquin Perez |
| 1017 | Paul Perez |
| 1018 | Adrian Perkins |
| 1019 | Eric Perkins |
| 1020 | Jeffrey Perkins |
| 1021 | Angela Marie Perry |
| 1022 | Durwin Perry Jr |
| 1023 | Denine Peters |
| 1024 | Tobby Petersen |
| 1025 | Kathleen Jo Peterson |
| 1026 | Sharon Pettaway |
| 1027 | Danylle Peyton |
| 1028 | Lloyd Phillips |
| 1029 | Rosemary Phillips |
| 1030 | Brian Pickens |
| 1031 | Jeremy Pickett |
| 1032 | Stephen Pierce |
| 1033 | Joseph Pitzel |

| 1034 | Leonel M. Plata, Jr |
|------|---------------------|
| 1035 | Jose Plaza |
| 1036 | Kari Plumb |
| 1037 | Jim Plummer |
| 1038 | Mackenzie Pluta |
| 1039 | Karlee Poe |
| 1040 | Gwendolyn Pointer |
| 1041 | Jeannetta Polite |
| 1042 | Tyresha Polk |
| 1043 | Antonio Ponciano |
| 1044 | Anthony Poore |
| 1045 | Tiffany Raecene Pope |
| 1046 | Brent Poppen |
| 1047 | Erica Susan Poppen |
| 1048 | Darrian Porter |
| 1049 | Myosha Porterie |
| 1050 | Beatrice Potter |
| 1051 | Joe Powell |
| 1052 | Keith Powers |
| 1053 | James Prentice Jr |
| 1054 | Michael Price |
| 1055 | Shawn Price |
| 1056 | Drake Pritchett |
| 1057 | Vorn Seal Radcliffe |
| 1058 | Rashida Raines |
| 1059 | Karmjit Raju |
| 1060 | Diego Armando Ramirez |
| 1061 | Ina Ramirez |
| 1062 | Krystal Ramirez |
| 1063 | Maria Ramirez |
| 1064 | Perla Ramirez |
| 1065 | Renee Ramirez |
| 1066 | Rommel Ramos |
| 1067 | Suelema Ramos |
| 1068 | Myra Randle |
| 1069 | Collearen Randolph |
| 1070 | Paulette Raphael |
| 1071 | David Rasmusson |
| 1072 | Michelle Rasmusson |
| 1073 | Sonrisa Raths |
| 1074 | Karen Ray |
| 1075 | Lance Ray |
| 1076 | Nick Redd |
| 1077 | Melissa Redwine |
| 1078 | Alala Reed |
| 1079 | Matthew C. Reed |
| 1080 | Eric J. Regnier |

| 1081 | Michael Thomas Reichard |
|------|-------------------------|
| 1082 | Katherine Renfro |
| 1083 | Gaila Requena |
| 1084 | Francisco Resendiz |
| 1085 | Garland Reyes |
| 1086 | Marion Reynolds |
| 1087 | Shelonda Rhodes |
| 1088 | Steven Ribovich |
| 1089 | Marie Rice |
| 1090 | Nelisha Richard |
| 1091 | Marcus Richardson |
| 1092 | Kimberly Richie |
| 1093 | Mike Richmeier |
| 1094 | Nathan Rios |
| 1095 | Israel Rivera |
| 1096 | Israel Rivera |
| 1097 | Levelle Rivers |
| 1098 | Jade Rixey |
| 1099 | Chamika Roberson |
| 1100 | Kurt Roberts |
| 1101 | LaKita Robins |
| 1102 | Dontae Laroi Robinson |
| 1103 | Leslie Robinson |
| 1104 | Margo Robinson |
| 1105 | Michael Robinson |
| 1106 | Milton Robinson III |
| 1107 | Terrell Robinson |
| 1108 | Michael Robles |
| 1109 | Josette Rocha |
| 1110 | Jennifer Rockwell |
| 1111 | Alaia Rodriguez |
| 1112 | Alfredo Rodriguez |
| 1113 | Angelita F. Rodriguez |
| 1114 | Aralyn Rodriguez |
| 1115 | Perla Rodriguez |
| 1116 | Ronald Rodriguez |
| 1117 | Sheri Rodriguez |
| 1118 | Zoe Rodriguez |
| 1119 | Jill Andrea Rogers |
| 1120 | Marcelina Rojas |
| 1121 | Tonia Roland |
| 1122 | Janeann Rollins |
| 1123 | Desiree Rondeau |
| 1124 | Guadalupe Aguilar Rose |
| 1125 | Susan Rose |
| 1126 | Antawn Ross |
| 1127 | Tirrelle Ross |

| 1128 | Allan Rousseau |
| 1129 | Dixie Roybal o/b/o Christopher Roybal |
| 1130 | Lisa Rudberg |
| 1131 | Lucia Rudela |
| 1132 | Shirley Ruelas |
| 1133 | Anthony Rufo |
| 1134 | Laura Ruiz |
| 1135 | Paul Rutherford |
| 1136 | Theresa Ryan |
| 1137 | Michael Coty Rye |
| 1138 | Roni Rymer |
| 1139 | Rebecca Sadowsky |
| 1140 | Allison Saelee |
| 1141 | Steve Sagely |
| 1142 | Britney Salas |
| 1143 | Juan Salas |
| 1144 | Nicole Salas |
| 1145 | Destinee Salayandia |
| 1146 | Jasmine Salazar |
| 1147 | Nedal Salman |
| 1148 | Amanda Salmon |
| 1149 | Lisa Kim M. Sammons |
| 1150 | George Sanchez |
| 1151 | Jennifer Sanchez |
| 1152 | Jose Luis Sanchez |
| 1153 | Kelli Sanchez |
| 1154 | Marie Sanchez |
| 1155 | Savannah Sanchez |
| 1156 | Trevor Sanders |
| 1157 | Ernestine Sandoval |
| 1158 | Kim Sandstrom |
| 1159 | Princess Santos |
| 1160 | Ina Sarkissian |
| 1161 | Nela Sarkissian |
| 1162 | Joseph Sartin |
| 1163 | Melissa Saucedo |
| 1164 | Katree Saunders |
| 1165 | Jito Scales |
| 1166 | David Scantlin |
| 1167 | Michelle Scantlin |
| 1168 | Ryan L. Scantlin |
| 1169 | Janelle Scheidl |
| 1170 | Magen Schiermbock |
| 1171 | Alice Schmidt |
| 1172 | Laura Schneiber-Bruns |
| 1173 | Lisa Schneider |
| 1174 | Mark Schneider |

| 1175 | Michelle Schoneman |
| 1176 | Gloria J. Schryver |
| 1177 | Kishawna Scott |
| 1178 | Michael Scott |
| 1179 | Roderick Rico Scott |
| 1180 | Charles Scruggs |
| 1181 | Magee Segal |
| 1182 | Cheryl Seguin |
| 1183 | Fred Seguin |
| 1184 | Tina Sellars |
| 1185 | Cole Seymour |
| 1186 | Amir Shaterian |
| 1187 | Alison Sheehe |
| 1188 | David Sheriff |
| 1189 | Jerome Sherrod |
| 1190 | Remo Sheth |
| 1191 | Michael K. Sholan |
| 1192 | Ebony Sholes |
| 1193 | Robert Shrode |
| 1194 | Christopher Shuemaker |
| 1195 | Jeffrey Shull |
| 1196 | Tamala Siegel |
| 1197 | Anthony Silva |
| 1198 | Johanna Simeon |
| 1199 | Owen Simmons |
| 1200 | Rhasaan Simmons |
| 1201 | Cheyenne Nicole Simon |
| 1202 | Griselda Simons |
| 1203 | Ronald Simons |
| 1204 | Marie Simpkins |
| 1205 | Cheston Skenandore |
| 1206 | Buddy Skidmore |
| 1207 | James Lee Skinner Jr |
| 1208 | Shelby Slifka |
| 1209 | Karen Elaine Smerber |
| 1210 | Amber Smith |
| 1211 | Calvin Smith |
| 1212 | Dana L. Smith |
| 1213 | Destinee Smith |
| 1214 | Fleming Smith III |
| 1215 | Imelda Smith |
| 1216 | Iyuna Smith |
| 1217 | Jasper Smith |
| 1218 | Joaneka Smith |
| 1219 | Jolanda Smith |
| 1220 | Kimberly Ann Smith |
| 1221 | Kristi Smith |

| 1222 | Levonne Smith |
| 1223 | Raekwon Smith |
| 1224 | Ruth Smith |
| 1225 | Ryan Smith |
| 1226 | Ryan Oneil Smith |
| 1227 | Tina Smith |
| 1228 | Willie Smith |
| 1229 | Yvonne Smith |
| 1230 | Danielle Smudde |
| 1231 | Jerome Smullen |
| 1232 | Dan Socci |
| 1233 | Elizabeth Socci |
| 1234 | Lisa Soininen |
| 1235 | Daysi M. Solano |
| 1236 | Dolores Maria Solano |
| 1237 | Martin Solano |
| 1238 | Jeffrey Solberg |
| 1239 | Sabrina Solomon |
| 1240 | Karla Sorrosa |
| 1241 | Stephanie Sotomayor |
| 1242 | Katey Souza |
| 1243 | Pasquale Spano |
| 1244 | Ronika Spears |
| 1245 | Cheryl Spencer |
| 1246 | Keoscha E. Spencer |
| 1247 | Savannah Spencer |
| 1248 | Stephanie Spencer |
| 1249 | Suzanne Spencer |
| 1250 | David Spring |
| 1251 | Robert Stafford |
| 1252 | Leticia Marie Staggs |
| 1253 | Robert Staggs |
| 1254 | Michael Staley |
| 1255 | Danny Staples |
| 1256 | Harper Staples |
| 1257 | Kristina Staples |
| 1258 | Samuel Staples |
| 1259 | Jeffrey Steffens |
| 1260 | Kenneth Steward |
| 1261 | Chris Stewart |
| 1262 | Sharal Stewart |
| 1263 | Clarence Stockton |
| 1264 | Jacob Stoddard |
| 1265 | JoAnn Stoudemire |
| 1266 | Valerie Stout |
| 1267 | Dana Stout-Wilson |
| 1268 | Lindsay Stragier |

| 1269 | Amber Streid |
|------|--------------|
| 1270 | Michelle Stuebe |
| 1271 | Susanna Suard |
| 1272 | Vincent Sullivan |
| 1273 | Lisa Sulvetta |
| 1274 | Jack Summerlin |
| 1275 | Clint Sundeen |
| 1276 | Kellie Sundeen |
| 1277 | Kyle C. Sundeen |
| 1278 | Shawna Sutton |
| 1279 | Brandi Swan |
| 1280 | John Swayzer |
| 1281 | Lynnsey Sweet |
| 1282 | Larry Gordon Swift |
| 1283 | Erin Taber |
| 1284 | Shonte Talley |
| 1285 | Abraham Tanielian |
| 1286 | Jamie Tanner |
| 1287 | Graciela Tapia |
| 1288 | Gregory Tavernite |
| 1289 | Betty Taylor |
| 1290 | Brianna Taylor |
| 1291 | Gregory Taylor |
| 1292 | Jason Taylor |
| 1293 | John Taylor |
| 1294 | Kayla Taylor |
| 1295 | Lauren D. Taylor |
| 1296 | Sam Taylor |
| 1297 | Shawn Taylor |
| 1298 | Teresa Taylor |
| 1299 | Tiffany Taylor |
| 1300 | Wendy Taylor-Hill |
| 1301 | Kellie Tederman |
| 1302 | Treasure Tellis |
| 1303 | Desiree Temple |
| 1304 | Diane Tharpe |
| 1305 | Reginald Tharps |
| 1306 | David W. Theriault |
| 1307 | Breyana Thomas |
| 1308 | Christina Thomas |
| 1309 | David Thomas |
| 1310 | Deborah Thomas |
| 1311 | Jeffrey Thomas |
| 1312 | Karnesha Thomas |
| 1313 | Steven Thome |
| 1314 | Bailey Thompson |
| 1315 | Bridget Thompson |

| 1316 | Darralyn Thompson |
| 1317 | Keely Thompson |
| 1318 | Ruth Thompson |
| 1319 | Evan Tillema |
| 1320 | Alva Bruce Tilley |
| 1321 | Joshua Tinoco |
| 1322 | Lanna Tinoco |
| 1323 | Joseph Tobin |
| 1324 | Anna Todd |
| 1325 | Byanca Todd |
| 1326 | Richard Toffolla |
| 1327 | Juanita Toliver |
| 1328 | Kenneth Tonkovich |
| 1329 | Brenda Topete |
| 1330 | Rafael Torregano |
| 1331 | Michelle Torrente |
| 1332 | Quincy Torres |
| 1333 | Rosalia Torres |
| 1334 | Leotis Tramble |
| 1335 | Demetrius Trammel |
| 1336 | Emily Ann Trematerra |
| 1337 | Robert Trematerra |
| 1338 | Jordan E. Tremper |
| 1339 | Colin Trevino |
| 1340 | Jessica Troutman |
| 1341 | Edward Trovato |
| 1342 | Francesca Trujillo |
| 1343 | Isabella Trujillo |
| 1344 | Jacquelyn Trujillo |
| 1345 | Maryloc Trushel |
| 1346 | Beijing Tukes |
| 1347 | Kelli Turnbow |
| 1348 | Artrice Turner |
| 1349 | Jennifer A. Turner |
| 1350 | Tanisha Turner |
| 1351 | Joel Twycross |
| 1352 | Lisa Valdes |
| 1353 | Erin Valenzuela |
| 1354 | Nubia Valenzuela |
| 1355 | Sandra Valenzuela-Norris |
| 1356 | William F Vanderveer |
| 1357 | Gerard Vangerwen |
| 1358 | Nicole Vanyo |
| 1359 | Darline Varnsladson |
| 1360 | Ann'drea Vaughn |
| 1361 | Clayton Vaughn |
| 1362 | Frank Vealencis |

| 1363 | Tamara Vealencis |
| 1364 | Sandra Velasquez |
| 1365 | Margaret Ventresca |
| 1366 | Edgar Vicente |
| 1367 | Paige Vick |
| 1368 | Alma Delia Villa |
| 1369 | Regina Viola |
| 1370 | Jasmine Waddles |
| 1371 | Njeri Wade |
| 1372 | Cecelia Joya Walach |
| 1373 | Alyssa Walker |
| 1374 | Imelda Walker |
| 1375 | Kamia Walker |
| 1376 | Tylesha Walker |
| 1377 | Mioshi Wallace |
| 1378 | Nicole Walleck |
| 1379 | Lori Waller |
| 1380 | Mario Waller |
| 1381 | Penise Waller |
| 1382 | Quentin Waller |
| 1383 | Alex Walters |
| 1384 | Rebecca Waltman |
| 1385 | Margo Ward |
| 1386 | Odjessica Ward |
| 1387 | Alice Ware |
| 1388 | Donald Washbrook Jr. |
| 1389 | Tikiesha Wasp |
| 1390 | Daletha Waters |
| 1391 | Deneica Watkins |
| 1392 | Zahra Watkins |
| 1393 | Darnell S. Watts |
| 1394 | Brian John Weaver |
| 1395 | Nina Weaver |
| 1396 | Jerome Arthur Wegworth Jr |
| 1397 | Marcus Wellmaker |
| 1398 | Kevin Wells |
| 1399 | Donald Welty |
| 1400 | Juan Wesley |
| 1401 | Jimmie West |
| 1402 | Gina B. Wheeler |
| 1403 | Brandon White |
| 1404 | Brandy M. White |
| 1405 | Derek White |
| 1406 | Greg White |
| 1407 | Montee White |
| 1408 | Venetia White |
| 1409 | Victoria White |

| 1410 | Gladys Whitehurst |
|------|-------------------|
| 1411 | Nicole Whitlock |
| 1412 | Presley Wick |
| 1413 | Annie Wiggins |
| 1414 | Tracie P. Wight |
| 1415 | Sean Wilcox |
| 1416 | Zachary Wilcox |
| 1417 | Chisca Wiley |
| 1418 | Jordan Wilkinson |
| 1419 | Alonzo Williams |
| 1420 | Andra C. Williams |
| 1421 | Brandi Williams |
| 1422 | Charles Williams |
| 1423 | Craig A. Williams |
| 1424 | Jeffery Williams |
| 1425 | Kenneth Williams |
| 1426 | Leon Williams |
| 1427 | Nanita Williams |
| 1428 | Noah Williams |
| 1429 | Pamela Williams |
| 1430 | Robert Williams |
| 1431 | Teracio Williams |
| 1432 | Teri Williams |
| 1433 | Julia Williams-Long |
| 1434 | L'Tanya Wilson |
| 1435 | Marcus Wilson |
| 1436 | Zabrina Wilson |
| 1437 | Donna Wilson-Demmon |
| 1438 | Katelyn Wing |
| 1439 | Kerry Wisden |
| 1440 | Gary "Opie" Allen Wise |
| 1441 | Tammy Wolfe |
| 1442 | Adrienne Woods |
| 1443 | Latricia Woods |
| 1444 | Mark Woods |
| 1445 | Nikki Woods |
| 1446 | Nishon Woods |
| 1447 | Andre Wyatt |
| 1448 | Charles V. Wynn |
| 1449 | Tome Xayavong |
| 1450 | Michael Yang |
| 1451 | Gerald Yeager |
| 1452 | Erica M. Yee |
| 1453 | John Yonts |
| 1454 | Bethany York |
| 1455 | Ashley Young |
| 1456 | Dominique Young |

| 1457 | Kenya R. Young |
| 1458 | Maya Young |
| 1459 | Roye Young |
| 1460 | Vassar D. Young |
| 1461 | Aaron Zackery |
| 1462 | Susan Zahler |
| 1463 | David Zamora |
| 1464 | Debra Zamora |
| 1465 | Jessica Lauren Zetterberg |

December 22, 2017

VIA Electronic Mail
Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Michael.Doyen@mto.com

RE:    Las Vegas Shooting Litigation; Notice of Representation of Clients
       to MGM Resorts International, Inc., Mandalay Corporation, and
       All Related Entities

Dear Mr. Doyen:

Please be advised that the individuals listed in Exhibit A attached hereto are represented by The Law Offices of A. Craig Eiland, P.C. and Lee Murphy Law Firm.  As counselors for the claimants listed in Exhibit A, we request that all future correspondence or communications be directed to our attention at the following address:

A. Craig Eiland                            James Lee
The Law Offices of A. Craig Eiland, PC     Lee Murphy Law Firm
1220 Colorado St., Suite 300               2402 Dunlavy St., Suite 200
Austin, TX  78701                          Houston, TX 77006
512.482.3260                               713.275.6990
713.513.5211 (e-fax)                       713.275.6991 (Fax)
ceiland@eilandlaw.com                      JLee@LeeMurphyLaw.com

Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of their affiliated entities, should not contact our clients by mail (postal or electronic), phone, or otherwise.  Thank you for your anticipated cooperation in this matter.

Sincerely yours,

A. Craig Eiland

The Law Offices of A. Craig Eiland and Lee Murphy Law Firm

**Notice of Representation - Exhibit A**

| No. | Client Name |
|-----|-------------|
| 1 | Abrams, Andrea |
| 2 | Abrams, Daniel |
| 3 | Adkins, Joe |
| 4 | Agosta III, Joseph |
| 5 | Agosta, Cynthia |
| 6 | Aguirre, Lillian |
| 7 | Ahlers, Hannah |
| 8 | Albertini, Marco |
| 9 | Altamirano, Leanne |
| 10 | Alvarez, Alex |
| 11 | Andrade-Kwist, Trina |
| 12 | Arce, Brenda |
| 13 | Balas, Joseph l. |
| 14 | Balas, Kendal S. |
| 15 | Balas, Macey N. |
| 16 | Balas, Shannon |
| 17 | Bangma, Martin |
| 18 | Barnette, Carrie |
| 19 | Belmares, Annalise |
| 20 | Belmares, Meghan |
| 21 | Berney, Karen |
| 22 | Best, Daniel R |
| 23 | Bobb, Amanda |
| 24 | Bontempo, Nicole |
| 25 | Bui, John |
| 26 | Campbell, Jennifer L. |
| 27 | Campbell, Lynzee |
| 28 | Campbell, Patricia |
| 29 | Cannon, Leticia |
| 30 | Carrillo, Matthew |
| 31 | Carvalho, Elizabeth A. |
| 32 | Case, Vanessa |
| 33 | Cass, Carley |
| 34 | Caywood, Christopher |
| 35 | Caywood, Kasandra |
| 36 | Cesario, Keri |
| 37 | Christensen, Kristi |
| 38 | Christensen, Randall "Randy" |
| 39 | Cigarroa, Manuel |
| 40 | Cluff, Greg |
| 41 | Corbin, Barry D. |
| 42 | Corbin, Dawni L. |
| 43 | Craig, Tyler |
| 44 | Crane, Brenda |
| 45 | Cresta, Anthony M. |
| 46 | Crisp, Evelyn |

The Law Offices of A. Craig Eiland and Lee Murphy Law Firm
**Notice of Representation - Exhibit A**

| No. | Client Name |
|-----|-------------|
| 47 | Cuellar, Chanell |
| 48 | Cuellar, Juan |
| 49 | Currie, Marissa J. |
| 50 | David, Kyle |
| 51 | Dimitruk, Diana J. |
| 52 | DiRado-Moreno, Lisa |
| 53 | Donnelly, Sierra M. |
| 54 | Dubbs III, Duane |
| 55 | Duncan, Johanna L. |
| 56 | Duncan, Matthew P. |
| 57 | Elliott, Derrick |
| 58 | Elliott, Jillian |
| 59 | Ellis, Ali |
| 60 | Espinoza, Ernesto |
| 61 | Everett, Wendy |
| 62 | Fassinno, Charleen R |
| 63 | Feinberg, Evan |
| 64 | Feliciano, Rafael |
| 65 | Fields, Maryssa |
| 66 | Floen, Dave |
| 67 | Foltz, Marlana |
| 68 | Ford, Jason A. |
| 69 | Ford, Jessica M. |
| 70 | Foster, Mindy P. |
| 71 | Frost, Amanda |
| 72 | Gadd, Kevin |
| 73 | Gallegos, Stephanie |
| 74 | Garcia, Jesse |
| 75 | Garcia, Teresa |
| 76 | Gibson, Jennifer |
| 77 | Gilmore, Jimmy |
| 78 | Gonzales, Katherine L. |
| 79 | Gonzalez, Denise |
| 80 | Guerrero, Ashlie |
| 81 | Guerrero, Gabriel |
| 82 | Guerrero, Miguel |
| 83 | Guerrero, Trisha |
| 84 | Gurule, Jon C. |
| 85 | Gurule, Tammy M. |
| 86 | Guzman, Gabriela |
| 87 | Hansson, Michael |
| 88 | Hawkins, Melinda |
| 89 | Hefley, Elizabeth |
| 90 | Hefley, John |
| 91 | Henderson, Michael R. |
| 92 | Henry, Sheela L. |

The Law Offices of A. Craig Eiland and Lee Murphy Law Firm

**Notice of Representation - Exhibit A**

| No. | Client Name |
|---|---|
| 93 | Hernandez, Fernando |
| 94 | Higgins, Eric |
| 95 | Hill, Taylor L. |
| 96 | Himes, Susan |
| 97 | Hines, Jeff |
| 98 | Hobbs, Kendall |
| 99 | Hoffrichter, Bradley |
| 100 | Hoffrichter, Bryan |
| 101 | Holden, Donna |
| 102 | Holden, Jeffrey R. |
| 103 | Holguin, Albert |
| 104 | Holguin, Lisa |
| 105 | Hughes, Britin C |
| 106 | Jacobus, Thomas S. |
| 107 | Jones, Billy |
| 108 | Katnich, Mirta |
| 109 | Kelly, Alaina |
| 110 | Kelly, Debra |
| 111 | Kelly, William M |
| 112 | Kenoyer, Rebecca A. |
| 113 | Kent, Brenda |
| 114 | Knudson, Kash |
| 115 | Kopp, Anna |
| 116 | Kopp, Kassandra |
| 117 | Krieghoff, Anne B. |
| 118 | LaCarrubba, Marissa |
| 119 | Lagos, Miguel |
| 120 | Learn, Susan |
| 121 | Leyn, Judith |
| 122 | Liewsvwanphong, Linda |
| 123 | Liewsvwanphong, Pridee J. "John" |
| 124 | Ljubic, Michael "Mike" |
| 125 | Ljubic, Michelle |
| 126 | Luna, Leticia |
| 127 | Manis, Gregory L. |
| 128 | Manis, Laurie L. |
| 129 | Marquez, Teresa |
| 130 | Mata, Jesus |
| 131 | Mayes, Holly L. |
| 132 | Mayo, Courtney N. |
| 133 | McClellan, Denise |
| 134 | McKinley, Carmen |
| 135 | McNeil, Elizabeth |
| 136 | Medina, Johnathan |
| 137 | Meredith, Megan S. |
| 138 | Meyer, Austin |

The Law Offices of A. Craig Eiland and Lee Murphy Law Firm
**Notice of Representation - Exhibit A**

| No. | Client Name |
|-----|-------------|
| 139 | Moreno, Elizabeth |
| 140 | Moreno, Steve A |
| 141 | Mozda, Roger |
| 142 | Mulcahy, Kylie D. |
| 143 | Murray, Sharmen |
| 144 | Musgrave, Riley |
| 145 | Nash, Krystal K. |
| 146 | Newton, Roberta B. |
| 147 | Nicassio, Frank |
| 148 | Nicassio, Grace |
| 149 | Nugent, Jeanette |
| 150 | Nunez, Ana |
| 151 | Nunez, Luis |
| 152 | Ogazon, Michael |
| 153 | Okray, Lindsay |
| 154 | Olive, Alicia M. |
| 155 | Paiz, Daniel |
| 156 | Paiz, Leslie |
| 157 | Panno, Haley |
| 158 | Paredes-Figueroa, Neptali |
| 159 | Pelz, James |
| 160 | Puglia, Laura A. |
| 161 | Quiroz, Kendall |
| 162 | Ramos, Erica |
| 163 | Rapio, Oscar |
| 164 | Rash, Carissa |
| 165 | Rash, Cody |
| 166 | Raybuck, Lawrence |
| 167 | Rench, Amber |
| 168 | Rendon, Stanley |
| 169 | Requejo, Jasara |
| 170 | Rivera, Heather |
| 171 | Rivera, Raymond A. |
| 172 | Robertson, Michael |
| 173 | Robinson, Cameron |
| 174 | Robinson, Timothy |
| 175 | Rocha, Bernadette |
| 176 | Romero, Claudia |
| 177 | Salas, Justine |
| 178 | Salas, Victoria |
| 179 | Salmon, Harry |
| 180 | Salmon, Kitty |
| 181 | Sambrano, Amanda |
| 182 | Sambrano, Janae |
| 183 | Sambrano, Jeffery |
| 184 | Sambrano, Michael |

The Law Offices of A. Craig Eiland and Lee Murphy Law Firm
**Notice of Representation - Exhibit A**

| No. | Client Name |
| --- | --- |
| 185 | Sambrano, Stephan |
| 186 | Scharmack, Irene |
| 187 | Schavers, Eugene |
| 188 | Schmitz, Kim |
| 189 | Schubert, Nicole |
| 190 | Schwanbeck, Brett |
| 191 | Seeger, Janet |
| 192 | Segal, Magee R. |
| 193 | Sheehe, Alison |
| 194 | Sheppard, Rachel |
| 195 | Simmons, Justin E. |
| 196 | Skoff, Jennifer |
| 197 | Smith, Eden |
| 198 | Solis, Armando |
| 199 | Spencer, Michelle E |
| 200 | Speraw, Jerry J. |
| 201 | Stewart, Steve |
| 202 | Taylor, Derrick D |
| 203 | Taylor, Shauntay |
| 204 | Tillema, Evan |
| 205 | Tillema, Lindsay |
| 206 | Tiscareno, Sarah |
| 207 | Tomlin, Todd |
| 208 | Trask, Rhonda |
| 209 | Trujillo, Hamida |
| 210 | Uriarte, Jose |
| 211 | Uriarte, Ligia |
| 212 | Urrizaga, Deborah |
| 213 | VanDyke, Cindy |
| 214 | Villalba, Sandra |
| 215 | Virus, Morgan B. |
| 216 | Walz, Stella |
| 217 | Wechsler, Amanda |
| 218 | Weinreich, Wanda |
| 219 | Welch, Wanda |
| 220 | West, Serena |
| 221 | Wetzel, Christopher |
| 222 | White, Autumn C. |
| 223 | Williamson, James |
| 224 | Wolfe, Neesha |
| 225 | Wright, Jade |
| 226 | Zaluske, Erik |
| 227 | Zarate, Laura |
| 228 | Zeeman, Shannon |
| 229 | Zeeman, Troy O |
| 230 | Zotea, Sharla |



## PIERCE | SKRABANEK PLLC

April 18, 2018

VIA Electronic Mail
Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Michael.Doyen@mto.com

RE:   Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts International, Inc., Mandalay Corporation, and All Related Entities

Dear Mr. Doyen:

Please be advised that the individuals listed in Exhibit A attached hereto are represented by Pierce Skrabanek, PLLC. As counselors for the claimants listed in Exhibit A, we request that all future correspondence or communications be directed to our attention at the following address:

Paul Skrabanek
Pierce Skrabanek PLLC
3701 Kirby Dr., Ste. 760
Houston, TX 77098
832.690.7000
832-616-5576 (Fax)
Paul@pstriallaw.com
Julie@pstriallaw.com

Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of their affiliated entities, should not contact our clients by mail (postal or electronic), phone, or otherwise. Thank you for your anticipated cooperation in this matter.

Sincerely,

PIERCE SKRABANEK, PLLC

Michael Pierce
Paul Skrabanek

Exhibit A

| | |
|---|---|
| Anderson, Rick | McCann, Shande |
| Baker, Suzy | McShane, Mark |
| Barker, Stephanie | Merrifield, Jim |
| Blake, Jannnette | Moran, Lisa |
| Blashaw, David | Niro, John |
| Colasin, Danette | Perez, Joshua Lorenzo |
| De Armas, William Zenon | Pinales, Juan |
| Dejesus, Kiah | Polizzi, Cory |
| Dejesus, Mark | Reid, Paula Jane |
| Fargo, Ashley | Reynolds, William |
| Fenwick, Laurianna Jayne | Richter, Timothy |
| Frye, Bobbi | Rolland, Michael |
| Griese, Deanna | Roman, Felisha |
| Hall, Deborah | Salmeron, Maria |
| Hall, Steven | Schmidt, Jeremy (son of Patricia Mestas) |
| Hamel, Michelle | Schreiber, Kristi Lynn |
| Harman, Justin | Sheehe, Alison |
| Hulbert, Laurie | Shriver, Malorie |
| Isabel, Anthony | Sigala, Dorothy |
| James, Keri | Sisco, Kent |
| Jeter, Cynthia | Stearns, Shannan |
| Johnson, Yvonne | Stilwell, Melinda |
| Johnson, Jared | Stilwell, Michaela |
| Lanier, Edwin | Tadesse, Meron |
| Lejardi, Aitor | Todd, Angela |
| Lejardi, Crystal | Torres, Veronica |
| Lowe, Courtney | Trujillo, Samuel Lee |
| Luckadue, Daniel | Van, Jennifer Vlymen |
| MacArthur, Kimberly | Wake, Autumn |
| Mangibin, Michelle Xani | Williams, Dayan |
| Maquindang, Wilifredo | Wilson, Lori Lynn |
| Mayes, Holly | Wittstock, Sarah Ann |



# EGLET PRINCE

September 20, 2018

CSC Corp
2215 Renaissance Dr.
Las Vegas, NV 89119

**Re:**     Our Client:      Imari Ausbie
              Our Case No.:   249469
              Date of Loss:    October 1, 2017

Dear Sir or Madam:

Please be advised that this firm has been retained to represent the interests of Imari Ausbie for injuries sustained from the Mandalay Bay, 1 October shooting.

It is our understanding that our client is or was employed by your company at the time of this incident.   At this time, we request that you complete the attached form, and return to us as soon as possible. Please return all correspondence and documents to my attention at:

400 South 7th Street
Fourth Floor
Las Vegas, NV 89101

In addition to the Wage Loss Verification Form, please find our client's signed authorization permitting the release of the requested information. Should you have any questions, please do not hesitate to call my assistant, Shannon at (702) 450-5400.  Thank you in advance for you anticipated cooperation.

Sincerely,

EGLET PRINCE

Shannon Johnson, Legal Assistant to
Robert M. Adams, Esq.

RMA:sj

## EMPLOYMENT VERIFICATION

1.    **EMPLOYEE: Imari Ausbie**

2.    **SOCIAL SECURITY NO.: 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**

3.    **DATE OF ACCIDENT:  October 1, 2017**

4.    **DATES OF EMPLOYMENT:** *from:*_____ *to:* _____

5.    **POSITION AND DUTIES:**_____

6.    **NUMBER OF HOURS WORKED** *per week (including overtime) prior to accident*:

_____

7.    **RATE OF PAY** *including average tips, commissions & bonuses prior to accident*:
_____ $ _____*per (hour, day, week, etc.)*_____

8.    **TIME LOST** *due to accident (indicate dates and hours absent)*:_____
_____

9.    **WORK LIMITATIONS** *of employee after return to work*:_____
_____

10.    **EMPLOYEE PERMANENTLY REPLACED** *because of absence*: Yes_____ No_____

*(COMPANY STAMP)*                    *Date:*_____

                                       *Company:*_____

                                       *Signed:*_____

                                       *Title:*_____



# EGLET ✦ PRINCE

4th Floor, 400 South 7th Street
Las Vegas, Nevada 89101

Telephone: (702) 450-5400
Facsimile: (702) 450-5451

## RECORDS AUTHORIZATION

### TO WHOM IT MAY CONCERN:

The Undersigned, _Imari Ausbie_, hereby authorizes and directs all doctors, chiropractors, hospitals, clinics, physical therapy centers, employers, government agencies and all other persons or entities to make available to **EGLET PRINCE**, its assigns or representatives, for examination and/or copying, all records, including billing, relating to the medical condition and treatment and/or employment of the undersigned.

These records include, but are not limited to, copies of diagnoses, physicians notes/orders, records of treatment, reports, charts, police reports, photographs, films, x-rays, MRI's, employment records, personnel files, documents reflecting leaves, absences, terminations or other disciplinary actions and payroll records.

These records are to be used for the evaluation and possible pursuit of a claim for the undersigned. This Authorization is to remain valid until the conclusion of the aforementioned claim.

I understand and acknowledge that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient, **EGLET PRINCE**, and may no longer be protected by the Health Information Privacy and Accountability Act (HIPAA).

I further fully understand my right to revoke this Authorization, in writing, except to the extent that action has been taken in reliance upon this Authorization.

A photocopy of this Authorization shall be valid.

By presentation of this Authorization, all previous Authorizations are revoked.

This authorization expires on _Settlement_

Treatment and payment may not be conditioned on obtaining this authorization.

(X) _____

Date _9/20/18_

State of Nevada )
County of Clark )

Subscribed and sworn to before me

_____
Notary Public
My commission expires: _10/23/20_

PATRICIA REGALADO
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 10-23-2020
Certificate No: 08-8421-1



GALLAGHER&KENNEDY

Patrick J. McGroder III
**Attorney**
Direct: (602) 530-8181
Email: pjm@gknet.com

April 13, 2018

**<u>Via US Mail</u>**
Mr. Michael R. Doyen
Munger, Tolles & Olson, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426

    RE:  Las Vegas Shooting Litigation: Notice of Representation of
        Clients to MGM Resorts International, Inc., Mandalay
        Corporation and All Related Entities

Dear Mr. Doyen:

   Please be advised that Patrick J. McGroder III and Patrick J. McGroder IV of
Gallagher & Kennedy represents Jovanna and Frank Calzadillas with regard to the above.
As lawyers for the claimants, we request that all future correspondence and/or
communications be directed to our attention at the following address:

      Patrick J. McGroder III
      Patrick J. McGroder IV
      Gallagher & Kennedy
      2575 E. Camelback Road
      Phoenix, Arizona 85016
      Ph: 602-530-8181
      Fax: 602-530-8500
      pjm@gknet.com
      patrick.mcgroderiv@gknet.com

   Thank you for your anticipated cooperation in this matter.

          Sincerely,
          GALLAGHER & KENNEDY

          Patrick J. McGroder III

PJM/daf
6559676

# CALLAHAN & BLAINE

*California's Premier Litigation Firm℠*

DANIEL J. CALLAHAN
STEPHEN E. BLAINE
MICHAEL J. SACHS
EDWARD SUSOLIK
BRIAN J. MCCORMACK
JAVIER H. VAN OORDT
DAVID J. DARNELL

PETER S. BAUMAN
JASON CASERO
RICHARD T. COLLINS
RAPHAEL CUNG
DAMON D. EISENBREY
SALEEM K. ERAKAT
DAVID E. HAYEN
LAURA M. MORRIS
SCOTT D. NELSON
DANIEL RASHTIAN
JAMES R. ROUSE
JAMES M. SABOVICH
SARAH C. SERPA
KAMRAN SALOUR
STEPHANIE A. SPERBER
JILL A. THOMAS
JOHN D. VAN ACKEREN
RYAN J. WILLIAMS
SHARON T. YUEN

OF COUNSEL
SCOTT ABERNETHY
COLDREN LAW OFFICES
SHELLEY M. LIBERTO
MATTHEW SYKEN

FIRM ADMINISTRATOR
LAURALI M. KOBAL, CLM

OUR FILE NUMBER:
**3872-02**

Member of the
International Law Firms

April 12, 2018

**<u>VIA EMAIL</u>**
Michael R. Doyen
Munger, Tolles & Olson, LLP
350 S. Grand Ave., 50th Fl.
Los Angeles, CA 90071
<u>michael.doyen@mto.com</u>

> RE: **Las Vegas Shooting Litigation**
> **Notice of Representation of Clients to MGM Resorts International, Inc., Mandalay Corporation, and All Related Entities**

Dear Mr. Doyen:

Please be advised that the following individuals are represented by Callahan & Blaine, APLC:

> Larissa Coburn
> Ellenor Gargano
> Michell Goble

As counselors for the claimants, we request that all future correspondence or communications be directed to our attention at the following address:

> Sarah C. Serpa
> Callahan & Blaine, APLC
> 3 Hutton Centre Dr., 9th Fl.
> Santa Ana, CA 92707

Effective immediately, MGM Resorts International, Inc., Mandalay Corporation, or any of their affiliated entities should not contact our clients by mail (postal or electronic), phone, or otherwise.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

*Sarah C. Serpa*

Sarah C. Serpa

SCS/kk



**LAW   GROUP**

Downtown  L.A.  Law Group.  LLP
3470 Wilshire  Boulevard.  Suite  634
Los Angeles,  California  9001  0
Phone:  (2l3)  389-3765
Facsimile:  (877)  389-2775

www.DowntownLALaw.com

November 09, 2017

SENT VIA  E-MAIL-  kdavis@lv.mgmgrand.com

Tel.: 877-880-0880
Fax: 702-891-3146

RE:    Our  Client          Patricia Criss

        Date  of Loss              10/01/2017

Dear Mrs. Davis,

This  firm  has  been  retained  by the  above  client  to pursue  a bodily  injury  and property  damage
claim  against  your  insured.

Pursuant  to §2695.7  [Standards  for Prompt  Fair  and Equitable  Settlements§  (b)],  upon
receiving  proof  of claim,  every  insurer  shall  immediately,   but  in no event  more  than  forty
(40) calendar   days  later,  accept  or deny  the  claim  in whole  or in part, and  affirm  or deny
liability.

Please  refrain  from  contacting  our  client,  and  refer all documents  and correspondences  to the
attention  of the undersigned.  ALL PAYMENTS  made  to any individual,   or entity  regarding
this accident,  including  but  not limited  to bodily  injury  or med pay,  must  bear  our  name  as
co-payee  as we do maintain   a lien on this claim.  This does not apply  to property  damauc.

THIS IS A FORMAL  REQUEST  FOR IMMEDIATE  WRITTEN   DISCLOSURE   OF
YOUR  INSURED'S  POLICY LIMITS. Please  submit, in writing,  your  insurcd's  polcv
limits  to my office  immediately  upon  availability.

It is requested  that you contact  this office at your earliest  convenience  to discuss  this matter
further.

                                        Very  truly  yours,
                                        Downtown  L.A.  Law Group

                                        ~

                                        Amy  Gomez
                                        Case  Manager

November 09, 2017

SENT VIA EMAIL - kdavis@lv.mgmgrand.com


Tel.: 877-880-0880
Fax: 702-891-3146


RE: PRESERVATION OF EVIDENCE

      Our Client           Patrici Criss

      Date of Loss         10/01/2017

Dear Mrs. Davis,

      Please be advised that this office represents the above clients for the injuries suffered at the hands of MGM Grand. Please have all of your representatives direct all correspondences regarding this incident to this office directly. Neither you nor anyone on your behalf has permission to speak to our client regarding this case.

      We hereby formally request that you preserve all evidence in this case. Do not modify, alter or destroy any documents, images, recordings, or data that relates to this case. Do not permit anyone to modify, alter or destroy any such items. As the California Supreme Court has stated: "Destroying evidence can destroy fairness and justice, for it increases the risk of an erroneous decision on the merits of the underlying cause of action. Destroying evidence can also increase the costs of litigation as parties attempt to reconstruct the destroyed evidence or to develop other evidence, which may be less accessible, less persuasive, or both." *Cedars-Sinai Medical Center v. Superior Court* (1998) 18 Cal.4th 1, 8.

      Please be advised that your failure to preserve the items will result in extremely unfavorable consequences to you. Indeed, be advised that we intend to seek remedies against you if you allow crucial evidence in this case to be modified, altered or destroyed. For instance, chief among these is the evidentiary inference that evidence which one party has destroyed or rendered unavailable was unfavorable to that party. *Id.* at 11; *Evidence Code§* 413. As presently set forth in *Evidence Code* § 413, this inference is as follows: "In determining what inferences to draw from the evidence or facts in the case against a party, the trier of fact may consider, among other things, the party's ... willful suppression of evidence relating thereto...." The standard California jury instructions include an instruction on this inference as well: "If you find that a party willfully suppressed evidence in order to prevent its being presented in this trial, you may consider that fact in determining what inferences to draw from the evidence.' (BAII No. 2.03 (8th ed.1994). *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 12.

      In addition to the evidentiary inference, our discovery laws provide a broad range of sanctions for conduct that amounts to a "[misuse] of the discovery process." *Code of Civil Procedure* § 2023. Destroying evidence in response to a discovery request after litigation has

commenced would surely be a misuse of discovery within the meaning of § 2023, as would such destruction in anticipation of a discovery request. *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 12 (Emphasis added). The sanctions under *Code of Civil Procedure § 2023* are potent. They include monetary sanctions, contempt sanctions, issue sanctions ordering that designated facts be taken as established or precluding the offending party from supporting or opposing designated claims or defenses, evidence sanctions prohibiting the offending party from introducing designated matters into evidence, and terminating sanctions that include striking part or all of the pleadings, dismissing part or all of the action, or granting a default judgment against the offending party. *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 12.

Additionally, lawyers are subject to discipline, including suspension and disbarment, for participating in the suppression or destruction of evidence. *Business & Professions Code* § 6106 ["The commission of any act involving moral turpitude, dishonesty or corruption ... constitutes a cause for disbarment or suspension."]; *Rules Professional Conduct,* Rule 5-220 ["A member shall not suppress any evidence that the member or the member's client has a legal obligation to reveal or to produce."].) The purposeful destruction of evidence by a client while represented by a lawyer may raise suspicions that the lawyer participated as well. Even if these suspicions are incorrect, a prudent lawyer will wish to avoid them and the burden of disciplinary proceedings [to] which they may give rise and will take affirmative steps to preserve and safeguard relevant evidence. *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 13.

Finally, *Penal Code* § 135 creates criminal penalties for spoliation. "Every person who. knowing that any book, paper, record, instrument in writing, or other matter or thing, is about to be produced in evidence upon any trial, inquiry, or investigation whatever, authorized by law, willfully destroys or conceals the same, with intent thereby to prevent it from being produced, is guilty of a misdemeanor." *Cedars-Sinai Medical Center, supra,* 18 Cal.4th at 13.

Accordingly, please advise us immediately of the status of any such evidence and your intentions with respect to its preservation.

Other Documents and ESI Evidence

You are hereby given further notice to immediately take all steps necessary to prevent the destruction, loss, concealment, or alternation of any paper, document, or electronically stored information ("ESI") and other data or information generated by and/or stored on your computers and storage media (e.g. hard disks, floppy disks, backup tapes, etc.), and emails related to this incident.

You should anticipate that much of the information subject to disclosure and responsive to discovery in this action is stored on your current or former computer systems and other media and devices (including personal digital or data assistants, voice-messaging or voice-mail systems, online repositories, and cell phones).

ESI should be afforded the broadest possible definition and includes. but is not limited to. all digital communications (e.g., e-mail, voice mail, instant messaging), word processed documents (e.g. Word and WordPerfect documents and drafts), spreadsheets and tables (e.g. Excel and Lotus 123 worksheets), accounting application data (such as QuickBooks, Money, or Peachtree), image and facsimile files (including PDF, TIFF, JPG, and GIF images), sound recordings (including WAV and MP3 files), video recordings, all databases, all contact and relationship management data, calendar and diary application data, online access data (including temporary, internet files, History, and Cookies), all presentations (including PowerPoint and Corel), all network access and server activity logs, all data created with the use of any Personal Data Assistant (PDA) such as Palm Pilot, HP Jornada, Cassiopeia, or other Windows-based or Pocket PC devices, all CAD files, and all back-up and archival files.

Adequate preservation of ESI requires more than simply refraining from efforts to destroy or dispose of such evidence. You must also intervene to prevent loss due to routine operations and employ proper techniques to safeguard all such evidence.

Because hard copies do not preserve electronic searchability or metadata, they arc not an adequate substitute for ESL If information exists in both electronic and paper form, you should preserve them both.

## LITIGATION HOLD

You are requested to immediately initiate a litigation hold for potentially relevant ESI, documents, and tangible things, and to act diligently and in good faith to secure and audit compliance with that litigation hold. You are also requested to preserve and not destroy all passwords, decryption procedures (including, if necessary, the software to decrypt the files), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things necessary to access, view, and (if necessary) reconstruct any ESL You should not pack, compress, purge, or dispose of any file or any part thereof.

You are further requested to immediately identify and modify or suspend features of your operations, information systems, and devices that, in routine operations, operate to cause the loss of documents, tangible items, or ESL Examples of such features and operations include, but arc not limited to, purging the contents of e-mail repositories by age, capacity, or other critcria: using data or media wiping, disposal, erasure, or encryption utilities or devices: overwriting. erasing, destroying, or discarding back-up media; re-assigning, re-imaging or disposing 0f systems, servers, devices, or media; running antivirus or other programs that alter metadata: using metadata stripper utilities; and destroying documents or any ESI by age or other criteria.

## SERVERS

With respect to servers like those used to manage electronic mail and network storage, the entire contents of each user's network share and e-mail account should be preserved and not modified.

## STORAGE

With respect to on-line storage and/or direct access storage devices attached to your mainframe computers and/or minicomputers, in addition to the above, you are not to modify or delete any ESI, "deleted" files, and/or file fragments existing on the date of this letter's delivery that contain potentially relevant information.

With regard to all electronic media used for off-line storage, including magnetic tapes and cartridges, optical media, electronic media, and other media or combinations of media containing potentially relevant information, you are requested to stop any activity which may result in the loss of any ESI, including rotation, destruction, overwriting and erasure in whole or

in part. This request is intended to cover all media used for data or information storage in connection with your computer systems, including magnetic tapes and cartridges, magneto-optical disks, floppy diskettes, and all other media, whether used with personal computers, minicomputers, mainframes or other computers, and whether containing backup and/or archival ESL

## PERSONAL COMPUTERS

You should take immediate steps to preserve all ESI on all personal computers used by your officers, directors and employees, including all secretaries and assistants, that in any way relate to the [subject matter of action], and the events and causes of action described in the Complaint. As to fixed devices, (1) a true and correct copy is to be made of all such FSI. including all active files and completely restored versions of all deleted electronic liks and li le fragments; (2) full directory listings (including hidden files) for all directories and subdirectories (including hidden directories) on such fixed devices should be written; and (3) all such copies and listings are to be preserved until this litigation is ended. As to floppy diskettes, COs, tapes. and other non-fixed media relating to this matter, they are to be collected and stored pending resolution of this litigation.

## PORTABLE SYSTEMS

In addition to your immediate preservation of ESI, documents and tangible items in your business, on servers and workstations, you should also determine if any home or portable systems may contain potentially relevant data or information. To the extent that officers, board members, or employees have sent or received potentially relevant e-mails or created or reviewed potentially relevant documents away from the office, you must preserve the contents of systems, devices, and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R discs, PDAs, smart phones, voice mailboxes, or other forms of ESI storage). Additionally, if any employees, officers, or directors used online or browser-based e-mail accounts or services to send or receive potentially relevant messages and attachments, the contents of these account mailboxes should be preserved.

## EVIDENCE CREATED OR ACQUIRED IN THE FUTURE

With regard to documents, tangible things, and ESI that are created or come into your custody, possession, or control subsequent to the date of delivery of this letter, potentially relevant evidence is to be preserved. You should take all appropriate action to avoid destruction of potentially relevant evidence.

Please forward a copy of this letter to all persons and entities possessing or controlling potentially relevant evidence. Your obligation to preserve potentially relevant evidence is required by law.

Very truly yours,
Downtown L.A. Law Group

Amy Gomez Case
Manager
Amy@downtownlalaw.com



Downtown L.A. Law Group, LLP
3460 Wilshire Boulevard, Suite 950
Los Angeles, California 90010
Phone: (213) 389-3765
Facsimile: (877) 389-2775

www.DowntownLALaw.com

# LETTER OF DESIGNATION

I, the undersigned do hereby designate Downtown L.A. Law Group, located at 3470 Wilshire Blvd., Suite #634, Los Angeles, CA 90010, as my representatives to handle all transactions, including but not limited to, medical records, police reports, insurance claims and any/all negotiations that have arisen from any Tortious behavior or civil wrong including but not limited to auto/motorcycle accidents.

All communications and correspondence are to be directed to the Downtown L.A. Law. The designation is pursuant to California Code of Regulations, 10 Chapter 5, Subchapter 8, Section 2695.2(c).

Date of Incident: 10/1/17

_Patricia Criss_
Signature

Today's Date: 10/27/17

_Patricia Criss_
Print Name

# OWEN, PATTERSON & OWEN LLP

GREGORY J. OWEN*
RICHARD A. PATTERSON*
SUSAN A. OWEN*
TAMIKO B. HERRON
J. CODY PATTERSON
DAVID TORRES-SIEGRIST**

**Attorneys at Law**
23822 West Valencia Boulevard, Suite 303
Valencia, California 91355

Tel.: (661) 799-3899
Fax: (661) 799-2774

www.opolaw.com
info@owenpatterson.com

* PROFESSIONAL CORPORATION
**OF COUNSEL

November 22, 2017

**VIA USPS CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Mandalay Corporation
2215-B Renaissance Drive
Las Vegas, Nevada 89119

Re: Our Clients:  Amanda Davis, Travis Phippen, Nathan Phippen,
Cherish McGuire, Jack Pinkston, Jaeger Woodsen, Charles
Mayfield, Victoria Blackbird, Shawn McKay, Tara Reyes,
Stacey Brown-Fusano, Kendall Dusenberry, Shawn Scarlett,
Shaylenne Scarlett, Sarah Scarlett, Savannah Thomas,
Gabrielle Thomas, Russel Bleck, Brian Mallette,
Gilbert Segovia, Alicia Segovia, Derek Miller, Troy Springer,
Shannon Springer, Kiersten Harling, Simon Harling,
Frank Sena,  Steven Flores, Julie Dove, Thomas Durell,
Renee Salazar, Selso Salazar, Marie Tautrim, Jeremy Viger,
Amy Viger, Brian O'Leary, Carrie O'Leary,
Rebekah  Scheussler, Michael Tautrim, Breanna Skagen,
Patty Cope, Peter Violas, Jacob Ratliff, Mylika Pope,
Rob Jones, Misty Jones, Kari Carlstrom, Dominic Rabanal,
Ilene Scandlyn, Casey Scandlyn, Steve Gomez,
Julie Gomez, Mike Greenfield, Ruben Talamantez,
Patrick Hobbs, Gloria  Aguirre, Calia Sanford, Mike Rogozik,
Monica Rogozik, Rebecca Wilken, Jamie Lavery,
Sophia Lima, Gary Aase, David Aase, Crystal Salazar,
Wendy Heirshberg, Steven Heirshberg, Brooke Laney,
Robert Bradshaw, Chris Powell, Michelle Powell,
Cindy Bradshaw, Jessi Presten, Amy Bergin,
Diana De La Maza, Vincent Sager, Lee Skolnick,
Kortney Spencer, and Ethan Sanchez

Dear Sir/Madam:

This office represents the above mentioned clients for injuries and damages
sustained as a result of the incident on October 1, 2017 at the Route 91 Harvest
Festival.  Please be advised that a claim for damages is hereby being made on our
clients' behalf.

November 22, 2017
Page 2

Please direct all further communications to this office. Please refrain from contacting our clients, directly or indirectly, in any manner whatsoever.

Thank you for your anticipated cooperation and courtesy in this matter.

Very truly yours,

OWEN, PATTERSON & OWEN, LLP

GREGORY J. OWEN, ESQ.
RICHARD A. PATTERSON, ESQ.
SUSAN A. OWEN, ESQ.

# OWEN, PATTERSON & OWEN LLP

GREGORY J. OWEN*
RICHARD A. PATTERSON*
SUSAN A. OWEN*
TAMIKO B. HERRON
J. CODY PATTERSON
DAVID TORRES-SIEGRIST**

Attorneys at Law
23822 West Valencia Boulevard, Suite 303
Valencia, California 91355

Tel.: (661) 799-3899
Fax: (661) 799-2774

www.opolaw.com
info@owenpatterson.com

* PROFESSIONAL CORPORATION
**OF COUNSEL

November 22, 2017

**VIA USPS CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
MGM Grand Hotel, LLC
2215-B Renaissance Drive
Las Vegas, Nevada 89119

    Re: Our Clients: Amanda Davis, Travis Phippen, Nathan Phippen,
Cherish McGuire, Jack Pinkston, Jaeger Woodsen, Charles
Mayfield, Victoria Blackbird, Shawn McKay, Tara Reyes,
Stacey Brown-Fusano, Kendall Dusenberry, Shawn Scarlett,
Shaylenne Scarlett, Sarah Scarlett, Savannah Thomas,
Gabrielle Thomas, Russel Bleck, Brian Mallette,
Gilbert Segovia, Alicia Segovia, Derek Miller, Troy Springer,
Shannon Springer, Kiersten Harling, Simon Harling,
Frank Sena,  Steven Flores, Julie Dove, Thomas Durell,
Renee Salazar, Selso Salazar, Marie Tautrim, Jeremy Viger,
Amy Viger, Brian O'Leary, Carrie O'Leary,
Rebekah  Scheussler, Michael Tautrim, Breanna Skagen,
Patty Cope, Peter Violas, Jacob Ratliff, Mylika Pope,
Rob Jones, Misty Jones, Kari Carlstrom, Dominic Rabanal,
Ilene Scandlyn, Casey Scandlyn, Steve Gomez,
Julie Gomez, Mike Greenfield, Ruben Talamantez,
Patrick Hobbs, Gloria  Aguirre, Calia Sanford, Mike Rogozik,
Monica Rogozik, Rebecca Wilken, Jamie Lavery,
Sophia Lima, Gary Aase, David Aase, Crystal Salazar,
Wendy Heirshberg, Steven Heirshberg, Brooke Laney,
Robert Bradshaw, Chris Powell, Michelle Powell,
Cindy Bradshaw, Jessi Presten, Amy Bergin,
Diana De La Maza, Vincent Sager, Lee Skolnick,
Kortney Spencer, and Ethan Sanchez

Dear Sir/Madam:

    This office represents the above mentioned clients for injuries and damages sustained as a result of the incident on October 1, 2017 at the Route 91 Harvest Festival.  Please be advised that a claim for damages is hereby being made on our clients' behalf.

November 22, 2017
Page 2

Please direct all further communications to this office. Please refrain from contacting our clients, directly or indirectly, in any manner whatsoever.

Thank you for your anticipated cooperation and courtesy in this matter.

Very truly yours,

OWEN, PATTERSON & OWEN, LLP

GREGORY J. OWEN, ESQ.
RICHARD A. PATTERSON, ESQ.
SUSAN A. OWEN, ESQ.

# OWEN, PATTERSON & OWEN LLP

GREGORY J. OWEN*
RICHARD A. PATTERSON*
SUSAN A. OWEN*
TAMIKO B. HERRON
J. CODY PATTERSON
DAVID TORRES-SIEGRIST**

Attorneys at Law
23822 West Valencia Boulevard, Suite 303
Valencia, California 91355

Tel.: (661) 799-3899
Fax: (661) 799-2774

www.opolaw.com
info@owenpatterson.com

* PROFESSIONAL CORPORATION
**OF COUNSEL

November 22, 2017

**VIA USPS CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
MGM Resorts International Operations, Inc.
2215-B Renaissance Drive
Las Vegas, Nevada 89119

Re: Our Clients: Amanda Davis, Travis Phippen, Nathan Phippen,
Cherish McGuire, Jack Pinkston, Jaeger Woodsen, Charles
Mayfield, Victoria Blackbird, Shawn McKay, Tara Reyes,
Stacey Brown-Fusano, Kendall Dusenberry, Shawn Scarlett,
Shaylenne Scarlett, Sarah Scarlett, Savannah Thomas,
Gabrielle Thomas, Russel Bleck, Brian Mallette,
Gilbert Segovia, Alicia Segovia, Derek Miller, Troy Springer,
Shannon Springer, Kiersten Harling, Simon Harling,
Frank Sena,  Steven Flores, Julie Dove, Thomas Durell,
Renee Salazar, Selso Salazar, Marie Tautrim, Jeremy Viger,
Amy Viger, Brian O'Leary, Carrie O'Leary,
Rebekah  Scheussler, Michael Tautrim, Breanna Skagen,
Patty Cope, Peter Violas, Jacob Ratliff, Mylika Pope,
Rob Jones, Misty Jones, Kari Carlstrom, Dominic Rabanal,
Ilene Scandlyn, Casey Scandlyn, Steve Gomez,
Julie Gomez, Mike Greenfield, Ruben Talamantez,
Patrick Hobbs, Gloria  Aguirre, Calia Sanford, Mike Rogozik,
Monica Rogozik, Rebecca Wilken, Jamie Lavery,
Sophia Lima, Gary Aase, David Aase, Crystal Salazar,
Wendy Heirshberg, Steven Heirshberg, Brooke Laney,
Robert Bradshaw, Chris Powell, Michelle Powell,
Cindy Bradshaw, Jessi Presten, Amy Bergin,
Diana De La Maza, Vincent Sager, Lee Skolnick,
Kortney Spencer, and Ethan Sanchez

Dear Sir/Madam:

This office represents the above mentioned clients for injuries and damages
sustained as a result of the incident on October 1, 2017 at the Route 91 Harvest
Festival.  Please be advised that a claim for damages is hereby being made on our
clients' behalf.

November 22, 2017
Page 2

Please direct all further communications to this office. Please refrain from contacting our clients, directly or indirectly, in any manner whatsoever.

Thank you for your anticipated cooperation and courtesy in this matter.

Very truly yours,

OWEN, PATTERSON & OWEN, LLP

GREGORY J. OWEN, ESQ.
RICHARD A. PATTERSON, ESQ.
SUSAN A. OWEN, ESQ.

# NURENBERG □ PARIS
—— NURENBERG PARIS HELLER & McCARTHY ——
A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

March 8, 2018

SENT VIA CERTIFIED
AND REGULAR U.S. MAIL

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

        RE:   My Client:             Phillip James Cody Demasseo
              Date of Injury:        October 1, 2017
              Location of Incident:  Mandalay Bay, Las Vegas, NV
              Your Client:           MGM Resorts International
              My File No.:           80734

Dear Sir/Madam:

        Please be advised that this office has been retained to represent Phillip James Cody
Demasseo for personal injuries sustained as the result of the incident which occurred on October
1, 2017.

        Kindly contact me upon receipt of this letter.

                                        Very truly yours,

                                        Jordan D. Lebovitz

JDL/ep



# NURENBERG ⊞ PARIS

— NURENBERG PARIS HELLER & McCARTHY —

A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

October 19, 2017

**SENT VIA CERTIFIED**
**AND REGULAR U.S. MAIL**

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV  89119

RE:    My Client:           Lee Dorchak
       Date of Injury:      October 1, 2017
       Location of Incident: Mandalay Bay, Las Vegas, NV
       Your Client:         MGM Resorts International

## NOTICE TO PRESERVE EVIDENCE

Dear Sir/Madam:

I write to inform you that the Lee Dorchak has retained this law firm to represent him as a result of the shooting that took place near Mandalay Bay in Las Vegas, Nevada on October 1, 2017/

**You are hereby placed on notice pursuant to NRS 47.250 to preserve all evidence related to the above-captioned accident.** This evidence includes but is not limited to preservation of the following:

1. Any and all photographs, video, computer generated media, surveillance video or other recordings of the interior and exterior of Mandalay Bay property involved in this shooting, the specific hotel room of Stephen Paddock, the occurrence, the freight elevators at or near the site of the occurrence.

2. Any and all weapons, guns and recovered ammunition involved in this shooting.

3. Any and all material evidence recovered from the room(s) occupied by Stephen Paddock at Mandalay Bay on October 1, 2017.

4. Any and all cell phone records and billing statements for any director, employee or security personnel on duty at Mandalay Bay for the 24 hour period before and immediately afer the shooting.



October 19, 2017
Page 2

5. Guest records and accounting records for any reservations made by Stephen Paddock at any MGM Resorts International property in Las Vegas, Nevada for a period of 12 months prior to the shooting.

6. The entire personnel file of any security guard employed by Mandalay Bay, MGM Resorts International or outside contractors that were on duty on the day involved in this shooting, and within 72 hours prior to said shooting.

7. Complete training documents related to any security guards and hotel personnel employed by Mandalay Bay, MGM Resorts International or outside contractors that were on duty on the day involved in this shooting, and within 72 hours of said shooting.

8. Any e-mails, electronic messages, letters, memos, or other documents concerning this shooting.

9. Any and all computer, electronic, or e-mail messages created in the first forty eight hours immediately after the incident, by and between the defendant and any agents or third parties relating to the facts, circumstances, or actual investigation of the incident as well as any computer messages which relate to this particular incident, whether generated or received.

10. Complete records of all activity and winnings of Stephen Paddock at any MGM Resort International property at any time in the past 3 years.

11. All logs of activity (both in paper and electronic formats) on computer systems and networks that have or may have been used to process or store electronic data containing information about or related to winnings earned by Stephen Paddock.

12. Courts have made it clear that all information available on electronic storage media is discoverable, whether readily readable ("active") or "deleted" but recoverable. See, e.g., Santiago v. Miles, 121 F.R.D. 636, 640 (W.D.N.Y. 1988; a request for "raw information in computer banks" was proper and obtainable under the discovery rules); Gates Rubber Co. v. Bando Chemical Indus., Ltd., 167 F.R.D. 90, 112 (D. Colo. 1996; mirror-image copy of everything on a hard drive "the method which would yield the most complete and accurate results," chastising a party's expert for failing to do so); and Northwest Airlines, Inc. v. Teamsters Local 2000, 163 L.R.R.M. (BNA) 2460, (USDC Minn. 1999); court ordered image- copying by Northwest's expert of home computer hard drives of employees suspected of orchestrating an illegal "sick-out" on the Internet).

Accordingly, electronic data and storage media that may be subject to our discovery requests and that your client(s) are obligated to maintain and not alter or destroy, include but are not limited to the following:



October 19, 2017
Page 3

Introduction: description of files and file types sought

a. All digital or analog electronic files, including "deleted" files and file fragments, stored in machine-readable format on magnetic, optical or other storage media, including the hard drives or floppy disks used by your computers and their backup media (e.g., other hard drives, backup tapes, floppy disks, DVD's, Jaz cartridges, CD-ROMs, etc.) or otherwise, whether such files have been reduced to paper printouts or not. More specifically, you are to preserve all of your e-mails, both sent and received, whether internally or externally; all word-processed files, including drafts and revisions; all spreadsheets, including drafts and revisions; all databases; all CAD (computer-aided design) files, including drafts and revisions; all presentation data or slide shows produced by presentation software (such as Microsoft PowerPoint); all graphs, charts and other data produced by project management software (such as Microsoft Project); all data generated by calendaring, task management and personal information management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of personal data assistants (PDAs), such as Blackberry, I-Pad, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with the use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and "cookies" files generated at the workstation of each employee and/or agent in your employ and on any and all backup storage media; and any and all other files generated by users through the use of computers and/or telecommunications, including but not limited to voice mail. Further, you are to preserve any log or logs of network use by employees or otherwise, whether kept in paper or electronic form, and to preserve all copies of your backup tapes and the software necessary to reconstruct the data on those tapes, so that there can be made a complete, bit-by-bit "mirror" evidentiary image copy of the storage media of each and every personal computer (and/or workstation) and network server in your control and custody, as well as image copies of all hard drives retained by you and no longer in service, but in use at any time from one (1) month prior to the accident to the present.

You are also not to pack, compress, purge or otherwise dispose of files and parts of files unless a true and correct copy of such files is made.

You are also to preserve and not destroy all passwords, decryption procedures (including, if necessary, the software to decrypt the files); network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things necessary to access, view and (if necessary) reconstruct the electronic data we will request through discovery.



October 19, 2017
Page 4

    b. Business Records: All documents and information about documents containing backup and/or archive policy and/or procedure, document retention policy, names of backup and/or archive software, names and addresses of any offsite storage provider.

    c. Online Data Storage: With regard to online storage, back-up, and/or direct access storage devices attached to your mainframe computers and/or minicomputers: they are not to modify or delete any electronic data files, "deleted" files and file fragments existing at the time of this letter's delivery, which meet the definitions set forth in this letter, unless a true and correct copy of each such electronic data file has been made and steps have been taken to assure that such a copy will be preserved and accessible for purposes of this litigation.

    d. Offline Data Storage, Backups and Archives, Floppy Diskettes, Hard Disks, Tapes and Other Removable Electronic Media: With regard to all electronic media used for offline storage, including magnetic tapes and cartridges and other media that, at the time of this letter's delivery, contained any electronic data meeting the criteria listed above: You are to stop any activity that may result in the loss of such electronic data, including rotation, destruction, overwriting and/or erasure of such media in whole or in part. This request is intended to cover all removable electronic media used for data storage in connection with their computer systems, including magnetic tapes and cartridges, magneto-optical disks, floppy diskettes and all other media, whether used with personal computers, minicomputers or mainframes or other computers, and whether computer systems.

    13. All word processing files, including prior drafts, "deleted" files and file fragments, containing information about or related to security, safety and safety policies.

    14. Replacement of Data Storage Devices: You or your agents are not to dispose of any electronic data storage devices and/or media that may be replaced due to failure and/or upgrade and/or other reasons that may contain electronic data meeting the criteria listed above.

    15. Fixed Drives on Stand-Alone Personal Computers and Network Workstations: With regard to electronic data meeting the criteria listed above, which existed on fixed drives attached to stand -alone microcomputers and/or network workstations at the time of this letter's delivery: You are not to alter or erase such electronic data, and not to perform other procedures (such as data compression and disk defragmentation or optimization routines) that may impact such data, unless a true and correct copy has been made of such active files and of completely restored versions of such deleted electronic files and file fragments, copies have been made of all directory listings (including hidden files) for all directories and subdirectories containing such files, and arrangements have been made to preserve copies during the pendency of this litigation.



October 19, 2017
Page 5

16. Programs and Utilities: You are to preserve copies of all application programs and utilities, which may be used to process electronic data covered by this letter.

17. Log of System Modifications: You are to maintain an activity log to document modifications made to any electronic data processing system that may affect the system's capability to process any electronic data meeting the criteria listed above, regardless of whether such modifications were made by employees, contractors, vendors and/or any other third parties.

18. Personal Computers Used by Your Employees and/or Their Secretaries and Assistants: The following steps should immediately be taken in regard to all personal computers used by your employees and/or their secretaries and assistants:

> a. As to fixed drives attached to such computers: (I) a true and correct copy is to be made of all electronic data on such fixed drives relating to this matter, including all active files and completely restored versions of all deleted electronic files and file fragments; (ii) full directory listings (including hidden files) for all directories and subdirectories (including hidden directories) on such fixed drives should be written; and (iii) such copies and listings are to be preserved until this matter reaches its final resolution.

> b. All floppy diskettes, magnetic tapes and cartridges, and other media used in connection with such computers prior to the date of delivery of this letter containing any electronic data relating to this matter are to be collected and put into storage for the duration of this lawsuit.

19. Evidence Created Subsequent to This Letter: With regard to electronic data created subsequent to the date of delivery of this letter, relevant evidence is not be destroyed and you are to take whatever steps are appropriate to avoid destruction of evidence.

In order to assure that your obligation to preserve documents and things is met, please immediately forward a copy of this letter to all persons and entities with custodial responsibility for the items referred to in this letter, to specifically include third parties and vendors.

You are required to preserve all evidence related to the above-captioned accident in the precise condition that it was immediately after the injury. If you do not do so for a period of time sufficient to permit our inspection and our experts' inspection and investigation of this accident, a presumption that the evidence was changed, altered, or spoiled may arise and be used against you in a court of law.



October 19, 2017
Page 6


      If you have any questions, please call me.  I thank you in advance for your prompt and
kind attention to this matter.


                           Very truly yours,


                           Jordan D. Lebovitz

JDL/tdb




**BROWNE GEORGE ROSS** LLP
Los Angeles·New York·San Francisco

101 California Street, Suite 1225
San Francisco, California 94111
T (415) 391-7100 F (415) 391-7198

Kevin F. Rooney
Direct Dial: (415) 268-9802
krooney@bgrfirm.com

File No. 7697-001

December 15, 2017

**Via E-Mail and U.S. Mail**

Michael Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA  90071
E-Mail: michael.doyen@mto.com

Re:   Vincent Etcheber / Estate of Stacee Etcheber

Dear Michael:

Please be advised that our office has been retained to represent the Estate of Stacee Etcheber and her surviving husband, Vincent Etcheber.  Mrs. Etcheber was shot and killed on October 1, 2017 while attending the Route 91 Harvest Festival ("Festival") by a gunman on the 32nd floor of the Mandalay Bay Resort and Casino, which is owned by MGM Resorts International ("MGM").  I understand that you represent MGM.  I further understand that you have been in contact with counsel representing other victims that attended the Festival. Although we have not yet filed suit concerning these events, please include my partner, Andrew August, and me in all future correspondence with plaintiffs' counsel concerning this matter.  My email address is above and Andrew's is aaugust@bgrfirm.com.  If you require anything else in addition to this representation letter, please let me know at your earliest convenience.

Very truly yours,

Kevin F. Rooney

KFR:cc

978773.1

# GALLOWAY & JENSEN

A PROFESSIONAL CORPORATION

ROBERT R. JENSEN

222 CALIFORNIA AVENUE
RENO, NEVADA 89509
TELEPHONE (775) 333-7555
FAX (775) 323-4993
WWW.GALLOWAYJENSEN.COM

GRAHAM GALLOWAY

October 16, 2017

**Via U.S. Mail**

Mandalay Bay Resort
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

RE:  Our Client          :     Emily Evans
     Date of Loss        :     10/1/2017

Dear Mandalay Bay Resort:

This firm has been retained to represent Emily Evans for injuries sustained as a result of an incident, which occurred on 10/1/2017.

If you have liability insurance coverage, you may wish to advise your insurance company of this incident.

We are at this time investigating the incident.  If you would complete the requested information on the attached form, and return it to our office in the enclosed self-addressed pre-paid envelope, we will try not to inconvenience you any further regarding this matter.

Thank you for your anticipated cooperation and should you have any questions, please feel free to contact this office.

Sincerely,

GRAHAM GALLOWAY

GG:rs
Enclosure
cc: Emily Evans

ATTORNEYS AT LAW  ·  LICENSED IN NEVADA & CALIFORNIA

Mandalay Bay Resort
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

RE:    Our Client          :      Emily Evans
       Our File Number     :      314598
       Date of Loss        :      10/1/2017

INSURANCE COMPANY           _____

POLICY NUMBER               _____

EXPIRATION DATE             _____

AGENT/ADJUSTER NAME         _____

TELEPHONE NUMBER            _____

ADDRESS                     _____

CITY, STATE ZIP             _____

Has the claim been reported?      _____YES        _____NO

If yes, to whom was the claim reported? _____

I did not carry insurance on 10/1/2017. _____

_____        _____
SIGNATURE                               DATE

PLEASE RETURN TO:    **GALLOWAY & JENSEN**
                     **222 California Avenue**
                     Reno, NV 89509



## The Claypool Law Firm
Trial Lawyers



April 12, 2018

Via Electronic Mail
Mr. Michael Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Michael.Doyen@mto.com

Re: Las Vegas Shooting Litigation: Notice of Representation of Clients to MGM
Resorts International, Inc., Mandalay Corporation, and All Related Entities

Dear Mr. Doyen:

Please be advised that the individuals listed in Exhibit A attached hereto are
represented by the Claypool Law Firm. As counselor for the claimants listed in
Exhibit A, I request that all future correspondence or communications be directed to
my attention at the following address:

Brian E. Claypool
The Claypool Law Firm
4 E. Holly St., Suite 201
Pasadena, CA 91103
brian@claypoollawfirm.com

Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or
any of their affiliated entities should not contact our clients by mail (postal or
electronic), phone, or otherwise. Thank you for your anticipated cooperation in this
matter.

Very Truly Yours,

Brian E. Claypool

626-345-5480 (office)   4 East Holly St.
626-664-9489 (cell)   Suite 201
626-787-1042 (fax)   Pasadena, CA 91103
brian@claypoollawfirm.com   www.claypoollawfirm.com

## EXHIBIT A

- Lisa Fine
- Brett DeLaura
- Avonna Murfitt
- Paul Rabinowitz
- Sherry Callis
- Wendy Cooper
- Kelli Turnbow
- Cindy Young
- Carly Betzler
- Emma Simon
- Patricia Reutzel
- Justin Frame
- Heather Sallan
- Christine Caria
- Emily Cantrell
- Tammy Davis
- Mariah Arline
- Miranda Jessen
- Allison Theno
- Mindy Ritter
- Bersabe Pineda
- Mark Smith
- Matthew Beatty
- Alicia Beatty
- Elizabeth Beatty
- Cheryl McPherson
- Shanna Caputo
- Angel Handlin
- Darrel Handlin
- Jen Holub
- Mark Boden
- Joy Boden
- Emily Boden
- Dylan Boden
- Maddison Boden
- Elijah Pacheco
- Taylor Winston
- Taylor Dombrovski
- Ralph Reyes
- Kristinna Reyes
- Ben Carey
- Somer Martinez

626-345-5480 (office)
626-664-9489 (cell)
626-787-1042 (fax)
brian@claypoollawfirm.com

4 East Holly St.
Suite 201
Pasadena, CA 91103
www.claypoollawfirm.com

- Tony Martinez
- Joseph Cole
- Regina Green
- Jeff Wright
- Shay Wright
- Steven Toomey

626-345-5480 (office)
626-664-9489 (cell)
626-787-1042 (fax)
brian@claypoollawf
irm.com

4 East Holly St.
Suite 201
Pasadena, CA 91103
www.claypoollawfirm.com

# CLAGGETT & SYKES
## LAW FIRM

4101 Meadows Lane #100 | Las Vegas, NV 89107
Tel. 702.655.2346 | Fax 702.655.3763 | claggettlaw.com

April 16, 2018

<u>VIA U.S. MAIL</u>

Michael Doyen, Esq.
**Munger, Tolles & Olson, LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

RE:    Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts
International, Inc., Mandalay Corporation, and All Related Entities

Dear Michael Doyen, Esq.:

Please be advised that the following individuals are represented by Claggett & Sykes
Law Firm regarding the events arising out of the October 1, 2017 shooting:

Lyndsay Fisher
Matthew Fox
Christian Hughes
Jamie Calvillo
Treza Mekhail
Heather Kerr

As counselor for the claimants listed above, we request that all future correspondence or
communications be directed to my attention at the following address:

**Claggett & Sykes Law Firm**
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 Telephone
(702) 655-3763 Facsimile
caugustin@claggettlaw.com

Effective immediately MGM Resorts International Inc., Mandalay Corporation, or any of their affiliated entities, should not contact our clients by mail (postal or electronic), phone, or otherwise. Thank you for your anticipated cooperation in this matter.

Sincerely,
CLAGGETT & SYKES LAW FIRM

CHRISTIAN L. AUGUSTIN, ESQ.

# BRAUN & BRAUN LLP
10250 CONSTELLATION BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 277-4777
FACSIMILE: (310) 507-0232

May 23, 2018

<u>VIA U.S. MAIL</u>

Brad D. Brian, Esq.
Munger, Tolles & Olson LLP
350 South Grand Ave.
Los Angeles, CA 90071

Richard J. Doren, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Michael Schonbuch, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits
1801 Century Park East 9th Floor
Los Angeles, CA 90067

Wendy Wilcox, Esq.
Skane Wilcox
1055 West 7th Street Suite 1700
Los Angeles, CA 90017

Richard J. Schneider, Esq.
Daley & Heft LLP
462 Stevens Ave, Suite 201
Solana Beach, CA 92075

**Re:**   **<u>Las Vegas Shooting Litigation – Notice of Representation of Clients</u>**

Counsel,

Please be advised that the following individuals are represented by Braun & Braun LLP:

1. Keith Mineo
2. Jessica Davies

We ask that you refrain from contacting our clients in-person, by mail, by e-mail, by phone, or otherwise.  All future correspondence and communications should be directed to:

Adam H. Braun, Esq.
BRAUN & BRAUN LLP
10250 Constellation Blvd. Suite 1020
Los Angeles, CA 90067
T: (310)277-4777
F: (310)507-0232
<u>adam@braunlaw.com</u>

Brad D. Brian, Esq.
Richard J. Doren, Esq.
Michael Schonbuch, Esq.
Wendy Wilcox, Esq.
Richard J. Schneider, Esq.
Re:      Las Vegas Shooting Litigation – Notice of Representation of Clients
May 23, 2018
Page 2


        Thank you for your cooperation in this matter.


                        Very truly yours,



                        ADAM H. BRAUN
                        Attorneys for Keith Mineo
                        and Jessica Davies

# BRAUN & BRAUN LLP

10250 CONSTELLATION BOULEVARD, SUITE 1020
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 277-4777
FACSIMILE: (310) 507-0232

May 23, 2018

VIA U.S. MAIL

Brad D. Brian, Esq.
Munger, Tolles & Olson LLP
350 South Grand Ave.
Los Angeles, CA 90071

Richard J. Doren, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Michael Schonbuch, Esq.
Daniels, Fine, Israel, Schonbuch & Lebovits
1801 Century Park East 9th Floor
Los Angeles, CA 90067

Wendy Wilcox, Esq.
Skane Wilcox
1055 West 7th Street Suite 1700
Los Angeles, CA 90017

Richard J. Schneider, Esq.
Daley & Heft LLP
462 Stevens Ave, Suite 201
Solana Beach, CA 92075

Re:     **Las Vegas Shooting Litigation – Notice of Representation of Clients**

Counsel,

Please be advised that the following individuals are represented by Braun & Braun LLP:

1. Justin Galvan
2. Roman Galvan
3. Paisley Galvan
4. Paxton Galvan

We ask that you refrain from contacting our clients in-person, by mail, by e-mail, by phone, or otherwise. All future correspondence and communications should be directed to:

Adam H. Braun, Esq.
BRAUN & BRAUN LLP
10250 Constellation Blvd. Suite 1020
Los Angeles, CA 90067
T: (310)277-4777
F: (310)507-0232
adam@braunlaw.com

Brad D. Brian, Esq.
Richard J. Doren, Esq.
Michael Schonbuch, Esq.
Wendy Wilcox, Esq.
Richard J. Schneider, Esq.
Re:      Las Vegas Shooting Litigation – Notice of Representation of Clients
May 23, 2018
Page 2


Thank you for your cooperation in this matter.


Very truly yours,


ADAM H. BRAUN
Attorneys for Justin Galvan,
Roman Galvan, Paisley Galvan,
and Paxton Galvan

# Robert B. Sidell

*Attorney at Law*
*3415 West Charleston Blvd., Las Vegas, Nevada 89102*
*Telephone (702) 384-3847,  Fax (702) 309-2999*
## Licensed in Nevada, California and Arizona

Saturday, November 18, 2017

Via Email: michael.doyen@mto.com

**ATTN: Mr. Michael Doyen, Esq.**

Munger, Tolles & Olson LLP
350 S Grand Ave
Los Angeles, CA 90071

> Your Insured: Mandalay Bay / MGM Resorts International
> Our Client: Thomas Gunderson
> Date of Loss: 10/1/2017

Dear Administrator:

We have been retained by Thomas Gunderson in connection with the shooting that occurred on the above date.

Also, to save you the need to request this information, required by Section III of the Medicare, Medicaid and Schip Extension act of 2007, we are hereby providing the full name, date of birth, social security number, and gender of our client:

> Full Name:  Thomas Gunderson
> Date of Birth: 5/13/1989
> Social Security Number: xxx-xx-3140
> Gender: Male

Please direct all further communication to our office in connection with this accident.  We request that you advise our office immediately if there is any question concerning coverage, or liability.

Thank you for your anticipated cooperation.

Very truly yours,

Robert B. Sidell

RBS:rhs
cc: Thomas Gunderson



Glen J. Lerner, Esq.★
Corey M. Eschweiler ★
Justin G. Randall ★★†
Craig A. Henderson ★★

★ = Only Licensed in NV
★★ = Also Licensed in NV
† = Also Licensed in AZ

---

January 12, 2018

**CERTIFIED AND REGULAR MAIL**
**RETURN RECEIPT REQUESTED**
7016 2140 0000 1909 4152

Luxor Las Vegas
3900 S Las Vegas Blvd
Las Vegas, NV  89119

RE:  Incident on October 1, 2017

To Whom It May Concern:

With respect to the above-referenced matter, please be advised that this office represents our client, April L. Hagen, in a claim for personal injuries arising from this accident.   Our investigation reveals that you are responsible for the accident and as such are liable to our client for injuries and damages sustained.

**It is imperative that you provide this office with information as to the identity of your insurance carrier and policy number without delay so that this matter may be concluded in timely fashion and the necessity of litigation with its attendant expense is obviated.**

**Further, this letter shall constitute notice of a potential legal claim. You have a duty to preserve any and all evidence including but not limited to information, video tapes, witness statements, audio tapes, and all physical evidence such as automobiles, defective products or parts, and any other tangible item involved in or contributing to the cause of the accident. Your failure to preserve – or your willful destruction of – such evidence can be considered spoliation of evidence, and may result in sanctions against you.**

I shall calendar this matter for SEVEN (7) days of receipt of this letter.  If at that time we have not heard from you, we will be forced to name you directly in a lawsuit arising from the aforementioned facts.

Thank you for your courtesy and cooperation.

Sincerely,

Justin G. Randall, Esq.
Glen Lerner Injury Attorneys

---

8872 Sunset Boulevard | West Hollywood, CA 90069 | Tel: 323-REAR-END | Fax: 310-652-6885

RE: April L. Hagen
    Matter No.: 18102924CA


Please return to:
**Mike Groseclose**
**Glen J. Lerner & Associates**
**8872 Sunset Boulevard**
**West Hollywood, CA  90069**

Insurance Company:_____

Policy Number:_____

Claim Number:_____

Adjuster:_____

Name of Insured:_____

Insurance Company Phone Number:_____

# NURENBERG □ PARIS

—— NURENBERG PARIS HELLER & McCARTHY ——

A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

November 16, 2017

<u>SENT VIA CERTIFIED</u>
<u>AND REGULAR U.S. MAIL</u>

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

RE:   My Client:         Martin Hathcock
      Date of Injury:    October 1, 2017
      Location of Incident:  Mandalay Bay, Las Vegas, NV
      Your Client:       MGM Resorts International
      My File No.:       80535

Dear Sir/Madam:

      Please be advised that this office has been retained to represent Martin Hathcock for
personal injuries sustained as the result of the incident which occurred on October 1, 2017.

      Kindly contact me upon receipt of this letter.

                                        Very truly yours,

                                        Jordan D. Lebovitz

JDL/ep



600 Superior Ave E  ■  Suite 1200  ■  Cleveland, Ohio 44114  ■  T. 216-621-2300 / 800-562-7438  ■  F. 216-771-2242  ■  www.NPHM.com

# NURENBERG □ PARIS

— NURENBERG PARIS HELLER & McCARTHY —

A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

November 16, 2017

SENT VIA CERTIFIED
AND REGULAR U.S. MAIL

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

RE: My Client:   Carly Henschel
   Date of Injury:  October 1, 2017
   Location of Incident: Mandalay Bay, Las Vegas, NV
   Your Client:   MGM Resorts International
   My File No.:   80510

Dear Sir/Madam:

Please be advised that this office has been retained to represent Carly Henschel for personal injuries sustained as the result of the incident which occurred on October 1, 2017.

Kindly contact me upon receipt of this letter.

Very truly yours,

Jordan D. Lebovitz

JDL/ep





**April 12, 2018**

*Via Electronic Correspondence & U.S. Mail Only*


**Mr. Michael R. Doyen**
**Munger, Tolles & Olson LLP**
**350 South Grand Avenue, 50th Floor**
**Los Angeles, CA  90071-3426**
**Michael.Doyen@mto.com**


**RE:   Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts International, Inc., Mandalay Corporation, and All Related Entities**

Dear Mr. Doyen:

  Please be advised that the individuals listed in Exhibit A attached hereto are represented by Litt Law Firm, LLC.  As counselors for the claimants listed in Exhibit A, we request that all future correspondence or communications be directed to our attention at the following address:

Richard L. Litt, M.D., ESQ.
Amanda E. Litt, ESQ.
Litt Law Firm, LLC
3202 West Charleston Blvd.
Las Vegas, NV 89102

Emails: flyer96555@hotmail.com (Richard Litt, MD, ESQ.)
    aelitt@littlawfirm.com (Amanda E. Litt, ESQ.)

Phone: (702) 888-9298 Fax:  1-702-447-2202

Litt Law Firm LLC

3202 West Charleston Boulevard

Las Vegas, Nevada 89102



Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of their affiliated entities, should not contact our clients by mail (postal or electronic), phone, or otherwise.  Thank you for your anticipated cooperation in this matter.


Sincerely yours,


Amanda E. Litt, Esq.
Founder/Managing Partner
Litt Law Firm LLC

3202 West Charleston Boulevard

Las Vegas, Nevada 89102



## EXHIBIT A

1.  DIANE HILL
    DOB:  May 21, 1956
    Address:  669 LaCosta Drive
            Banning, CA 9220


2.  NATALIE ANDERSON
    DOB:  11/05/90
    Address:  1808 Piedmont
            Irvine, CA 92620


3.  ALETHA ANDERSON
    Address:  PO Box 2845,
            Blue Jay, CA 92317

# TURNER | MODARELLI

**BRIAN H. TURNER**
ADMITTED IN CA
BRIAN@TMODLAW.COM

**ANTHONY C. MODARELLI**
ADMITTED IN CA & NV
ANTHONY@TMODLAW.COM

---

**ORANGE COUNTY**
5000 BIRCH ST., STE. 3000
NEWPORT BEACH, CA 92660
P: 949.610.0855

**SACRAMENTO**
2018 X ST.
SACRAMENTO, CA 95818
P: 916.229.8800

**LAS VEGAS**
415 S. 6TH ST., STE. 300
LAS VEGAS, NV 89101
P: 702.466.1492

F: 866.833.5594
WWW.TMODLAW.COM

April 11, 2018

***Via US Mail and Email***
Michael R. Doyen, Esq.
Munger, Tolles & Olson LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
E: Michael.Doyen@mto.com

**RE:**   **Mandalay Bay and Route 91 Concert Shooting**
OUR CLIENTS:  Amber Holm and William Wieger
YOUR CLIENTS:  MGM Resorts International, Mandalay Bay
Corporation, and all related entities

Dear Mr. Doyen

Please be advised that our firm has been retained by Amber Holm and William Wieger to represent them in connection with their claims for damages resulting from injuries sustained during the shooting which occurred at the Route 91 Concert on October 1, 2017.  It is our understanding that you and your firm have been retained to represent the above-identified clients.

Effective immediately, MGM Resorts International, Inc., Mandalay Bay Corporation, or any of their affiliated entities or representatives should not contact our clients by any means.  Please direct all future correspondence or communications to our attention at the following address:

Anthony C. Modarelli
Turner & Modarelli, PC
415 S. 6th St., Suite 300
Las Vegas, NV 89101
P: (702) 466-1492
F: (866) 833-5594
E: anthony@tmodlaw.com

Thank you for your anticipated cooperation in this matter.

TURNER | MODARELLI

ANTHONY MODARELLI

# NURENBERG □ PARIS

—— NURENBERG  PARIS  HELLER  &  McCARTHY ——

A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

November 16, 2017

<u>SENT VIA CERTIFIED</u>
<u>AND REGULAR U.S. MAIL</u>

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

| | RE: | My Client: | Briana Joseph |
|---|---|---|---|
| | | Date of Injury: | October 1, 2017 |
| | | Location of Incident: | Mandalay Bay, Las Vegas, NV |
| | | Your Client: | MGM Resorts International |
| | | My File No.: | 80534 |

Dear Sir/Madam:

Please be advised that this office has been retained to represent Briana Joseph for personal injuries sustained as the result of the incident which occurred on October 1, 2017.

Kindly contact me upon receipt of this letter.

Very truly yours,

Jordan D. Lebovitz

JDL/ep



600 Superior Ave E  ■  Suite 1200  ■  Cleveland, Ohio 44114  ■  T. 216-621-2300 / 800-562-7438  ■  F. 216-771-2242  ■  www.NPHM.com

DAVID D. DICKEY
RALPH L. GONZALEZ ∘
HEATHER N. BARNES
C. STEVEN YERRID ∗ † ∘



∗ BOARD CERTIFIED CIVIL
TRIAL LAWYER
† ALSO ADMITTED
IN VIRGINIA
∘ ALSO ADMITTED IN
WASHINGTON, D.C.

October 24, 2017

**SENT VIA CERTIFIED REGULAR U.S. MAIL**

MGM Resorts International
3600 Las Vegas Blvd. South
Las Vegas, NV 89109

      Re:         *Mr. and Mrs. Kammer*
      Date of Injury:  October 1, 2017

Dear Sir/Madam:

Please be advised our firm has been contacted to fully investigate the injuries sustained by Mr. and Mrs. Kammer on October 1, 2017. This correspondence is provided to place MGM Resorts International on notice not to destroy, purge, or otherwise dispose of any documents, records, electronic information, video, photographs, or other data that in any way pertains to the shooting, including, but not limited to, the video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance; the names and contact information of all persons with personal knowledge; as well as the personnel files and training records of any persons involved, including Jose Campos, or any person with supervisory responsibility. We also request that any information contained on personal recording devices (cameras, cell phones, etc.) owned or used by MGM Resorts International is likewise preserved. In the event any such documents, objects, data, or information is lost destroyed, purged, or otherwise disposed of, we will seek all available remedies including claims for spoliation of evidence or adverse inference evidentiary instructions.

We request MGM Resorts International cooperate with our investigation by providing any information it would like to share with Mr. and Mrs. Kammer. We specifically request copies of all video surveillance, photographs, or other depictions of the incident.

BANK OF AMERICA PLAZA, STE 3910
101 EAST KENNEDY BOULEVARD
TAMPA, FLORIDA 33602-5192
T: 813.222.8222 F: 813.222.8224
WWW.YERRIDLAW.COM

*MGM Resorts International*
*Page 2 of 2*

Please provide within (thirty) 30 days of this request the following information for all potential insurance policies that may provide coverage for claims arising from this incident, including excess coverage:

- The name of the insurer;
- The name of each insured;
- The limits of the liability coverage;
- A statement of any policy coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement; and
- A copy of the policy.

We trust you will cooperate with our investigation. Please contact us if you would like to discuss the injuries sustained by our clients, our preservation request, and our request for information.

Thank you for your consideration and prompt attention to this request.

Sincerely,

Heather N. Barnes
For the Firm

DAVID D. DICKEY
RALPH L. GONZALEZ
HEATHER N. BARNES
C. STEVEN YERRID ·



**THE YERRID LAW FIRM**
T R I A L   L A W Y E R S

BOARD CERTIFIED CIVIL
TRIAL LAWYER
ALSO ADMITTED
IN VIRGINIA
ALSO ADMITTED IN
WASHINGTON, D.C.

October 24, 2017

**SENT VIA CERTIFIED REGULAR U.S. MAIL**

Mandalay Corp., d/b/a Mandalay Bay Resort and Casino
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

      Re:        *Mr. and Mrs. Kammer*
      Date of Injury:    October 1, 2017

Dear Sir/Madam:

Please be advised our firm has been contacted to fully investigate the injuries sustained by Mr. and Mrs. Kammer on October 1, 2017. This correspondence is provided to place Mandalay Corp., d/b/a Mandalay Bay Resort and Casino on notice not to destroy, purge, or otherwise dispose of any documents, records, electronic information, video, photographs, or other data that in any way pertains to the shooting, including, but not limited to, the video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance; the names and contact information of all persons with personal knowledge; as well as the personnel files and training records of any persons involved, including Jose Campos, or any person with supervisory responsibility. We also request that any information contained on personal recording devices (cameras, cell phones, etc.) owned or used by MGM Resorts International is likewise preserved. In the event any such documents, objects, data, or information is lost destroyed, purged, or otherwise disposed of, we will seek all available remedies including claims for spoliation of evidence or adverse inference evidentiary instructions.

We request Mandalay Corp., d/b/a Mandalay Bay Resort and Casino cooperate with our investigation by providing any information it would like to share with Mr. and Mrs. Kammer. We specifically request copies of all video surveillance, photographs, or other depictions of the incident.

*Mandalay Corp., d/b/a Mandalay Bay Resort and Casino*
*Page 2 of 2*

Please provide within (thirty) 30 days of this request the following information for all potential insurance policies that may provide coverage for claims arising from this incident, including excess coverage:

- The name of the insurer;
- The name of each insured;
- The limits of the liability coverage;
- A statement of any policy coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement; and
- A copy of the policy.

We trust you will cooperate with our investigation. Please contact us if you would like to discuss the injuries sustained by our clients, our preservation request, and our request for information.

Thank you for your consideration and prompt attention to this request.

Sincerely,

Heather N. Barnes
For the Firm

DAVID D. DICKEY
RALPH L. GONZALEZ
HEATHER N. BARNES
C. STEVEN YERRID



BOARD CERTIFIED CIVIL
TRIAL LAWYER
ALSO ADMITTED
IN VIRGINIA
ALSO ADMITTED IN
WASHINGTON, D C

October 26, 2017

**SENT VIA CERTIFIED REGULAR U.S. MAIL**

Mandalay Corp., d/b/a Mandalay Bay Resort and Casino
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

      Re:         *Mr. and Mrs. Kammer*
      Date of Injury:    October 1, 2017

Dear Sir/Madam:

Please be advised our firm has been contacted to fully investigate the injuries sustained by Mr. and Mrs. Kammer on October 1, 2017. This correspondence is provided to place Mandalay Corp., d/b/a Mandalay Bay Resort and Casino on notice not to destroy, purge, or otherwise dispose of any documents, records, electronic information, video, photographs, or any other data for the period beginning September 28, 2017 through October 2, 2017, including, but not limited to, the video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance; the names and contact information of all persons with personal knowledge; as well as the personnel files and training records of any persons involved, including Jose Campos, or any person with supervisory responsibility. We also request that any information contained on personal recording devices (cameras, cell phones, etc.) owned or used by Mandalay Corp., d/b/a Mandalay Bay Resort and Casino is likewise preserved. In the event any such documents, objects, data, or information is lost destroyed, purged, or otherwise disposed of, we will seek all available remedies including claims for spoliation of evidence or adverse inference evidentiary instructions.

We request MGM Resorts International retain any documents, records, electronic information, video, photographs, or any other data that in any way pertains to Stephen Paddock for the three year period prior to October 2, 2017, including, but not limited to, video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance.

*MGM Resorts International*
*Page 2 of 2*

We further request Mandalay Corp., d/b/a Mandalay Bay Resort and Casino cooperate with our investigation by providing any information it would like to share with Mr. and Mrs. Kammer. We specifically request copies of all video surveillance, photographs, or other depictions of Stephen Paddock from September 28, 2017, through October 2, 2017.

We trust you will cooperate with our investigation. Please contact us if you would like to discuss the injuries sustained by our clients, our preservation request, and our request for information.

Thank you for your consideration and prompt attention to this request.

Sincerely,

Heather N. Barnes
For the Firm

DAVID D. DICKEY
RALPH L. GONZALEZ
HEATHER N. BARNES
C. STEVEN YERRID



THE YERRID
LAW FIRM

T R I A L   L A W Y E R S

BOARD CERTIFIED CIVIL
TRIAL LAWYER
ALSO ADMITTED
IN VIRGINIA
ALSO ADMITTED IN
WASHINGTON, D.C.

October 24, 2017

**SENT VIA CERTIFIED REGULAR U.S. MAIL**

MGM Resorts International
3600 Las Vegas Blvd. South
Las Vegas, NV 89109

      Re:            *Mr. and Mrs. Kammer*
      Date of Injury:     October 1, 2017

Dear Sir/Madam:

Please be advised our firm has been contacted to fully investigate the injuries sustained by Mr. and Mrs. Kammer on October 1, 2017. This correspondence is provided to place MGM Resorts International on notice not to destroy, purge, or otherwise dispose of any documents, records, electronic information, video, photographs, or other data that in any way pertains to the shooting, including, but not limited to, the video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance; the names and contact information of all persons with personal knowledge; as well as the personnel files and training records of any persons involved, including Jose Campos, or any person with supervisory responsibility. We also request that any information contained on personal recording devices (cameras, cell phones, etc.) owned or used by MGM Resorts International is likewise preserved. In the event any such documents, objects, data, or information is lost destroyed, purged, or otherwise disposed of, we will seek all available remedies including claims for spoliation of evidence or adverse inference evidentiary instructions.

We request MGM Resorts International cooperate with our investigation by providing any information it would like to share with Mr. and Mrs. Kammer. We specifically request copies of all video surveillance, photographs, or other depictions of the incident.

BANK OF AMERICA PLAZA, STE 3910
101 EAST KENNEDY BOULEVARD
TAMPA, FLORIDA 33602-5192
T: 813.222.8222 F. 813.222.8224

*MGM Resorts International*
*Page 2 of 2*

Please provide within (thirty) 30 days of this request the following information for all potential insurance policies that may provide coverage for claims arising from this incident, including excess coverage:

- The name of the insurer;
- The name of each insured;
- The limits of the liability coverage;
- A statement of any policy coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement; and
- A copy of the policy.

We trust you will cooperate with our investigation. Please contact us if you would like to discuss the injuries sustained by our clients, our preservation request, and our request for information.

Thank you for your consideration and prompt attention to this request.

Sincerely,

Heather N. Barnes
For the Firm



DAVID D. DICKEY
RALPH L. GONZALEZ
HEATHER N. BARNES
C. STEVEN YERRID

THE YERRID
LAW FIRM

TRIAL LAWYERS

BOARD CERTIFIED CIVIL
TRIAL LAWYER
ALSO ADMITTED
IN VIRGINIA
ALSO ADMITTED IN
WASHINGTON, D.C.

October 26, 2017

### SENT VIA CERTIFIED REGULAR U.S. MAIL

MGM Resorts International
3600 Las Vegas Blvd. South
Las Vegas, NV 89109

      Re:           *Mr. and Mrs. Kammer*
      Date of Injury:   October 1, 2017

Dear Sir/Madam:

Please be advised our firm has been contacted to fully investigate the injuries sustained by Mr. and Mrs. Kammer on October 1, 2017. This correspondence is provided to place MGM Resorts International on notice not to destroy, purge, or otherwise dispose of any documents, records, electronic information, video, photographs, or any other data for the period beginning September 28, 2017 through October 2, 2017, including, but not limited to, the video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance; the names and contact information of all persons with personal knowledge; as well as the personnel files and training records of any persons involved, including Jose Campos, or any person with supervisory responsibility. We also request that any information contained on personal recording devices (cameras, cell phones, etc.) owned or used by MGM Resorts International is likewise preserved. In the event any such documents, objects, data, or information is lost destroyed, purged, or otherwise disposed of, we will seek all available remedies including claims for spoliation of evidence or adverse inference evidentiary instructions.

We request MGM Resorts International retain any documents, records, electronic information, video, photographs, or any other data that in any way pertains to Stephen Paddock for the three year period prior to October 2, 2017, including, but not limited to, video surveillance of the entire premises of Mandalay Bay, including the valet area, the parking lot, the elevator banks, the fire escape, the hallways of the hotel, the casino areas, and any and all other areas with video surveillance.

BANK OF AMERICA PLAZA, STE 3910
101 EAST KENNEDY BOULEVARD
TAMPA, FLORIDA 33602-5192
T. 813.222.8222 F. 813.222.8224

*MGM Resorts International*
*Page 2 of 2*

We further request MGM Resorts International cooperate with our investigation by providing any information it would like to share with Mr. and Mrs. Kammer. We specifically request copies of all video surveillance, photographs, or other depictions of Stephen Paddock from September 28, 2017, through October 2, 2017.

We trust you will cooperate with our investigation. Please contact us if you would like to discuss the injuries sustained by our clients, our preservation request, and our request for information.

Thank you for your consideration and prompt attention to this request.

Sincerely,

Heather N. Barnes
For the Firm

April 16, 2018

**<u>VIA Electronic Mail</u>**
Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Michael.Doyen@mto.com

      RE:    Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts
                 International, Inc., Mandalay Corporation, and All Related Entities

Dear Mr. Doyen:

Please be advised that the individuals listed in Exhibit A attached hereto are represented by Robinson Calcagnie, The Law Offices of A. Craig Eiland, P.C. and Lee Murphy Law Firm.  Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of their affiliated entities, should have no contact with our clients by mail (postal or electronic), phone, social media or otherwise.

As counsel for the claimants listed in Exhibit A, we request that all future correspondence or communications be directed to our attention at the addresses listed below.  Thank you for your anticipated cooperation in this matter.

Sincerely yours,


| | | |
|---|---|---|
| */s/ Mark P. Robinson, Jr* | *A C g 2l* | */s/ James Lee, Jr.* |
| Mark P. Robinson, Jr. | A. Craig Eiland | James Lee, Jr. |
| Robinson Calcagnie, Inc. | Law Offices of A. Craig Eiland | Lee Murphy Law Firm |
| 19 Corporate Plaza Drive | 1220 Colorado St., Suite 300 | 2402 Dunlavy Street, Suite 200 |
| Newport Beach, CA 92660 | Austin, TX 78701 | Houston, TX 77006 |
| Tel: (949)720-1288 | Tel: 512-482-3260 | Tel: 713-275-6990 |
| Fax: (949) 720-1292 | Fax: 713-513-5211 | Fax: 713-583-5586 |
| mrobinson@robinsonfirm.com | CEiland@EilandLaw.com | JLee@LeeMurphyLaw.com |
| www.robinsonfirm.com | | |

**EXHIBIT A**

| Full Name |
| --- |
| Autum Kapinkin |
| Trina Andrade-Kwist |
| Karen Berney |
| Deborah Urrizaga |
| Teresa DeLeon HIll |
| Steven Martin |
| Nickee Branham-Skoff |
| Anna Kopp |
| Todd Tomlin |
| April Gabany |
| Steven Sonnenburg |
| Juan Cuellar |
| Neesha B Wolfe |
| Brandon Kalaaukahi |
| Rachel Sheppard |
| Autumn Christiano White |
| Jocelyn Brady |
| Tyler Craig |
| Alaina Kelly |
| Wanda Grage Weinrich |
| Evan Tillema |
| Debra Kelly |
| William Kelly |
| Serena West |
| Carley Cass |
| Chanell Cuellar |
| Kathleen Conti |
| Alison Sheehe |
| Evan Feinberg |
| Jamie Zaleski |
| alison |
| Hannah Logan |
| Carrie Allmen Bradshaw |
| Kelly Jo Hiebert |
| Jolene Barcus |
| Sue Ann Cornwell |
| Joe Adkins |
| Laura Zarate |
| James M. Pelz |
| Eugene Shavers |
| Jacquelyn Hoffing |
| Sandra Villalba |
| Cody Rash |
| Kash Knudson |
| Derrick Elliott |
| Lindsay Tillema |

| |
|---|
| Eric Higgins |
| Elizabeth Hefley |
| Britin Hughes |
| Brian Ahlers |
| Denise McClellan |
| Michelle Elaine Spencer |
| Amanda Sambrano |
| Stephan Sambrano |
| Ashlie Guerrero |
| Cindy Vandyke |
| Janae Sambrano |
| Jeffery Sambrano |
| Michael Sambrano |
| Miguel Guerrero |
| Wendy Everett |
| Gabriela Guzman |
| Kendall Quiroz |
| Stanley Rendon |
| Carmen McKinley |
| Eden Smith |
| Elizabeth McNeil |
| Mirta Katnich |
| Lynzee Campbell |
| Brenda Arce |
| Ana Nunez |
| Lindsay Okray |
| Daniel Abrams |
| Luis Nunez |
| Andrea Abrams |
| Daniel Best |
| Christopher Caywood |
| Kasandra Caywood |
| John Bui |
| Sarah Tiscareno |
| Leticia Luna |
| Leanne Altamirano |
| Amanda Wechlser |
| Justine Salas |
| Rafael Feliciano |
| Jasara Requejo |
| Kendra Hobbs |
| Melinda Hawkins |
| Lisa Holguin |
| Albert Holguin |
| Jesse Alas Garcia |
| Mavis Barnette |
| Rhonda Trask |

| |
|---|
| Randell Christensen |
| Kristi Christensen |
| Kevin Gadd |
| Vanessa Case |
| Joseph Balas |
| Magee Segal |
| Linda Liewsuwanphong |
| Teresa Garcia |
| Susan Learn |
| Patricia Campbell |
| Duane Dubbs III |
| Lillian Aguirre |
| Harry Romero |
| Claudia Romero |
| Hamida Trujillo |
| James Williamson |
| Erik Zaluske |
| Susan Himes |
| Jerry Speraw |
| Teresa Marquez |
| Stella Walz |
| Roger Mozda |
| Brenda Crane |
| Shannon Balas |
| Amanda Frost |
| Irene Scharmack |
| Sharla Zotea |
| Jennifer Campbell |
| Ernesto Espinoza |
| Erica Ramos |
| Kim Schmitz |
| Naomi Webb (minor) |
| Riley Musgrave |
| Bernadette Rocha |
| Mindy Foster |
| Elizabeth Carvalho |
| Frank Nicassio |
| Grace Nicassio |
| Marlana Foltz |
| Heather Tole Rivera |
| Kristine Henderson |
| Larry Hayden |
| Elizabeth Moreno |
| Lori A. Young |
| Maryssa Fields |
| Morgan Virus |
| Rebecca Kenoyer |

| |
|---|
| Sharmen Badua-Murray |
| Sierra Donnelly |
| Lori Krumme |
| Carissa Rash |
| Holly Mayes |
| Lea Richmond |
| Keri Cesario |
| Cassandra Molenda o/b/o Brett Schwanbeck |
| Janet Seeger |
| Amanda Bobb |
| Brenda Kent |
| Stephanie Gallegos |
| Laura Puglia |
| Krystal Nash |
| Bryan Hoffrichter |
| Bradley Hoffrichter |
| Gabriel Guerrero |
| Raymond Rivera |
| Johanna Duncan |
| Jade Wright |
| Matthew Duncan |
| Laurie Manis |
| Gregory Manis |
| Leticia Cannon |
| Alicia Olive |
| Macey Balas |
| Pridee Liewsuwanphong |
| Trisha Guerrero |
| Thomas Scott Jacobus |
| Dawni Corbin |
| Taylor Hill |
| Barry Corbin |
| Anthony Cresta |
| Meghan Belmares |
| Jeanette Nugent |
| Martin Bangma |
| Jeff Hines |
| Nicole Bontempo |
| Judith (Judy) Leyn |
| Annalise Belmares |
| Billy Jones |
| Michael Henderson |
| Kendal Balas |
| Kylie Panno |
| Marissa Currie |
| Victoria Salas |
| Roberta Newton |

| |
|---|
| Megan Meredith |
| Robyn-Lee Wolchyn |
| Brendan Hoolihan |
| Denise Gonzalez |
| Armando Solis Jr. |
| Leslie Paiz |
| Alex Alvarez |
| Randall Webb |
| Christiann Meyer and Wayne Meyer |
| Shauntay E. Taylor |
| Jimmy Gilmore |
| Tammy Hiscox Gurule |
| Harry and Kitty Salmon |
| Jeffrey Holden |
| Danielle Delira |
| Stacie Owens |
| Joseph Agosta III |
| Connie Manning |
| Robert Eardley |
| David Floen |
| Marco Albertini |
| Courtney Mayo |
| Joe Shipp |
| Bryan Matthews |
| Cynthia Agosta |
| Jillian Elliott |
| Craig Fine |
| Teresa Jensen |
| Timothy Robinson |
| Ligia Uriarte |
| Erin Gill |
| Tamara Delameter |
| Amber Rench Wetzel |
| Christopher Wetzel |
| Tonia Rocheleau |
| Rina Williamson |
| Tina Bedartes |
| Kyle R. David |
| Steve A. Moreno |
| Troy O. Zeeman |
| Lisa DiRado-Moreno |
| Michael Ljubic |
| Michelle Ljubic |
| Kelly Yeakel |
| Brett Yeakel |
| Armand Smith |
| Renee Jimenez |

| |
|---|
| Brittany Lynn Quintero |
| Saul Rodriguez |
| Leah Loewenthal |
| Shannon Zeeman |
| Ali Ellis |
| Kassandra Kopp |
| Jason Ford |
| Jessica Ford |
| Shandi Strong |
| Veronica Chavez |
| Eric J. Nobriga Sr |
| Brandon Young |
| Jason Parsons |
| Matthew Allen Carrillo |
| carmen mck |
| Jennifer Gibson |
| Katherine Gonzales |
| Steve Stewart |
| Anne Krieghoff |
| Daniel Paiz |
| Johnathan Medina |
| Jose Uriarte |
| Jon Gurule |
| Corey Shipp |
| Joyce Shipp |
| Donna Holden |
| Steve Hutchason |
| Kyle D. Taylor |
| Kimberly Gutierrez |
| Stephanie Smarker |
| Anna Williams |
| Salvador Martinez |
| Elizabeth Glascom |
| Joanna Alvarez |
| Ryan Dieringer |
| Graciela Rebollar |
| Renee Oliver |
| Philip Loncar |
| Regina R. Martinez |
| David Scharmack |
| Greg Cluff |
| Marissa LaCarrubba |
| Michael Robertson |
| Nicholas Lawlor |
| Brenden Araujo |
| Alyssa Padilla |
| Chris W. Murray |

| |
|---|
| Tristi Glover |
| Christy Gilman |
| Jaycee V. Ringle |
| Jennifer Funk |
| Joseph Napoli |
| Anne Murphy |
| Aliza Correa |
| Joseph Funk |
| Nicholas Swartz |
| Jim Boyle |
| Raquel Rooks |
| Jennifer Beddia |
| Regina Dieringer |
| Christina Garcia |
| Melinda Brockie |
| Brian Kettering |
| Tammy J. Chambers |
| John Hefley |
| Mariya Toro |
| Arla Loncar |
| Blake Loncar |
| Amy Filleman |
| Veronica Statter |
| David Statter |
| Brooke Magorien |
| Yvonne Lee |
| Donna Coleen Sears |
| Kevin Sears |
| Shawna York |
| Emily Dimon |
| Mia Mumford |
| Shayna Shackleford |
| David Fluker |
| Corey Henderson |
| Hannah Dominguez |
| Jason Davis |
| Lauren Chagolla |
| Taylor Collins |
| Haley Sisneros |
| Lacy Gann |
| Shawn Washburn |
| Brandon Wharton |
| Armando Hernandez Jr. |
| Arlen Hernandez |
| Michelle Jones |
| Melody Buckens |
| Gene Simpson Jr. |

| |
|---|
| Armando Hernandez Sr. |
| Debra Mitchell |
| Randy Garcia |
| Douglas Johnston |
| Patricia Johnston |
| William Shearer |
| Tiffany Charan |
| Aliyah Howard |
| Thomas Martin |
| Kayla Mills |
| Sydney Shaver |
| Adrianna Culler |
| Rosa Miranda |
| Robert Aguilar |
| Debra Hudson |
| Donna Jean Adcock |
| Yvette Kettering |
| Doreen Gorman |
| William Jones |
| Mandi Harris |
| Debra Reliford |
| Nicole Desaracho |
| Christa Conway |
| Johnny Toscano |
| Tiffani Lawyer |
| Stephanie McKiernan |
| Martin L. Landers |
| Alesha Gonzalez |
| Brittany Hopkins |
| Sally Palmer |
| Nancy L. Feyma |
| Melissa Palumbo |
| Michael Gonzalez |
| Teri Williams Pacheco |
| Juan Juarez |
| Amoreya Rollins |
| Tiffany McCellan |
| Jaja Triplett |
| Traivona Stapleton |
| Erika Giesecke |
| Jonathan Dundee Hutchinson |
| Chelsea Laurent |
| Gena Elfelt |
| Nikole Williams |
| Sammiesha Johnson |
| Eric Rymer |
| Joshua Wrzesinsk |

| |
|---|
| Connor Casarez |
| Laterrius D. Peters |
| Kimberly A. Downes |
| Tanya Banuelos |
| Joe M. Quinteros |
| Renee Duran |
| Austin Christiansen |
| Robert Di Nonno |
| Charleen Fassino |
| Nicole Schubert |
| Justin Simmons |
| Lawrence Raybuck |
| Oscar Rapio |
| Neptali Paredes-Figueroa |
| Michael Ogazon |
| Jesus Mata |
| Miguel Lagos |
| Fernando Hernandez |
| Sheela Henry |
| Michael Hansson |
| Manuel Cigarroa |
| Jeff Sandwell |
| Aleshia Dixon |
| Rocky Palermo |
| Tyler Hill |
| Farrah Angelic |
| Stanley Williams |
| CM Powell |
| Richard Espinoza II |
| Ashley Becker |
| Samanta Arjune |
| Tamara J. Stewart |
| Sandra Venables |
| Tijuana Edwards |
| Coryne Lippert |
| Albert Higgins Sr. |
| Deborah Higgins |
| Elsa Nunez |
| Albernisha Thomas |
| Dana Getreu |
| Riley S. Murray |
| Rudolph Roquemore |
| Corinne Lomas |
| Krystalyn Desoto |
| Joseph N. Williams |
| Jasmine Barbusca |
| Paula Blakeley |

| |
|---|
| Staci Ellis |
| Austin Fisher |
| Kelcy Maio |
| Christopher Lowman |
| Kate Carlin |
| Holly E. Santino |
| Jennifer Fluegal |
| Timothy Echavarria |
| Gina Richard |
| Shawna Wood |
| Jennifer Grimm |
| Elaine Silvestre |
| Kylie Mulcahy |
| Anthony Wood |
| Ricardo Uribe |
| Pamela A. Lekavich |
| Rosie Amatulli |
| Athea Lavin |
| Adam Matz |
| Sandy Tatelman |
| Michael Edwards |
| Elizabeth E. Carpenter |
| Laura Acree |
| Chad Packard |
| Alyssa Sands |
| Jeremy Scott Hicks |
| Jonathan Sloniger |
| Katie Stern |
| Robert Watkins |
| Arturo Rodriguez |
| Gustavo Orosco |
| Albert Higgins Jr. |
| Lisa Furman |
| Yvette Swartz |
| Melissa Fierro |
| Jimmy Harrick |
| Amy Harrick |
| Blake Richards |
| Tristina Richards |
| Janette A. Uribe |
| Savanna Ochoa |
| Charles Thomas Talley |
| Delose Howard |
| David Preciado |
| Joshua Mejia |
| Jordan Hicks |
| David J. Grijalba Jr. |

| |
|---|
| Janette Mejia OBO Jullien Mejia |
| Rocky Tepesano |
| Delane Leivas |
| Tricia Sean Reed |
| Tina Galarza |
| Daniel Flores |
| Alejandra Uribe |
| Joshaway Stevens |
| Reynita Banaban |
| Joseph Kinder |
| Lynne Reick |
| Robert Cesario |
| Eric Dwayne Dubose |
| Jennifer Aparicio |
| Mariama Amina Walker |
| Ruth Legaspi |
| Brittney Ellen Natrop |
| Katrina Morgan |
| Georgianne Marie Morgan |
| Shannon Lynn Rimmer |
| Terrie Pettway |
| Lynnsey Sweet |
| Amber Van Voorhis |
| Glenda Rebollar |
| Nancy Stevenson |
| Roni Pinto |
| Lisa Ann Lelanie Domen |
| Donte Marshall |
| Katie Young |
| Shannon Anderson |
| Wendy A. Dormer |
| Glenn J. Dormer |
| Jonathan Beltran |
| Lekecia Turner |
| Michelle Montoya |
| Ashley Mansperger |
| Katherine Hoey |
| Jasmine Rein |
| Deborah Washington |
| Angelica Cervantes |
| Stephanie Booth |
| Gabrielle Hemphill |
| Wendy Marie Benford |
| Malcolm Bissember |
| Amanda Vandecar |
| Brittany MacKay |
| Elyse Donnelly |

Sarah Jick
Terrence Birden
Raymond Miller
Jeffrey Reick
Courtney Bean
Paul Balfour
Nicole A. Calomino
Cynthia Michelle Duarte
La Rhonda Kinzebach
Gerard Washack
Erika Brown
Shanyce English
Alan R. Neterer Jr.
Marc Allman
Alfredo Toledo
Trevor Anthony Garza
Tiffanie Buehler
Christopher Salinas
Robert Buehler
Frank L. Hammersley
Daniel D. Knight
Steve Encinias
Marie Chatterton
David Chatterton
Michelle Howlett
Victoria Perry
Peejman Shadalo
Carrie A. Killeen
McKayla Wilson
Laura Gardhouse
Melanie Leanne Fish
Kayla Perez
Lauren Ferguson
Nikolas Ljubic
Rebecca Knepper
Megan Knight
Greg Aguayo
Rae N. Aguayo
Christopher C. Peirce
Eric Fraser
Natalie Vanderstay
Brandon Helmick
Mykenzie Ke'alohilani
Stephanie Fraser
Michelle Brimhall
Janet Zmyewski
Thomas Zmyewski

| |
|---|
| Brittany Negrette |
| Jennifer Tillman |
| Janelle Terkeurst |
| Jason Banville |
| Amanda Rumble |
| Ilene Ryder |
| Wendy Lynn Lazio |
| Nicole Gray |
| Mark Russell |
| James Hardin |
| Mark Anthony Austin Sr. |
| Vanessa Dipolito |
| Jennifer Cuevas |
| Lisa Munoz |
| Walter M. Centeno |
| Anna Ross |
| Felicity Clark |
| Damian K. Einbinder |
| Deanna Finley |
| Beth Galofaro |
| Barbara J. Godron |
| Itzia Hernandez |
| Ariel Ontman |
| Pamela Gomez |
| Elizabeth Perez |
| Ryan Thomas Schoenborn |
| Salofiitu Emanuele |
| Robyn Dobbs |
| Jessica Dovalina |
| Sharon Hoover |
| Brittnie Nicole Cardenas |
| Breanna Hayden |
| Dawn Rodriguez |
| Stacy Wilbanks |
| Maria Preciado |
| Anthony Thomas McBride |
| Sharon Dillehay |
| Jihad Randolph |
| Alissa Savath |
| Precious Flowers |
| Joshua K. Stratton |
| Reylene D. Soto |
| Jaza'na Miller |
| Todd Sudakoff |
| Mike Kemp |
| Marisa Newman |
| Juan Vazquez Choto |

| |
|---|
| Philip Jardell |
| Stevee Brancato |
| Mark Wade |
| Israel Samuel Villalobos |
| Gary Eliot Simmons |
| Karen Canada |
| Shirley Palmer |
| Cameron Conway |
| Lakisha Conway |
| Flosieta Ann Davis |
| Vivek Jayaraman |
| Amber Hughes |
| Christian Bennett |
| Kathryn Renee Leckie |
| Jennifer Hohnke |
| John Anthony Perico |
| Michael Bradley |
| Marissa Narvaez |
| Carrie Weidenkeller |
| Janice Pennington |
| Cecilia Gallegos |
| Matthew Pruitt |
| Angel Smith |
| Darren Glean |
| Courtney Nicole Winters |
| Alyssa Renee Moore |
| Ralph E. Troisi |
| Jenna Boyer |
| Jacob Ratliff |
| Damian Henry |
| Sara Beth Schussler |
| Kimberly Ann George |
| Nikki Renee Ann Alirez |
| Steven Dale Boes Jr. |
| Whitney Linn Hinnant |
| Dana Royal |
| Taylor Hurwit |
| Jesus Vincent Gonzalez |
| John Alan MacLeod |
| Ashley Logan |
| Michelle Souza |
| Mia Gantt |
| Parker Stevens |
| Hillary Hunter |
| Tommie Serrano |
| Janice Bradley |
| Nicole Cleveland |

| |
|---|
| Ruby Johnson |
| Cheyenne Eberle |
| Brody Renaud |
| Shauna McKenzie |
| Ramces Rodriguez |
| Jonathan Schussler |
| Darrin Moreman |
| Ryan Huntsinger |
| Julie Huntsinger |
| Seth Barker |
| Paula Deronde |
| Nicole Delgadillo |
| Kirk Brimhall |
| Tegan Banville |
| Jason McMillian |
| Cathy Barquist |

# GORDON
## ⚖ & Company

Joseph R. Gordon, B.A., LL.B.

Barrister & Solicitor, Notary Public

207 - 1433 St. Paul Street, Kelowna, BC V1Y 2E4          **Phone: (250) 860-9997**   Fax: (250) 860-9937

November 10, 2017

MGM Resorts International
GL Claims Division
MGM Administration Building
71 E. Harmon Avenue
Las Vegas, Nevada 89109

And to:

MGM Resorts International/Mandalay Corp.
3950 South Las Vegas Blvd.
Las Vegas, Nevada 89119

And to:

MGM Resorts International
3600 Las Vegas Blvd. South
Las Vegas, Nevada 89109

To Whom It May Concern:

RE:     **Route 91 Harvest Music Festival**

This letter is to support the appeal by Mr. O'Neil, a copy of whose correspondence is attached for your ease of reference, to your sense of decency and to your (business) common sense. Mr. O'Neil asks you to do the right thing, to take the moral high ground by financially compensating the 8 women of Kelowna (the "Kelowna Victims") – not just in your own interest but because it would be the right thing to do.

In further support of some of Mr. O'Neil's points the writer adds:

1.  WestJet Airlines, who have less connection than you do to what happened, garnered incredible good will among Canadians and others by offering free or seriously discounted flights out of Las Vegas immediately after the October 1, 2017 killings in your city;

2.  The Kelowna Victims, all customers of MGM Resorts, are influential opinion leaders in Kelowna, B.C. (professionals, a policewoman, businesspeople, married and single

women from all walks of life) who have very concerned parents, husbands, significant others, as well as numerous business, family and media connections and associates who are personally interested in your response;

3. Notwithstanding the marketing campaign Mr. O'Neil speaks of to induce people to return to Las Vegas and to your casinos as soon as possible, you would be wise to consider the following, increasingly typical, quote from the Kelowna Courier where at page A6 a local columnist wrote on October 31, 2017: "*Many will be thinking more than twice about going to Las Vegas. The horrible pictures are etched into us all. Many will wonder about travel in the United States at all. And it is not just the threat of terrorism but the threat that Americans are to themselves.*"

4. I am informed some, if not all of the Kelowna Victims, missed work because of the anxiety suffered under your watch; had to pay for counselling to help them cope with the trauma of being murderously shot at and missed; and continue to endure the horror of what they were compelled to do to stay alive and to help others and to cope with what they had to see and experience. That counselling, that expense, is ongoing.

Thus said, the writer – a lawyer experienced in the application of the principles of tort law in a common law jurisdiction like Nevada - also appeals to you to do the right thing for the Kelowna Victims by, without prejudice and without admission of liability, within 12 days of your receipt of this letter:

a)   Meaningfully apologizing to them in writing;

b)   Making a full refund forthwith to each of them of the monies, if any, spent at the MGM Resorts businesses, including the MGM Grand;

c)   Compensating each for the counselling expenses, lost work and related expenses of coping with the horror and the high-handed, callous way your representatives dealt with them.

I would suggest, at minimum, that in full and final satisfaction of the above that you make a lump sum payment to each person of $1,500 CDN. forthwith - and agree to pay for any medically warranted counselling and treatment required by any and all of the Kelowna Victims which is not covered by any applicable insurance plan for 2 years after the shootings. In addition, if you ever want any of them or anybody they know to return to a MGM Resort or to Las Vegas that you give serious consideration to how you might make a future visit more economical and more normal.   In consideration, I would be prepared to ask each of the Kelowna Victims to provide you with a mutually-agreeable Release, initially drafted by your counsel, if each of the Kelowna victims is still willing to sign such a Release. That Release may contain a standard confidentiality clause if you wish and would remove each from a potential class action or other claim against you.

It doesn't take much of a negligence lawyer to apply the objective standard of care adopted by negligence law to find you liable on a balance of probabilities, especially in an American Jury system famous for its multi-million-dollar awards, by applying the most commonly employed technique for determining causation-in fact which is the "but for" test, sometimes called the *sine qua non test*. It works like this: if the loss would not have occurred but for the defendant's negligence, that conduct is the cause of the injury.

But for -  the shooter's ability to check into one of your hotels with an "armoury", i.e. 10 bags of gun-filled luggage, including 23 guns, bumper-stocks capable of turning rifles  into machine guns, and stacks of ammunition, using, in part, a camera-free service elevator, despite your so-called and negligently-designed and monitored security - the shooting would not have occurred.

But for - the shooter's ability to transport multiple firearms in multiple suitcases and carrying cases from the check-in areas to the 32nd Floor overlooking what turned out to be the killing fields despite the security you expressly or impliedly promised your patrons and despite your much vaunted and negligently monitored CCTV systems - the shooting would not have occurred.

But for – the inexplicable delay, 6 minutes according to much of the media, forwarding the call from the shooter's floor, through your switchboard system, to the police – some if not all of the shooting would not have occurred.

But for – the inexplicable general delay by hotel security in advising police that Mr. Campos had been shot, the   failure   to relay that critical information to the officers searching the hotel - allowing Stephen Paddock extra time to open up on the Crowd in the interval   - and the deprivation from   the first responders of the information they needed to address the situation more appropriately -   a good number of the 58 lives would not have been lost,  fewer than the 500 people who were shot but not killed would have suffered, and many, like the Kelowna victims, would not have been  traumatized.

But for – in a firearm friendly state like Nevada, in a firearm - riddled country like the USA, your failure to arm your security guard who might otherwise have been able to meaningfully intervene instead of getting shot in the leg and having to retreat – the shooting would not have occurred.

But for - your failure at many levels to determine or investigate why the shooter had installed a camera in his hotel room door and another in the housekeeping cart and had refused housekeeping service for no good and valid reason - all of which was highly suspicious activity and involved malicious damage to your property and breach of your procedures - the shooting would not have happened.

But for - your staffs' heavy-handed and insensitive rejection of a timely and reasonable request for reimbursement - pursuant to your corporate policies no doubt - you allowed a claim for punitive damages to evolve.

You would have had a duty of care, for example, and absolute liability under the American equivalent of Ryland v. Fletcher to prevent a conventional fire of any sort in the Mandalay Bay Resort and Casino from spreading and causing death, destruction and damage off your property. You woefully failed to take all reasonable steps to detect, report and deal with the murderous gunfire of Stephan Paddock, one of your preferred guests, when his gunfire from within the confines of your property killed many, gruesomely wounded others and traumatized the Kelowna Victims.

Relevant to what you should have reasonably forseen i.e. your duty of care to provide appropriate security to protect your patrons and to protect others from your patrons, are the following:

   a)  Nevada has such a firearm problem that it ranks 3rd in the U.S. by Suicide Deaths;

4

b) Nevada has the highest dubious ranking of 5th in the U.S. for fatal domestic violence, which basically means the killing of women;

c) Nevada is 65% above the US national average for domestic gun violence;

d) Nevada is ranked #37 in the U.S. for gun prevalence;

e) Nevada polled at 36% being the median % of households with guns in 2002;

f) Nevada does not require any background check for online ads for guns that connect buyers with sellers;

g) Nevada is a place 1,036 Nevadans were killed with guns in the past decade according to the U.S. Centres for Disease Control and Prevention;

h) Nevada is in a country presenting internationally with the highest percentage of guns per capita in the world;

i) Nevada is in a country where the rate of gun deaths rose in 2016 to about 12 per 100,000 people – the second consecutive increase after a period of relative stability – according to the U.S. Centres for Disease Control and Prevention;

j) From my discussions with a leading forensic psychiatrist and a review of the studies and literature relevant thereto, it seems that your target market i.e. "high risk" gamblers or "severe gamblers" like Stephen Paddock, to whom you seem to have offered a luxury suite without charge and various other perks, share sociopathic and/or psychopathic traits with "mass killers" much more so than the average person in the population – hence the need for greater, not slack security, with a number of reasonably foreseeable "triggers" in mind;

k) If a "mass killing" is defined as a killing where at least 4 people are killed, the USA now has mass killings daily.

Even if you are only found to be partially responsible or liable, the offer made above on behalf of the Kelowna Victims will look very good to you later if you lose the opportunity to deal with them now as suggested.

Allow me to strongly suggest therefore, that you do the right thing and not let the Kelowna Victims respond against your interest to those who are trying to persuade them to join a class action. Settle with the Kelowna Victims referred to in Mr. O'Neil's letter now.

This offer is open for acceptance for 12 days after the date of this letter.

Please contact the writer if you have any questions.

Yours very truly,

GORDON & COMPANY

Per:

JOSEPH R. GORDON

JRG/cb

**Subject:**                    FW: Letter to MGM

To whom it may concern,

My name is Joe O'Neil. I'm a resident of Kelowna, British Columbia, Canada. My significant other and seven of her friends were in the crowd at the Route 91 Harvest Country Music Festival when all hell broke loose.

I'll spare the details of the event as I'm sure wherever this email ends up the individual reading it will be well-versed in the media coverage. My significant other and all of her friends managed to miraculously escape serious physical injury. What you've probably not heard are the individual accounts of those affected weeks after they literally dodged gunfire and into the distant future; sleepless nights, nightmares, frightened of large crowds, panic as a baseline response to basic stimuli, constant feelings of total helplessness, weeks taken off work and seeking out psychological counselling at great individual expense, and so on. Most of this email would be very well spent by outlining future burdens placed on these young women and their families, however I'll conclude it there in the interest of getting to the point.

I was greatly angered and disappointed in hearing that one of the women had reached out to your conglomerate in an attempt to recuperate some of the money that was spent on accommodations in MGM Grand Signature and roundly dismissed by whomever she was talking to, essentially told that in no way would that happen. In stark contrast to that, Ticketmaster if offering refunds to all those that bought passes to the Route 91 concert in Las Vegas. I've included the link below. Note that there are also accounts out there (as well as one within the below article) that other hotels are offering full refunds to customers affected. It appears as if some companies operating within Las Vegas are indeed appealing to their corporate moral compass instead of roundly dismissing those affected by this tragedy.

http://www.kwtx.com/content/news/Ticketmaster-apparently-offers-refunds-to-Vegas-concertgoers-450510283.html

Investigational details have shown that the gunman was comped his hotel stay, food, alcohol, and Lord knows what else. It seems that MGM will roll out the red carpet to keep customers that spend money in their casinos but roundly dismiss customers that were quite nearly killed by multiple high-powered firearms sticking out the windows of that same comped room.

I've gone ahead and pulled some figures that shouldn't be surprising. Did you know that your business is profitable?! It's true. Very profitable, in fact. According to your fiscal earnings for Q2 of 2017 available at the below link, the consolidated net revenue of MGM increased 16% year-over-year to the tune of $2.6 billion. I've also found that MGM Resorts LTD's chief executive officer Jim Murren received a total of $16.6 million dollars in compensation in 2016, which is a 25% increase in compensation from 2015 alone. This includes $250,000 for personal aircraft use and nearly $400,000 in private security costs. Basically, refunding the approximately $2,320 that these women spent on accommodations at an MGM-owned hotel represents 0.928% of what MGM saw fit to refund the CEO in jet fuel alone.

And a hearty congratulations on your continued expansion, featuring what looks like brand new casinos like MGM Cotai in Macau, and MGM Springfield.

http://mgmresorts.investorroom.com/earnings?item=15#assets_9
https://www.reviewjournal.com/business/casinos-gaming/mgms-ceo-paid-16-6-million-in-2016-a-25-percent-increase/

I'm also very alive to the fact that you're neck-deep in a marketing campaign to bring as many people back to Las Vegas and to your casinos as soon as possible. I've personally witnessed several placards mailed out by MGM to friends of mine that are offering amazing deals or fully comped hotel rooms over several days. It doesn't shock me that this is the plan, but it's my true hope that as you turn your corporate eye towards the impact this event will have on the future

1

earnings and stock price of MGM, I hope you'll at least spare a moment to ease some of the suffering inflicted upon the families affected.

Regards,

Joe O'Nell

On Behalf of:
Sara Poohachoff
Sara Lane
Sasha Yunick
Niki Jackson
Carla Yunick
Steph Conti
Nicky Krastel
Katie Nesbitt

# WELLER, GREEN, TOUPS & TERRELL, L.L.P.

## Attorneys at Law

**MITCHELL A. TOUPS, LTD.**

BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

BOARD CERTIFIED
CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

BOARD CERTIFIED CIVIL TRIAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY

BOARD CERTIFIED CIVIL PRETRIAL PRACTICE
NATIONAL BOARD OF TRIAL ADVOCACY

LICENSED TO PRACTICE TEXAS & NEW YORK

*Beaumont Office (Principal Office)*:
**BANK OF AMERICA TOWER**
**2615 CALDER STREET, SUITE 400**
**BEAUMONT, TX 77702**

*MITCHELL A. TOUPS, LTD.*
*Houston Office*:
**3900 Essex, Suite 690**
**Houston, TX 77027**

*Mailing Address*:
**POST OFFICE BOX 350**
**BEAUMONT, TX 77704**
**(409) 838-0101**
**Fax: (409) 832-8577**

B. ADAM TERRELL
E. HART GREEN
STEVEN C. TOUPS, P.C.

EDWARD H. GREEN
(1935-2016)
GEORGE A. WELLER
(1911-1986)

JANNEY GORDON, CLA
Certified Legal Assistant

Email Addresses:
matoups@wgttlaw.com
jgordon@wgttlaw.com

Direct Dial: (409) 951-2351

December 13, 2017

Via Email: Michael.Doyen@mto.com
Mr. Michael R. Doyen
Munger, Tolles & Olson, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071

RE:    Las Vegas Mass Shooting Litigation

Dear Mr. Doyen:

Please be advised that I have been retained to represent the family and heirs of Jessica Klymchuk, who was killed as a result of the mass shooting that occurred on October 1, 2017, at the Route 91 Concert in Las Vegas, Nevada. In addition, I also represent Celena Garcia and Stacy Garcia, who were also shot during this mass shooting, as well as many other victims.

I plan to be in attendance at the inspection of the room occupied by Paddock next week in Las Vegas, Nevada.

Sincerely,

Mitchell A. Toups

/jg

cc:    Craig Eiland



## DE CASTROVERDE
LAW GROUP

October 23, 2017

**Attn: Risk Management Dept.**
MGM Grand Hotel & Casino
3799 Las Vegas Boulevard South
Las Vegas, NV 89109

*Via Regular Mail & Certified Mail*

| Re: | Our Client: | Gabriela Lomaglio |
|---|---|---|
| | Our Case No.: | 225963-DRS- |
| | Date of Loss: | 10/01/2017 |

Dear Risk Management Dept. :

Please be advised that this office represents Gabriela Lomaglio in their claim for damages resulting from personal injuries sustained in the above-referenced incident. Accordingly, any and all future correspondence should be directed to this office.

It is my understanding and belief that your property has medical payments coverage on your insurance policy. Thus, it is requested that you provide this office with documentation of the coverage available to my client. I will forward the medical billings and records when such are received for payment pursuant to this coverage.

**Further, I am requesting that you preserve any evidence that you may have of this incident, including but not limited to, videotapes of before and after the incident, until this office has the opportunity to inspect such.**

Written confirmation of this representation letter is requested. Should you have any questions and/or concerns, please feel free to contact my assistant, Dianna Sauceda, at 702.383.0606. For future reference, this office's Tax Identification Number is 86-1064003.

Sincerely,

Orlando De Castroverde

RECEIVED
MGM RESORTS
NOV 2 0 2017
RISK MANAGEMENT
GL CLAIMS DIVISION

1149 S. Maryland Parkway, Las Vegas, NV 89104 | decastroverdelaw.com | p (702) 222-9999 | f (702) 383-8741

# OWEN, PATTERSON & OWEN LLP

GREGORY J. OWEN*
RICHARD A. PATTERSON*
SUSAN A. OWEN*
TAMIKO B. HERRON
J. CODY PATTERSON
DAVID TORRES-SIEGRIST**

Attorneys at Law
23822 West Valencia Boulevard, Suite 303
Valencia, California 91355

Tel.: (661) 799-3899
Fax: (661) 799-2774

www.opolaw.com
info@owenpatterson.com

* PROFESSIONAL CORPORATION
** OF COUNSEL

April 18, 2018

**VIA EMAIL & UNITED STATES MAIL**
Michael R. Doyen. Esq.
Munger, Tolles & Olsen LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Michael.Doyen@mto.com

Re:   **Las Vegas Shooting Litigation; Notice of Representation of Clients
to MGM Resorts International, Inc. Mandalay Corporation, and
All Related Entities**

Dear Mr. Doyen:

As you may be aware, the individuals listed in Exhibit A attached hereto are
represented by Owen, Patterson & Owen, LLP. As counselors for the clients listed in
Exhibit A, we request that all future correspondence and/or communications be directed
to our attention at the following address:

GREGORY J. OWEN, ESQ.
RICHARD A. PATTERSON, ESQ.
SUSAN A. OWEN, ESQ.
Owen, Patterson & Owen, LLP
23822 West Valencia Boulevard, Suite 303
Valencia, California 91355
(661) 799-3899
(661) 799-2774 (facsimile)
info@owenpatterson.com

Effective immediately MGM Resorts International, Inc., Mandalay Corporation
and any of their affiliated entities should not contact our clients by mail (postal or
electronic), facsimile, telephonically, or otherwise.

Michael R. Doyen, Esq.
Munger, Tolles & Olsen LLP
April 18, 2018
Page 2

Thank you for your anticipated cooperation and courtesy in this matter.

Very truly yours,

OWEN, PATTERSON & OWEN, LLP

GREGORY J. OWEN, ESQ.
RICHARD A. PATTERSON, ESQ.
SUSAN A. OWEN, ESQ.

SAO:glo
Enclosure

# OWEN, PATTERSON & OWEN LLP

GREGORY J. OWEN*
RICHARD A. PATTERSON*
SUSAN A. OWEN*
TAMIKO B. HERRON
J. CODY PATTERSON
DAVID TORRES-SIEGRIST**

* PROFESSIONAL CORPORATION
**OF COUNSEL

Attorneys at Law
23822 West Valencia Boulevard, Suite 303
Valencia, California 91355

Tel.: (661) 799-3899
Fax: (661) 799-2774

www.opolaw.com
info@owenpatterson.com

## **EXHIBIT A**

1. Charles Mayfield;
2. Christine A. Mayfield;
3. Charles Mayfield, IV;
4. Anne Mayfield, a minor, by and through her Guardian ad Litem, Charles Mayfield;
5. Amanda Davis, Individually and as Successor-in-Interest to Decedent, John Phippen;
6. Travis Phippen, Individually and as Successor-in-Interest to Decedent, John Phippen;
7. Nathan Phippen, Individually and as Successor-in-Interest to Decedent, John Phippen;
8. Aliyah Phippen, a minor, by and through her Guardian ad Litem Amanda Davis, Individually and as Successor-in-Interest to Decedent, John Phippen;
9. Steven Gomez, Individually and as Successor-in-Interest to Decedent, Angela Gomez;
10. Julie Gomez, Individually and as Successor-in-Interest to Decedent, Angela Gomez;
11. Stacey Brown-Fusano;
12. Gilbert Segovia;
13. Alicia Segovia;
14. Julie Dove;
15. Thomas Durell;
16. Selso Salazar;
17. Renee Salazar;
18. Jacob Ratliff;
19. Robert Bradshaw;
20. Cindy Bradshaw;
21. Jessica Presten;
22. Kortney Spencer;
23. Dominic Rabanal;
24. Cherish McGuire;
25. Jack Pinkston;
26. Jaeger Woodson;
27. Victoria Blackbird;
28. Shawn McKay;
29. Tara Reyes;
30. Kendall Dusenberry;
31. Brian Mallette;
32. Shawn Scarlett;
33. Sarah Scarlett;
34. Shaylenne Scarlett;

35. Savannah Thomas;
36. Gabrielle Thomas;
37. Russell Bleck;
38. Breanna Skagen;
39. Derek Miller;
40. Troy Springer;
41. Shannon Springer;
42. Frank Sena;
43. Marie Tautrim;
44. Michael Tautrim;
45. Jeremy Viger;
46. Amy Viger;
47. Brian O'Leary;
48. Carrie O'Leary;
49. Rebekah Scheussler;
50. Patricia Cope;
51. Peter Violas;
52. Mylika Pope;
53. Rob Jones;
54. Misty Jones;
55. Kari Carlstrom;
56. Ilene Scandlyn;
57. Casey Scandlyn;
58. Michael Greenfield;
59. Patrick Hobbs;
60. Gloria Aguirre;
61. Calia Sanford;
62. Michael Rogozik;
63. Monica Rogozik;
64. Rebecca Wilken;
65. Jamie Lavery;
66. Sophia Lima;
67. Gary Aase;
68. David Aase;
69. Crystal Salazar;
70. Wendy Heirshberg;
71. Steven Heirshberg;
72. Lisa Muzycka;
73. Brooke Laney;
74. Michelle Powell;
75. Chris Powell;
76. Amy Bergin;
77. Scott Bergin;
78. Diana De La Maza;
79. Roland De La Maza;
80. Vincent Sager;
81. Lee Skolnick;
82. Ethan Sanchez;
83. Tricia Welch;
84. Kiersten Harling;
85. Simon Harling;
86. Steven Flores;

87.  Ruben Talamantez;
88.  Misty Snitzer;
89.  Cheyene Bacon-Meriweather;
90.  Luke Adam;
91.  Joanne Rusconi;
92.  Susie LaPorte;
93.  Mitchell LaPorte;
94.  Logan LaPorte;
95.  Dawn Beauchamp;
96.  Brad Beauchamp;
97.  Danyale Petterson;
98.  Sheldon Mack;
99.  Kimberlee Peoples;
100. Michael Goodnight
101. Patricia Murillo
102. Andrew Dahring
103. Nancy Dahring
104. Rachel Roach
105. Steven Resnick
106. Brenda Resnick
107. Bradley Resnick
108. Parisse Villalobos
109. Lisa Villalobos
110. Don Villalobos
111. Dillon Villalobos
112. Moses Villalobos
113. Tamara Sheehan
114. Alexis Cady
115. Matthew Cady
116. Tayler Brunner
117. Reighlynn Parsley
118. Tanya McClain
119. Michael McClain
120. Sara Ramirez
121. Stephanie Whealon
122. Bret Ivey



716 S. Jones Blvd.
Las Vegas, NV 89107

P 702.333.1111
F 702.507.0092

bighornlaw.com

January 30, 2018

**VIA CERTIFIED U.S. MAIL ONLY**
MGM Grand Las Vegas
Risk Management
3799 S. Las Vegas Blvd
Las Vegas, NV 89109

**Re:    *Estate of James Sonny Melton v. MGM, et al.***

| | |
|---|---|
| My Client: | Heather Melton, the Estate of James Sonny Melton |
| DOL: | October 1, 2017 |
| Claim No.: | Please Provide |

Dear Sir or Madam:

Please be advised that I have been retained to represent Ms. Heather Melton, the Administrator of the Estate of James Sonny Melton with regard to his wrongful death as a result of the events that took place on October 1, 2017 while James and Heather were visiting the Route 91 Festival in Las Vegas, Nevada.    Please be advised that I also represent Mrs. Heather Melton for her own individual claims as a result of this event.

Please allow this letter to notify MGM Properties and/or Live Nation of their affirmative obligation to appropriately preserve and retain any information that may be relevant to the above referenced matter. The potentially relevant information is expected to include documents and/or electronically stored information (ESI) as defined by the Nevada Rules of Civil Procedure. The laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner that they apply to other evidence. Due to its format, electronic information is easily deleted, modified or corrupted. Accordingly, MGM Properties and Live Nation must take every reasonable step to preserve this information until the final resolution of this matter.

We therefore demand that you, including third parties and past employees, preserve and do not delete, discard, or otherwise destroy original and all copies of documents, ESI or tangible materials. This includes computers and devices in your possession, under the control of your company, your employees or agents. Furthermore, MGM Properties and Live Nation has the obligation to discontinue all data destruction and backup tape recycling policies; preserve and not dispose of relevant hardware unless an exact replica of the file (a mirror image) is made; preserve and not destroy passwords, decryption procedures (and accompany software), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction

software; and maintain all other pertinent information and tools needed to access, review, and reconstruct necessary to access, view, and/or reconstruct all requested or potentially relevant electronic data. If any items covered above are not in your possession or control, please notify the current custodian of their duty to preserve the information.

Although it is your responsibility to identify and appropriately preserve and retain all relevant information, we have specifically identified these items, among others, as having a particularized likelihood of containing discoverable information about the wrongful death of Mr. Melton and the injuries sustained by Ms. Melton while they were guests at the Route 91 Festival in Las Vegas, Nevada. This list includes, but is not limited to:

1. Any and all contracts and/or agreements and/or vendor arrangements relating to the Route 91 Festival;
2. Any and all photographs pertaining to the Route 91 Festival;
3. Any and all advertisements pertaining to the Route 91 Festival, to include written, photographed, audio, or visual advertisements;
4. Any and all advertisement campaigns from October 1, 2016 – Present;
5. Any and all surveillance videos pertaining to the Mandalay Bay Hotel & Casino, the Delano Hotel, the MGM grounds for the Route 91 Festival, and any other surveillance footage pertinent for this matter;
6. Any and all employment files pertaining to those employees employed by MGM Properties. and/or Mandalay Bay Hotel & Casino, and/or Live Nation from October 1, 2007 – Present;
7. Any and all photographs taken at the Route 91 Festival;
8. Any and all incident reports, memorandum, and/or other writings related to the Route 91 Festival;

Appropriate preservation and retention of electronic information requires that the information be stored in the state and format that it currently exists. Copying or other manipulation could modify relevant information potentially resulting in evidence spoliation. For computers and other devices (including portable and home systems) identified you need to act to prevent modification, destruction or concealment of ESI due to deleting files, overwriting files, using data shredding and erasure applications, defragmenting, reimaging, encrypting, compressing or physical damage. Data may need to be preserved by immediate acquisition, authentication and preservation of data (forensically qualified image). Be advised that the data not acquired in a forensically qualified method may be challenged. Simply booting a drive, examining its contents or running any application will irretrievably alter the evidence it contains and may constitute unlawful spoliation of evidence. Please suspend any policies or protocols that may lead to any destruction of ESI. Notify any and all employees in possession of discoverable material. Disregarding these obligations may be considered spoliation of evidence.

For each piece of media that MGM Properties and/or Live Nation maintains, MGM Properties and/or Live Nation must document a complete chain of custody. A proper chain of custody will ensure that no material changes, alterations or modifications were made while the evidence was handled. Chain of custody documentation must indicate where the media has been, whose possession it has been in, and the reason for that possession.

2

Compliance with MGM Properties and/or Live Nation's preservation obligations includes forwarding a copy of this letter to all individuals or organizations that are responsible for any of the items referred to in this letter.

If this correspondence is in any respect unclear, please call me immediately.

Kind regards,

**BIGHORN LAW, LLC**



Jacqueline R. Bretell, Esq.

JRB/ja

3

**BROCK OHLSON**
**INJURY LAWYERS**
6060 ELTON AVENUE
LAS VEGAS, NV 89107
702.982.0055 PHONE
702.982.0150 FAX

BROCK OHLSON, ESQ. [ΔΩ∞]
IAN MCMENEMY, ESQ. [Δ]

[Δ]ADMITTED IN NEVADA
[Ω]ADMITTED IN CALIFORNIA
[∞]ADMITTED IN ARIZONA

July 12, 2018

VIA Electronic Mail: Michael.Doyen@mto.com

Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426

RE:   Las Vegas Shooting Litigation; Notice of Representation of Clients to MGM Resorts
      International, Inc., Mandalay Corporation, and All Related Entities

To Whom It May Concern:

I represent Kristin Munding in connection with the October 1st incident.  Please direct all furure corerspondence or commuication to my office.

It should go without saying, all evidence must be preserved.  Any destruction of any evidence will be viewed as spoliation of the same.

It is anticipated the combined claims will become the subject of a multi-claimant resolution process.  Please advise as to all particulars once the process of determining a particular claims value commences.

Effective immediately MGM Resorts International, Inc., Mandalay Corporation, or any of their affiliated entities, should not contact my clients by mail (postal or electronic), phone, or otherwise.

Thank you for your anticipated cooperation in this matter.

Best regards,

Brock Ohlson

BKO/ms

# BOWEN LAW OFFICES

### Attorneys & Counselors At Law

From the desk of: Jerome R. Bowen

**BOWEN LAW OFFICES**
9960 West Cheyenne Avenue., STE. 250
LAS VEGAS, NEVADA  89129
Twilcox@lvlawfirm.com

TELEPHONE
(702) 240-5191

FACSIMILE
(702) 240-5797

November 14, 2017

The Mirage Hotel and Casino
Director of Security
3400 Las Vegas Blvd S.
Las Vegas, Nevada 89109
Phone: (702) 791-7111

Via: U.S. MAIL, U.S. CERTIFIED MAIL

|  |  |  |  |
|---|---|---|---|
| RE: | Date of Incident | : | **October1, 2017** |
|  | Our Client | : | **Cynthia O'Connor** |

To Whom it May Concern:

Please be advised that the undersigned now represents Cynthia O'Connor regarding her personal injury incident that occurred on October 1, 2017.

The purpose of this letter is to put you on notice not to destroy, conceal, or alter any, video footage, photos and other electronic data generated by The Mirage Hotel and Casino, or any other electronic data, such as email or voice mail. As you know, this duty extends to your agents and employees as well. As Ms. O'Connor previously notified you of this incident immediately after it occurred, your duty  to preserve stemmed from that time. It is imperative that you immediately advise all applicable individuals involved with The Mirage Hotel and Casino to again preserve all evidence relating to the claim in the above-referenced case. The failure to comply with this notice may result in severe sanctions being imposed by a court of law. Notwithstanding this notice, The Mirage Hotel and Casino has legal obligations to maintain and preserve said video footage, photos and other electronic data from the time they were on notice of the potential claim on October 1, 2017. Thus, Ms. O'Connor does not waive any legal remedies by providing this notice if The Mirage Hotel and Casino has failed in these legal obligations.

During the discovery process of litigation, Ms. O'Connor expects to obtain video footage, photos and other electronic data, among other things. To avoid spoilation, The Mirage Hotel and Casino must preserve the video footage, photos and other electronic data requested on the original media. We may also ask for certain data on all storage mediums and backup mediums used by The Mirage Hotel and Casino.

All video footage, photos and other electronic data in your client's possession will be subject to Ms. O'Connor's discovery requests and your obligated to maintain and not alter or destroy such data and media. Such data and media includes, but is not limited to, all video footage, photos and other electronic data and or backup media. More specifically, you must preserve all video surveillance, whether internally or externally;

Accordingly, you should:

1.      Suspend destruction and rotation practices relating to all document and electronic data, including backup tapes;

2.      Preserve all documents and electronic data relevant to the allegations in this case, including but not limited to, video surveillance, incident reports and any other communications with customers, clients, employees, other defendants, and any other third party and all related entities.

I strongly suggest that you also advise all employees who have access to any of the items encompassed within this letter of their duty to preserve evidence and instruct them to refrain from destroying or tampering with any of these items. Please note that there is no specific limit on the time frame applicable to this request. Accordingly, please advise these individuals not to destroy or permit the destruction of any of the aforementioned items, even if they may believe them to fall outside what they perceive to be a relevant time frame.

Lastly, it is imperative that if any document or other information that is relevant or potentially relevant to lead to discoverable information in this case has been or is altered or in any way diminished or destroyed, that you notify us immediately. This notice is necessary to ensure the timely attempt to preserver or forensically retrieve the information and to prevent or mitigate the prejudicial destruction of evidence.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

Best regards,

BOWEN LAW OFFICES

Jerome R. Bowen, Esq.

JRB/mh



# THE STERLING FIRM

9031 PHYLLIS AVENUE, SUITE 1
WEST HOLLYWOOD CA 90069
TELEPHONE: (310) 498-2750 • FAX: (310) 734-7302 • EMAIL: INFO@THESTERLINGFIRM.COM

November 25, 2017

**VIA USPS CERTIFIED MAIL RETURN RECEIPT : 9414 8108 9876 5001 7248 78**

MGM RESORTS INTERNATIONAL
3600 S Las Vegas Blvd
Bellagio Hotel & Casino
Las Vegas, NV 89109
Telephone: 866-761-7111

RE:   Notice of Representation
      **Our Client: Joseph Pace**
      **Date of Incident: 10/01/2017**
      **Spoliation Notice: Formal Demand to Produce and Preserve Evidence**

Dear Sir or Madam:

This office has been retained by **Mr. Joseph Pace** to provide legal representation in his claims for personal injury compensation resulting from the **the Las Vegas shooting that occurred on or about October 1, 2017**. Please direct all correspondence concerning this matter to this office.

**Please provide all relevant documents which pertains to the above incident, including any and all police reports, statements, and other documents.**

Upon your cooperation, this matter can be resolved without requiring the assistance of the Court. In order to facilitate a resolution, please provide this office with your applicable insurance policy and carrier providing coverage for the incident. If you do not cooperate, we are prepared to file a formal Complaint with the Court. If you have legal counsel, please provide this office with their contact information so that we may correspond accordingly.

This letter also constitutes our Formal Demand that you take any and all steps necessary to produce and preserve any and all evidence concerning the above referenced incident.

Such evidence includes, but is not limited to, the following:

1. Any and all security video, surveillance video, incident reports, statements and reports, police reports, 911 tapes, and/or call logs, which relate to, or which reflect in any manner, any part or portion of the above referenced incident;

2. Any and all incident reports, accident reports, investigation reports and/or witness statements, which relate to, or which reflect in any manner, any part or portion of the above referenced incident;

3. Any and all photographs or video footage, which relate to, or which reflect in any manner, any part or portion of the above referenced incident;

4. Any and all items of tangible evidence or documents of any kind, i.e. reports, statements, evaluations, assessments, inter alia, which reflect in any manner, any part or portion of the above referenced incident.



The Sterling Firm
Page 2

Take notice that under California and other state law, unless justified by you, any intentional or negligent destruction, concealment, alteration or failure to preserve any relevant documents, data, information or evidence, reasonably known of when eliminated, will be subject to sanctions. Intentional, grossly negligent or culpable conduct such as destroying or preventing the use of evidence may result in exemplary or punitive sanctions in order to adequately compensate our client.

Please note that California Civil Jury Instruction (CACI) 204, entitled "Willful Suppression of Evidence," informs the jury: "You may consider whether one party intentionally concealed or destroyed evidence. If you decide that a party did so, you may decide that the evidence would have been unfavorable to that party."

Should you have any questions, please do not hesitate to contact our office at phone number (310) 498-2750.

Sincerely,
THE STERLING FIRM, A PROFESSIONAL LAW CORPORATION

*Justin Sterling*

Justin Sterling, Esq.

Enclosures: Insurance Information Form to be Returned, Proof of Service



The Sterling Firm
Page 3

## INSURANCE INFORMATION FORM TO BE RETURNED

Please provide the following information and return as soon as possible:

Name of Your Insurance Carrier: _____

Address of Insurance Carrier: _____

Your Insurance Coverage Policy Number: _____

Identify the Coverage Limits: _____

Dates of Coverage and Expiration: _____

Identify whether the Coverage includes MedPay: _____

Your Name and Title: _____

Signature: _____

The Sterling Firm
Page 4

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
         ) ss
COUNTY OF LOS ANGELES  )

   I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 9031 Phyllis Avenue, Suite 1, West Hollywood, CA 90069.

   On November 9, 2017, I served the foregoing documents described: **NOTICE OF REPRESENTATION AND SPOLIATION NOTICE (Notice to Preserve Evidence)** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

MGM RESORTS INTERNATIONAL
3600 S Las Vegas Blvd
Bellagio Hotel & Casino
Las Vegas, NV 89109
Telephone: 866-761-7111

  __X___ (BY MAIL - CERTIFIED RETURN RECEIPT) I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

  _____ (BY ELECTRONIC MAIL) I caused such to be transmitted to the email address indicated above.

  __X___ (BY FIRM PRACTICE) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

  _____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the office of the addressee.

  _____ (BY FACSIMILE) I caused all of the pages of the above entitled documents to be sent to recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above.

  __X__ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  _____ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

  Executed on the 25th day of November 2017 at Los Angeles, California.

*Justin Sterling*

_____

Justin Sterling, Esq.

LAW OFFICES OF

# MANSELL & MANSELL

A PROFESSIONAL CORPORATION

1645 North Vine Street, Suite 306
Los Angeles, California 90028-8805

Telephone: (323) 466-4900
Facsimile: (323) 466-4999

October 30, 2017

MGM Resorts International
3600 South Las Vegas Boulevard
Bellagio Hotel & Casino
Las Vegas, NV 89109

Mandalay Bay Hotel
3950 South Las Vegas Boulevard
Las Vegas, NV 89119

RE:    Our Client:    Collin Parker, on behalf of his daughter, Rachael Parker, Deceased
       Incident of    October 1, 2017

Dear Sir or Madam:

Please be advised our office has been retained by Collin Parker to bring a wrongful death lawsuit
against you and others for the death of his daughter, Rachael Parker, who died as a result of injuries
sustained in the October 1, 2017, massacre.  If you carry liability insurance to cover such claims,
please forward this letter to your insurance carrier and have it contact the undersigned immediately.
If you are self-insured for this incident, please have your representative contact this office.

We hereby request the PRESERVATION and PRODUCTION of any and all salient evidence,
including but not limited to all reports, products, items, materials, evidence, photographs and video-
tape pertaining to the massacre and investigation thereof.  Any loss, tampering, destruction, alteration
or other spoliation of said evidence without the written consent of my office will constitute spoliation
of evidence for which claimant will seek appropriate relief.

Sincerely,

MANSELL & MANSELL, A.P.C.

ROBERT MANSELL
RM:sr



**JOSHUAMAURER.COM**
**1604 WEST DEAN**
**SPOKANE, WASHINGTON 99201**

**MAURER**
LAW

*Belinda | Bob*

*Emailed to MRIassistance*

*on 11/29.*

*✓Lestee*

11/06/2017

Mandalay Bay
3950 S Las Vegas Blvd
Las Vegas, NV 89119

RE:    My Client:            Estate of Rachael Parker
       Date of Incident:     October 1, 2017

To whom it may concern,

This letter is to formally advise you that we have been retained by the Estate of Rachael Parker regarding the above-referenced accident.  Please direct any and all future correspondence involving our client to this office.

Please note the following:

1.      If you have obtained any statements (whether written, recorded, or otherwise) please forward a copy of the same to this office.

2.      Please forward any photographs or video footage you have of my client.

We are currently investigating and developing this claim.  As per above, please direct all future communications to our office.

Sincerely,

*Miranda Goodey*
Miranda Goodey

# NURENBERG □ PARIS

—— NURENBERG PARIS HELLER & McCARTHY ——

A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

November 16, 2017

<u>SENT VIA CERTIFIED</u>
<u>AND REGULAR U.S. MAIL</u>

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

RE:   My Client:          Celina Phem
      Date of Injury:       October 1, 2017
      Location of Incident:  Mandalay Bay, Las Vegas, NV
      Your Client:         MGM Resorts International
      My File No.:         80533

Dear Sir/Madam:

Please be advised that this office has been retained to represent Celina Phem for personal injuries sustained as the result of the incident which occurred on October 1, 2017.

Kindly contact me upon receipt of this letter.

Very truly yours,

Jordan D. Lebovitz

JDL/ep



## NAGEL RICE, LLP

### COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS◊
LORI I. MAYER◊
RANDEE M. MATLOFF
ANDREW L. O'CONNOR
GREG M. KOHN◊

HARRY A. MARGOLIS
(1928-2002)

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465
**PLEASE REPLY TO**
**ROSELAND OFFICE**

OF COUNSEL
CARLETON R. KEMPH◊

SUSAN F. CONNORS
BRADLEY L. RICE◊
ANDREW I. PEPPER
MICHAEL J. PARAGANO◊
ZACHARY A. GOLDMAN◊

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
◊MEMBER OF NJ & NY BARS

April 11, 2018

**<u>VIA Electronic Mail</u>**
Mr. Michael R. Doyen
Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
Michael.Doyen@mto.com

RE:  Las Vegas Shooting Litigation; Notice of Representation of
Clients to MGM Resorts International, Inc., Mandalay
Corporation, and All Related Entities

Dear Mr. Doyen:

Please be advised my office represents Matthew and Laura Rich,
John Larsen, and Robin McCormick.  As counselors for the claimants
listed above, we request that all future correspondence or
communications be directed to our attention.

Effective immediately MGM Resorts International, Inc.,
Mandalay Corporation, or any of their affiliated entities, should
not contact our clients by mail (postal or electronic), phone, or
otherwise.  Thank you for your anticipated cooperation in this
matter.

Very truly yours,

s/ *Greg M. Kohn*

GREG M. KOHN

# NURENBERG □ PARIS

—— NURENBERG PARIS HELLER & McCARTHY ——

A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

November 16, 2017

SENT VIA CERTIFIED
AND REGULAR U.S. MAIL

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

RE:   My Client:          Nicole Sandekian
      Date of Injury:     October 1, 2017
      Location of Incident:  Mandalay Bay, Las Vegas, NV
      Your Client:        MGM Resorts International
      My File No.:        80509

Dear Sir/Madam:

Please be advised that this office has been retained to represent Nicole Sandekian for personal injuries sustained as the result of the incident which occurred on October 1, 2017.

Kindly contact me upon receipt of this letter.

Very truly yours,

Jordan D. Lebovitz

JDL/ep



600 Superior Ave E ■ Suite 1200 ■ Cleveland, Ohio 44114 ■ T. 216-621-2300 / 800-562-7438 ■ F. 216-771-2242 ■ www.NPHM.com



# NAPOLIN LAW FIRM, INC.

October 23, 2017

**Sent Via Fax  & U.S. Mail**

MGM Resorts International
3600 S. Las Vegas Blvd.
Las Vegas, Nevada 89109

Attn:  Security Department Manager

### NOTICE TO PRESERVE ELECTRONIC EVIDENCE – VIDEO SURVEILLANCE AND AUDIO RECORDINGS

**RE:     Class Action Lawsuit (Los Angeles Superior Court Case No. BC680065)**

Dear Security Department:

My office has been engaged to represent multiple Plaintiffs for claims of personal injury against you arising out of the mass shooting that occurred on October 1, 2017 at the Mandalay Bay and the Las Vegas Village concert venue.

This letter requests your immediate action to preserve electronically-stored information. Specifically, **VIDEO FOOTAGE AND AUDIO RECORDINGS**, which may contain important evidence regarding the above-referenced legal matter.

This Notice applies to the **video surveillance cameras** used to monitor the interior and exterior of the Mandalay Bay Hotel and Casino as well as the Las Vegas Village concert venue.  This Notice further applies to archives, backup and disaster recovery tapes, discs, drives, cartridges and data.

Please provide a copy of the video and audio recordings for September 25, 2017 through October 2, 2017.  Please also provide a copy of any incident report, and any other evidence pertinent to the incident.

My office will pay all reasonable and customary costs and fees for such preservation request.  Please inform me at your earliest convenience so that payment can be made.

Very truly yours,
**NAPOLIN LAW FIRM, INC.**

Alexander D. Napolin, Esq.

# NURENBERG □ PARIS
—— NURENBERG PARIS HELLER & McCARTHY ——
A Legal Professional Association

Jordan D. Lebovitz, Esq.
(216) 694-5257
jordanlebovitz@nphm.com

February 23, 2018

SENT VIA CERTIFIED
AND REGULAR U.S. MAIL

MGM Resorts International
c\o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

RE:   My Client:              Jennifer Sylvester
      Date of Injury:         October 1, 2017
      Location of Incident:   Mandalay Bay, Las Vegas, NV
      Your Client:            MGM Resorts International
      My File No.:            80688

Dear Sir/Madam:

Please be advised that this office has been retained to represent Jennifer Sylvester for personal injuries sustained as the result of the incident which occurred on October 1, 2017.

Kindly contact me upon receipt of this letter.

Very truly yours,

Jordan D. Lebovitz

JDL/ep



**The Law Office of Karen H. Ross**

**Karen H. Ross**\* karenross@khrlawgroup.com

2275 Corporate Circle, Suite 160  Henderson, NV 89074 · | T 702.485.4152 · | F 702.485.4125 | www.lawofficeofkarenhross.com

November 16, 2017

**<u>Via Certified Mail Return Receipt Requested</u>**

Mandalay Corp.
c/o CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, Nevada 89119
*Registered Agent*

    RE:  ***Preservation Letter—Mandalay Bay Hotel and Casino***
         ***Date of Loss:  October 1, 2017***

To Whom It May Concern:

  This firm has been retained to represent the interests of Christina Thebeau ("Ms. Thebeau") in connection with an incident that took place on October 1, 2017 while Ms. Thebeau was attending the Route 91 Harvest Music Festival located at 3901 South Las Vegas Boulevard, Las Vegas, Nevada 89119 ("Incident").

  Please allow this letter to formally serve as notice to immediately protect and preserve all existing documents, data and other evidence relevant to this claim, including, without limitation: surveillance records, maintenance records, photographs, incident reports, videos, work orders, witness statements, construction records, safety violations, property inspection records, injunctions, investigation records, notes, memoranda, and/or communications having any relationship to the above referenced Incident. Please instruct everyone with access to said records to suspend deletion, overwriting, or any other possible destruction of relevant electronic documents and data.

  Please note that the duty to preserve any and all relevant evidence is broad and that this notice shall not be narrowly construed.  Please feel free to contact our office upon receipt of this letter.

           Sincerely,

           THE LAW OFFICE OF KAREN H. ROSS

           Karen H. Ross, Esq.



\*Also admitted in the District of Columbia

## SCHULTZ & ASSOCIATES, L.L.P.

**Attorneys at Law**

**A Registered Limited Liability Partnership**
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005-1221

ROBERT SCHULTZ
Admitted in Missouri
Licensed U.S. Patent & Trademark Office
rschultz@sl-lawyers.com

Telephone (636) 537-4645
(888) 537-4645
Facsimile: (636) 537-2599
www.sl-lawyers.com

February 19, 2018

Mr. John M. McManus
Executive Vice President and General Counsel
MGM Resorts International
3600 Las Vegas Boulevard South
Las Vegas, Nevada 89109

Dear Mr. McManus:

I represent two customers (Elana Williams and Anthony Williams) of your firm's Mandalay Bay hotel who were present and checked in hotel guests on October 1, 2017. Their room was on the 5th Floor of Mandalay Bay and their confirmation number was #771645771. Both of my clients were traumatized and upset from the shooting, the panic, their separation, and the inability of the mother (Elana Williams) to return to her room where her son (Anthony Williams) had managed to escape.

My clients have been approached by lawyers to file another lawsuit against your company. Elana Williams, the mother, came to see me and we thought it might be more convenient for you if we approached you through a letter rather than lawsuit.

My clients are willing to forego and waive any claim against Mandalay Bay, MGM Resorts International, Live Nation Entertainment Inc., and any of their employees or officials in exchange for a total payment of $15,000.00.

I hope we can resolve this matter quickly for your firm and for my clients.

Thank you for your courtesy.

Sincerely,

Robert Schultz

RS/jk



# EGLET PRINCE

September 19, 2018

Camelot Steakhouse
Excalibur Hotel
3850 S. Las Vegas Blvd.
Las Vegas, NV 89109

**Re:**    Our Client:    Flossie Wilson
           Our Case No.:  249475
           Date of Loss:  October 1, 2017

Dear Sir or Madam:

Please be advised that this firm has been retained to represent the interests of Flossie Wilson for injuries sustained from the Mandalay Bay, 1 October shooting.

It is our understanding that our client is or was employed by your company at the time of this incident.   At this time, we request that you complete the attached form, and return to us as soon as possible. Please return all correspondence and documents to my attention at:

400 South 7th Street
Fourth Floor
Las Vegas, NV 89101

In addition to the Wage Loss Verification Form, please find our client's signed authorization permitting the release of the requested information. Should you have any questions, please do not hesitate to call my assistant, Shannon at (702) 450-5400.  Thank you in advance for you anticipated cooperation.

Sincerely,

EGLET PRINCE

Shannon Johnson, Legal Assistant to
Robert M. Adams, Esq.

RMA:sj

4th Floor, 400 South 7th Street, Las Vegas, Nevada 89101
(702) 450-5400   Fax (702) 450-5451   www.egletlaw.com
Tax I.D. # 46-2057340

## EMPLOYMENT VERIFICATION

1.  **EMPLOYEE:  Flossie Wilson**

2.  **SOCIAL SECURITY NO.: 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**

3.  **DATE OF ACCIDENT:   October 1, 2017**

4.  **DATES OF EMPLOYMENT:** *from:*_____ *to:* _____

5.  **POSITION AND DUTIES:**_____

6.  **NUMBER OF HOURS WORKED** *per week (including overtime) prior to accident:*
    _____

7.  **RATE OF PAY** *including average tips, commissions & bonuses prior to accident:*
    _____ $ _____ *per (hour, day, week, etc.)*_____

8.  **TIME LOST** *due to accident (indicate dates and hours absent):*_____
    _____

9.  **WORK LIMITATIONS** *of employee after return to work:*_____
    _____

10.  **EMPLOYEE PERMANENTLY REPLACED** *because of absence:* Yes_____ No_____

*(COMPANY STAMP)*

*Date:*_____

*Company:*_____

*Signed:*_____

*Title:*_____

# Authorization for Release of Protected Health Information (PHI)

| Section A: This section must be completed for all Authorizations | | |
|---|---|---|
| **Patient Name:** Flossie Wilson | **Birth Date:** 7/26/1955 | **Social Security No.** *(optional):* 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 |
| **Provider's/Health Plan's Name:** Camelot Steakhouse Excalibur | **Recipient's Name:** Eglet Prince — Trial Attorneys | |
| **Provider's/Health Plan's Address:** 3850 Las Vegas Blvd. Las Vegas NV 89109 | **Address 1:** 4TH FLOOR, 400 SOUTH 7TH STREET | |
| | **Address 2:** | |
| | **City:** LAS VEGAS | **State:** NV  **Zip:** 89101 |

This authorization will expire on the following: (Fill in the Date or the Event but not both. If left blank, then this consent will automatically expire one year from the date signed. This consent may be revoked upon request at which time it will no longer serve any other future request.  Date: _____   Event:  Conclusion of Case

| Description of Information to be used or disclosed | | | | | |
|---|---|---|---|---|---|
| **Description:** | Date(s) | **Description:** | Date(s) | **Description:** | Date(s) |
| ☐ All PHI in medical record | | ☐ SCAN record | | ☐ Abstract: | 10/1/17 to present |
| ☐ Dictation reports | | ☐ Cardiac studies | | ☒ Other: employment | |
| ☐ Physician orders | | ☐ Progress notes | | ☐ Other: | |
| ☐ Imaging/Radiology | | ☐ Nursing notes | | ☐ Itemized Bill: | |
| ☐ Laboratory reports | | ☐ Transfer forms | | | |
| ☐ Medication Sheets | | ☐ ER Information | | | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results, STDs or AIDS information. _____ (Initial) . If not applicable please check here ☐

I understand that:  I understand that this executed authorization will release protected and sensitive health information.
    I may refuse to sign this authorization and that it is strictly voluntary.
    My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
    I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
    If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
    I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
I get a copy of this form after I sign it.

| Section B: Is the request of PHI for the purpose of marketing? |
|---|
| If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C. |

| Will the recipient receive financial or in-kind compensation in exchange for using or disclosing this information?  ☐ Yes  ☒ No |
|---|
| If yes, describe: |

| What is the purpose of this use or disclosure?    litigation |
|---|

| Section C: Signatures |
|---|
| I have read the above and authorize the disclosure of the protected health information as stated. |

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *(signed) Flossie Wilson* | **Date:** 9/19/18 |
|---|---|
| Print Name of Patient/Plan Member's Representative: | **Relationship to Patient/Plan Member:** self |

REV. 11/10/2004

# EGLET PRINCE

4th Floor, 400 South 7th Street
Las Vegas, Nevada 89101

Telephone: (702) 450-5400
Facsimile: (702) 450-5451

## RECORDS AUTHORIZATION

### TO WHOM IT MAY CONCERN:

The Undersigned, _Flossie Wilson_, hereby authorizes and directs all doctors, chiropractors, hospitals, clinics, physical therapy centers, employers, government agencies and all other persons or entities to make available to EGLET PRINCE, its assigns or representatives, for examination and/or copying, all records, including billing, relating to the medical condition and treatment and/or employment of the undersigned.

These records include, but are not limited to, copies of diagnoses, physicians notes/orders, records of treatment, reports, charts, police reports, photographs, films, x-rays, MRI's, employment records, personnel files, documents reflecting leaves, absences, terminations or other disciplinary actions and payroll records.

These records are to be used for the evaluation and possible pursuit of a claim for the undersigned. This Authorization is to remain valid until the conclusion of the aforementioned claim.

I understand and acknowledge that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient, EGLET PRINCE, and may no longer be protected by the Health Information Privacy and Accountability Act (HIPAA).

I further fully understand my right to revoke this Authorization, in writing, except to the extent that action has been taken in reliance upon this Authorization.

A photocopy of this Authorization shall be valid.

By presentation of this Authorization, all previous Authorizations are revoked.

This authorization expires on _Settlement_

Treatment and payment may not be conditioned on obtaining this authorization.

X _Flossie Wilson_

Date _9/19/18_



# EGLET PRINCE

September 19, 2018

Camelot Steakhouse
Excalibur Hotel
3850 S. Las Vegas Blvd.
Las Vegas, NV 89109

**Re:**      Our Client:      Wayne Wilson
             Our Case No.:   249474
             Date of Loss:   October 1, 2017

Dear Sir or Madam:

Please be advised that this firm has been retained to represent the interests of Wayne Wilson for injuries sustained from the Mandalay Bay, 1 October shooting.

It is our understanding that our client is or was employed by your company at the time of this incident.   At this time, we request that you complete the attached form, and return to us as soon as possible. Please return all correspondence and documents to my attention at:

400 South 7th Street
Fourth Floor
Las Vegas, NV 89101

In addition to the Wage Loss Verification Form, please find our client's signed authorization permitting the release of the requested information. Should you have any questions, please do not hesitate to call my assistant, Shannon at (702) 450-5400.  Thank you in advance for you anticipated cooperation.

Sincerely,

**EGLET PRINCE**

Shannon Johnson, Legal Assistant to
Robert M. Adams, Esq.

RMA:sj

## <u>EMPLOYMENT VERIFICATION</u>

1.    **EMPLOYEE: Wayne Wilson**

**2.**    **SOCIAL SECURITY NO.: 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**

3.    **DATE OF ACCIDENT:   October 1, 2017**

4.    **DATES OF EMPLOYMENT:** *from:* _____ *to:* _____

5.    **POSITION AND DUTIES:** _____

6.    **NUMBER OF HOURS WORKED** *per week (including overtime) prior to accident*:

    _____

7.    **RATE OF PAY** *including average tips, commissions & bonuses prior to accident*:

    _____ $ _____ *per (hour, day, week, etc.)*_____

8.    **TIME LOST** *due to accident (indicate dates and hours absent)*:_____

    _____

9.    **WORK LIMITATIONS** *of employee after return to work*:_____

    _____

10.    **EMPLOYEE PERMANENTLY REPLACED** *because of absence*: Yes_____ No_____

*(COMPANY STAMP)*               *Date:*_____

                                        *Company:*_____

                                        *Signed:*_____

                                        *Title:*_____



# EGLET ✦ PRINCE

4th Floor, 400 South 7th Street
Las Vegas, Nevada 89101

Telephone: (702) 450-5400
Facsimile: (702) 450-5451

## RECORDS AUTHORIZATION

### TO WHOM IT MAY CONCERN:

The Undersigned, _Wayne Wilson_, hereby authorizes and directs all doctors, chiropractors, hospitals, clinics, physical therapy centers, employers, government agencies and all other persons or entities to make available to **EGLET PRINCE**, its assigns or representatives, for examination and/or copying, all records, including billing, relating to the medical condition and treatment and/or employment of the undersigned.

These records include, but are not limited to, copies of diagnoses, physicians notes/orders, records of treatment, reports, charts, police reports, photographs, films, x-rays, MRI's, employment records, personnel files, documents reflecting leaves, absences, terminations or other disciplinary actions and payroll records.

These records are to be used for the evaluation and possible pursuit of a claim for the undersigned. This Authorization is to remain valid until the conclusion of the aforementioned claim.

I understand and acknowledge that information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient, **EGLET PRINCE**, and may no longer be protected by the Health Information Privacy and Accountability Act (HIPAA).

I further fully understand my right to revoke this Authorization, in writing, except to the extent that action has been taken in reliance upon this Authorization.

A photocopy of this Authorization shall be valid.

By presentation of this Authorization, all previous Authorizations are revoked.

This authorization expires on _Settlement_.

Treatment and payment may not be conditioned on obtaining this authorization.

X _____

Date _9/19/18_

State of Nevada   )
County of Clark   )

Subscribed and sworn to before me

_____
Notary Public
My commission expires: _____.

WHYTNEE MIZE, NOTARY PUBLIC
CLARK COUNTY, STATE OF NEVADA
MY COMMISSION EXPIRES: 08-19-18
CERTIFICATE NO: 14-15040-1

# Authorization for Release of Protected Health Information (PHI)

**Section A: This section must be completed for all Authorizations**

| | |
|---|---|
| Patient Name: *Wayne Wilson* | Birth Date: *8/11/1968*  Social Security No. *(optional):* *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* |
| Provider's/Health Plan's Name: *Excalibor-Camelot Steakhouse* | Recipient's Name: **Eglet Prince** Trial Attorneys |
| Provider's/Health Plan's Address: *3850 Las Vegas Blvd. Las Vegas NV 89109* | Address 1: 4TH FLOOR, 400 SOUTH 7TH STREET |
| | Address 2: |
| | City: LAS VEGAS   State: NV   Zip: 89101 |

This authorization will expire on the following: (Fill in the Date or the Event but not both. If left blank, then this consent will automatically expire one year from the date signed. This consent may be revoked upon request at which time it will no longer serve any other future request.  Date: _____  Event: Conclusion of Case

**Description of information to be used or disclosed**

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ SCAN record | | ☐ Abstract: | |
| ☐ Dictation reports | | ☐ Cardiac studies | | ☒ Other: *Employment* | *10/1/17* |
| ☐ Physician orders | | ☐ Progress notes | | ☐ Other: | *to* |
| ☐ Imaging/Radiology | | ☐ Nursing notes | | ☐ Itemized Bill: | *present* |
| ☐ Laboratory reports | | ☐ Transfer forms | | | |
| ☐ Medication Sheets | | ☐ ER Information | | | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results, STDs or AIDS information. _____ (Initial) . If not applicable please check here ☒

I understand that: I understand that this executed authorization will release protected and sensitive health information.

    I may refuse to sign this authorization and that it is strictly voluntary.

    My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

    I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.

    If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.

    I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it. I get a copy of this form after I sign it.

**Section B: Is the request of PHI for the purpose of marketing?**

If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.

Will the recipient receive financial or in-kind compensation in exchange for using or disclosing this information?  ☐ Yes  ☒ No

    If yes, describe:

What is the purpose of this use or disclosure? *litigation*

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Plan Member/Guardian/Patient/Plan Member Representative: *X [signature]* | Date: *9/19/18* |
|---|---|
| Print Name of Patient/Plan Member's Representative: | Relationship to Patient/Plan Member: *Self* |

REV. 11/10/2004