1  JAMES J. PISANELLI (Nevada Bar No. 4027)
   JJP@pisanellibice.com
2  TODD L. BICE (Nevada Bar No. 4534)
   TLB@pisanellibice.com
3  DEBRA L. SPINELLI (Nevada Bar No. 9695)
   DLS@pisanellibice.com
4  PISANELLI BICE
   400 South 7th Street, Suite 300
5  Las Vegas, NV 89101
   Tel: 702.214.2100
6
   BRAD D. BRIAN (*Pro Hac Vice Forthcoming*)
7  brad.brian@mto.com
   MICHAEL R. DOYEN (*Pro Hac Vice Forthcoming*)
8  michael.doyen@mto.com
   BETHANY W. KRISTOVICH (*Pro Hac Vice Forthcoming*)
9  bethany.kristovich@mto.com
   MUNGER, TOLLES & OLSON LLP
10 350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071-3426
11 Tel: 213.683.9100

12 E. STRATTON HORRES, JR. (*Pro Hac Vice Forthcoming*)
   Stratton.Horres@wilsonelser.com
13 KAREN L. BASHOR (Nevada Bar No. 11913)
   Karen.Bashor@wilsonelser.com
14 WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
15 Las Vegas, Nevada 89101-6014
   Tel: 702.727.1400
16
   Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT
17 GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC,
   and MGM RESORTS VENUE MANAGEMENT, LLC
18
   ROBERT T. EGLET (Nevada Bar No. 3402)
19 ROBERT M. ADAMS (Nevada Bar No. 6551)
   Eservice@egletlaw.com
20 EGLET PRINCE
   400 S. Seventh St., Suite 400
21 Las Vegas, NV 89101
   Tel: (702) 450-5400
22 Fax: (702) 450-5451
   Attorneys for Defendants
23
   MARK P. ROBINSON, JR. (*Pro Hac Vice Forthcoming*)
24 DANIEL S. ROBINSON (*Pro Hac Vice Forthcoming*)
   MRobinson@robinsonfirm.com
25 ROBINSON CALCAGNIE, INC.
   19 Corporate Plaza Drive
26 Newport Beach, CA 92660
   Tel: (949) 720-1288
27 Attorneys for Defendants

28

KEVIN R. BOYLE (*Pro Hac Vice Forthcoming*)
RAHUL RAVIPUDI
Nevada Bar No. 14750
Boyle@psblaw.com
PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel.: (702) 560-5520
Attorneys for Defendants

PATRICK MCGRODER III
PATRICK MCGRODER IV
GALLAGHER & KENNEDY
2575 East Camelback Road
Phoenix, Arizona, 85016
Tel: (602) 530-8000
Attorneys for Defendants

PAUL SKRABENEK (*Pro Hac Vice Forthcoming*)
Paul@pstriallaw.com
PIERCE SKRABENEK
3701 Kirby Drive, Suite 760
Houston, TX, 77098
Tel: (832) 690-7000
Attorneys for Defendants

RICHARD PATTERSON (*Pro Hac Vice Forthcoming*)
SUSAN A. OWEN (*Pro Hac Vice Forthcoming*)
OWEN PATTERSON & OWEN LLP
23822 Valencia Blvd. #303
Valencia, CA 91355
Tel: (661) 799-3899
Attorneys for Defendants

TIMOTHY R. TITOLO (Nevada Bar No. 3617)
Tim@titololaw.com
TITOLO LAW OFFICE
9842 Cathedral Pines Avenue
Las Vegas, NV 89149
Tel.: (702) 869-5100
Attorneys for Defendants

ANTONIO M. ROMANUCCI (*Pro Hac Vice Forthcoming*)
BRYCE T. HENSLEY (*Pro Hac Vice Forthcoming*)
ARomanucci@rblaw.new
BHensley@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Tel.: (312) 458-1000
Attorneys for Defendants
SHAWNA LOTT, CAITLIN BRUNNER, LENEA SAMPSON, and KATHRYN TRESSLER

```
1  TROY L. ISAACSON (Nevada Bar No. 6690)
   NORBERTO J. CISNEROS (Nevada Bar No. 8782)
2  MADDOX ISAACSON CISNEROS LLP
   11920 Southern Highlands Parkway, Suite 100
3  Las Vegas, NV 89141
   Tel.: (702) 366-1900
4  Attorneys for Defendants
   MALINDA BALDRIDGE and BREAANA GRACE FRANCL BALDRIDGE
5
   SEAN K. CLAGGETT (Nevada Bar No. 008407)
6  CHRISTIAN L. AUGUSTIN (Nevada Bar No. 013819)
   SClaggett@claggettlaw.com
7  CAugustin@claggettlaw.com
   CLAGGETT & SYKES LAW FIRM
8  4101 Meadows Lane, Suite 100
   Las Vegas, Nevada 89107
9  Tel.: (702) 655-2346
   Attorneys for Defendant TREZA MEKHAIL
10
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC f/k/a MANDALAY CORP., MGM RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE MANAGEMENT, LLC | Case No. 2:18-cv-01288-APG-PAL |
|---|---|
| Plaintiffs, | **STIPULATION REGARDING STAY PENDING MEDIATION** |
| vs. | |
| CARLOS ACOSTA; et al., | |
| Defendants. | |

WHEREAS Plaintiffs and Defendants dispute whether Plaintiffs are liable for injuries sustained by Defendants at the Route 91 Harvest Festival;

WHEREAS related actions regarding Plaintiffs' potential liability arising from the Route 91 Harvest Festival are pending in this and other jurisdictions;

WHEREAS counsel for the parties in this action and the related actions have met and conferred, and currently are planning and scheduling a mediation;

WHEREAS the parties believe that a stay of all pending litigation would facilitate mediation and make resolution more likely; and

1    WHEREAS the parties are concurrently stipulating to stay this action and related actions, including *Sheppard v. Mandalay Bay*, No. 2-18-cv-01120 (D. Nev.); *Maggiore v. MGM*, No. 2:18-cv-5640 (C.D. Cal.); *Ramirez v. MGM*, No. 2-18-cv-5564 (C.D. Cal.), and the declaratory judgment actions filed by Defendants, *MGM v. Aase*, No. 2:18-cv-06113 (C.D. Cal.); *MGM v. Abner*, No. 2:18-cv-06197 (C.D. Cal.); *MGM v. Corbin*, No. 3:18-cv-00168 (D. Alaska); *MGM v. Booth*, No. 2:18-cv-02250 (D. Ariz.); *MGM v. Acosta*, No. 2:18-cv-01288 (D. Nev.); *MGM v. Eardley*, No. 2:18-cv-00567 (D. Utah); *MGM v. Brasfield*, No. 1:18-cv-22883 (S.D. Fla.); *MGM v. Archembeault*, No. 4:18-cv-02465 (S.D. Tex.); *MGM v. Socci*, No. 1:18-cv-06451 (S.D.N.Y.);

IT IS HEREBY STIPULATED AND AGREED THAT:

1. All proceedings in this action shall be stayed pending mediation;

2. This stay is conditioned upon the entry of this order and a similar stay order, voluntary dismissal, or other resolution in each of the matters identified above within 30 days, if the conditions of the stay are not satisfied, the parties will advise the Court, and those motions will be set for the next available date or by such agreement of the parties as is acceptable to the Court;

3. The parties shall report to the Court on the status of the mediation within 60 days of entry of the stay in this action, and then every 60 days thereafter;

4. Any party may revoke its agreement to stay this action by providing the other parties and the Court 15 days' written notice; and

. . .

. . .

. . .

5. If any party revokes its agreement to stay this action, any currently-pending motions shall be set for the next date that the Court is available as of the time of the revocation of the agreement to a stay.

Respectfully submitted on October 26, 2018

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | EGLET PRINCE |
| By: /s/ Karen L. Bashor | By: /s/ Robert M. Adams |
| E. STRATTON HORRES, JR. | ROBERT T. EGLET (NV Bar #3402) |
| (*Pro Hac Vice Forthcoming*) | ROBERT M. ADAMS (NV Bar #6551) |
| KAREN L. BASHOR (NV Bar #11913) | 400 S. Seventh St., Suite 400 |
| 300 South Fourth Street, 11th Floor | Las Vegas, NV 89101 |
| Las Vegas, Nevada 89101-6014 | Tel: (702) 450-5400 |
| Tel: 702.727.1400 | Eservice@egletlaw.com |
| Stratton.Horres@wilsonelser.com | |
| Karen.Bashor@wilsonelser.com | MARK P. ROBINSON, JR. |
| | (*Pro Hac Vice Forthcoming*) |
| JAMES J. PISANELLI (NV Bar #4027) | DANIEL S. ROBINSON |
| TODD L. BICE (NV Bar #4534) | (*Pro Hac Vice Forthcoming*) |
| DEBRA L. SPINELLI (NV Bar #9695) | ROBINSON CALCAGNIE, INC. |
| PISANELLI BICE | 19 Corporate Plaza Drive |
| 400 South 7th Street, Suite 300 | Newport Beach, CA 92660 |
| Las Vegas, NV 89101 | |
| | KEVIN R. BOYLE |
| BRAD D. BRIAN | (*Pro Hac Vice Forthcoming*) |
| (*Pro Hac Vice Forthcoming*) | RAHUL RAVIPUDI (NV Bar #14750) |
| MICHAEL R. DOYEN | PANISH SHEA & BOYLE LLP |
| (*Pro Hac Vice Forthcoming*) | 8816 Spanish Ridge Avenue |
| BETHANY W. KRISTOVICH | Las Vegas, NV 89148 |
| (*Pro Hac Vice Forthcoming*) | |
| MUNGER, TOLLES & OLSON LLP | PATRICK MCGRODER III |
| 350 South Grand Avenue, Fiftieth Floor | (*Pro Hac Vice Forthcoming*) |
| Los Angeles, California 90071-3426 | PATRICK MCGRODER IV |
| | (*Pro Hac Vice Forthcoming*) |
| Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC | GALLAGHER & KENNEDY |
| | 2575 East Camelback Road |
| | Phoenix, Arizona, 85016 |
| | |
| | PAUL SKRABENEK |
| | (*Pro Hac Vice Forthcoming*) |
| | PIERCE SKRABENEK |
| | 3701 Kirby Drive, Suite 760 |
| | Houston, TX, 77098 |
| | |
| | RICHARD PATTERSON |
| | (*Pro Hac Vice Forthcoming*) |
| | SUSAN A. OWEN |
| | (*Pro Hac Vice Forthcoming*) |
| | OWEN PATTERSON & OWEN LLP |
| | 23822 Valencia Blvd. #303 |
| | Valencia, CA 91355 |
| | Attorneys for Defendants |

| | |
|---|---|
| TITOLO LAW OFFICE<br><br>By: */s/ Timothy R. Titolo*<br>TIMOTHY R. TITOLO (NV Bar #3617)<br>9842 Cathedral Pines Avenue<br>Las Vegas, NV 89149<br>Tel.: (702) 869-5100<br>Tim@titololaw.com<br><br>ANTONIO M. ROMANUCCI<br>*(Pro Hac Vice Forthcoming)*<br>BRYCE T. HENSLEY<br>*(Pro Hac Vice Forthcoming)*<br>ROMANUCCI & BLANDIN, LLC<br>321 North Clark St., Suite 900<br>Chicago, IL 60654<br>Tel.: (312) 458-1000<br><br>Attorneys for Defendants SHAWNA LOTT, CAITLIN BRUNNER, LENEA SAMPSON, and KATHRYN TRESSLER | MADDOX ISAACSON CISNEROS LLP<br><br>By:*/s/ Norberto J. Cisneros*<br>TROY L. ISAACSON (NV Bar #6690)<br>NORBERTO J. CISNEROS (NV Bar #8782)<br>11920 Southern Highlands Parkway, Suite 100<br>Las Vegas, NV 89141<br>Tel.: (702) 366-1900<br><br>Attorneys for Defendants MALINDA BALDRIDGE and BREAANA GRACE FRANCL BALDRIDGE |
| CLAGGETT & SYKES LAW FIRM<br><br>By:*/s/ Sean K. Claggett*<br>SEAN K. CLAGGETT (Nevada Bar #8407)<br>CHRISTIAN L. AUGUSTIN (NV Bar #13819)<br>4101 Meadows Lane, Suite 100<br>Las Vegas, NV 89107<br>Tel.: (702) 655-2346<br>SClaggett@claggettlaw.com<br>CAugustin@claggettlaw.com<br>Attorneys for Defendant TREZA MEKHAIL | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____