| 1  | JAMES J. PISANELLI (Nevada Bar No. 4027) |
|    | JJP@pisanellibice.com |
| 2  | TODD L. BICE (Nevada Bar No. 4534) |
|    | TLB@pisanellibice.com |
| 3  | DEBRA L. SPINELLI (Nevada Bar No. 9695) |
|    | DLS@pisanellibice.com |
| 4  | PISANELLI BICE |
|    | 400 South 7th Street, Suite 300 |
| 5  | Las Vegas, NV 89101 |
|    | Tel: 702.214.2100 |
| 6  | |
|    | BRAD D. BRIAN (*Pro Hac Vice Forthcoming*) |
| 7  | brad.brian@mto.com |
|    | MICHAEL R. DOYEN (*Pro Hac Vice Forthcoming*) |
| 8  | michael.doyen@mto.com |
|    | BETHANY W. KRISTOVICH (*Pro Hac Vice Forthcoming*) |
| 9  | bethany.kristovich@mto.com |
|    | MUNGER, TOLLES & OLSON LLP |
| 10 | 350 South Grand Avenue, Fiftieth Floor |
|    | Los Angeles, California 90071-3426 |
| 11 | Tel: 213.683.9100 |
| 12 | E. STRATTON HORRES, JR. (*Pro Hac Vice Forthcoming*) |
|    | Stratton.Horres@wilsonelser.com |
| 13 | KAREN L. BASHOR (Nevada Bar No. 11913) |
|    | Karen.Bashor@wilsonelser.com |
| 14 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|    | 300 South Fourth Street, 11th Floor |
| 15 | Las Vegas, Nevada 89101-6014 |
|    | Tel: 702.727.1400 |
| 16 | |
| 17 | Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC |
| 18 | |
| 19 | ROBERT T. EGLET (Nevada Bar No. 3402) |
|    | ROBERT M. ADAMS (Nevada Bar No. 6551) |
|    | Eservice@egletlaw.com |
| 20 | EGLET PRINCE |
|    | 400 S. Seventh St., Suite 400 |
| 21 | Las Vegas, NV 89101 |
|    | Tel: (702) 450-5400 |
| 22 | Fax: (702) 450-5451 |
|    | Attorneys for Defendants |
| 23 | |
| 24 | MARK P. ROBINSON, JR. (*Pro Hac Vice Forthcoming*) |
|    | DANIEL S. ROBINSON (*Pro Hac Vice Forthcoming*) |
|    | MRobinson@robinsonfirm.com |
| 25 | ROBINSON CALCAGNIE, INC. |
|    | 19 Corporate Plaza Drive |
| 26 | Newport Beach, CA 92660 |
|    | Tel: (949) 720-1288 |
| 27 | Attorneys for Defendants |
| 28 | |

| | |
|---|---|
| 1 | KEVIN R. BOYLE (*Pro Hac Vice Forthcoming*) |
| 2 | RAHUL RAVIPUDI<br>Nevada Bar No. 14750 |
| 3 | Boyle@psblaw.com<br>PANISH SHEA & BOYLE LLP |
| 4 | 8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148 |
| 5 | Tel.: (702) 560-5520<br>Attorneys for Defendants |
| 6 | PATRICK MCGRODER III |
| 7 | PATRICK MCGRODER IV<br>GALLAGHER & KENNEDY |
| 8 | 2575 East Camelback Road<br>Phoenix, Arizona, 85016 |
| 9 | Tel: (602) 530-8000<br>Attorneys for Defendants |
| 10 | PAUL SKRABENEK (*Pro Hac Vice Forthcoming*) |
| 11 | Paul@pstriallaw.com<br>PIERCE SKRABENEK |
| 12 | 3701 Kirby Drive, Suite 760<br>Houston, TX, 77098 |
| 13 | Tel: (832) 690-7000<br>Attorneys for Defendants |
| 14 | RICHARD PATTERSON (*Pro Hac Vice Forthcoming*) |
| 15 | SUSAN A. OWEN (*Pro Hac Vice Forthcoming*)<br>OWEN PATTERSON & OWEN LLP |
| 16 | 23822 Valencia Blvd. #303<br>Valencia, CA 91355 |
| 17 | Tel: (661) 799-3899<br>Attorneys for Defendants |
| 18 | TIMOTHY R. TITOLO (Nevada Bar No. 3617) |
| 19 | Tim@titololaw.com<br>TITOLO LAW OFFICE |
| 20 | 9842 Cathedral Pines Avenue<br>Las Vegas, NV 89149 |
| 21 | Tel.: (702) 869-5100<br>Attorneys for Defendants |
| 22 | ANTONIO M. ROMANUCCI (*Pro Hac Vice Forthcoming*) |
| 23 | BRYCE T. HENSLEY (*Pro Hac Vice Forthcoming*)<br>ARomanucci@rblaw.new |
| 24 | BHensley@rblaw.net<br>ROMANUCCI & BLANDIN, LLC |
| 25 | 321 North Clark Street, Suite 900<br>Chicago, IL 60654 |
| 26 | Tel.: (312) 458-1000<br>Attorneys for Defendants |
| 27 | SHAWNA LOTT, CAITLIN BRUNNER, LENEA SAMPSON, and KATHRYN TRESSLER |
| 28 | |

| | |
|---|---|
| 1 | TROY L. ISAACSON (Nevada Bar No. 6690) |
| | NORBERTO J. CISNEROS (Nevada Bar No. 8782) |
| 2 | MADDOX ISAACSON CISNEROS LLP |
| | 11920 Southern Highlands Parkway, Suite 100 |
| 3 | Las Vegas, NV 89141 |
| | Tel.: (702) 366-1900 |
| 4 | Attorneys for Defendants |
| | MALINDA BALDRIDGE and BREAANA GRACE FRANCL BALDRIDGE |
| 5 | |
| | SEAN K. CLAGGETT (Nevada Bar No. 008407) |
| 6 | CHRISTIAN L. AUGUSTIN (Nevada Bar No. 013819) |
| | SClaggett@claggettlaw.com |
| 7 | CAugustin@claggettlaw.com |
| | CLAGGETT & SYKES LAW FIRM |
| 8 | 4101 Meadows Lane, Suite 100 |
| | Las Vegas, Nevada 89107 |
| 9 | Tel.: (702) 655-2346 |
| | Attorneys for Defendant TREZA MEKHAIL |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC f/k/a MANDALAY CORP., MGM RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE MANAGEMENT, LLC | Case No. 2:18-cv-01288-APG-PAL |
| | **STIPULATION REGARDING STAY PENDING MEDIATION** |
| Plaintiffs, | |
| vs. | **ORDER** |
| CARLOS ACOSTA; et al., | |
| Defendants. | |

WHEREAS Plaintiffs and Defendants dispute whether Plaintiffs are liable for injuries sustained by Defendants at the Route 91 Harvest Festival;

WHEREAS related actions regarding Plaintiffs' potential liability arising from the Route 91 Harvest Festival are pending in this and other jurisdictions;

WHEREAS counsel for the parties in this action and the related actions have met and conferred, and currently are planning and scheduling a mediation;

WHEREAS the parties believe that a stay of all pending litigation would facilitate mediation and make resolution more likely; and

Page 3 of 6

1     WHEREAS the parties are concurrently stipulating to stay this action and related actions, including *Sheppard v. Mandalay Bay*, No. 2-18-cv-01120 (D. Nev.); *Maggiore v. MGM*, No. 2:18-cv-5640 (C.D. Cal.); *Ramirez v. MGM*, No. 2-18-cv-5564 (C.D. Cal.), and the declaratory judgment actions filed by Defendants, *MGM v. Aase*, No. 2:18-cv-06113 (C.D. Cal.); *MGM v. Abner*, No. 2:18-cv-06197 (C.D. Cal.); *MGM v. Corbin*, No. 3:18-cv-00168 (D. Alaska); *MGM v. Booth*, No. 2:18-cv-02250 (D. Ariz.); *MGM v. Acosta*, No. 2:18-cv-01288 (D. Nev.); *MGM v. Eardley*, No. 2:18-cv-00567 (D. Utah); *MGM v. Brasfield*, No. 1:18-cv-22883 (S.D. Fla.); *MGM v. Archembeault*, No. 4:18-cv-02465 (S.D. Tex.); *MGM v. Socci*, No. 1:18-cv-06451 (S.D.N.Y.);

    IT IS HEREBY STIPULATED AND AGREED THAT:

1.     All proceedings in this action shall be stayed pending mediation;

2.     This stay is conditioned upon the entry of this order and a similar stay order, voluntary dismissal, or other resolution in each of the matters identified above within 30 days, if the conditions of the stay are not satisfied, the parties will advise the Court, and those motions will be set for the next available date or by such agreement of the parties as is acceptable to the Court;

3.     The parties shall report to the Court on the status of the mediation within 60 days of entry of the stay in this action, and then every 60 days thereafter;

4.     Any party may revoke its agreement to stay this action by providing the other parties and the Court 15 days' written notice; and

. . .

. . .

. . .

5. If any party revokes its agreement to stay this action, any currently-pending motions shall be set for the next date that the Court is available as of the time of the revocation of the agreement to a stay.

Respectfully submitted on October 26, 2018

| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | EGLET PRINCE |
|---|---|
| By: */s/ Karen L. Bashor* <br> E. STRATTON HORRES, JR. <br> (*Pro Hac Vice Forthcoming*) <br> KAREN L. BASHOR (NV Bar #11913) <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, Nevada 89101-6014 <br> Tel: 702.727.1400 <br> Stratton.Horres@wilsonelser.com <br> Karen.Bashor@wilsonelser.com <br><br> JAMES J. PISANELLI (NV Bar #4027) <br> TODD L. BICE (NV Bar #4534) <br> DEBRA L. SPINELLI (NV Bar #9695) <br> PISANELLI BICE <br> 400 South 7th Street, Suite 300 <br> Las Vegas, NV 89101 <br><br> BRAD D. BRIAN <br> (*Pro Hac Vice Forthcoming*) <br> MICHAEL R. DOYEN <br> (*Pro Hac Vice Forthcoming*) <br> BETHANY W. KRISTOVICH <br> (*Pro Hac Vice Forthcoming*) <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, California 90071-3426 <br><br> Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC <br><br> **IT IS SO ORDERED.** <br><br> _____ <br> United States District Judge <br> Dated: November 1, 2018. | By: */s/ Robert M. Adams* <br> ROBERT T. EGLET (NV Bar #3402) <br> ROBERT M. ADAMS (NV Bar #6551) <br> 400 S. Seventh St., Suite 400 <br> Las Vegas, NV 89101 <br> Tel: (702) 450-5400 <br> Eservice@egletlaw.com <br><br> MARK P. ROBINSON, JR. <br> (*Pro Hac Vice Forthcoming*) <br> DANIEL S. ROBINSON <br> (*Pro Hac Vice Forthcoming*) <br> ROBINSON CALCAGNIE, INC. <br> 19 Corporate Plaza Drive <br> Newport Beach, CA 92660 <br><br> KEVIN R. BOYLE <br> (*Pro Hac Vice Forthcoming*) <br> RAHUL RAVIPUDI (NV Bar #14750) <br> PANISH SHEA & BOYLE LLP <br> 8816 Spanish Ridge Avenue <br> Las Vegas, NV 89148 <br><br> PATRICK MCGRODER III <br> (*Pro Hac Vice Forthcoming*) <br> PATRICK MCGRODER IV <br> (*Pro Hac Vice Forthcoming*) <br> GALLAGHER & KENNEDY <br> 2575 East Camelback Road <br> Phoenix, Arizona, 85016 <br><br> PAUL SKRABENEK <br> (*Pro Hac Vice Forthcoming*) <br> PIERCE SKRABENEK <br> 3701 Kirby Drive, Suite 760 <br> Houston, TX, 77098 <br><br> RICHARD PATTERSON <br> (*Pro Hac Vice Forthcoming*) <br> SUSAN A. OWEN <br> (*Pro Hac Vice Forthcoming*) <br> OWEN PATTERSON & OWEN LLP <br> 23822 Valencia Blvd. #303 <br> Valencia, CA 91355 <br> Attorneys for Defendants |

| | |
|---|---|
| TITOLO LAW OFFICE<br><br>By: */s/ Timothy R. Titolo*<br>TIMOTHY R. TITOLO (NV Bar #3617)<br>9842 Cathedral Pines Avenue<br>Las Vegas, NV 89149<br>Tel.: (702) 869-5100<br>Tim@titololaw.com<br><br>ANTONIO M. ROMANUCCI<br>*(Pro Hac Vice Forthcoming)*<br>BRYCE T. HENSLEY<br>*(Pro Hac Vice Forthcoming)*<br>ROMANUCCI & BLANDIN, LLC<br>321 North Clark St., Suite 900<br>Chicago, IL 60654<br>Tel.: (312) 458-1000<br><br>Attorneys for Defendants SHAWNA LOTT, CAITLIN BRUNNER, LENEA SAMPSON, and KATHRYN TRESSLER | MADDOX ISAACSON CISNEROS LLP<br><br>By:*/s/ Norberto J. Cisneros*<br>TROY L. ISAACSON (NV Bar #6690)<br>NORBERTO J. CISNEROS (NV Bar #8782)<br>11920 Southern Highlands Parkway, Suite 100<br>Las Vegas, NV 89141<br>Tel.: (702) 366-1900<br><br>Attorneys for Defendants MALINDA BALDRIDGE and BREAANA GRACE FRANCL BALDRIDGE |
| CLAGGETT & SYKES LAW FIRM<br><br>By:*/s/ Sean K. Claggett*<br>SEAN K. CLAGGETT (Nevada Bar #8407)<br>CHRISTIAN L. AUGUSTIN (NV Bar #13819)<br>4101 Meadows Lane, Suite 100<br>Las Vegas, NV 89107<br>Tel.: (702) 655-2346<br>SClaggett@claggettlaw.com<br>CAugustin@claggettlaw.com<br>Attorneys for Defendant TREZA MEKHAIL | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____