# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al., | Case No.: 2:18-cv-01288-APG-PAL |
| Plaintiffs | **Order on Status Report** |
| v. | [ECF No. 958] |
| CARLOS ACOSTA, et al., | |
| Defendants | |

In light of the parties' report on mediation (ECF No. 958),

IT IS ORDERED that the parties' next status report is due March 30, 2019, and that consecutive reports are due every 60 days thereafter.

DATED this 2nd day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE