JAMES J. PISANELLI
Nevada Bar No. 4027
JJP@pisanellibice.com
TODD L. BICE
Nevada Bar No. 4534
TLB@pisanellibice.com
DEBRA L. SPINELLI
Nevada Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702.214.2100

BRAD D. BRIAN
*Admitted Pro Hac Vice*
brad.brian@mto.com
MICHAEL R. DOYEN
*Admitted Hac Vice*
michael.doyen@mto.com
BETHANY W. KRISTOVICH
*Admitted Pro Hac Vice*
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel: 213.683.9100/Fax: 213.687.3702

E. STRATTON HORRES, JR.
*Admitted Pro Hac Vice*
Stratton.Horres@wilsonelser.com
KAREN L. BASHOR (Nevada Bar No. 11913)
Karen.Bashor@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM RESORTS FESTIVAL GROUNDS, LLC, and MGM RESORTS VENUE MANAGEMENT, LLC


ROBERT T. EGLET (Nevada Bar No. 3402)
ROBERT M. ADAMS (Nevada Bar No. 6551)
Eservice@egletlaw.com
EGLET PRINCE
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Tel: 702.450.5400/Fax: 702.450.5451

**REPORT ON MEDIATION**

1439369v.1

MARK P. ROBINSON, JR.
(*Pro Hac Vice Forthcoming*)
DANIEL S. ROBINSON
(*Pro Hac Vice Forthcoming*)
MRobinson@robinsonfirm.com
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949.720.1288/Fax 949.720.1292

KEVIN R. BOYLE
(*Pro Hac Vice Forthcoming*)
RAHUL RAVIPUDI
Nevada Bar No. 14750
Boyle@psblaw.com
PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel: 702.560.5520/Fax: 702.975.2515

PAUL SKRABENEK
(*Pro Hac Vice Forthcoming*)
Paul@pstriallaw.com
PIERCE SKRABENEK
3701 Kirby Drive, Suite 760
Houston, TX, 77098
Tel: 832.690.7000/Fax: 832.616.5576

RICHARD PATTERSON
(*Pro Hac Vice Forthcoming*)
SUSAN A. OWEN
(*Pro Hac Vice Forthcoming*)
OWEN PATTERSON & OWEN LLP
23822 Valencia Blvd. #303
Valencia, CA 91355
Tel: (661) 799-3899

TIMOTHY R. TITOLO
Nevada Bar No. 3617
Tim@titololaw.com
TITOLO LAW OFFICE
9842 Cathedral Pines Avenue
Las Vegas, NV 89149
Tel.: (702) 869-5100

ANTONIO M. ROMANUCCI
(*Pro Hac Vice Forthcoming*)
ARomanucci@rblaw.new
BRYCE T. HENSLEY
(*Pro Hac Vice Forthcoming*)
BHensley@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Tel.: 312.458.1000/Fax: 312.458.1004

TROY L. ISAACSON
Nevada Bar No. 6690
NORBERTO J. CISNEROS
Nevada Bar No. 8782
MADDOX ISAACSON CISNEROS LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, NV 89141
Tel.: 702.366.1900/Fax: 702.366.1999

SEAN K. CLAGGETT
Nevada Bar No. 008407
SClaggett@claggettlaw.com
CHRISTIAN L. AUGUSTIN
Nevada Bar No. 013819
CAugustin@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Tel.: 702.655.2346/Fax: 702.655.3763

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC f/k/a MANDALAY CORP., MGM RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE MANAGEMENT, LLC<br><br>          Plaintiffs,<br><br>     vs.<br><br>CARLOS ACOSTA; et al.,<br><br>          Defendants. | Case No. 2:18-cv-01288-APG-PAL<br><br>**REPORT ON MEDIATION** |

The parties respectfully advise the Court that mediation efforts are still ongoing. The parties have held numerous days of mediation thus far and intend to reconvene in the coming weeks. The parties plan to report back as to the status of the mediation efforts by June 28, 2019, in order to be consistent with other actions, and that consecutive reports will continue to be submitted every 60 days from that date.

Dated: March 28, 2019.

Respectfully submitted,

By: /s/ *Karen L. Bashor*
E. STRATTON HORRES, JR.
*Admitted Pro Hac Vice*
Stratton.Horres@wilsonelser.com
KAREN L. BASHOR
Nevada Bar No. 11913
Karen.Bashor@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401

JAMES J. PISANELLI
Nevada Bar No. 4027
JJP@pisanellibice.com
TODD L. BICE
Nevada Bar No. 4534
TLB@pisanellibice.com
DEBRA L. SPINELLI
Nevada Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702.214.2100

BRAD D. BRIAN (*Admitted Pro Hac Vice*)
brad.brian@mto.com
MICHAEL R. DOYEN (*Admitted Pro Hac Vice*)
michael.doyen@mto.com
BETHANY W. KRISTOVICH (*Admitted Pro Hac Vice*)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel: 213.683.9100/Fax: 213.687.3702

*Attorneys for Plaintiffs MGM Resorts International, Mandalay Resort Group, Mandalay Bay, LLC, MGM Resorts Festival Grounds, LLC, and MGM Resorts Venue Management, LLC*

-4-
**REPORT ON MEDIATION**

1439369v.1

|   |   |   |
|---|---|---|
| 1 | By: | /s/ Robert T. Eglet |

ROBERT T. EGLET
Nevada Bar No. 3402
ROBERT M. ADAMS
Nevada Bar No. 6551
Eservice@egletlaw.com
EGLET PRINCE
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Tel: 702.450.5400/Fax: 702.450.5451

MARK P. ROBINSON, JR.
(*Pro Hac Vice Forthcoming*)
DANIEL S. ROBINSON
(*Pro Hac Vice Forthcoming*)
MRobinson@robinsonfirm.com
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949.720.1288/Fax 949.720.1292

KEVIN R. BOYLE
(*Pro Hac Vice Forthcoming*)
RAHUL RAVIPUDI
Nevada Bar No. 14750
Boyle@psblaw.com
PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Tel: 702.560.5520/Fax: 702.975.2515

PAUL SKRABENEK
(*Pro Hac Vice Forthcoming*)
Paul@pstriallaw.com
PIERCE SKRABENEK
3701 Kirby Drive, Suite 760
Houston, TX, 77098
Tel: 832.690.7000/Fax: 832.616.5576

RICHARD PATTERSON
(*Pro Hac Vice Forthcoming*)
SUSAN A. OWEN
(*Pro Hac Vice Forthcoming*)
OWEN PATTERSON & OWEN LLP
23822 Valencia Blvd. #303
Valencia, CA 91355
Tel: 661.799.3899

-5-
**REPORT ON MEDIATION**

1439369v.1

TIMOTHY R. TITOLO
Nevada Bar No. 3617
Tim@titololaw.com
TITOLO LAW OFFICE
9842 Cathedral Pines Avenue
Las Vegas, NV 89149
Tel.: 702.869.5100

ANTONIO M. ROMANUCCI
(*Pro Hac Vice Forthcoming*)
BRYCE T. HENSLEY
(*Pro Hac Vice Forthcoming*)
ARomanucci@rblaw.new
BHensley@rblaw.net
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
Tel.: 312.458.1000/Fax: 312.458.1004

TROY L. ISAACSON
Nevada Bar No. 6690
NORBERTO J. CISNEROS
Nevada Bar No. 8782
MADDOX ISAACSON CISNEROS LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, NV 89141
Tel.: 702.366.1900/Fax: 702.366.1999

SEAN K. CLAGGETT
Nevada Bar No. 008407
CHRISTIAN L. AUGUSTIN
Nevada Bar No. 013819
SClaggett@claggettlaw.com
CAugustin@claggettlaw.com
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
Tel.: 702.655.2346/Fax: 702.655.3763

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March 2019, I caused to be electronically filed the foregoing **REPORT ON MEDIATION** via the Court's Electronic Case Filing (ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.

BY:    */s/Annemarie Gourley*
        An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-1-
**REPORT ON MEDIATION**

1439369v.1