# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al., | Case No.: 2:18-cv-01288-APG-PAL |
| Plaintiffs | **Order on Status Report** |
| v. | [ECF No. 962] |
| CARLOS ACOSTA, et al., | |
| Defendants | |

In light of the parties' report on mediation (ECF No. 962),

IT IS ORDERED that the parties' next status report is due August 15, 2019, and that continuing reports are due every 60 days thereafter.

DATED this 8th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE