# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>CARLOS ACOSTA, et al.,<br><br>    Defendants | Case No.: 2:18-cv-01288-APG-BNW<br><br>**Order Denying Without Prejudice Pending Motions**<br><br>[ECF Nos. 285, 428] |

In light of the parties' status report regarding their mediation efforts (ECF No. 965),

IT IS ORDERED that the pending motions **(ECF Nos. 285, 428) are DENIED** without prejudice to refile if the parties do not resolve this matter through mediation.

DATED this 19th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE